**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

------------------------------------------------------------X

CROWN THEATRES, L.P.,

Case No.  3:02 CV 2272 (AVC)

2003 OCT 20  P  1: 29

US DISTRICT COURT
HARTFORD CT

                Plaintiff,

    -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                Defendants.

------------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

              Third-Party Plaintiffs,

    - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

October 16, 2003

              Third-Party Defendants.

------------------------------------------------------------X

**MOTION TO MODIFY SCHEDULING**
**ORDER ON CONSENT OF ALL PARTIES**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO AND JAMES THOMAS

MARTINO ARCHITECT, P.C. (collectively referred herein as "Martino"), move, pursuant to

Rule 6 and 16 of the Federal Rules of Civil Procedure and Rule 9(b) of the local rules for the

United States District Court for the District of Connecticut, to extend the dates in this Court's

most recent scheduling order dated August 12, 2003 (the "Scheduling Order") for fact discovery

and to modify the other dates in Scheduling Order accordingly.  All parties to this litigation have

agreed to the requested extension of the schedule and to the proposed revised scheduling order (the "Revised Scheduling Order"), a copy of which is attached hereto as **Exhibit A**. This is the first request by Martino for an extension of time of the Scheduling Order. *See* Declaration of Marisa Lanza, attached hereto as **Exhibit B**.

In further support of this motion, Martino states the following:

1.     On December 20, 2002, Crown Theatres filed this action seeking to recover damages and other relief on various grounds including, among others, violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §1961 *et seq.*, fraud, conversion, civil conspiracy, violation of the Connecticut Unfair Trade Practices Act, *Conn. Gen. Stat.* § 42-110 *et seq.*, breach of contract, and professional negligence. Crown Theatres filed an amended complaint on February 20, 2003.

2.     On April 4, 2003, this Court entered a Scheduling Order, which established a pre-trial schedule in this matter.

3.     On July 1, 2003, after obtaining some initial discovery, Crown Theatres filed a motion for leave to file a second amended complaint to add claims for conversion, unjust enrichment, avoidance of fraudulent transfer, statutory theft, and breach of fiduciary duty and to add an additional party defendant.

4.     On July 31, 2003, Crown Theatres filed a Motion to Modify the Scheduling Order on consent of all parties. Said motion was granted on August 12, 2003.

5.     All parties have been diligent in pursuing discovery in this matter. Notwithstanding the parties' diligent efforts, additional time is necessary to continue reviewing the voluminous amounts of relevant documents produced by the various parties, including expert witness files. Furthermore, this action involves multiple and complex issues that will require

multiple days for the depositions of the parties, several non-parties and experts witnesses. During a recent telephone conference among the attorneys, a deposition schedule was discussed that incorporated a total of eleven (11) facts witnesses, of which several contemplated the need for the attorneys to travel.

6.     Accordingly, Martino respectfully submits that good cause exists to modify the existing scheduling order.  *See* Fed. R. Civ. P. 6 and 16; Local Rule 9(b).

**WHEREFORE**, Martino respectfully requests that this Court enter the Revised Scheduling Order in the form attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED,

DEFENDANTS/THIRD-PARTY PLAINTIFFS
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECTS, P.C.

By: _Marisa Lanza_

Mark Seiden (ct 24637)
Marisa Lanza (ct 24554)
MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
108 Corporate Park Drive, Suite 200
White Plains, New York 10604
(914) 681-8700
(914) 681-8709 (fax)
mseiden@milbermakris.com
mlanza@milbermakris.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and I a copy of the foregoing NOTICE OF MOTION TO MODIFY SCHEDULING ORDER ON CONSENT OF ALL PARTIES was served by first class mail, postage prepaid, on all counsel of record in this action on the 17th day of October 2003, upon:

Craig C. Martin, Esq.
Lawrence S. Schaner
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
*Attorneys for Plaintiff – Crown Theatres And Third-Party Defendants Clifford & Garfinkel*

H. James Pickerstein, Esq.
Jodi Zils Gagne, esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
*Attorneys for Plaintiff – Crown Theatres And Third-Party Defendant Clifford & Garfinkel*

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561-2628
(860) 521-6150 (fax)
*Attorneys for Defendants - Milton L. Daly, Taylor-Leigh, Inc. & Anne Daly*

S. Dave Vatti, Esq.
Law Offices of S. Dave Vatti
375 Bridgeport Avenue, 3rd Floor
Shelton, CT 06484-3964
(203) 944-9392
(203) 944-6012 -- fax
*Attorneys for Defendants James C. Cella, G.U.S. Development, Inc, and RCD Hudson, LLC*

Marisa Lanza

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

CROWN THEATRES, L.P.,                        Case No.  3:02 CV 2272 (AVC)

                    Plaintiff,

     -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                    Defendants.

---------------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                    Third-Party Plaintiffs,

    - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

                    Third-Party Defendants

---------------------------------------------------------------X

## REVISED SCHEDULING ORDER

    (1)    All fact discovery, including depositions of all witnesses and non-parties, shall be completed by January 30, 2004;

    (2)    Plaintiff shall provide opposing counsel with any and all revised and/or amended reports from their designated trial experts on or before February 16, 2004;

    (3)    Deposition of plaintiff's designated trial experts shall be completed by March 15, 2004;

    (4)    Defendants shall designate all trial experts and provide opposing counsels with reports from retained experts on or before April 1, 2004;

(5)    Deposition of defendants' designated trial experts shall be completed by April 15; 2004;

(6)    All motions, except motions *in limine* incident to a trial, shall be filed on or before May 1, 2004;

(7)    The parties shall file a joint trial memorandum in accordance with the pretrial order, which shall accompany the jury selection calendar, and be sent to the parties May 1, 2004; and

(8)    The case shall be ready for trial by May 3, 2004.

It is so ordered this____day of _____, 2003, at Hartford, Connecticut.


_____
Alfred V. Covello
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

CROWN THEATRES, L.P.,                                    Case No.  3:02 CV 2272 (AVC)

                       Plaintiff,

        -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                       Defendants.
-----------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                   Third-Party Plaintiffs,

         - against --

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

                   Third-Party Defendants.
-----------------------------------------------------------X

### CERTIFICATION IN SUPPORT OF DEFENDANTS/THIRD-PARTY PLAINTIFF'S MOTION PURSUANT TO RULE 37

Marisa Lanza, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am associated with the law firm Milber Makris Plousadis & Seiden, LLP,

attorneys for Defendants/Third-Party Plaintiff James T. Martino and James Thomas

Martino Architect, P.C. ("Martino Defendants") in the above-captioned matter.

2.      In the course of this matter, the Martino Defendants have obtained

significant written discovery from the Plaintiff and Plaintiff's Experts, as well as

documents from third parties. Furthermore, all parties have been attempting in good faith to schedule the depositions of approximately eleven (11) fact witnesses; conduct the review of Plaintiff's expert witness files and expert witness depositions. Despite our best efforts, the parties require additional time in which to continue analyzing discovery materials, review Plaintiff's expert witnesses files and complete numerous fact and expert depositions.

3       The Martino Defendants have not previously requested an extension of the pre-trial schedule. An extension to the deadlines presently set forth in the Scheduling Order should be sufficient to permit the parties to complete discovery.

4       I have personally contacted counsel for each party in this matter regarding the modifications to the scheduling order requested by the Martino Defendants Motion to Modify Scheduling Order on Consent of All Parties.

5.      All of the parties, through their respective counsel, informed me that they consented to the entry of the Revised Scheduling Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October 2003.

Marisa Lanza