

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

CROWN THEATRES, L.P.,         Case No. 3:02 CV 2272 (AVC)

       Plaintiff,

-against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

       Defendants.

-----------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

       Third-Party Plaintiffs,

- against -

B.B. CONSTRUCTION CONSULTANTS,        October 16, 2003
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

3:02CV2272(AVC). October 21, 2003. The motion to modify the scheduling order (document no. 89) is GRANTED as follows: (1) <u>All</u> fact discovery, including depositions of <u>all</u> witnesses, shall be completed by February 30, 2004; (2) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2003, and depositions of any such experts shall be completed by December 31, 200; (3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 15, 2004, and depositions of any such experts shall be completed by February 30, 2004; (4) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before March 31, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 30, 2004; and (6) the case shall be ready for trial by June 1, 2004.
SO ORDERED.