# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 3:02CV2272AVC** |
| ) | **Jury Trial Demanded** |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | **October 30, 2003** |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | |
| JAMES T. MARTINO, JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

## REPLY AND COUNTERCLAIM IN REPLY OF PLAINTIFF CROWN THEATRES, L.P. TO COUNTERCLAIM OF DEFENDANTS JAMES T. MARTINO AND JAMES THOMAS MARTINO, ARCHITECT, P.C.

Plaintiff Crown Theatres, L.P. ("Crown Theatres"), by and through its undersigned attorneys, Jenner & Block, LLC and Pepe & Hazard, LLP, replies to the counterclaim of James T. Martino ("Martino") and James Thomas Martino, Architect, P.C. ("Martino firm"), which Martino and the Martino firm reasserted with their Answer to Plaintiff's Second Amended Complaint, as follows:

## REPLY

### First Counterclaim of Defendants Martino and the Martino Firm

1.      Martino Defendants allege upon information and belief that if the Plaintiff Crown Theatres was caused to sustain damages as alleged in the Amended Complaint, all of which is specifically denied, then such damages were sustained in whole or in part by reason of the affirmative, active, primary and reckless acts and omissions, negligence and breaches of duty and/or obligations and/or statute and/or warranty and/or contract in fact or implied by law of the Plaintiff herein.

**REPLY:** Crown Theatres states that because the allegations in Paragraph No. 1 are descriptive, an answer is neither necessary nor appropriate under Federal Rule of Civil Procedure

8, and therefore denies those allegations. Crown Theatres denies the remainder of any

allegations of Paragraph No. 1.

2.      If the Plaintiff recovers judgment on the Amended Complaint against Martino
Defendants then the Plaintiff shall be liable on the basis of apportionment of responsibility and
Martino Defendants will be entitled to contribution, apportionment and/or indemnification from
and judgment over against Plaintiff for all or part of any verdict or judgment which Plaintiff in
the underlying action or Plaintiff may recover herein.

**REPLY:** Crown Theatres states that because the allegations in Paragraph No. 2 are

descriptive, an answer is neither necessary nor appropriate under Federal Rule of Civil Procedure

8, and therefore denies those allegations. Crown Theatres denies the remainder of any

allegations of Paragraph No. 2.

### Second Counterclaim of Defendants Martino and the Martino Firm

3.      Martino Defendants repeats and realleges [sic] each and every allegation stated in
paragraphs 1 through 2 of the Counterclaim as though more fully set forth at length herein.

**REPLY:** Crown Theatres incorporates by reference its replies to Paragraph No. 1 and

Paragraph No. 2.

4.      Upon information and belief, at all times hereinafter mentioned, Martino
Defendants duly engaged in the performance of professional architectural services under the
agreement(s) with Plaintiff in a good and workmanlike manner and in accordance with the terms
of the agreement.

**REPLY:** Crown Theatres admits that Martino and the Martino firm provided

professional architectural services to Crown Theatres under agreement(s) with Crown Theatres.

Crown Theatres denies the remainder of the allegations of Paragraph No. 4.

5.      Pursuant to the agreement(s) Martino Defendants performed professional
architectural services in connection with several theatres, including but not limited to the
Minneapolis, Minnesota; Jupiter, Florida; Skokie, Illinois; and Hartford, Connecticut.

**REPLY:** Crown Theatres admits that Martino and the Martino firm performed

professional architectural services at the theatre construction projects in Minneapolis, Minnesota,

Jupiter, Florida, Skokie, Illinois, and Hartford, Connecticut, pursuant to agreement(s) with

Crown Theatres. The phrase "including but not limited to" is ambiguous and does not put

Crown Theatres on reasonable notice under Federal Rule of Civil Procedure 8, and Crown

Theatres therefore denies the remainder of the allegations of Paragraph No. 5.

6.    Martino Defendants duly demanded payment in the amount of Sixty-Three
Thousand, Two Hundred Eleven Dollars and Seventy-Five Cents ($63,211.75), the amounts due
and owing, under the agreement for the Minneapolis, Minnesota theatre, which payment has
been wrongfully refused by the Plaintiff.

