UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
CROWN THEATRES, L.P.,                    Case No. 3:02 CV 2272 (AVC)

    Plaintiff,

   -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

             Defendants.
------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

    Third-Party Plaintiffs,

   - against –

B.B. CONSTRUCTION CONSULTANTS,          December 16, 2003
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

    Third-Party Defendants.
------------------------------------------------------------X

**MOTION FOR A LIMITED EXTENSION OF TIME**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO AND JAMES THOMAS MARTINO ARCHITECT, P.C. (collectively referred herein as "The Martino Defendants"), move, pursuant to Rule 6 and 16 of the Federal Rules of Civil Procedure and Rule 9(b) of the local rules for the United States District Court for the District of Connecticut, for a limited extension of time solely to depose Plaintiff Crown Theatres, L.P.'s expert witness(es) and for Defendants' to designate their expert witness(es). The Scheduling Order, dated October 21, 2003

currently requires that deposition of Plaintiff's expert witness(es) be completed by December 31, 2003 and for Defendants to designate their expert witness(es) by January 15, 2003.

All parties to this litigation have agreed to the requested extension of the deadline. *See* Declaration of Marisa Lanza, attached hereto.

In further support of this motion, The Martino Defendants states the following:

1. On December 20, 2002, Crown Theatres filed this action seeking to recover damages and other relief on various grounds. Subsequently, Crown Theatres filed an amended complaint, dated February 20, 2003 and a second amended complaint, dated June 30, 2003.

2. On October 21, 2003, this Court entered a revised Scheduling Order, which established a pre-trial discovery schedule in this matter. The Scheduling Order sets forth that "(2) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2003, and depositions of any such experts shall be completed by December 31, 2003." The revised Scheduling Order also provides that "(3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 15, 2004, and the deposition of any such experts shall be completed by February 29, 2004." *See* Scheduling Order annexed hereto as Exhibit A.

3. All parties have been diligent in attempting to schedule the depositions of Plaintiff's designated expert witnesses, *i.e.* Mr. Frederick C. Hamilton of Kroll Zolfo Cooper and Mr. Peter Steffian of Steffian Bradley Architects before the expiration of the December 31, 2003 deadline.

4. As of the date of this motion, Mr. Hamilton's deposition is scheduled for December 23, 2003 in Philadelphia, Pennsylvania.

5.  Despite our good faith efforts and due to scheduling conflicts of the various attorneys and expert witness(es), as well as the attendant circumstances of the holiday season, the parties have been unable to schedule Mr. Steffian's deposition in Boston, Massachusetts before the December 31, 2003 deadline. Thus necessitating our request for a short extension of time until January 30, 2004 to complete the depositions of Plaintiff's expert witness(es) and for Defendants to designate their expert witness(es).

6.  If the Court grants our request, the parties wish to conduct Mr. Steffian's deposition during the week of January 19, 2004, thereby allowing Mr. Steffian to issue any supplemental report before his deposition. However, this consequently requires the Defendants to request that their deadline to designate their expert and issue his report also be extended until January 30, 2004.

7.  Accordingly, The Martino Defendants respectfully submits that good cause exists to extend the deadline to depose Plaintiff's expert witness(es) and for Defendants to designate their expert witness(es). *See* Fed. R. Civ. P. 6 and 16; Local Rule 9(b).

**WHEREFORE**, The Martino Defendants respectfully requests that this Court grant our request for an extension of time until January 30, 2004.

> RESPECTFULLY SUBMITTED,
> DEFENDANTS/THIRD-PARTY PLAINTIFFS
> JAMES T. MARTINO and JAMES THOMAS
> MARTINO ARCHITECTS, P.C.
>
> By: /s/ Marisa Lanza
> Mark Seiden (ct 24637)
> Marisa Lanza (ct 24554)
> MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
> 108 Corporate Park Drive, Suite 200
> White Plains, New York 10604
> (914) 681-8700 / (914) 681-8709 (fax)
> mseiden@milbermakris.com
> mlanza@milbermakris.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and I a copy of the foregoing MOTION FOR AN EXTENSION OF TIME TO DEPOSE PLAINTIFF'S EXPERT WITNESS(ES) and DECLARATION OF MARISA LANZA was served by first class mail, postage prepaid and via facsimile, on all counsel of record in this action on the 16th day of December 2003, upon:

