UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
CROWN THEATRES, L.P.,                                Case No. 3:02 CV 2272 (AVC)

                    Plaintiff,

    -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                    Defendants.
-------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

               Third-Party Plaintiffs,

    - against –

B.B. CONSTRUCTION CONSULTANTS,                       December 16, 2003
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

               Third-Party Defendants.
-------------------------------------------------------------X

**MOTION FOR A LIMITED EXTENSION OF TIME**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO AND JAMES THOMAS MARTINO ARCHITECT, P.C. (collectively referred herein as "The Martino Defendants"), move, pursuant to Rule 6 and 16 of the Federal Rules of Civil Procedure and Rule 9(b) of the local rules for the United States District Court for the District of Connecticut, for a limited extension of time solely to depose Plaintiff Crown Theatres, L.P.'s expert witness(es) and for Defendants' to designate their expert witness(es). The Scheduling Order, dated October 21, 2003

December 22, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.