```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

            Telephone Discovery Conference Calendar

             Honorable Alfred V. Covello, U.S.D.J.
                        450 Main Street
                           Hartford
                  Chambers Room 125 - Annex
```

**February 5, 2004**

**3:00 p.m.**

CASE NO. **3:02CV2272(AVC) Crown Theatres, LP v. Daly, et al**

Thomas H. Kukowski
Marisa Laura Lanza
Mark Seiden
Milber Makris Plousadis & Seiden
108 Corporate Park Drive
Suite 200
White Plains, NY 10604

Craig C. Martin
Lawrence S. Schaner
Jenner & Block
One IBM Plaza
Suite 4400
Chicago, IL 60611

Harold James Pickerstein
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

S. Dave Vatti
375 Bridgeport Ave., 3rd Fl.
Shelton, CT 06484-3961

Kerry Marc Wisser
Weinstein & Wisser, P.C.
29 S. Main St.
Ste. 207
West Hartford, CT 06107

Jodi Lynn Zils Gagne
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103                BY ORDER OF THE COURT
                                  KEVIN F. ROWE, CLERK

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218