# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175  FACSIMILE: 860.522.2796

HAROLD JAMES PICKERSTEIN
Attorney At Law
‡Also Admitted in District of Columbia
Direct: 203.319.4003
hpickerstein@pepehazard.com

January 26, 2004

Judge Alfred Covello
Senior United States District Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut  06103

Re: Crown Theatres, L.P. v. Milton L. Daly, et al.,
    Case No. 3:02CV 2272 (AVC)

Dear Judge Covello:

On behalf of plaintiff Crown Theatres, L.P. ("Crown Theatres"), I am writing to request Your Honor's assistance with a discovery dispute that has arisen between my client and defendant James Martino ("Martino"). As Your Honor may recall, Martino is an architect accused by Crown Theatres of professional negligence and breach of contract in connection with the construction of six movie theatre complexes. The current dispute concerns the scheduling of the conclusion of Martino's deposition and the date for the deposition of Crown Theatres' architectural expert. Specifically, having delayed his deposition for the better part of three months, Martino now is refusing to sit for the conclusion of his deposition until <u>after</u> the deposition of Crown Theatres' architectural expert. This makes no sense. Martino's deposition should be concluded before the deposition of the expert whose opinions in this case will be based

3:02CV2272(AVC).  January 27, 2004.  Construed as a letter motion for a discovery conference, the motion is GRANTED.  The court shall hold a telephone discovery conference on February 5, 2004, at 3:00 p.m. Parties shall initiate the conference call and shall contact chambers at (860) 240-3218.
SO ORDERED.

Alfred V. Covello, U.S.D.J.