UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X

CROWN THEATRES, L.P.,

        Plaintiff,

  -against-                           3:02 CV 2272 (AVC)

MILTON DALY, ET AL.,

        Defendants.

------------------------------------------------------------X

### APPEARANCE

Please enter my appearance on behalf of James Cella, GUS Development, and RCD Hudson, LLC, defendants in the above-referenced matter.

                                      Robert M. Frost, Jr.   ct19771

                                      Zeldes, Needle & Cooper
                                      1000 Lafayette Blvd.
                                      P.O. Box 1740
                                      Bridgeport, Connecticut 06604
                                      (203) 333-9441
                                      Facsimile: (203) 333-1489
                                      Email: rfrost@znclaw.com

                                      Attorney for Defendants
                                      James Cella, GUS Development, RCD
                                      Hudson, LLC

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT 06107

H. James Pickerstein, Esq.
Attorney Jodi Zils Gagne
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Mark Seiden, Esq.
Attorney Marisa Lanza
Milber, Makris, Plousadis & Seiden, LLP
108 Corporate Park Drive
Suite 200
White Plains, NY 10604

Lawrence S. Schaner, Esq.
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611

Dated at Bridgeport, Connecticut this 4th day of February 2004.

Robert M. Frost, Jr.