UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CROWN THEATRES, L.P., :
  Plaintiff, :
   :
v. : Civil No. 3:02CV2272(AVC)
   :
MILTON L. DALY, et al., :
  Defendant. :

### REVISED SCHEDULING ORDER

(1) All discovery, including depositions of all witnesses, shall be completed by March 25, 2004;

(2) depositions of the plaintiff's experts shall be completed by February 27, 2004;

(3) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 12, 2004, and depositions of any such experts shall be completed by March 25, 2004;

(4) all motions, except motions in limine incident to a trial, shall be filed on or before March 31, 2004;

(5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 30, 2004; and

(6) the case shall be ready for trial by June 1, 2004.

    It is so ordered this 9th day of February, 2004. at Hartford, Connecticut.


                                 Alfred V. Covello
                                 United States District Judge