UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, LP, | CIVIL ACTION NO. |
| Plaintiff, | 3:02-CV-2272 (AVC) |
| VS. | |
| MILTON L. DALY, ET AL., | FEBRUARY 24, 2004 |
| Defendants. | |

**DEFENDANT ANNE DALY'S MOTION FOR SUMMARY JUDGMENT
IN REGARD TO
COUNTS XIV, XVI, XVII, XIX and XX
OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56 of this Court, defendant Anne Daly in the above-entitled matter hereby moves for a summary judgment as to the plaintiff's claims against in Counts XIV, XVI, XVII, XIX and XX of the Second Amended Complaint.

There is no genuine issue of material fact regarding the allegations of conversion, unjust enrichment and fraudulent transfer of funds set forth in Counts XIV, XVI, XIX and XX because those claims all involve monies that were transferred to an entity (Taylor-Leigh, Inc.) in which Anne Daly had no ownership interest and/or financial accounts in which the plaintiff had a joint interest with the transferor but over which she actually exercised no prerogatives of ownership or control and from which transfer she

derived no benefit. Under such facts, defendant Anne Daly cannot be liable for the alleged conversion, unjust enrichment or fraudulent transfer as a matter of law.

As to the allegations of Count XVII, the payment of monies to defendant Anne Daly under the terms of a promissory note which at all times was payable to her cannot, as a matter of law, give rise to liability for a fraudulent transfer.

In support of this Motion, the defendant relies on the accompanying Memorandum of Law in Support of Motion for Summary Judgment; on the affidavits of Anne Daly and Milton Daly and on the excerpt from the Deposition of Frederick C. Hamilton, all of which are attached to said Memorandum of Law; and on the accompanying Local Rule 56(a)1 Statement.

WHEREFORE, the defendant Anne Daly respectfully requests that a summary judgment be entered in her favor on Counts XIV, XVI, XVII, XIX and XX of the plaintiff's Second Amended Complaint.

DEFENDANT,
ANNE DALY

By _____
Kerry M. Wisser of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct01205

## **CERTIFICATION**

This is to certify that on the 24th day of February, 2004, a copy of the foregoing was served upon the following counsel of record by way of First Class Mail, postage prepaid:

Harold James Pickerstein, Esquire
Jodi Zils Gagne, Attorney
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-4000

Craig C. Martin, Esquire
Lawrence S. Schaner, Esquire
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Mark Seiden, Esquire
Marisa Lanza, Attorney
Milber Makris Polusadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604

Robert M. Frost, Jr., Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Kerry M. Wisser