UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, LP, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-2272 (AVC) |
| VS. | : | |
| MILTON L. DALY, ET AL., | : | FEBRUARY 24, 2004 |
| Defendants. | : | |

## LOCAL RULE 56(a)1 STATEMENT

In support of her Motion for Summary Judgment as to Counts XIV, XVI, XVII, XIX and XX of the Second Amended Complaint, defendant Anne Daly hereby files this Statement pursuant to Local Rule 56(a)1, which Statement sets forth the following material facts as to which the defendant contends there is no genuine issue to be tried:

1. Taylor-Leigh, Inc. is a corporation whose sole director and sole shareholder is defendant Milton Daly. (Second Amended Complaint, ¶ 9, 165; Affidavit of Milton Daly, ¶ 4.)

2. Anne Daly is the Secretary of Taylor-Leigh. (Second Amended Complaint, ¶ 9; Affidavit of Milton Daly, ¶ 4.)

3. Defendant Anne Daly has never exercised any control over Taylor-Leigh, Inc. or over any of its corporate, business or financial affairs. (Affidavit of Milton Daly, ¶ 4; Affidavit of Anne Daly, ¶ 4.)

4. Odyssey Entertainment, LLC ("Odyssey") is a business entity of which Milton Daly is the controlling shareholder. (Affidavit of Milton Daly, ¶ 5; Affidavit of Anne Daly, ¶ 5.)

5. Anne Daly has never had any legal or financial interest in Odyssey, other than as a creditor. She is not, and has never been, involved in any of the corporate, business or financial activities of Odyssey. (Affidavit of Milton Daly, ¶ 5; Affidavit of Anne Daly, ¶ 5.)

6. The Raymond James Financial Services, Inc. account, referred to as the "Investment Account" in the Second Amended Complaint, at all times was a joint account in the names of Milton Daly and Anne Daly. (Affidavit of Milton Daly, ¶ 6; Affidavit of Anne Daly, ¶ 6.)

7. Anne Daly had no involvement with the funds in the Investment Account and exercised no control over the management or disposition of any funds in that account. (Affidavit of Milton Daly, ¶ 6; Affidavit of Anne Daly, ¶ 6.)

8. Over the years, Milton Daly had accounts at Fleet Bank in Connecticut, which accounts were maintained jointly in the names of Milton Daly and Anne Daly. Those joint accounts are referred to as the "Fleet Accounts" in the Second Amended Complaint. (Affidavit of Milton Daly, ¶ 7; Affidavit of Anne Daly, ¶ 7.)

9. With one exception, Anne Daly, had almost no involvement with the funds in the Fleet Accounts and exercised no control over the management or disposition of

any funds in those accounts other than to write occasional checks for nominal sums to pay for groceries, some clothing and other small purchases. (Affidavit of Milton Daly, ¶ 7; Affidavit of Anne Daly, ¶ 7.)

10. That one exception in regard to the Fleet Accounts is as follows. When Milton and Anne Daly moved from Connecticut to Georgia, Anne Daly was given a check for $325,000, which represented the balance of the funds in the Fleet Accounts. That check was then used in its entirety to open a joint account in Georgia in the names of both Milton Daly and Anne Daly. (Affidavit of Milton Daly, ¶ 7; Affidavit of Anne Daly, ¶ 7.)

11. Anne Daly has had no involvement with the funds in that Georgia account and has exercised no control over the management or disposition of any funds in that account. (Affidavit of Milton Daly, ¶ 7; Affidavit of Anne Daly, ¶ 7.)

12. In December of 2002, Milton Daly received a payment from Odyssey Entertainment LLC, which payment was compensation for services rendered. The net amount of that payroll payment, after taxes, was around $84,000. He asked that that payment be transmitted, by wire, to his wife, Anne Daly. That payroll amount was turned over to Anne Daly for her to spend on household affairs. (Affidavit of Milton Daly, ¶ 8.)

13. There is a promissory note between Odyssey Entertainment, LLC as the borrower, and both Anne Daly and Milton Daly as the lenders (the "Odyssey Note"). (Affidavit of Anne Daly, ¶ 8.)

14. The Odyssey Note is payable in monthly installments jointly to both Anne Daly and Milton Daly. Thus, all periodic payments under the Odyssey Note are payable to either, or both, Milton Daly or Anne Daly. (Affidavit of Anne Daly, ¶ 8.)

15. Anne Daly has received five monthly payments on the Odyssey Note, which payments totaled $91,467. Those are the only monies that she has received from Odyssey, with the exception of a payment of around $84,000 (discussed in ¶ 12 above) in December of 2002. (Affidavit of Anne Daly, ¶ 8.)

16. Sometime in 2001, Milton Daly informed Anne Daly that he had a problem with, and that he was going to be sued by, Crown Theatres, L.P. However, Anne Daly was not then, or at any other time until she was sued in this case, informed that Crown Theatres, L.P. claimed an interest in any funds of Taylor-Leigh, Inc., or that improper proceeds from the business of Crown Theatres, L.P. were the source of any funds of Taylor-Leigh, Inc. as is alleged by Crown Theatres, L.P. in this action. (Affidavit of Anne Daly, ¶ 9.)

DEFENDANT,
ANNE DALY

By _____
Kerry M. Wisser of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct01205

## CERTIFICATION

This is to certify that on the 24th day of February, 2004, a copy of the foregoing was served upon the following counsel of record by way of First Class Mail, postage prepaid:

Harold James Pickerstein, Esquire
Jodi Zils Gagne, Attorney
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-4000

Craig C. Martin, Esquire
Lawrence S. Schaner, Esquire
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Mark Seiden, Esquire
Marisa Lanza, Attorney
Milber Makris Polusadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604

Robert M. Frost, Jr., Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Kerry M. Wisser