UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | March 1, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| Defendants. ) | |

### PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR EXTENSION OF TIME

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres an additional three days, to and including March 4, 2004, to respond to Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino") Motion to Quash Plaintiff Crown Theatres L.P.'s Subpoena Served on Citigroup. In support of this motion, Crown Theatres states as follows:

1.  On January 23, 2004, Crown Theatres served a subpoena for the production of documents on Citigroup.

2.  On February 6, 2004, Martino filed its Motion to Quash Plaintiff Crown Theatres, L.P.'s Subpoena Served on Citigroup.

3.  This Court set a response date of March 1, 2004, by which time Crown Theatres was to file any briefs in response to Martino's motion.

JZG/32310/2/668248v1
03/01/04-HRT/

4. Crown Theatres is in the process of formulating its response and needs additional time to do so, despite the diligence of its counsel in attempting to meet this Court's deadline.

5. Counsel for Crown Theatres, Matthew H. Rice, has conferred with counsel for Martino, Marisa Lanza. Counsel for Martino does not oppose this motion for an extension of time. The parties have further agreed that counsel for Martino should be allowed until March 15, 2004 to file any reply brief.

6. This is the first motion for extension of time filed by Crown Theatres with respect to this Court's deadline for filing a response to Martino's Motion to Quash.

WHEREFORE, Plaintiff Crown Theatres, L.P. respectfully requests that this Court enter an order allowing Crown Theatres until March 4, 2004 to respond to Defendant James T. Martino and James Thomas Martino, Architect P.C.'s Motion to Quash Plaintiff Crown Theatres, L.P.'s Subpoena Served on Citigroup.

JZG/32310/2/668248v1
03/01/04-HRT/

Respectfully submitted,

CROWN THEATRES, L.P.

By: _____
H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT  06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK, LLC
One IBM Plaza
Chicago, IL  60611
(312) 222-9350
312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

Dated:  March 1, 2004

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Plaintiff Crown Theatres' Motion for Extension of Time** by facsimile and by mailing a copy of the same by United States Mail, postage prepaid, to the following:

>Kerry M. Wisser
>Weinstein & Wisser, P.C.
>29 South Main Street
>Suite 207
>West Hartford, CT  06107
>
>Mark Seiden
>Marisa Lanza
>Milber, Makris, Plousadis & Seiden, L.L.P.
>3 Barker Avenue
>Sixth Floor
>White Plains, NY  10601
>
>Robert M. Frost
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, CT  06601

_____
Jody Zils Gagné

Dated:  March 1, 2004

JZG/32310/2/668248v1
03/01/04-HRT/