105

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P.,                    ) | |
|           Plaintiff,             ) | |
| v.                                       ) | Case No. 3:02CV2272AVC |
|                                   ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH,            ) | |
| INC., ANNE E. DALY, JAMES C.             ) | |
| CELLA, G.U.S. DEVELOPMENT, INC.,         ) | March 1, 2004 |
| JAMES T. MARTINO AND JAMES               ) | |
| THOMAS MARTINO, ARCHITECT,               ) | |
| P.C., and RCD HUDSON, LLC,               ) | |
|           Defendants.           ) | |

## PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR EXTENSION OF TIME

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres an additional three days, to and including March 4, 2004, to respond to Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino") Motion to Quash Plaintiff Crown Theatres L.P.'s Subpoena Served on Citigroup. In support of this motion, Crown Theatres states as follows:

    1.    On January 23, 2004, Crown Theatres served a subpoena for the production of documents on Citigroup.

    2.    On February 6, 2004, Martino filed its Motion to Quash Plaintiff Crown Theatres, L.P.'s Subpoena Served on Citigroup.

3:02CV2272(AVC).  March 3, 2004.  The motion for an extension of time (document no. 105) is GRANTED NUNC PRO TUNC. SO ORDERED.

Alfred V. Covello, U.S.D.J.