UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CROWN THEATRES, L.P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| **MILTON L. DALY, TAYLOR-LEIGH,** ) | |
| **INC., ANNE E. DALY, JAMES C.** ) | |
| **CELLA, G.U.S. DEVELOPMENT, INC.,** ) | March 5, 2004 |
| **JAMES T. MARTINO AND JAMES** ) | |
| **THOMAS MARTINO, ARCHITECT,** ) | |
| **P.C., and RCD HUDSON, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR LEAVE TO
SUBSTITUTE CORRECTED EXHIBIT ONE TO ITS MEMORANDUM
IN OPPOSITION TO MARTINO DEFENDANTS' MOTION TO QUASH**

Crown Theatres, L.P. ("Crown Theatres"), by its attorneys, hereby moves the Court to allow it to substitute a corrected Exhibit 1 to its Memorandum in Opposition to the Martino Defendants' Motion to Quash. In support of this motion, Crown Theatres states as follows:

1. On March 4, 2004, Crown Theatres filed its Memorandum in Opposition to the Martino Defendants' Motion to Quash (the "Brief").

2. Exhibit 1 to the Brief is the transcript of the deposition of defendant James T. Martino. The first day of Mr. Martino's deposition was January 15, 2004. The second day of Mr. Martino's deposition was February 10, 2004.

3. Shortly after filing the Brief, Crown Theatres discovered that Exhibit 1 to the Brief unintentionally contained a rough, unedited and unofficial version of Mr. Martino's deposition transcript.

4.      Crown Theatres seeks to substitute the final and official version of Mr. Martino's deposition transcript for the version marked as Exhibit 1 and filed with the Brief on March 4, 2004.

5.      Further, in the interest of conserving space, Crown Theatres seeks to substitute only the pages of the final and official version of Mr. Martino's deposition transcript which are cited and relied upon in the Brief.  These pages are attached hereto as "**Exhibit 1**."

6.      In all other respects, the Brief would remain unchanged.

WHEREFORE , Crown Theatres respectfully requests that this Court grant it leave to substitute the corrected version of Exhibit 1, a copy of which is attached hereto as "Exhibit 1," in place of the Exhibit 1 that was inadvertently included with the Brief.

JZG/32310/2/669022v1
03/05/04-HRT/

                    CROWN THEATRES, L.P.

                    By:_____
                    H. James Pickerstein (Bar No. Ct 05094)
                    Jodi Zils Gagné (Bar No. Ct 24376)
                    PEPE & HAZARD, LLP
                    30 Jelliff Lane
                    Southport, CT  06490
                    (203) 319-4000
                    (203) 259-0251 (fax)
                    hpickerstein@pepehazard.com
                    jgagne@pepehazard.com

                    and

                    Craig C. Martin (Bar No. Ct 12198)
                    Lawrence S. Schaner (Bar No. Ct 24756)
                    JENNER & BLOCK LLP
                    One IBM Plaza
                    Chicago, IL  60611
                    (312) 222-9350
                    (312) 840-7776 (fax)
                    cmartin@jenner.com
                    lschaner@jenner.com

Dated:  March 5, 2004

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Plaintiff Crown Theatres' Motion for Extension of Time** by mailing a copy of the same by United States Mail, postage prepaid, this 5th day of March 2004, to the following:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Avenue
Sixth Floor
White Plains, NY  10601

Robert M. Frost
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT  06601

                                                                Jodi Zils Gagné