UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
CROWN THEATRES, L.P.,                    Case No. 3:02 CV 2272 (AVC)

                Plaintiff,

   -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO, ARCHITECT, P.C. and
RCD HUDSON, LLC,

                Defendants.
------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO, ARCHITECT, P.C.

                Third-Party Plaintiffs,

   - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

                Third-Party Defendants
------------------------------------------------------------X

## MOTION FOR AN EXTENSION OF TIME

Defendants/Third-Party Plaintiffs JAMES T. MARTINO AND JAMES THOMAS MARTINO ARCHITECT, P.C. (collectively referred herein as "The Martino Defendants"), move, pursuant to Rule 6 and 16 of the Federal Rules of Civil Procedure and Rule 9(b) of the local rules for the United States District Court for the District of Connecticut, for an extension of time to file dispositive motions until April 30, 2004.

Furthermore, counsel for Plaintiff Crown Theatres, LP ("Crown") requests an extension up to and including April 21, 2004 to respond to Defendant Anne E. Daly's Motion for Summary

Judgment in regard to Counts XIV, XVI, XVII, XIX and XX of the Plaintiff's Second Amended Complaint.

The Martino Defendants respectfully submits that good cause exists to extend the deadline to file dispositive motions and for Crown to file opposition papers until April 21, 2004 in connection with Defendant Anne E. Daly's Motion for Summary Judgment. *See* Declaration of Marisa Lanza, attached hereto.

All parties to this litigation have agreed to the aforementioned requests.

A copy of the proposed revised Scheduling Order is annexed hereto.

**WHEREFORE**, the Martino Defendants respectfully requests that this Court grant our request.

Dated: White Plains, New York
March 18, 2004

                                              DEFENDANTS/THIRD-PARTY PLAINTIFFS
                                              JAMES T. MARTINO and JAMES THOMAS
                                              MARTINO ARCHITECTS, P.C.

                                              By: *Marisa Lanza*
                                                  Mark Seiden (CT 24637)
                                              Marisa Lanza (CT 24554)
                                              MILBER MAKRIS PLOUSADIS
                                              & SEIDEN, L.L.P.
                                              108 Corporate Park Drive, Suite 200
                                              White Plains, New York 10604
                                              (914) 681-8700
                                              (914) 681-8709 (fax)
                                              mseiden@milbermakris.com
                                              mlanza@milbermakris.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for an Extension of Time and Certification in Support of Motion for an Extension of Time was served by first class mail, postage prepaid, on the 18th day of March 2004, upon:

Craig C. Martin, Esq.
Lawrence S. Schaner, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

H. James Pickerstein, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Robert M. Frost
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601

/s/ Marisa Lanza
Marisa Lanza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X

CROWN THEATRES, L.P.,

                 Plaintiff,

-against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                 Defendants.

------------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                 Third-Party Plaintiffs,

- against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

                 Third-Party Defendants.

------------------------------------------------------------X

Case No. 3:02 CV 2272 (AVC)

## CERTIFICATION IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME

Marisa Lanza, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am associated with the law firm Milber Makris Plousadis & Seiden, LLP, attorneys for Defendants/Third-Party Plaintiff James T. Martino and James Thomas Martino Architect, P.C. ("Martino Defendants") in the above-captioned matter.

2.  The current Scheduling Order, dated February 9, 2004 currently requires that "all motions, except motions in limine incident to a trial, shall be filed on or before March 31, 2004."

3.  At the present time, fact depositions are continuing pursuant to the scheduling order, which provides that all discovery, including depositions shall be completed by March 25, 2004.

4.  In fact, three separate fact depositions and one expert deposition are currently scheduled for the week of March 22, 2004[1]. Among the depositions scheduled for next week are the depositions of Defendants James Cella and Milton Daly, whose testimonies may be critical to issues set forth in forthcoming motions.

5.  Since motions are currently scheduled to be filed four business days after the deadline to complete depositions, it is impractical to properly prepare these motions. Not only, will the parties not be in possession of the various transcripts for the motions, but it provides insufficient to time to fully evaluate and analysis all the information available.

6.  Therefore, the Defendants request that the deadline to file dispositive motions be extended until April 30, 2004.

7.  All of the parties, through their respective counsel, have informed our office that they consent to the aforementioned extension, until April 30, 2004 and therefore, this application is made with the consent of all parties.

---

[1] The non-party deposition of E.W. Howell is currently scheduled for March 22, 2004, the deposition of defendant James Cella is scheduled for March 24, 2004, the deposition of defendant Milton Daly is scheduled for March 25, 2004 and the deposition of the Martino Defendants' expert, Ronald Bertone is scheduled for March 24, 2004.

2

8.  Furthermore, the relevant parties have also agreed that Plaintiff Crown Theatres, LP shall have to and including April 21, 2004 to respond to Defendant Anne E. Daly's Motion for Summary Judgment in regard to Counts XIV, XVI, XVII, XIX and XX of the Plaintiff's Second Amended Complaint.

9.  Counsels for both the Plaintiff and Defendant Anne E. Daly have consent to this extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March 2004.

*/s/ Marisa Lanza*
Marisa Lanza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
CROWN THEATRES, L.P.,                           Case No. 3:02 CV 2272 (AVC

                Plaintiff,

   -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO ARCHITECT, P.C. and
RCD HUDSON, LLC,

                Defendants.
------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                Third-Party Plaintiffs,

   - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

                Third-Party Defendants
------------------------------------------------------------X

## REVISED SCHEDULING ORDER

      (1)    All fact discovery, including depositions of all witnesses, shall be completed by March 25, 2004;

      (2)    Deposition of defendants' designated trial expert shall be completed by March 25; 2004;

      (3)    All motions, except motions *in limine* incident to a trial, shall be filed on or before April 30, 2004;

      (4)    Plaintiff Crown Theatres, LP shall have to and including April 21, 2004 to respond to Defendant Anne E. Daly's Motion for Summary Judgment in regard to Counts XIV, XVI, XVII, XIX and XX of the Plaintiff's Second Amended Complaint;

    (5)    The parties shall file a joint trial memorandum in accordance with the pretrial order, which shall accompany the jury selection calendar, and be sent to the parties April 30, 2004; and

    (6)    The case shall be ready for trial by June 1, 2004.

It is so ordered this ____ day of _____, 2004, at Hartford, Connecticut.

                                                                                              Alfred V. Covello
                                                                           United States District Judge