113

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

-------------------------------------------------------X

CROWN THEATRES, L.P.,

Plaintiff,

-against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO, ARCHITECT, P.C. and
RCD HUDSON, LLC,

Defendants.

-------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO, ARCHITECT, P.C.

Third-Party Plaintiffs,

- against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

Third-Party Defendants

-------------------------------------------------------X

Case No. 3:02 CV 2272 (AVC)

**MOTION FOR AN EXTENSION OF TIME**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO AND JAMES THOMAS

MARTINO ARCHITECT, P.C. (collectively referred herein...

3:02CV2272(AVC). March 31, 2004. The motion for an extension of time (document no. 113) is GRANTED as follows: (1) All fact discovery, including depositions of all witnesses, shall be completed by March 31, 2004; (2) all motions, except motions in limine incident to a trial, shall be filed on or before April 30, 2004; (3) Crown Theaters LLP shall have to and including April 21, 2004 to respond to the defendant Anne E. Daly's motion for summary judgment; (4) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 30, 2004; and (5) the case shall be ready for trial by July 1, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.