UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 MAR -5 P 3:37

U.S. DISTRICT COURT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | March 5, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR LEAVE TO
SUBSTITUTE CORRECTED EXHIBIT ONE TO ITS MEMORANDUM
IN OPPOSITION TO MARTINO DEFENDANTS' MOTION TO QUASH**

Crown Theatres, L.P. ("Crown Theatres"), by its attorneys, hereby moves the Court to allow it to substitute a corrected Exhibit 1 to its Memorandum in Opposition to the Martino Defendants' Motion to Quash. In support of this motion, Crown Theatres states as follows:

1. On March 4, 2004, Crown Theatres filed its Memorandum in Opposition to the Martino Defendants' Motion to Quash (the "Brief").

2. Exhibit 1 to the Brief is the transcript of the deposition of defendant James T. Martino. The first day of Mr. Martino's deposition was January 15, 2004. The second day of Mr. Martino's deposition was February 10, 2004.

3. Shortly after filing the Brief, Crown Theatres discovered that Exhibit 1 to the Brief unintentionally contained a rough, unedited and unofficial version of Mr. Martino's deposition transcript.

JZG/32310/2/669022v1
03/05/04-HRT/

April 6, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.