UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | April 21, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CROWN THEATRES' CROSS-MOTION
FOR SUMMARY JUDGMENT AGAINST ANNE E. DALY
ON COUNTS XIV AND XVI OF THE SECOND AMENDED COMPLAINT**

Plaintiff Crown Theatres, L.P., pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, cross-moves for summary judgment against defendant Anne E. Daly, on Counts XIV (conversion) and XVI (unjust enrichment) of its Second Amended Complaint. The material facts are not in dispute. As explained more fully in Crown Theatres' accompanying memorandum, Anne Daly's husband, Milton L. Daly, abused his position as Crown Theatres' chief operating officer to cause Crown Theatres to pay more than $6 million worth of phony construction invoices. At least $4.2 million of those funds were transferred in the form of kickbacks to accounts owned and controlled by the Dalys.

While Anne Daly asserts that she did not exercise ownership or control over the misappropriated funds, and that she did not derive any benefit from them, the undisputed facts are otherwise:

- Anne Daly was an account holder, and therefore an owner, of at least five of the accounts through which the stolen funds passed.

- She had signature authority on all of the accounts.

- She used her signature authority to write more than 1,100 checks using misappropriated funds.

- Milton Daly used Crown Theatres' money to make payments which benefited Anne as well as the entire Daly family -- payments for items such as the mortgages on their home, credit card payments, home remodeling expenses, home furnishings, groceries, etc.

- The Dalys jointly used over $2 million of the misappropriated funds to invest in the stock market.

- The Dalys jointly channeled over $1 million of the money into an investment in a movie theatre complex in Alabama.

- Throughout the more than 38 years of their marriage, the Dalys have pooled their assets and treated their finances jointly.

- When asked at his deposition whether Anne received the benefit of the $4.2 million, Milton replied, "Yes." (Deposition of Milton Daly, May 21, 2003 at 126.)

In light of these facts, Crown Theatres is entitled to judgment on its conversion and unjust enrichment claims as a matter of law.

JZG/32310/2/675706v1
04/21/04-HRT/

WHEREFORE, Crown Theatres respectfully requests that this Court grant its cross-motion for summary judgment in its favor and against defendant Anne E. Daly on Counts XIV and XVI of the Second Amended Complaint.

CROWN THEATRES, L.P.

By: _____
H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

April 21, 2004

JZG/32310/2/675706v1
04/21/04-HRT/