UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | April 21, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 56(a)(1) STATEMENT

In support of its Cross-Motion for Summary Judgment Against Defendant Anne Daly as to Counts XIV and XVI of the Second Amended Complaint, Plaintiff Crown Theatres, L.P. hereby files this Statement pursuant to Local Rule 56(a)(1).

### STATEMENT OF MATERIAL UNDISPUTED FACTS

1. Milton and Anne Daly's finances are intertwined and they operate as a single economic unit. (Deposition of Milton L. Daly, May 21, 2003 ("M. Daly Dep. I") at 85-6, 104 (Exhibit A)[1]; Deposition of Anne Daly, October 28, 2003 ("A. Daly Dep.") at 32-3 (Exhibit F).)

2. Milton Daly abused his position as chief operating officer and executive vice president of plaintiff Crown Theatres, L.P. to wrongfully take more than $6 million of Crown Theatres' money. (Deposition of Milton L. Daly, August 5-6, 2003

---

[1] The exhibits to Crown Theatres' Local Rule 56(a)(1) statement are contained in its separate appendix.

("M. Daly Dep. II") at 207 (Exhibit B); M. Daly Dep. I at 139-41; Report of Frederick C. "Kip" Hamilton, September 30, 2003 ("Hamilton Report") at 1, 10 (Exhibit C).)

3. The majority of Milton Daly's share of the misappropriated funds, approximately $4.2 million, was deposited into the Citibank business checking account of defendant Taylor-Leigh, Inc. (Testimony of Frederick C. "Kip" Hamilton, Prejudgment Remedy Hearing, September 18, 2003 at 25-6 (Exhibit G).)

4. Taylor-Leigh, Inc. was a closely-held Connecticut corporation, whose sole officers and directors were Milton and Anne Daly. (M. Daly Dep. I at 31; A. Daly Dep. at 55.)

5. Both Dalys had authority to write checks on the Taylor-Leigh Citibank account. (Hamilton Report at 5.)

6. The Dalys used funds from the Taylor-Leigh Citibank account to pay family expenses, including paying down their mortgages. (M. Daly Dep. I at 66-67; Declaration of Frederick C. "Kip" Hamilton, dated April 21, 2004 ("Hamilton Decl.") ¶ 12 (Exhibit H.).)

7. The Dalys transferred $824,000 from the Taylor-Leigh Citibank account to their personal Citibank checking account. An additional $193,800 of the funds kicked back by Beacher was deposited directly into that account. (Hamilton Decl. ¶ 6.)

8. Milton and Anne Daly jointly owned their personal Citibank account, and each had signature authority on the account. (Hamilton Report at 5.)

9. Between 1996 and 2001, Anne wrote 1,162 checks totaling over $146,000 on the account for personal items and items for the Daly household. (Hamilton Decl. ¶¶ 6, 8.)

10. Milton Daly used $500,000 from the Dalys' personal Citibank account to purchase securities that were held in his and Anne's name. (Exhibit 4 to Hamilton Decl. at 2.)

11. Approximately $2.7 million from the Taylor-Leigh Citibank Account was transferred to one of the Dalys' Fleet Bank accounts, account number 9424792102. (Hamilton Decl. ¶ 9.)

12. Anne and Milton were joint owners of Fleet account number 9424792102, and each of them had authority to write checks. (Hamilton Decl. ¶ 9; A. Daly Dep. at 66.)

13. Anne Daly wrote numerous checks on the account totaling over $122,000, including 27 checks for amounts in excess of $1,000 and an unknown number of checks for amounts less than $1,000. (Hamilton Decl. ¶ 9, A. Daly Dep. at 66, 111.)

14. Milton Daly also wrote checks on the Fleet Account number 9424792102, many of which were for family expenses. (Hamilton Decl. ¶ 12.)

15. Anne and Milton maintained another joint Fleet Bank account, account number 9440987478, for which they both had signature authority. $145,357 was transferred from the Taylor-Leigh Citibank account into this account, and an additional $728,466 was shifted into this account from Fleet account number 9424792102. (Hamilton Decl. ¶ 10.)

16. Anne Daly wrote at least $4,566.33 in checks on Fleet Bank account number 9440987478. (Hamilton Decl. ¶ 10.)

17. In September 2001, Milton Daly wrote a check from Fleet Account number 9440987478 to Anne for $325,000. (M. Daly Dep. II at 253-4.)

18. The Dalys opened a third joint Fleet Bank account, number 9446000989, from which Anne wrote a check for $100,000 to Milton Daly. (Hamilton Decl. ¶ 11.)

19. The Dalys invested over $2 million in the stock market through an account with Raymond James, for which they both had signature authority. The Dalys primarily funded the account by transferring approximately $2 million between February and September 2000 from Fleet Account number 9424792102. (Hamilton Decl. ¶ 12; Testimony of Frederick C. "Kip" Hamilton, Prejudgment Remedy Hearing, September 23, 2003 ("Hamilton PJR Testimony"); M. Daly Dep. I at 104; A. Daly Dep. at 67-68.)

20. In 2001, the Dalys invested $2.9 million into Odyssey Entertainment, Inc. Approximately $2.1 million of the Dalys' investment in Odyssey came from their Raymond James Investment Account. (M. Daly Dep. I at 65-67.)

21. In return for their investment, Odyssey issued a promissory note to Anne and Milton in the amount of $2.9 million. The note paid interest at a rate of 7.75% per annum, with interest payments due monthly. (M. Daly Dep. I at 11, 67; Hamilton PJR Testimony at 31.)

CROWN THEATRES, L.P.

By: _____
H. James Pickerstein
(Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner
(Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

April 21, 2004

5