UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:02CV2272 (AVC) |
| | ) | Jury Trial Demanded |
| MILTON L. DALY, ANNE E. DALY, | ) | |
| TAYLOR-LEIGH, INC., JAMES C. | ) | April 30, 2004 |
| CELLA, G.U.S. DEVELOPMENT, INC., | ) | |
| JAMES T. MARTINO AND JAMES | ) | |
| THOMAS MARTINO, ARCHITECT, | ) | |
| P.C., and RCD HUDSON, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### CROWN THEATRES' MOTION FOR SUMMARY JUDGMENT ON THE MARTINO DEFENDANTS' FIRST AND THIRD COUNTERCLAIMS

Counterclaim defendant Crown Theatres, L.P., hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in its favor and against James T. Martino and James Thomas Martino, Architect, P.C. (collectively the "Martino Defendants") on their First and Third Counterclaims.

In support of this Motion, Crown Theatres submits the accompanying Memorandum of Law and Local Rule 56(a)(1) Statement, and states as follows:

1. The Martino Defendants' First Counterclaim should be dismissed because it is unintelligible and does not comply with Rule 8 of the Federal Rules of Civil Procedure. Alternatively, it purports to state theories which cannot be asserted properly as claims against Crown Theatres.

2. Summary judgment should be entered on the Martino Defendants' Third Counterclaim because the undisputed facts show that Crown Theatres had no expectation of

paying for the work in question. Among other things, the parties never agreed that Crown Theatres would pay for the work; the Martino Defendants never submitted a bill; and they never asked for payment. It was only after Crown Theatres filed this action that the Martino defendants suggested for the first time that Crown Theatres should pay.

WHEREFORE, for the foregoing reasons, this Court should grant summary judgment in favor Crown Theatres and against the Martino Defendants on their First and Third Counterclaims.

CROWN THEATRES, L.P.

By: _____
H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

Dated: April 30, 2004

2

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of the foregoing Motion for Summary Judgment by mailing a copy of the same by United States Mail, postage prepaid, this 30th day of April, 2004 to the following:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT 06107

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Ave.
6th Floor
White Plains, NY 10601

Robert M. Frost
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Jodi Zils Gagné