July 8, 1998 Revised
Federal Express

Mr. Robert Scinto
R. D. Scinto, Inc.
One Corporate Drive, Suite 100
Shelton, CT 06484

Re: **AGREEMENT FOR ARCHITECTURAL SERVICES**
    Project: Crown Marquis Theatre
          Lot 5 – Tudor Lane
          Trumbull, CT
          Project No. 96-1259

Dear Bob:

This Agreement is for professional services, included but not limited to Demolition, Architectural, Structural, Mechanical, Plumbing, Electrical Plans and a Book of Specifications for the development of the Proposed Addition/Alteration to the Crown Marquis Theatre.

## BASIC SERVICES:

**Construction Documents Phase:** This firm shall prepare Construction Documents in accordance with Crown Theatres design criteria consisting of Drawings and a Book of Specifications that set forth in detail, the requirements for the construction of the Proposed Addition/Alteration to the Crown Marquis Theatre.

NOTE: This Agreement specifically excludes any site development work, i.e.: site drainage, site lighting, landscaping, contour designs, etc.

**Pre-Construction Phase:** This firm shall prepare Bid Documents in accordance with Crown Theatres Lease Requirements and shall assist R. D. Scinto, Inc. in providing information and assistance to all bidders during the bidding process. This firm will participate in preparing the Construction Contract between the General Contractor and the Developer. This firm will also respond to any municipality or utility company requests concerning the proposed Addition/Alteration to the Crown Marquis Theatre only.

JTM 17644

Page Two of Four
July 8, 1998 Revised

**Building Construction Phase:** This firm shall review for approval all shop drawings, samples and submissions as called for in the Construction Documents for conformance with the project requirements and compliance with all Building Codes pertaining to this Project. An authorized representative of James Thomas Martino, Architect, P.C. shall visit the Site at an interval of one (1) per month for the purposes of verifying that the "As-Built" conditions are in full compliance with the Construction Documents. Included in this Agreement is a total of ten (10) site visits. Should Additional Site Visits be required, each side visit will be billed monthly (see Additional Services).

**COMPENSATION:** This firms compensation for being the "Architect of Record" for this project shall be based on a "Fixed Fee". The "Fixed Fee" shall be One Hundred and Five Thousand Dollars ($105,000.00).

- Invoices for any and all Services including Reimbursables and Additional Services will be billed monthly. The invoices will include the rate of all technical personnel working on the project. It is understood that R. D. Scinto, Inc.'s payments will be made no later than thirty (30) days from the date of the invoice.
- Additional services will be billed monthly with a 2.5 multiplier. See description of Additional Services on page three of this Contract.

**Payment Schedule:**
- $10,000.00 – Execution of Agreement.
- $50,000.00 – Progress of Drawings (to be invoiced proportionately per month).
- $ 5,000.00 – Building Department Plan Approval.
- $ 5,000.00 – Award of Construction Contract.
- $25,000.00 – Construction Phase (billed monthly for 10 months)
- $10,000.00 – Final payment/close-out of project, issuance of Certificate of Occupancy.

NOTE: Failure on the part of R. D. Scinto, Inc. to properly make payments within 30 days of invoice date will cause James Thomas Martino, Architect, P. C. and his Consultants to cease any further services until such time as the account is brought current.

**REIMBURSABLE EXPENSES:** This firm shall be reimbursed at cost plus 14% handling for all direct out-of-pocket expenses including, but not limited to:

- Printing/Plotting
- Messenger Service
- Overnight courier services
- Long distance telephone calls
- Long distance travel / airline fair (coach) / airport parking / car rental / etc.
- Overnight accommodations

Page Three of Four
July 8, 1998 Revised

**ADDITIONAL SERVICES:** The following services shall be provided, when authorized in writing by R. D. Scinto, Inc.:

- Revisions to the Construction Documents when such revisions are required after completion of the Construction Drawings.
- Any changes required by the Tenant or Developer.
- Attending any Municipality Hearings, i.e.: Site Approval, Zoning, etc.
- Additional site visits above the 10 site visits included in this Contract, i.e.: weekly progress meetings for the Architect, weekly progress meetings for all engineering consultants.

**R. D. SCINTO, INC'S. RESPONSIBILITIES:** R. D. Scinto, Inc. will be responsible for providing all expediting services, all filings and obtaining all necessary approvals with any and all agencies having jurisdiction over this project. Additionally, R. D. Scinto, Inc. will also be responsible for payment of any and all Fees included but not limited to Application Fees, Filing Fees, Permit Fees, Tap Fees, Health Department Fees, etc.

R. D. Scinto, Inc. shall furnish a certified land survey of the site to this Architect. The survey shall include all existing grades and contours, "As-Built" conditions, lines of streets, alleys, pavements, adjoining properties, rights-of-way, easements, zoning, etc. Additionally, R. D. Scinto will also provide any and all information concerning available utilities, existing utilities, required Borings, Soils Reports and Geotechnical Reports. The Soils Reports shall include foundation design recommendations, foundation drainage recommendations, rock removal and mass rock excavation.

**USE OF ARCHITECTS DRAWINGS AND SPECIFICATIONS:** Title to all designs, plans, specifications and other data generated by James Thomas Martino, Architect, P.C. for the express purposes of this project are the property of James Thomas Martino, Architect, P.C. Their use without written consent of the Architect is prohibited.

**TERMINATION OF AGREEMENT:** R. D. Scinto, Inc. reserves the right, upon the delivery of written notice, to terminate this firm's services hereunder and all work connected therewith. Upon such termination, R. D. Scinto, Inc. shall pay to this firm all sums due and owing for Agreement Services, Additional Services and Reimbursable Expenses on the day written notice is delivered. In the event of such termination and after the payment has been received by James Thomas Martino, Architect, P.C., then R. D. Scinto, Inc. may use any completed drawings, specifications, estimates or other completed documents prepared pursuant to this Agreement. R. D. Scinto, Inc. further agrees to hold harmless, James Thomas Martino, Architect, P.C., and his Consultants for any action arising from modifications or revisions made by R. D. Scinto, Inc. or any parties other than this Architect after termination of this agreement.

JTM 17646

Page Four of Four
July 8, 1998 Revised

**ACCEPTANCE OF AGREEMENT:** R. D. Scinto, Inc.'s acceptance of this Agreement is acknowledgement and authorization for James Thomas Martino, Architect, P.C. and his Consultants to perform all services as specified herein.

We trust that this Agreement is acceptable to R. D. Scinto, Inc. Please sign, date and return one (1) copy for our files. Should you have any question regarding the above please do not hesitate to contact me. We look forward to working with you on this project and assure you of our utmost cooperation.

As a point of information, let it be clearly understood that James Thomas Martino, Architect, P.C. is the Architectural Firm for Crown Theatres, LP. It has been agreed by Crown Theatres, LP and R. D. Scinto, Inc. that this is a unique project and this firm will be contracted by R. D. Scinto, Inc. Therefore, R. D. Scinto, Inc. acknowledges and agrees that a portion of the directions this firm will be receiving will be from Crown Theatres, LP with acknowledgments to the above by R. D. Scinto, Inc. will eliminate any conflict of interest claims.

Sincerely,                                                        Acceptance,


_____                _____
James Thomas Martino, President                    Robert Scinto, President
James Thomas Martino, Architect, P.C.              R. D. Scinto, Inc.

Date: _____                      Date _____


JTM/djk
961259-2

JTM 17647