# APPLICATION AND CERTIFICATE FOR PAYMENT   AIA DOCUMENT G702   (Instructions on reverse side)   PAGE ONE OF 2 PAGES

| TO (OWNER): | PROJECT: | APPLICATION NO: 2 | Distribution to: |
|---|---|---|---|
| Crown Theatres, LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | Crown Theatres @<br>Abacoa Town Center<br>Jupiter Florida | PERIOD TO: 3-01-2000 | ☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |
| FROM (CONTRACTOR): | VIA (ARCHITECT): | ARCHITECT'S | |
| Marlin Contracting,<br>D/B/A Marlin Consulting, Inc.<br>123 Orchid Cay Drive<br>P.O. 31415<br>Palm Beach Gardens, FL 33420 | James Thomas Martino, PC | PROJECT NO: | |
| SITE PREP | | CONTRACT DATE: | |
| CONTRACT FOR: | | | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| 1. ORIGINAL CONTRACT SUM | $ 1,070,000 |
|---|---|
| 2. Net change by Change Orders | $ 0 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 1,070,000 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 375,000 |
|   (Column G on G703) | |
| 5. RETAINAGE: | |
|   a. ____% of Completed Work | |
|    (Column D + E on G703) | |
|   b. ____% of Stored Material | |
|    (Column F on G703) | |
|   Total Retainage (Line 5a + 5b or | |
|    Total in Column I of G703) | $ |
| 6. TOTAL EARNED LESS RETAINAGE | $ 375,000 |
|   (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR | |
|   PAYMENT (Line 6 from prior Certificate) | $ 155,000 |
| 8. CURRENT PAYMENT DUE | $ 220,000 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE | $ 695,000 |
|   (Line 3 less Line 6) | |

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | NONE | NONE |
| Approved this Month<br>Number  Date Approved | | |
| | NONE | |
| TOTALS | NONE | NONE |
| Net change by Change Orders | | |

REVIEWED

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: [signature]   Date: 2-28-00

State of: Florida   County of: Palm Beach
Subscribed and sworn to before me this 2 day of [March]
Notary Public: [signature]
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT: [signature]

By: [signature]   Date: 3/1/00

AMOUNT CERTIFIED ... $ 220,000.

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

B.B. CONST. CONSULTANTS
RECEIVED
MAR - 1 2000
B.B. CONSTRUCTION CONSULTANTS
APPROVED

3-01-2000   11/27/17 1366.7

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703 (Instructions on reverse side)

Marlin Contracting D/B/A Marlin Consulting, Inc.

Site Prepartation

APPLICATION NO: 2
APPLICATION DATE: 2-28-00
PERIOD TO: 3-01-00
ARCHITECT'S PROJECT NO: CROWN THEATRES @ ABACOA TOWN CENTER, JUPITER, FL

Page 2 of 2 pages

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | UNSUITABLE SOIL REMOVAL | 208,000 | 85,000 | 123,000 | | 208,000 | 100 | 0 | |
| 2 | ENCASEMENT OF UNDER- GROUND UTILITIES | 392,000 | 0 | 0 | | 0 | 0 | 392,000 | |
| 3 | SUPPORT & HANGING OF UNDERGROUND UTILITIES | 76,000 | 0 | 0 | | 0 | 0 | 76,000 | |
| 4 | REPLACEMENT FILL & COMPACTION | 280,000 | 0 | 53,000 | | 53,000 | 19 | 227,000 | |
| 5 | AQUATIC REMOVAL & STABILIZATION | 114,000 | 70,000 | 44,000 | | 114,000 | 100 | 0 | |
| | TOTAL | 1,070,000 | 155,000 | 220,000 | | 375,000 | 35 | 695,000 | |

REVIEWED

B.B. CONSTRUCTION CONSULTANTS
APPROVED

RECEIVED
MAR - 1 2000
B.B. CONST. CONSULTANTS



AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702* (Instructions on reverse side) PAGE ONE OF 2 PAGES

