# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF PAGES

TO (OWNER):
Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT:
Miami Lakes Theatre

APPLICATION NO: 4

PERIOD TO: 2-01-2000

ARCHITECT'S PROJECT NO:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Marlin Contracting.
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

VIA (ARCHITECT):
Jamest Thomas Martino, PC

CONTRACT FOR: SITE PREP

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | None | None |
| Approved this Month | | | |
| Number | Date Approved | | |
| | | None | None |
| TOTALS | | | |
| Net change by Change Orders | | | NONE |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: [signature] Date: January 26, 2000

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........ $ 700,000.00
2. Net change by Change Orders ........ $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........ $ 700,000.00
4. TOTAL COMPLETED & STORED TO DATE ........ $ 700,000.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work
   (Column D + E on G703)
   b. ____ % of Stored Material $
   (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703) ........ $
6. TOTAL EARNED LESS RETAINAGE ........ $ 700,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) ........ $ 585,000.00
8. CURRENT PAYMENT DUE ........ $ 115,000.00
9. BALANCE TO FINISH, PLUS RETAINAGE ........ $ -0-
   (Line 3 less Line 6)

State of: Florida County of: Palm Beach
Subscribed and sworn to before me this 26 day of January, 2000
Notary Public:
My Commission expires:

RECEIVED JAN 27 2000 B.B. CONST. CONSULTANTS

REVIEWED [handwritten initials] 1/31/00

B.B. CONSTRUCTION CONSULTANTS APPROVED [initials] 1/27/2000

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $ 115,000.00
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By: [signature] Date: 1/27/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

Site Prepartation

APPLICATION NO.: 4
APPLICATION DATE: 1-26-00
PERIOD TO: 2-01-00
ARCHITECT'S PROJECT NO.:

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C − G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Site Prepartation | 700,000 | 585,000 | 115,000 | | 700,000 | 100 | 0 | |
| | TOTAL | 700,000 | 585,000 | 115,000 | | 700,000 | 100 | 0 | |

RECEIVED
JAN 27 2000
B.B. CONST. CONSULTANTS

APPROVED
B.B. CONSTRUCTION CONSULTANTS
1/27/2000

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# WAIVER AND RELEASE OF LIEN UPON **PROGRESS PAYMENT**

The undersigned lienor, in consideration of payment in the amount of $ 115,000.00 , hereby waives and releases his/her lien and right to claim a lien for labor, services or materials furnished through Feb. 01, 2000 to Waas Construction Company, Inc. on the job of Crown Theatres "The Grand" @ Country Club Commons, to the following described property:

All of Tract "A" Shoney's Plot according to the Plot thereof as recorded in Plot Book 146, page 64 and a portion of the Southeast 1/4 of Section 12, Township 52 South, Range 40 East, of CHAMBERS LAND COMPANY SUBDIVISION, according to the plot thereof as recorded in Plot Book 2, Page 27 both of the public records of Dade County, Florida, all being more particularly described as follows: Begin at the Southeast corner of said Tract "A" Shoney's Plot: thence N 86'05'40" W along the Northerly NW line of NW 173rd Drive as shown on said plot for 198.92 feet: thence N87'42'25 W along said Northerly Right-of-way line of NW 173rd Drive for 1158.26 feet to a point of curvature; the following two (20 courses being along the Easterly Right-of-Way line of NW 59th Avenue as shown on the plot of MAC PAPERS SUBMISION AS recorded in plot book 149n page 88;1) thence run Northwesterly along a 25.00 foot radius curve leading to the right through a central angle of 87'40'26" for an arc of 38.25 feet to a point of tangency; 2) thence N 00'05'59" W for 910.22 feet to a point of curvature; then the following (4) courses being along the proposed Southerly and Westerly Right of Way of NW 177th Street (1) thence run Northeasterly along a 25.00 foot radius curve leading to the right through a central angle of 92'19'34" for an arc of 40.28 feet to a point of tengency; (2) thence S 87'47'25' E for 1012.34 feet to a point of curvature; (3) thence run Southeasterly along a 25.00 foot radius through a central angle of 88'05'04 for an arc of 37.55 feet to a point of tengency: (4) thence S 01'42'21" E for 158.72 feet; thence N 88'17'38" E along the proposed southerly Right of way line of NW 176th Street for 51.94 feet to the Northwest corner of Tract "B" of Country Club Commercial Center as recorded in Plot Book 149, Page 19 of the Public Records of Dade County, Florida; thence S 01"42"21" E along the Westerly line of said Tract "B" for 160.50 corner thereof; thence S 00"05"59" E along the Easterly line of said Tract "A" of Shoney's Plot and it's Northerly extension thereof for 845.20 feet to the POINT OF BEGINNING.

