# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

| | Distribution to: |
|---|---|
| | X OWNER |
| | ☐ ARCHITECT |
| | ☐ CONTRACTOR |
| | ☐ |
| | ☐ |

TO OWNER:
R.C.D. Hudson, L.L.C.
299 West Houston Street
New York, NY 10014

FROM CONTRACTOR:
G.U.S. Development, Inc.
468 E. Boston Post Road
Westport, Ct. 06880

CONTRACT FOR: Site Preparation

PROJECT:
Crown Marquis Theater
Quarry Road
Trumbull Ct.

VIA ARCHITECT:
James Thomas Martino Architect, P.C.

APPLICATION NO: 1
PERIOD TO: July 31, 1999
PROJECT NOS:
CONTRACT DATE

PAGE ONE OF 2 PAGES

B.B. CONST. CONSULTANTS
RECEIVED JUL 2 6 1999

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 125,000.00
2. Net change by Change Orders ............................................. $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ..................................... $ 125,000.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) ..... $ 125,000.00
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703) $ _____
   b. ___ % of Stored Material
      (Column F on G703) $ _____
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ......... $ 0.00
6. TOTAL EARNED LESS RETAINAGE ........................................... $ 125,000.00
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ _____
8. CURRENT PAYMENT DUE ..................................................... $ 125,000.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE ............................. $ 0.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: /s/ _____ Date: _____

State of: New York County of: _____
Subscribed and sworn to before me this 26 day of _____ 99
Notary Public: /s/ Mary Pernal
My Commission expires: MARY PERNAL
Notary Public, State of New York
No. 31-4634227
Qualified in New York County

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .............. $ 125,000 %

(Attach explanation if amount certified differs from the amount applied for Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: /s/ _____ Date: 7/26/99

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

PAGE   OF   PAGES

G.U.S. Development

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G+C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Site Preperation | $75,000.00 | | $75,000.00 | | $75,000.00 | 100.00% | | |
| 2 | Purchase of Gravel | $20,000.00 | | $20,000.00 | | $20,000.00 | 100.00% | | |
| 3 | Placement of Gravel | $15,000.00 | | $15,000.00 | | $15,000.00 | 100.00% | | |
| 4 | Site Grading | $10,000.00 | | $10,000.00 | | $10,000.00 | 100.00% | | |
| 5 | Permits | $5,000.00 | | $5,000.00 | | $5,000.00 | 100.00% | $5.00 | |
| | GRAND TOTALS | $125,000.00 | $0.00 | $125,000.00 | $0.00 | $125,000.00 | | $0.00 | |

RECEIVED JUL 2 6 1999
B.B. CONST. CONSULTANTS

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 - CONTINUATION SHEET FOR G702 - 1992 EDITION - AIA - ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C.  20006-5232

G703-1992