# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702    PAGE ONE OF    PAGES

TO OWNER:
R.C.P. Hudson, L.L.C.
299 West Houston Street
New York, New York 10014

PROJECT: Crown Palace Theater
330 New Park Avenue
Hartford, Ct.

APPLICATION NO: 1

Distribution to:
☐ OWNER
☐ ARCHITECT
☒ CONTRACTOR

FROM CONTRACTOR:
G.U.S. Development, Inc.
468 E. Boston Post Road
Westport, Ct.   06880

VIA ARCHITECT:
James Thomas Martino, Architect

PERIOD TO: June 4, 1999

CONTRACT FOR: Site preperation Work

PROJECT NOS:

CONTRACT DATE: May 17, 1999

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 451,500.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 451,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 451,500.00 |
| 5. RETAINAGE: | | |
| a. ____% of Completed Work (Column D + E on G703) | | |
| b. ____% of Stored Material (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 451,500.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | |
| 8. CURRENT PAYMENT DUE | $ | 451,500.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | $0.00 | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: _[signature]_

By: _[signature]_ Date: 6/2/99

State of: _New York_   County of: _New York_
Subscribed and sworn to before me this _9th_ day of _August_ 1999
Notary Public: _[signature]_
My Commission expires: August 31, 1999

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . $ 451,500.

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _[signature]_ Date: 6/9/99

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

G.U.S. Development, Inc.

**AIA DOCUMENT G703**

APPLICATION NO:
APPLICATION DATE: June 4, 1999
PERIOD TO: June 4, 1999
ARCHITECT'S PROJECT NO:

2 PAGE OF PAGES 2

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H BALANCE TO FINISH (C - G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Excavation to - 10" | $226,500.00 | $0.00 | $226,500.00 | | $226,500.00 | 100.00% | | |
| 2 | Purchase of Gravel | $84,700.00 | $0.00 | $84,700.00 | | $84,700.00 | 100.00% | | |
| 3 | Placement of Gravel | $73,500.00 | $0.00 | $73,500.00 | | $73,500.00 | 100.00% | | |
| 4 | Site Grading | $51,800.00 | $0.00 | $51,800.00 | | $51,800.00 | 100.00% | | |
| 5 | Permits | $15,000.00 | $0.00 | $15,000.00 | | $15,000.00 | 100.00% | | |
| | GRAND TOTALS | $451,500.00 | $0.00 | $451,500.00 | $0.00 | $451,500.00 | | $5.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

**B.B. CONSTRUCTION CONSULTANTS, LTD.**
300 MERRICK ROAD
SUITE 208
LYNBROOK, NY 11563
515-763-4800
516-763-3061 FAX

## MEMORANDUM

| | |
|---|---|
| TO: | JIM MARTINO |
| FROM: | BOB BEACHER |
| SUBJECT: | RCD-HUDSON LLC APPLICATION #1 |
| | CROWN PALACE THEATRE, HARTFORD, CT |
| DATE: | 06/09/99 |
| CC: | MILT DALY |

Dear Jim:

Attached please find RCD-Hudson LLC application #1 dated 6-8-99 for payment in the amount of 609,999 dollars. I have reviewed and approved application #1 for payment. I would appreciate it if you would review the attached and if you are agreeable with my approval please execute one copy and forward directly to Milt for issue of payment. Crown Theatres will be issuing individual checks to the following contractors in amounts of:

| | |
|---|---|
| The Kessler Construction Company | 3,150 |
| Castel Concrete Corp. | 38,349 |
| GUS Development Inc. | 451,500 |
| RCD Hudson LLC | ~~117,000~~ |
| **TOTAL** | **609,999** |

You will also find the waiver of lien from RCD-Hudson LLC pursuant to the agreement.

Bob Beacher