```
 1
 2            IN THE UNITED STATES DISTRICT COURT
 3              FOR THE DISTRICT OF CONNECTICUT
 4
     CROWN THEATRES, L.P.,        )
 5                                )
                   Plaintiff,     )
 6                                )
                   vs.            )
 7                                )
     MILTON L. DALY, TAYLOR-      )
 8   LEIGH, INC., ANNE E. DALY,   )
     JAMES C. CELLA, G.U.S.       )
 9   DEVELOPMENT, INC., JAMES     )
     T. MARTINO and JAMES         )
10   THOMAS MARTINO, ARCHITECT,   )
                                  )
11                 Defendants.    )
     -----------------------------)
12
13
14
15            DEPOSITION OF PAUL O'ROURKE
16                 Woodbury, New York
17                Monday, March 22, 2004
18
19
20
21
22
23
24   Reported by:
     DEBORAH A. HANLON
25   JOB NO. 158562
```

Page 14

1  O'Rourke
2  Q. You understand that you are
3  testifying here today as a result of this
4  subpoena?
5  A. Yes.
6  (Discussion off the record.)
7  A. And agreement with counsel.
8  Q. Mr. O'Rourke, has E.W. Howell
9  performed work for Crown Theatres in
10 connection with a movie theater project in
11 Skokie, Illinois?
12 A. Yes.
13 Q. When was that work?
14 A. We completed the job in May of
15 2001. So we started it in the year before.
16 Q. Some time in 2000?
17 A. Some time in 2000.
18 Q. What was E.W. Howell's role in
19 connection with the job?
20 A. As a general contractor.
21 Q. What was being constructed?
22 A. A movie theater.
23 Q. And that was in Skokie, Illinois?
24 A. Yes.
25 Q. Do you remember that it was an

Page 15

1  O'Rourke
2  18-screen multiplex theater?
3  A. Yes.
4  Q. Who was the architect on the
5  project?
6  A. James Martino Architects.
7  Q. Were you involved in the project?
8  A. I was involved in the project at
9  the very beginning, and I was involved with
10 the project at the very end.
11 Q. What was your involvement at the
12 beginning?
13 A. At the beginning, I was project
14 executive. So Crown Theatres fell under my
15 jurisdiction.
16 I was overseeing the project
17 manager and the superintendent. And at a
18 certain point -- I think it was January of
19 2001 -- I am sorry. November of 2000 we
20 hired a project executive, Joe Ramsey, to
21 oversee that project and the Chicago
22 office.
23 And at that point, I was not
24 involved in the job. Joe Ramsey had quit
25 some time in 2001, and I resumed

Page 16

1  O'Rourke
2  responsibility out there around April or
3  May of 2001.
4  Q. When you resumed responsibility
5  in 2001, in what capacity were you stepping
6  back in?
7  A. Project executive.
8  Q. During the first phase of your
9  involvement as a project executive in 2000
10 up through November of 2000, who was the
11 project manager on the Skokie project?
12 A. For E.W. Howell?
13 Q. Yes.
14 A. Kevin Seyko, S-e-y-k-o.
15 Q. Who was the superintendent?
16 A. Mark Spangler.
17 Q. Did each of these people report
18 to you?
19 A. Yes.
20 Q. What is the difference in roles
21 between a project manager and a
22 superintendent?
23 MS. LANZA: Pursuant to his
24 knowledge, or are you asking him in the
25 construction industry or his

Page 17

1  O'Rourke
2  understanding?
3  MR. SCHANER: That's fair.
4  Q. I am asking specifically in
5  connection with the Crown Theatre projects.
6  How did what Mr. Seyko -- how did
7  what Mr. Seyko do compare with what
8  Mr. Spangler was doing?
9  A. Mr. Seyko wrote the subcontracts
10 to the subcontractors. He processed shop
11 drawings. He dealt with proposals and
12 change orders to the subs and also in
13 dealing with the owner.
14 And the superintendent received
15 materials, coordinated the subcontractors
16 and built the project. He was in the
17 field, Mark Spangler. The superintendent
18 is in the field everyday.
19 Kevin Seyko would maybe be at the
20 project once a week, maybe twice a week.
21 And together they billed the project.
22 Q. Did you spend any time at the
23 Crown Theatres project on site?
24 A. I would go out -- when I was out
25 there at the beginning and the end, I would

5 (Pages 14 to 17)