**REPLY:** Crown Theatres admits that Martino and the Martino firm sent a memorandum

dated July 30, 2002 to Crown Theatres and that Crown Theatres received a copy of the

memorandum, a true and correct copy of which is attached as Exhibit 1, and Crown Theatres

refers to that memorandum for its true meaning and effect. Crown Theatres denies the remainder

of the allegations of Paragraph No. 6.

7.    Martino Defendants duly demanded payment in the amount of Thirty-Five
Thousand, Five Hundred Ten Dollars and Thirty Cents ($35,510.30), the amounts due and
owing, under the agreement for the Jupiter, Florida theatre, which payment has been wrongfully
refused by the Plaintiff.

**REPLY:** Crown Theatres admits that Martino and the Martino firm sent a memorandum

dated July 30, 2002 to Crown Theatres and that Crown Theatres received a copy of the

memorandum, a true and correct copy of which is attached as Exhibit 1, and Crown Theatres

refers to that memorandum for its true meaning and effect. Crown Theatres denies the remainder

of the allegations of Paragraph No. 7.

8.    Martino Defendants duly demanded payment in the amount of Thirteen
Thousand, Eighty One Dollars and Fifty Cents ($13,081.50), the amount due and owing, under
the agreement for [sic] Skokie, Illinois theatre, which payment has been wrongfully refused by
the Plaintiff.

**REPLY**: Crown Theatres admits that Martino and the Martino firm sent a memorandum

dated July 30, 2002 to Crown Theatres and that Crown Theatres received a copy of the

memorandum, a true and correct copy of which is attached as Exhibit 1, and Crown Theatres

refers to that memorandum for its true meaning and effect. Crown Theatres denies the remainder of the allegations of Paragraph No. 8.

9.    Martino Defendants duly demanded payment in the amount of Four Hundred Seventy Five Dollars and Sixty-Five Cents ($475.65), the amount due and owing, under the agreement for [sic] Hartford, Connecticut theatre, which payment has been wrongfully refused by the Plaintiff.

**REPLY:** Crown Theatres admits that Martino and the Martino firm sent a memorandum

dated July 30, 2002 to Crown Theatres and that Crown Theatres received a copy of the

memorandum, a true and correct copy of which is attached as Exhibit 1, and Crown Theatres

refers to that memorandum for its true meaning and effect. Crown Theatres denies the remainder

of the allegations of Paragraph No. 9.

10.    Plaintiff has breached the aforementioned agreement(s) and its payment obligation to Martino Defendants, by wrongfully failing and refusing to pay Martino Defendants such sums due and owing to Martino Defendants on account of the work performed by Martino Defendant.

**REPLY:** Crown Theatres denies the allegations of Paragraph No. 10.

11.    Martino Defendants have complied with all appropriate provisions of the agreement(s).

**REPLY:** Crown Theatres denies the allegations of Paragraph No. 11.

12.    As a result of the foregoing breach of the agreement and continuing breach of the agreement, Defendants JAMES MARTINO and JAMES THOMAS MARTINO ARCHITECT, P.C. has [sic] been damaged in an amount to be determined at trial, but not less than One Hundred Twelve Thousand, Two Hundred Seventy Eight Dollars and Fifty-Five Cents ($112,278,55) [sic].

**REPLY:** Crown Theatres denies the allegations of Paragraph No. 12.

### Third Counterclaim of Defendants Martino and the Martino Firm

13.    Martino Defendants repeats and realleges [sic] each and every allegation stated in paragraphs 1 through 12 of the Counterclaim as though more fully set forth at length herein.

**REPLY:** Crown Theatres incorporates by reference its replies to Paragraphs Nos. 1

through 12.

- 4 -

14.     Martino Defendants at the special instance and request of Plaintiff and its agents, servants and/or employees performed work, labor, equipment, material, supplies and architectural services in connection with Plaintiff's offices in New York, New York.