Lawrence S. Schaner, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
*Attorneys for Plaintiff – Crown Theatres And Third-Party Defendants Clifford & Garfinkel*

H. James Pickerstein, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
*Attorneys for Plaintiff – Crown Theatres And Third-Party Defendant Clifford & Garfinkel*

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561-2628
(860) 521-6150 (fax)
*Attorneys for Defendants - Milton L. Daly, Taylor-Leigh, Inc. & Anne Daly*

S. Dave Vatti, Esq.
Law Offices of S. Dave Vatti
375 Bridgeport Avenue, 3rd Floor
Shelton, CT 06484-3964
(203) 944-9392
(203) 944-6012 – fax
*Attorneys for Defendants James C. Cella, G.U.S. Development, Inc, and RCD Hudson, LLC*

_/s/ Marisa Lanza_
Marisa Lanza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
CROWN THEATRES, L.P.,                                   Case No. 3:02 CV 2272 (AVC)

              Plaintiff,

  -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

              Defendants.
---------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

              Third-Party Plaintiffs,

  - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

              Third-Party Defendants.
---------------------------------------------------------------X

## CERTIFICATION IN SUPPORT OF MOTION FOR
## A LIMITED EXTENSION OF TIME

Marisa Lanza, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am associated with the law firm Milber Makris Plousadis & Seiden, LLP, attorneys for Defendants/Third-Party Plaintiff James T. Martino and James Thomas Martino Architect, P.C. ("Martino Defendants") in the above-captioned matter.

2.     The current Scheduling Order, dated October 21, 2003 sets forth that the deadline to depose Plaintiff's expert witness(es) shall be completed by December 31,

2003 and that the Defendants must designate their expert witness(es) by January 15, 2004.

3. For the last several weeks, counsels for all parties have in good faith attempted to the schedule the depositions of Plaintiff's expert witnesses designated as Mr. Frederick C. Hamilton from Kroll Zolfo Cooper and Mr. Peter Steffian from Steffian Bradley Architects.

4. At the present time, counsels for all parties have only been able to schedule the deposition of Mr. Hamilton. Mr. Hamilton deposition is scheduled for December 23, 2003 in Philadelphia, Pennsylvania. Despite our best efforts, the parties have been unable to schedule a mutually convenient date and time for the deposition of Mr. Steffian before the expiration of the December 31, 2003 deadline. In fact, the parties wish to schedule the deposition of Mr. Steffian during the week of January 19, 2004 in Boston, Massachusetts, which is convenient for all parties.

5. As a result, the Defendants therefore request that their deadline to designate their expert and issue his report also be extended until January 30, 2004, in order to provide our expert time to respond to Mr. Steffian's complete expert opinion, which includes his report, any supplement report and deposition testimony.

6. All of the parties, through their respective counsel, have informed our office that they consent to the aforementioned extension until January 30, 2004 and therefore, this application is made with the consent of all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of December 2003.

*Marisa Lanza*
Marisa Lanza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

CROWN THEATRES, L.P.,

                Plaintiff,

   -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                Defendants.

-----------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

              Third-Party Plaintiffs,

   - against --

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

Case No. 3:02 CV 2272 (AVC)

October 16, 2003



3:02CV2272(AVC). October 21, 2003. The motion to modify the scheduling order (document no. 89) is GRANTED as follows: (1) <u>All</u> fact discovery, including depositions of <u>all</u> witnesses, shall be completed by February 30, 2004; (2) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2003, and depositions of any such experts shall be completed by December 31, 200; (3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 15, 2004, and depositions of any such experts shall be completed by February 30, 2004; (4) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before March 31, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 30, 2004; and (6) the case shall be ready for trial by June 1, 2004.
SO ORDERED.

                          *Alfred V. Covello*
                   Alfred V. Covello, U.S.D.J.