| | |
|---|---|
| TO (OWNER): Crown Theatres, LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: Crown Theatres @<br>Abacoa Town Center<br>Jupiter Florida | APPLICATION NO: 3<br>PERIOD TO: 3-31-00 | Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR<br>☐ |
| FROM (CONTRACTOR): Martin Contracting<br>D/B/A Martin Consulting, Inc.<br>123 Orchid Cay Drive<br>Palm Beach Gardens, FL 33420 | VIA (ARCHITECT): James Thomas Martino, PC | ARCHITECT'S PROJECT NO: | |
| SITE PREP<br>CONTRACT FOR: | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................. $  1,070,000
2. Net change by Change Orders ......................................... $  0
3. CONTRACT SUM TO DATE (line 1 ± 2) ................................. $  1,070,000
4. TOTAL COMPLETED & STORED TO DATE ............................ $  637,000
   (Column G on G703)
5. RETAINAGE:
   a. ___ % of Completed Work $
      (Column D + E on G703)
   b. ___ % of Stored Material $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) .............................................. $
6. TOTAL EARNED LESS RETAINAGE ................................... $  637,000
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............................ $  375,000
8. CURRENT PAYMENT DUE ............................................. $  262,000
9. BALANCE TO FINISH, PLUS RETAINAGE ........................... $  433,000
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | NONE | NONE |
| Approved this Month<br>Number / Date Approved | | |
| TOTALS | NONE | NONE |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Martin Contracting
D/B/A Martin Consulting, Inc.

By: [signature]  Date: 4-03-00

State of: Florida    County of: Palm Beach
Subscribed and sworn to before me this    April 2000
Notary Public:
My Commission expires:

REVIEWED

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED........................................... $ 262,000
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: [signature]    Date: 4/4/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

APPROVED
B.B. CONSTRUCTION CONSULTANTS
[signature] 4/4/2000

RECEIVED APR 03 2000
B.B. CONST. CONSULTANTS

1-13-1-1360

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)



AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

Site Prepartation

APPLICATION NO.: 3
APPLICATION DATE: 4-03-00
PERIOD TO: 3-31-00
ARCHITECT'S PROJECT NO.: CROWN THEATRES @ ABACOA TOWN CENTER, JUPITER, FL

Page 2 of 2

| A | B | C | D | E | F | G | % (G ÷ C) | H |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) RETAINAGE (IF VARIABLE RATE) |
| 1 | UNSUITABLE SOIL REMOVAL | 208,000 | 208,000 | 0 | | 208,000 | 100 | 0 |
| 2 | ENCASEMENT OF UNDER-GROUND UTILITIES | 392,000 | 0 | 35,000 | | 35,000 | 9 | 357,000 |
| 3 | SUPPORT & HANGING OF UNDERGROUND UTILITIES | 76,000 | 0 | 0 | | 0 | 0 | 76,000 |
| 4 | REPLACEMENT FILL & COMPACTION | 280,000 | 53,000 | 227,000 | | 280,000 | 100 | 0 |
| 5 | AQUATIC REMOVAL & STABILIZATION | 114,000 | 114,000 | 0 | | 114,000 | 100 | 0 |
| | TOTAL | 1,070,000 | 375,000 | 262,000 | | 637,000 | 60 | 433,000 |

REVIEWED

APPROVED
B.B. CONSTRUCTION CONSULTANTS

4/4/2000

RECEIVED
APR 03 2000
B.B. CONST. CONSULTANTS

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF _____ PAGES

| | | Distribution to: |
|---|---|---|
| TO (OWNER): | PROJECT: | ☐ OWNER |
| Crown Theatres, LP | Crown Theatres @ | APPLICATION NO: 4 ☐ ARCHITECT |
| 64 N. Main Street | Abacoa Town Center | PERIOD TO: 5-01-2000 ☐ CONTRACTOR |
| S. Norwalk, CT 06854 | Jupiter Florida | |
| FROM (CONTRACTOR): | VIA (ARCHITECT): | ARCHITECT'S ☐ |
| Marlin Contracting | James Thomas Martino, PC | PROJECT NO: ☐ |
| D/B/A Marlin Consulting, Inc. | | |
| 123 Orchid Cay Drive | | |
| P.O. 31415 | | |
| Palm Beach Gardens, FL 33420 | | |
| SITE PREP | | |
| CONTRACT FOR: | | CONTRACT DATE: |

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ......................................... $ 1,070,000
2. Net change by Change Orders ....................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........................ $ 1,070,000
4. TOTAL COMPLETED & STORED TO DATE ..................... $ 863,000
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work $
      (Column D + E on G703)
   b. ____ % of Stored Material $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ............................................. $
6. TOTAL EARNED LESS RETAINAGE .............................. $ 863,000
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ......................... $ 637,000
8. CURRENT PAYMENT DUE ............................................ $ 226,000
9. BALANCE TO FINISH, PLUS RETAINAGE ..................... $ 209,000
   (Line 3 less Line 6)

CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in Previous months by Owner TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | |
| TOTALS | | |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: /Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: [signature]    Date: 4-25-00

State of: Florida    County of: Palm Beach
Subscribed and sworn to before me this 25
Notary Public: [signature]
My Commission expires:

AMOUNT CERTIFIED ............................. $ 226,000.00
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: [signature]    Date: 4/26/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

ARCHITECT'S CERTIFICATE FOR PAYMENT
In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

[Stamps: RECEIVED APR 24 2000 B.B. CONST. CONSULTANTS; REVIEWED; APPROVED B.B. CONSTRUCTION CONSULTANTS]

123 1-1361

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006    G702-1983

# CONTINUATION SHEET



AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

AIA DOCUMENT G703 (Instructions on reverse side)

Site Prepartation

APPLICATION NO: 4
APPLICATION DATE: 4-25-00
PERIOD TO: 5-01-00
ARCHITECT'S PROJECT NO: CROWN THEATRES @ ABACOA TOWN CENTER, JUPITER, FL

| A | B | C | D | E | F | G | % (G ÷ C) | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | UNSUITABLE SOIL REMOVAL | 208,000 | 208,000 | 0 | | 208,000 | 100 | 0 | |
| 2 | ENCASEMENT OF UNDER- GROUND UTILITIES | 392,000 | 35,000 | 200,000 | | 235,000 | 60 | 157,000 | |
| 3 | SUPPORT & HANGING OF UNDERGROUND UTILITIES | 76,000 | 0 | 26,000 | | 26,000 | 34 | 50,000 | |
| 4 | REPLACEMENT FILL & COMPACTION | 280,000 | 280,000 | 0 | | 280,000 | 100 | 0 | |
| 5 | AQUATIC REMOVAL & STABILIZATION | 114,000 | 114,000 | 0 | | 114,000 | 100 | 0 | |
| | TOTAL | 1,070,000 | 637,000 | 226,000 | | 863,000 | 81 | 207,000 | |

RECEIVED APR 26 2000
B.B. CONST. CONSULTANTS

REVIEWED
B.B. CONSTRUCTION CO...

APPROVED

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

TO (OWNER): Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT: Crown Theatres @ Abacoa Town Center Jupiter Florida

APPLICATION NO: 5
PERIOD TO: 6-01-2000
ARCHITECT'S PROJECT NO:
CONTRACT DATE:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Marlin Contracting,
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

VIA (ARCHITECT): James Thomas Martino, PC

CONTRACT FOR:
SITE PREP

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .............................................. $ 1,070,000
2. Net change by Change Orders .......................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................ $ 1,070,000
4. TOTAL COMPLETED & STORED TO DATE ............................ $ 1,070,000
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work $ ____
      (Column D + E on G703)
   b. _____ % of Stored Material $ ____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ............................................... $ ____
6. TOTAL EARNED LESS RETAINAGE ..................................... $ 1,070,000
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............................. $ 863,000
8. CURRENT PAYMENT DUE ................................................ $ 207,000
9. BALANCE TO FINISH, PLUS RETAINAGE ............................. $ 0
   (Line 3 less Line 6)

CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS
---|---|---
Change Orders approved in previous months by Owner | | 
TOTAL | | 
Approved this Month Number / Date Approved | | 
TOTALS | | 
Net change by Change Orders | | 

RECEIVED MAY 31 2000 B.B. CONST. CONSULTANTS

REVIEWED

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: _[signature]_  Date: May 25, 2000

State of: Florida
Subscribed and sworn to before me this _____ day of May 2000
Notary Public: _[signature/stamp]_
My Commission expires: _____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED ............................ $ 207,000
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:
By: _[signature]_  Date: 6/1/2000

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983

# CONTINUATION SHEET



AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

AIA DOCUMENT G703 (Instructions on reverse side)

Site Prepartation

APPLICATION NO.: 5
APPLICATION DATE: 5-25-00
PERIOD TO: 6-01-00
ARCHITECT'S PROJECT NO.: CROWN THEATRES @ ABACOA TOWN CENTER, JUPITER, FL

page 2 of 2

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | UNSUITABLE SOIL REMOVAL | 208,000 | 208,000 | 0 | | 208,000 | 100 | 0 | |
| 2 | ENCASEMENT OF UNDER-GROUND UTILITIES | 392,000 | 235,000 | 157,000 | | 392,000 | 100 | 0 | |
| 3 | SUPPORT & HANGING OF UNDERGROUND UTILITIES | 76,000 | 26,000 | 50,000 | | 76,000 | 100 | 0 | |
| 4 | REPLACEMENT FILL & COMPACTION | 280,000 | 280,000 | 0 | | 280,000 | 100 | 0 | |
| 5 | AQUATIC REMOVAL & STABILIZATION | 114,000 | 114,000 | 0 | | 114,000 | 100 | 0 | |
| | TOTAL | 1,070,000 | 863,000 | 207,000 | | 1,070,000 | 100 | 0 | |