This waiver and release does not cover any retention or labor, services, or materials furnished after the date specified. ***This lien is conditioned on the payment by check clearing.***

RECEIVED JAN 27 2000 B.B. CONST. CONSULTANTS

Dated on Jan. 26, 2000 , 1999XX

B.B. CONSTRUCTION CONSULTANTS APPROVED

Lienor's Name: Marlin Contracting D/B/A Marlin Consulting, Inc.
Address: P.O. Box 31415
P.B.G. FL 33418
By: [signature]
Printed Name: Joseph Mollo

Sworn to and subscribed before me this 26 Day of Jan , 1999 2000

[signature] 1/27/2000

Notary Public - Signature

Personally known XX OR Produced Identification ____
Type of Identification Produced Drivers License

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

TO (OWNER): Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT: Miami Lakes Theatre

APPLICATION NO: 5

PERIOD TO: 7-1-2000

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM (CONTRACTOR): Marlin Contracting
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

VIA (ARCHITECT): Jamest Thomas Martino, PC

ARCHITECT'S PROJECT NO:

CONTRACT FOR: SITE PREP

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL | 0 | 0 |
| Approved this Month | | | |
| Number | Date Approved | | |
| 1 | 6-28-00 | 14,240 | |
| 2 | 6-28-00 | 3,100 | |
| 3 | 6-28-00 | 22,950 | |
| 4 | 6-28-00 | 19,800 | |
| 5 | 6-28-00 | 24,980 | |
| 6 | 6-28-00 | 28,775 | |
| | TOTALS | 113,845 | 0 |
| Net change by Change Orders | | 113,845 | |

REVIEWED

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

RECEIVED JUN 28 2000 B.B. CONST. CONSULTANTS

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: [signature] Date: 6/27/00

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........ $ 700,000.00
2. Net change by Change Orders ........ $ 113,845.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........ $ 813,845.00
4. TOTAL COMPLETED & STORED TO DATE ........ $ 813,845.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work $ ________
   (Column D + E on G703)
   b. ____ % of Stored Material $ ________
   (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703) ........ $ ________
6. TOTAL EARNED LESS RETAINAGE ........ $ 813,845.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) ........ $ 700,000.00
8. CURRENT PAYMENT DUE ........ $ 113,845.00
9. BALANCE TO FINISH, PLUS RETAINAGE ........ $ 0
   (Line 3 less Line 6)

State of: Florida County of: Palm Beach
Subscribed and sworn to before me this day of June 2000
Notary Public:
My Commission expires:

APPROVED B.B. CONSTRUCTION CONSULTANTS 7/5/2000

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $ 113,845.
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By: [signature] Date: 7/6/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

1-119-1-1360 G702-1983

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Site Prepartation

APPLICATION NO.: 5
APPLICATION DATE: 6-28-00
PERIOD TO: 7-1-00
ARCHITECT'S PROJECT NO.:

Marlin Contracting D/B/A Marlin Consulting, Inc.

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C − G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Site Prepartation | 700,000 | 700,000 | 0 | | 700,000 | 100 | 0 | |
| 2 | Change Order # 1 | 14,240 | 0 | 14,240 | | 14,240 | 100 | 0 | |
| 3 | Change Order # 2 | 3,100 | 0 | 3,100 | | 3,100 | 100 | 0 | |
| 4 | Change Order # 3 | 22,950 | 0 | 22,950 | | 22,950 | 100 | 0 | |
| 5 | Change Order # 4 | 19,800 | 0 | 19,800 | | 19,800 | 100 | 0 | |
| 6 | Change Order # 5 | 24,980 | 0 | 24,980 | | 24,980 | 100 | 0 | |
| 7 | Change Order # 6 | 28,775 | 0 | 28,775 | | 28,775 | 100 | 0 | |
| | TOTAL | 813,845 | 700,00 | 113,845 | | 813,845 | 100 | 0 | |