**REPLY:**  Crown Theatres denies the allegations of Paragraph No. 14.

15.     Martino Defendants at the special instance and request of Plaintiff and its agents, servants and/or employees performed work, labor, equipment, material, supplies and architectural services in connection with Daniel M. Crown's, President and CEO of Crown Theatres, P.C. [sic], home in New York, New York.

**REPLY:**  Crown Theatres denies the allegations of Paragraph No. 15.

16.     Martino  Defendants at the special instance and request of Plaintiff and its agents, servants and/or employees performed work, labor, equipment, material, supplies and architectural services in connection with Daniel M. Crown's, President and CEO of Crown Theatres, P.C. [sic], home in Connecticut.

**REPLY:**  Crown Theatres denies the allegations of Paragraph No. 16.

17.     Martino Defendants provided such labor, equipment, material, supplies and architectural services to Plaintiff and its agents, servants and/or employees with the expectation that it would be compensated for such labor, equipment, material, supplies and architectural services and receive from Plaintiff the fair and reasonable value of such labor, equipment, material, supplies and architectural services.

**REPLY:**  Crown Theatres states that it is without knowledge or information sufficient to

form a belief as to the truth of the expectations of Martino and the Martino firm and denies this

allegation.  Crown Theatres denies the remainder of the allegations of Paragraph No. 17.

18.     Plaintiff has failed and/or refused to fully compensate Martino Defendants for the fair and reasonable value of such labor, equipment, material, supplies and architectural services provided.

**REPLY:**  Crown Theatres denies the allegations of Paragraph No. 18.

19.     As a result of the foregoing, Plaintiff and its agents, servants and/or employees have been unjustly enriched at the expense of Martino Defendants and Martino Defendants demands [sic] judgment against Plaintiff for the fair and reasonable value of the labor, equipment, material, supplies and architectural services provided to date together with the costs and disbursements of this action, including interest, in an amount to be determined at the time of trial.

**REPLY:**  Crown Theatres states that because the allegations in Paragraph No. 19 are

descriptive, an answer is neither necessary nor appropriate under Federal Rule of Civil Procedure

8, and therefore denies those allegations.  Crown Theatres denies the remaining allegations of Paragraph No. 19.

## AFFIRMATIVE AND OTHER DEFENSES

Crown Theatres raises the following affirmative and other defenses to counterclaims of Martino and the Martino firm:

1.    The counterclaims of Martino and the Martino firm fail to state claims for relief for which Crown Theatres may be held liable.

2.    The counterclaims of Martino and the Martino firm are barred by the doctrines of fraud, estoppel and unclean hands.

3.    Martino and the Martino firm were contributorily negligent.

4.    Martino and the Martino firm failed to take reasonable steps to mitigate damages.

5.    The counterclaims of Martino and the Martino firm are barred by their failure to fully perform under the contract(s).

6.    Crown Theatres has performed all of the conditions on its part to be performed under the contract(s).

7.    Crown Theatres has a right of setoff of any award in favor of Martino and the Martino firm against an award in favor of Crown Theatres, and this setoff will reduce any award to Martino and the Martino firm or eliminate it all together.

8.    Notwithstanding the Affirmative Defenses set forth herein, Crown Theatres reserves the right to assert any other Affirmative Defenses of which it may become aware in the course of discovery.

## CROWN THEATRES' COUNTERCLAIM IN REPLY

Crown Theatres alleges the following counterclaim in reply as follows:

1.    If Crown Theatres is found liable to Martino and the Martino firm, all of which Crown Theatres specifically denies, Crown Theatres alleges that it has a right of setoff against any award in favor of Martino and the Martino firm.

2.    Crown Theatres incorporates by reference its Second Amended Complaint and specifically Counts VIII and IX for breach of contract and for professional negligence against Martino and the Martino firm, and demands judgment accordingly.

3.    Because the claims of both Crown Theatres and Martino and the Martino firm arise from the performance of the contract, setoff of any award against Crown Theatres by an award against Martino and the Martino firm is appropriate.