RECEIVED MAY 3 1 2000 B.B. CONST. CONSULTANTS

APPROVED B.B. CONSTRUCTION

REVIEWED

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF PAGES

TO (OWNER): Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT: Crown Theatres @
Abacoa Town Center
Jupiter Florida

APPLICATION NO: 6
PERIOD TO: 7-01-00
ARCHITECT'S PROJECT NO:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM (CONTRACTOR): Marlin Contracting,
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

VIA (ARCHITECT):
James Thomas Martino, PC

CONTRACT DATE:

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................. $ 1,070,000
2. Net change by Change Orders .................. 127,500
3. CONTRACT SUM TO DATE (Line 1 ± 2) .................. $ 1,197,500
4. TOTAL COMPLETED & STORED TO DATE .................. $ 1,197,500
   (Column G on G703)
5. RETAINAGE:
   a. ___ % of Completed Work $
   (Column D + E on G703)
   b. ___ % of Stored Material $
   (Column F on G703)
   Total Retainage (Line 5a + 5b
   Total in Column I of G703) .................. $
6. TOTAL EARNED LESS RETAINAGE .................. $ 1,197,500
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) .................. $ 1,070,000
8. CURRENT PAYMENT DUE .................. $ 127,500
9. BALANCE TO FINISH, PLUS RETAINAGE .................. $ 0
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | 0 | 0 |

| Approved this Month | | |
|---|---|---|
| Number | Date Approved | |
| 1 | 6-26-00 | 62,400 |
| 2 | 6-26-00 | 22,400 |
| 3 | 6-26-00 | 42,500 |
| TOTALS | 127,500 | 0 |

Net change by Change Orders 127,500

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: [signature] Date: June 26, 2000

State of: Florida County of: Palm Beach
Subscribed and sworn to before me this 26 day of June 2000
Notary Public:
My Commission expires:

RECEIVED JUN 27 2000 BB CONST. CONSULTANTS

APPROVED BB CONSTRUCTION CONSULTANTS

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................. $ 127,500
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: [signature] Date: 7/6/0

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006    G702-1983

1193-1196 Y

# CONTINUATION SHEET



AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

AIA DOCUMENT G703 (Instructions on reverse side)

Site Preparation

APPLICATION NO.: 6
APPLICATION DATE: 6-26-00
PERIOD TO: 7-1-00
ARCHITECT'S PROJECT NO.: CROWN THEATRES @ ABACOA TOWN CENTER, JUPITER, F

PAGE 2 OF 2 PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UNSUITABLE SOIL REMOVAL | 208,000 | 208,000 | 0 | | 208,000 | 100 | 0 | |
| 2 | ENCASEMENT OF UNDERGROUND UTILITIES | 392,000 | 392,000 | 0 | | 392,000 | 100 | 0 | |
| 3 | SUPPORT & HANGING OF UNDERGROUND UTILITIES | 76,000 | 76,000 | 0 | | 76,000 | 100 | 0 | |
| 4 | REPLACEMENT FILL & COMPACTION | 280,000 | 280,000 | 0 | | 280,000 | 100 | 0 | |
| 5 | AQUATIC REMOVAL & STABILIZATION | 114,000 | 114,000 | 0 | | 114,000 | 100 | 0 | |
| 6 | CHANGE ORDER # 1 | 62,600 | 0 | 62,600 | | 62,600 | 100 | 0 | |
| 7 | CHANGE ORDER # 2 | 22,400 | 0 | 22,400 | | 22,400 | 100 | 0 | |
| 8 | CHANGE ORDER # 3 | 42,500 | 0 | 42,500 | | 42,500 | 100 | 0 | |
| | TOTAL | 1,197,500 | 1,070,000 | 127,500 | | 1,197,500 | 100 | 0 | |

B.B. CONST. CONSULTANTS

RECEIVED JUN 27 2000

REVIEW

B.B. CONSTRUCTION APPROVED