RECEIVED
JUN 2 8 2000
B.B. CONST. CONSULTANTS

APPROVED
B.B. CONSTRUCTION CONSULTANTS

REVIEWED

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

TO (OWNER): Crown Theatres, LP, 64 N. Main Street, S. Norwalk, CT 06854

PROJECT: Miami Lakes Theatre

APPLICATION NO: 6

PERIOD TO: 7-01-00

Distribution to: ☐ OWNER ☐ ARCHITECT ☐ CONTRACTOR ☐ ☐

FROM (CONTRACTOR): Marlin Contracting. D/B/A Marlin Consulting, Inc. 123 Orchid Cay Drive P.O. 31415 Palm Beach Gardens, FL 33420

VIA (ARCHITECT): Jamest Thomas Martino, PC

ARCHITECT'S PROJECT NO:

CONTRACT FOR: SITE PREP

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change Orders approved in previous months by Owner | TOTAL | 113,845 | 0 |
| Approved this Month | | | |
| Number | Date Approved | | |
| 7 | 7-05-00 | 47,830 | |
| 8 | 7-05-00 | 22,650 | |
| | TOTALS | 70,480 | 0 |
| Net change by Change Orders | | 184,325 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

REVIEWED

CONTRACTOR: Marlin Contracting D/B/A Marlin Consulting, Inc.

By: [signature] Date: July 5,2000

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........ $ 700,000.00
2. Net change by Change Orders ........ $ 184,325.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........ $ 884,325.00
4. TOTAL COMPLETED & STORED TO DATE ........ $ 884,325.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work $ ____
   (Column D + E on G703)
   b. ____ % of Stored Material $ ____
   (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703) ........ $ ____
6. TOTAL EARNED LESS RETAINAGE ........ $ 884,325.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) ........ $ 813,845.00
8. CURRENT PAYMENT DUE ........ $ 70,480.00
9. BALANCE TO FINISH, PLUS RETAINAGE ........ $ 0
   (Line 3 less Line 6)

RECEIVED JUL 06 2000 B.B. CONST. CONSULTANTS

State of: Florida County of: Palm Beach

Subscribed and sworn to before me this 5 day of July, 2000

Notary Public:

My Commission expires:

APPROVED B.B. CONSTRUCTION CONSULTANTS

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $ 70,480.00

(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By: [signature] Date: 7/6/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

1.119.1.1360.2

G702-1983

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Site Prepartation

APPLICATION NO.: 6
APPLICATION DATE: 7-06-00
PERIOD TO: 7-01-00
ARCHITECT'S PROJECT NO.:

Marlin Contracting D/B/A Marlin Consulting, Inc.

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C − G) | RETAINAGE (IF VARIABLE) RATE) |
| 1 | Site Prepartation | 700,000 | 700,000 | 0 | | 700,000 | 100 | 0 | |
| 2 | Change Order # 1 | 14,240 | 14,240 | 0 | | 14,240 | 100 | 0 | |
| 3 | Change Order # 2 | 3,100 | 3,100 | 0 | | 3,100 | 100 | 0 | |
| 4 | Change Order # 3 | 22,950 | 22,950 | 0 | | 22,950 | 100 | 0 | |
| 5 | Change Order # 4 | 19,800 | 19,800 | 0 | | 19,800 | 100 | 0 | |
| 6 | Change Order # 5 | 24,980 | 24,980 | 0 | | 24,980 | 100 | 0 | |
| 7 | Change Order # 6 | 28,775 | 28,775 | 0 | | 28,775 | 100 | 0 | |
| 8 | Change Order # 7 | 47,830 | 0 | 47,830 | | 47,830 | 100 | 0 | |
| 9 | Change Order # 8 | 22,650 | 0 | 22,650 | | 22,650 | 100 | 0 | |
| | TOTAL | 884,325 | 813,845 | 70,480 | | 884,325 | 100 | 0 | |

RECEIVED
JUL 0 6 2000
B.B. CONST. CONSULTANTS

APPROVED
B.B. CONSTRUCTION CONSULTANTS

REVI...

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.