WHEREFORE, Crown Theatres respectfully requests that this Court enter judgment in favor of Crown Theatres and against Martino and the Martino Firm, award Crown Theatres its costs and attorneys' fees incurred in this action, and grant Crown Theatres such other relief as this Court considers appropriate.

CROWN THEATRES, L.P.

By: _____

Lawrence S. Schaner (CT 24576)

Craig C. Martin (Bar No. CT 12198)
Lawrence S. Schaner (Bar No. CT 24756)
JENNER & BLOCK, LLC
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

H. James Pickerstein (Bar No. CT 05094)
Jodi Zils Gagne (Bar No. CT 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

Dated: October 30, 2003

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney with Pepe & Hazard, LLP, do hereby certify that I have served all counsel of record in this action with a copy of this **Reply and Counterclaim in Reply of Plaintiff Crown Theatres, L.P. to Counterclaim of Defendants James T. Martino and James Thomas Martino, Architect, P.C.**, by mailing a copy of the same by United States Mail, postage prepaid, to the following:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT  06107

Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
108 Corporate Park Drive
Suite 200
White Plains, NY  10604

S. Dave Vatti
Law Office of S. Dave Vatti
375 Bridgeport Ave., Third Floor
Shelton, CT  06484

_____
Jodi Zils Gagne (CT 24376)

Dated:  October ___, 2003

- 9 -

# Exhibit 1

# Memorandum



**JAMES THOMAS MARTINO**

A R C H I T E C T, P. C.

**TO:**          **Tom Becker - Crown Theatres, L.P.**

**FROM:**       James Thomas Martino, AIA

**CC:**          Anthony Battisti, Esq.

**DATE:**       July 30, 2002

**PROJECT:**   Crown Theatres

**SUBJECT:**   **Outstanding Invoices since Crown's last payment**

---

Dear Tom –

Attached please find photocopies of the Statements and Outstanding Invoices that are open. You will please note that there are several Invoices specifically for reimbursable expenses. Listed below is a Re-Cap for your convenience.

| | |
|---|---|
| Crown Theatres, L.P. - Greenwich - | $ 160.00 |
| Crown Theatres, L.P. – Minneapolis - | $63,211.75 |
| Crown Theatres, L.P. – Jupiter - | $35,510.30 |
| Crown Theatres, L.P. – Skokie - | $13,081.50 |
| Crown Theatres, L.P. – Hartford - | $ 475.65 |

This is in follow-up to our most recent phone conversation last week in which you indicated that Glenn Garfinkel requested a Re-cap from you of what monies are outstanding to my Firm.

I thought this would be beneficial to you.

Best Regards,

Jim M.

T.B. - Outstanding Invoices since Crown's last payment

**PAGE ONE OF ONE**

14 Vandeventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3988
w w w . j t m a r c h i t e c t . c o m

JAMES THOMAS MARTINO ARCHITECT,
PC
14 Vanderventer Avenue - Suite L1
Port Washington, NY 11050
516-747-7383 - Fax 516-747-3966

# Statement

| DATE |
|------|
| 7/25/2002 |

TO:

Mr. Tom Becker
Crown Theatres
54 North Main Street
South Norwalk, CT 06854

| PROJECT | AMOUNT DUE | AMOUNT ENC. |
|---------|-----------|-------------|
| 1348 Minn/StPaul | $63,211.75 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/25/2002 | Balance forward | | 63,211.75 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 63,211.75 | $63,211.75 |



**JAMES THOMAS MARTINO**
A R C H I T E C T, P. C.

# INVOICE

| BILL TO: | | DATE | INVOICE NO. |
|---|---|---|---|
| Mr. David Clifford<br>Crown Theatres<br>64 North Main Street<br>South Norwalk, CT 06854 | | 10/8/2001 | 3529A |
| | | Project No. | |
| | | 1348 Minn/St Paul | |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Balance due for Architectural<br>Services Rendered<br><br>Construction Documents Phase<br><br>Flat Fee $ 90,000.00<br>Paid to date    27,000.00<br>Balance due   63,000.00 | | 63,000.00 | 63,000.00 |

| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | **TOTAL** | **$63,000.00** |
|---|---|---|

14 Vandeventer Avenue • Port Washington NY 11050
516.767.7610 • FAX 516.767.3906

# FILE COPY



## JAMES THOMAS MARTINO
ARCHITECT, P.C.

# INVOICE

**BILL TO:**
Mr. Tom Becker
Crown Theatres, L.P.
64 N. Main Street
S. Norwalk, CT 06854

| DATE | INVOICE NO. | | PROJECT NO. | |
|------|-------------|---|-------------|---|
| | 3618 | | 981348—Crown Minneapolis | |
| 01/09/02 | | | | |

| Services | Description | Hours | Rate | Total |
|----------|-------------|-------|------|-------|
| Reimbursable Expenses for the month of Oct. 2001 | Blueprinting: 605 sq. ft. | | | 211.75 |

| Kindly make check payable to James Thomas Martino, Architect P.C. | **TOTAL** | **$211.75** |
|---|---|---|

Please Indicate Invoice & Project Numbers on your payment.

14 Vandeventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3966
www.jtmarchitect.com

JAMES THOMAS MARTINO ARCHITECT,
PC
14 Vanderventer Avenue - Suite L1
Port Washington, NY 11050
516-767-7888 - Fax 516-767-3986

# Statement

| DATE |
|---|
| 7/25/2002 |

TO:

Mr Tom Becker
Crown Theatres
64 North Main Street
South Norwalk, CT. 06854

| PROJECT | AMOUNT DUE | AMOUNT ENC. |
|---|---|---|
| 1328 Skokie | $13,081.50 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Balance forward | | 0.00 |
| 05/07/2001 | | | 0.00 |
| 05/08/2001 | INV #3505 | 600.00 | 600.00 |
| 05/12/2001 | INV #3496 | 5,473.77 | 6,073.77 |
| 06/13/2001 | INV #3519 | 3,858.42 | 9,932.19 |
| 07/13/2001 | INV #3527 | 3,407.50 | 13,339.69 |
| 07/23/2001 | INV #3538 | 867.13 | 14,206.82 |
| 09/24/2001 | PMT #205441 | -867.13 | 13,339.69 |
| 09/24/2001 | PMT #205442 | -98.42 | 13,241.27 |
| 09/24/2001 | PMT #205442 | -1,713.77 | 11,527.50 |
| 10/07/2001 | INV #3573A | 1,554.00 | 13,081.50 |

```
5/08/01  Inv. # 3505      600.00
5/12/01  Inv. # 3498    3,760.00
7/13/01  Inv. # 3527    3,407.50
6/13/01  Inv. # 3519    3,760.00
10/7/01  Inv. # 3573    1,554.00

                       13,081.50
```

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13,081.50 | $13,081.50 |



# INVOICE

JAMES THOMAS MARTINO
A R C H I T E C T, P. C.

| BILL TO: | | | DATE | INVOICE NO. |
|---|---|---|---|---|
| Mr. David Clifford | | | 5/8/2001 | 3505 |
| Crown Theatres | | | | |
| 64 North Main Street | | | Project No. | |
| South Norwalk, CT, 06854 | | | 1328 Skokie | |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Services for the month of April 2001 | | 600.00 | 600.00 |
| | | | | |
| | Contract 350,000.00 | | | |
| | This        600.00 | | | |
| | Previous 347,846.00 | | | |
| | Balance    1,554.00 | | | |

| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | TOTAL | $600.00 |
|---|---|---|

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7868  •  FAX 516.767.3988

# FILE COPY

## JAMES THOMAS MARTINO
### ARCHITECT, P.C.

## INVOICE

**BILL TO:**
Mr. David Clifford
Crown Theatres, L.P.
64 North Main Street
South Norwalk, CT 06854

| DATE | INVOICE NO. | PROJECT NO. |
|------|-------------|-------------|
| 7/13/01 | 3527 | 1328 Skokie |

| Services | Description | Hours | Rate | Total |
|----------|-------------|-------|------|-------|
| Arch. Fees | Services rendered for the month of June 2001: | | | |
| Principal | | | 235.00 | |
| | • JTM Site Visit with Tom Becker to review Punch List. | 8.0 | | $1,880.00 |
| | • JTM review of E.W. Howell's Change Order Requests | 2.0 | | $ 470.00 |
| | • JTM participation in Conference Call with E.W. Howell and Tom Becker to resolve outstanding Change Orders | 3.0 | | $ 705.00 |
| | • JTM review of E.W. Howell's Payment Requisition | 1.5 | | $ 352.50 |

Kindly make check payable to James Thomas Martino, Architect P.C.

**TOTAL** $3,407.50

Please Indicate Invoice & Project Numbers on your payment.

14 Vanderventer Avenue - Port Washington, NY 11050
516.767.7806 • FAX 516.767.3506



# INVOICE

## JAMES THOMAS MARTINO
### ARCHITECT, P.C.

| BILL TO: | | | DATE | INVOICE NO. |
|---|---|---|---|---|
| Mr. David Clifford | | | 6/13/2001 | 3519 |
| Crown Theatres | | | | |
| 64 North Main Street | | | Project No. | |
| South Norwalk, CT. 06854 | | | 1328 Skokie | |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Reim Expenses | Reimbursable expenditures month of May 2001 | | | |
| Blueprinting | Inhouse | | 7.70 | 7.70 |
| Reim Expenses | Parking LAG 5/2 | | 44.00 | 44.00 |
| Reim Expenses | Food 5/1 | | 46.72 | 46.72- |
| Principal | James Thomas Martino, AIA 5/1,5/2 | 16 | 235.00 | 3,760.00 |

| | |
|---|---|
| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | **TOTAL**  $3,858.42 |

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7808 • FAX 516.767.3906



## INVOICE

**JAMES THOMAS MARTINO**
A R C H I T E C T, P. C.

| BILL TO: | DATE | INVOICE NO. |
|---|---|---|
| Mr. David Clifford<br>Crown Theatres<br>64 North Main Street<br>South Norwalk, CT. 06854 | 10/7/2001 | 3573 |

Project No.

1328 Skokie

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Services to end of contract<br><br><br>Contract   350,000.00<br>This Inv      1,554.00<br>Previous   348,446.00<br>Balance        -0- | | 1,554.00 | 1,554.00 |

Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment.

**TOTAL**    $1,554.00

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3386



**JAMES THOMAS MARTINO**
A R C H I T E C T, P. C.

## INVOICE

| BILL TO: | DATE | INVOICE NO. |
|---|---|---|
| Mr. David Clifford<br>Crown Theatres<br>64 North Main Street<br>South Norwalk, CT. 06854 | 5/12/2001 | 3496 |

| | Project No. |
|---|---|
| | 1328 Skokie |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Reim Expenses | Reimbursable expenditures month of April 2001 | | | |
| UPS | | | 30.27 | 30.27 |
| Reim Expenses | Air Travel | | 1,376.00 | 1,376.00 |
| Reim Expenses | Auto rental | | 117.00 | 117.00 |
| Reim Expenses | Food | | 67.30 | 67.30 |
| Blueprinting | | | 123.20 | 123.20 |
| Principal | James Thomas Martino, AIA 4/17,24 | 16 | 235.00 | 3,760.00 |

| | | |
|---|---|---|
| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | **TOTAL** | **$5,473.77** |

14 Vandeventer Avenue • Port Washington, NY 11050
516.767.2000 • FAX 516.767.3306

JAMES THOMAS MARTINO ARCHITECT,
PC
14 Vanderventer Avenue - Suite L1
Port Washington, NY 11050
516-767-7888 - Fax 516-767-3986

# Statement

| DATE |
| --- |

7/25/2002

| TO: |
| --- |

Mr. Tom Becker
Crown Theatres
64 North Main Street
South Norwalk, CT. 06854

| PROJECT | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- |
| 1324 Jupiter | $35,510.30 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 05/05/2001 | Balance forward | | .0.00 |
| 05/08/2001 | INV #3506 | 16,980.00 | 16,980.00 |
| 05/12/2001 | INV #3493 | 16,371.01 | 33,351.01 |
| 06/13/2001 | INV #3513 | 7,873.97 | 41,224.98 |
| 07/23/2001 | INV #3537 | 2,887.10 | 44,112.08 |
| 08/13/2001 | INV #3543 | 543.93 | 44,656.01 |
| 09/24/2001 | PMT #205441 | -2,887.10 | 41,768.91 |
| 09/24/2001 | PMT #205442 | -953.97 | 40,814.94 |
| 09/24/2001 | PMT #205442 | -5,691.01 | 35,123.93 |
| 09/24/2001 | PMT #205442 | -543.93 | 34,580.00 |
| 10/15/2001 | INV #3573 | 1,252.80 | 35,832.80 |
| 11/08/2001 | PMT #206172 | -1,252.80 | 34,580.00 |
| 12/01/2001 | INV #3603 | 1,880.00 | 36,460.00 |
| 12/26/2001 | PMT #206810 | -1,880.00 | 34,580.00 |
| 01/09/2002 | INV #3617 | 930.30 | 35,510.30 |

```
Inv. 3506    16,980.00
Inv. 3493    10,680.00
Inv. 3513     6,920.00
Inv. 3617       930.30

            35,510.30
```

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 35,510.30 | $35,510.30 |

| BILL TO: | | | DATE | INVOICE NO. |
|---|---|---|---|---|

Mr. Tom Becker
Crown Theatres
64 North Main Street
South Norwalk, CT. 06854

DATE: 5/8/2001
INVOICE NO. 3506

Project No.

1324 Jupiter

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | A'ddl Contract Administration Project was originally to be completed in December 2000. Documentation of all directions to avoid further contractor interpretations 44 Directive memos issued in April 2001. | | | . . . |
| Principal | James Thomas Martino, AIA | 44 | 235.00 | 10,340.00 |
| Staff | | 83 | 80.00 | 6,640.00 |

| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | TOTAL | $16,980.00 |
|---|---|---|

| BILL TO: | | | DATE | INVOICE NO. |
|---|---|---|---|---|
| Mr. Tom Becker<br>Crown Theatres<br>64 North Main Street<br>South Norwalk, CT. 06854 | | | 5/12/2001 | 3493 |
| | | | Project No. | |
| | | | 1324 Jupiter | |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Reim Expenses | Reimbursable expenditures month of April 2001 | | | |
| UPS | 4/04- 4/20 | | 432.48 | 432.48 |
| Fed Ex | | | 55.40 | 55.40 |
| Reim Expenses | Film * Development | | 34.26 | 34.26 |
| Reim Expenses | Parking LaG | | 280.00 | 280.00 |
| Reim Expenses | Auto Rental  4/2,12,18,25 | | 466.50 | 466.50 |
| Reim Expenses | Air Travel 4/ 10,12,17,18 | | 2,979.25 | 2,979.25 |
| Reim Expenses | Lodging | | 621.88 | 621.88 |
| Reim Expenses | Food | | 326.69 | 326.69 |
| Blueprinting | | | 494.55 | 494.55 |
| Principal | James Thomas Martino, AIA  4/2,3,10,12,25 | 40 | 235.00 | 9,400.00 |
| Staff | Gary Schiede  4/17,18 | 16 | 80.00 | 1,280.00 |

| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | TOTAL | $16,371.01 |
|---|---|---|

| BILL TO: | | | DATE | INVOICE NO. |
|---|---|---|---|---|
| | | | 6/13/2001 | 3513 |

Mr. Tom Becker
Crown Theatres
64 North Main Street
South Norwalk, CT. 06854

| Project No. |
|---|
| 1324 Jupiter |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Reim Expenses | Reimbursable expenditures month of May 2001 | | | |
| UPS | 5/2,4,11,12,15,18,19 | | 157.72 | 157.72 |
| Reim Expenses | Film development 5/1, 5/24 | | 38.55 | 38.55 |
| Reim Expenses | Airport parking LAG | | 110.00 | 110.00 |
| Blueprinting | Inhouse | | 128.10 | 128.10 |
| Reim Expenses | Lodging 5/24,25 | | 315.33 | 315.33 |
| Reim Expenses | Auto rental = gas | | 160.43 | 160.43 |
| Reim Expenses | Food 5/24 | | 43.84 | 43.84 |
| Arch. Service | Principal - James Thomas Martino, AIA 5/10,24,25 | 24 | 235.00 | 5,640.00 |
| Staff | Gary 5/24,25 | 16 | 80.00 | 1,280.00 |

Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment.

| TOTAL | $7,873.97 |
|---|---|

# FILE COPY

## INVOICE

JAMES THOMAS MARTINO

A R C H I T E C T. P. C.

**BILL TO:**
Mr. Tom Becker
Crown Theatres, L.P.
64 N. Main Street
S. Norwalk, CT 06854

| DATE | INVOICE NO. | PROJECT NO. |
|------|-------------|-------------|
| 01/09/02 | 3617 | 981324 – Jupiter, FL |

| Services | Description | Hours | Rate | Total |
|----------|-------------|-------|------|-------|
| Reimbursable Expenses for the months of Oct & Dec, 2001: | Blueprinting: 2,658 sq. ft. | | | 930.30 |
| Kindly make check payable to James Thomas Martino, Architect P.C. | | **TOTAL** | | **$930.30** |

Please Indicate Invoice & Project Numbers on your payment.

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7868 • FAX 516.767.3866
www.jtmarchitect.com

Aug 2 2002 9:41 P.16

# Statement

JAMES THOMAS KUDLA, A.A.V.C.
PC
14 Vanderventer Avenue - Suite L1
Port Washington, NY 11050
516-767-7888 • Fax 516-767-3966

| DATE |
|------|
| 7/25/2002 |

| TO: |
|-----|

Mr. Drew Kordas
Tierney, Zullo, Flaherty & Murphy Esqs.
134 East Avenue
Norwalk, CT 06851

| PROJECT | AMOUNT DUE | AMOUNT ENC. |
|---------|-----------|-------------|
| 95-1221 | $160.00 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | | | 0.00 |
| 07/11/2001 | Balance forward | 160.00 | 160.00 |
| 07/12/2001 | INV #3526 | 21.50 | 181.50 |
| 07/23/2001 | INV #3531 | -21.50 | 160.00 |
| 08/22/2001 | PMT #24522 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | $160.00 |

JAMES THOMAS MARTINO ARCHITECT,
PC
14 Vanderventer Avenue - Suite L1
Port Washington, NY 11050
516-767-7888 - Fax 516-767-3966

# Statement

| DATE |
|---|
| 7/25/2002 |

TO:

Mr. Tom Becker
Crown Theatres
64 North Main Street
South Norwalk, CT 06854

| PROJECT | AMOUNT DUE | AMOUNT ENC. |
|---|---|---|
| | $475.65 | |
| 1312 Hartford | | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| | | | 0.00 |
| 01/01/2002 | Balance forward | | 475.65 |
| 01/09/2002 | INV #3619 | 475.65 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 475.65 | $475.65 |

# INVOICE

JAMES THOMAS MARTINO
A R C H I T E C T,  P. C.

**BILL TO:**
Mr. Tom Becker
Crown Theatres, L.P.
64 N. Main Street
S. Norwalk, CT 06854

| DATE | INVOICE NO. | | PROJECT NO. | | |
|------|------------|---|------------|---|---|
| 01/09/02 | 3619 | | 981312–Crown Palace | | |
| Services | Description | Hours | Rate | Total | |
| Reimbursable Expenses for the month of Oct. 2001 | Blueprinting: 1,359 sq. ft. | | | 475.65 | |

Kindly make check payable to James Thomas Martino, Architect P.C.

| TOTAL | $475.65 |

Please indicate Invoice & Project Numbers on your payment.

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3986
www.jtmarchitect.com