# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

TO OWNER: Crown Theatres LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT: Crown Theatre / Skokie IL

APPLICATION NO: 1
PERIOD TO: 5-01-00
PROJECT NOS:

Distribution to:
☒ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM CONTRACTOR: Tiger Contracting
451 Evergreen
Suite #3
East Lansing, MI 48823

VIA ARCHITECT: James Thomas Martino, P.C.

CONTRACT DATE:

CONTRACT FOR:   ( Foundation Work )

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ................................................ $ 1,561,000.00
2. Net change by Change Orders .......................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) .................................... $ 1,561,000.00
4. TOTAL COMPLETED & STORED TO DATE ..................................... $ 270,000.00
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work $ _____
      (Columns D + E on G703)
   b. _____ % of Stored Material $ _____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) .......................................... $ _____
6. TOTAL EARNED LESS RETAINAGE ........................................... $ 270,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ............................... $ 0
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE .................................................. $ 270,000.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) ................................................. $ 1,291,000.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Tiger Contracting

By: [signature]    Date: April 25, 00

State of: Michigan
County of: Lansing
Subscribed and sworn to before
me this 25 day of April, 2000

Notary Public: [signature]
My Commission expires:

DEBORA MEYER
NOTARY PUBLIC STATE OF [...]
NO. 01ME507[...]
QUALIFIED IN N[...]
MY COMMISSION [...]

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................ $ 270,000.00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: [signature]   Date: 4/26/00

APPROVED
B.B. CONSTRUCTION CONSULTANTS

RECEIVED
APR 26 2000
B.B. CONST. CONSULTANTS

REVIEWED

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W. WASHINGTON DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

# CONTINUATION SHEET

APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

See Instructions on reverse side.

APPLICATION NO.: 1
APPLICATION DATE: 4-25-00
PERIOD TO: 5-01-00
ARCHITECT'S PROJECT NO.:

PAGE 2 OF 2 PAGES

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Excavation / Backfill | 159,000 | 0 | 110,000 | | 110,000 | 69 | 49,000 | |
| 2 | Footing Reinforcing | 195,000 | 0 | 90,000 | | 90,000 | 46 | 105,000 | |
| 3 | Pier & Col Reinforcing | 76,000 | 0 | 0 | | 0 | | 76,000 | |
| 4 | Foundation Reinforcing | 245,000 | 0 | 0 | | 0 | | 245,000 | |
| 5 | Gravel Base Footing | 117,000 | 0 | 70,000 | | 70,000 | 59 | 47,000 | |
| 6 | Gravel Base Piers | 68,000 | 0 | 0 | | 0 | | 68,000 | |
| 7 | Gravel Base S.O.G. | 282,000 | 0 | 0 | | 0 | | 282,000 | |
| 8 | Waterproof Foundation | 55,000 | 0 | 0 | | 0 | | 55,000 | |
| 9 | Utility Encasement | 364,000 | 0 | 0 | | 0 | | 364,000 | |
| | TOTAL | 1,561,000 | 0 | 270,000 | | 270,000 | 17 | 1,291,000 | |

APPROVED
B.B. CONSTRUCTION CONSULTANTS

REVIEWED

RECEIVED APR 26 2000
B.B. CONST. CONSULTANTS

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

| | | |
|---|---|---|
| TO OWNER: Crown Theatres LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: Crown Theatre<br>Skokie, IL | APPLICATION NO: 2<br>PERIOD TO: 6-01-00<br>PROJECT NOS: |
| | | Distribution to:<br>☒ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |
| FROM CONTRACTOR: Tiger Contracting<br>451 Evergreen<br>Suite # 3<br>East Lansing, MI 48823 | VIA ARCHITECT: James Thomas Martino, P.C. | |
| CONTRACT FOR: (Foundation Work) | | CONTRACT DATE |

CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................. $ 1,561,000.00
2. Net change by Change Orders ......................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................. $ 1,561,000.00
4. TOTAL COMPLETED & STORED TO DATE ................................ $ 572,000.00
   (Column G on G703)
5. RETAINAGE:
   a. ____% of Completed Work
      (Columns D + E on G703)
   b. ____% of Stored Material
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)..........................................
6. TOTAL EARNED LESS RETAINAGE ....................................... $ 572,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ............................ $ 270,000.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ............................................... $ 302,000.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE ............................ $ 989,000.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Tiger Contracting

By: _[signature]_ Date: May 25, 00

State of: Michigan
County of: Lansing
Subscribed and sworn before
me this 25

Notary Public: [stamp: NOTARY PUBLIC STATE OF NEW YORK ... COUNTY ... 30-8-01]
My Commission expires:

RECEIVED MAY 31 2000
B.B. CONST. CONSULTANTS

ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................................... $ 302,200.00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _[signature]_ Date: 6/1/2000

REVIEWED
APPROVED B.B. CONSTRUCTION CONSULTANTS 302,200.00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

See Instructions on reverse side.

APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

ARCHITECT'S PROJECT NO.:

APPLICATION NO.: 2
APPLICATION DATE: 5-25-00
PERIOD TO: 6-01-00

PAGE 2 OF 2 PAGES

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Excavation / Backfill | 159,000 | 110,000 | 30,000 |  | 140,000 | 80 | 19,000 |  |
| 2 | Footing Reinforcing | 195,000 | 90,000 | 35,000 |  | 125,000 | 64 | 70,000 |  |
| 3 | Pier & Col Reinforcing | 76,000 | 0 | 25,000 |  | 25,000 | 32 | 51,000 |  |
| 4 | Foundation Reinforcing | 245,000 | 0 | 45,000 |  | 45,000 | 18 | 200,000 |  |
| 5 | Gravel Base Footing | 117,000 | 70,000 | 47,000 |  | 117,000 | 100 | 0 |  |
| 6 | Gravel Base Piers | 68,000 | 0 | 28,000 |  | 28,000 | 41 | 40,000 |  |
| 7 | Gravel Base S.O.G. | 282,000 | 0 | 92,000 |  | 92,000 | 32 | 190,000 |  |
| 8 | Waterproof Foundation | 55,000 | 0 | 0 |  | 0 | 0 | 55,000 |  |
| 9 | Utility Encasement | 364,000 | 0 | 0 |  | 0 | 0 | 364,000 |  |
|  | TOTAL | 1,561,000 | 270,000 | 302,000 |  | 572,000 | 37 | 989,000 |  |

REVIEWED

RECEIVED MAY 31 2000
B.B. CONST. CONSULTANTS

APPROVED

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

| | | |
|---|---|---|
| TO OWNER: | Crown Theatres LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: Crown Theatre<br>Skokie, IL |
| FROM CONTRACTOR: | Tiger Contracting<br>451 Evergreen<br>Suite #3<br>East Lansing, MI 48823 | VIA ARCHITECT:<br>James Thomas Martino, P.C. |
| CONTRACT FOR: | | |

APPLICATION NO.: 3     Distribution to:<br>
PERIOD TO: 7-01-00      ☒ OWNER<br>
PROJECT NOS.:           ☐ ARCHITECT<br>
CONTRACT DATE:          ☐ CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---:|
| 1. ORIGINAL CONTRACT SUM | $ 1,561,000.00 |
| 2. Net change by Change Orders | $ 92,329.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 1,653,329.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 929,329.00 |
| 5. RETAINAGE: | |
| a. _____ % of Completed Work (Columns D + E on G703) | |
| b. _____ % of Stored Material (Column F on G703) | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $ |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ 929,329.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 572,000.00 |
| 8. CURRENT PAYMENT DUE | $ 357,329.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 724,000.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---:|---:|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | 92,329.00 | 0 |
| TOTALS | 92,329.00 | 0 |
| NET CHANGES by Change Order | 92,329.00 | 0 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: June 26, 2000

State of: Michigan
County of: Lansing
Subscribed and sworn to before me this 26 day of June, 2000
Notary Public:
My Commission expires:

REVIEWED

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................ $ 357,329. 00
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____ Date: 7/6/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of Payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RECEIVED
JUN 30 2000
BB CONST. CONSULTANTS

# CONTINUATION SHEET

See Instructions on reverse side

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 3
APPLICATION DATE: 6-26-00
PERIOD TO: 7-01-00
ARCHITECT'S PROJECT NO.:

PAGE 2 OF 2 PAGES

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Excavation / Backfill | 159,000 | 140,000 | 19,000 | | 159,000 | 100 | 0 | |
| 2 | Footing Reinforcing | 195,000 | 125,000 | 35,000 | | 160,000 | 82 | 35,000 | |
| 3 | Pier & Col Reinforcing | 76,000 | 25,000 | 51,000 | | 76,000 | 100 | 0 | |
| 4 | Foundation Reinforcing | 245,000 | 45,000 | 20,000 | | 65,000 | 26 | 180,000 | |
| 5 | Gravel Base Footing | 117,000 | 117,000 | 0 | | 117,000 | 100 | 0 | |
| 6 | Gravel Base Piers | 68,000 | 28,000 | 30,000 | | 58,000 | 85 | 10,000 | |
| 7 | Gravel Base S.O.G. | 282,000 | 92,000 | 80,000 | | 172,000 | 61 | 110,000 | |
| 8 | Waterproof Foundation | 55,000 | 0 | 30,000 | | 30,000 | 55 | 25,000 | |
| 9 | Utility Encasement | 364,000 | 0 | 0 | | 0 | 0 | 364,000 | |
| 10 | Change Order # 1 | 27,188 | 0 | 27,188 | | 27,188 | 100 | 0 | |
| 11 | Change Order # 2 | 17,170 | 0 | 17,170 | | 17,170 | 100 | 0 | |
| 12 | Change Order # 3 | 47,971 | 0 | 47,971 | | 47,971 | 100 | 0 | |
| | TOTAL | 1,653,329 | 572,000 | 357,329 | | 929,329 | 56 | 724,000 | |

RECEIVED JUN 30 2000
B.B. CONST. CONSULTANTS

REVIEWED

APPROVED B.B. CONSTRUCTION CONSULTANTS

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702* (Instructions on reverse side) PAGE ONE OF 2 PAGES

| | | |
|---|---|---|
| TO OWNER: Crown Theatres LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: Crown Theatre | APPLICATION NO.: 4    Distribution to:<br>PERIOD TO: 8-01-00    ☒ OWNER<br>PROJECT NOS.:    ☐ ARCHITECT<br>   ☐ CONTRACTOR |
| FROM CONTRACTOR: Tiger Contracting<br>451 Evergreen<br>Suite #3<br>East Lansing, MI 48823 | VIA ARCHITECT: James Thomas Martino, P.C. | CONTRACT DATE:<br>☐ |
| CONTRACT FOR: | | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. **ORIGINAL CONTRACT SUM** ............................................. $ 1,561,000
2. **Net change by Change Orders** ................................... $ 234,258
3. **CONTRACT SUM TO DATE** (Line 1 ± 2) ........................... $ 1,795,258
4. **TOTAL COMPLETED & STORED TO DATE** .................... $ 1,475,258
   (Column G on G703)
5. **RETAINAGE:**
   a. _____ % of Completed Work
      (Columns D + E on G703)
   b. _____ % of Stored Material
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ................................................ $
6. **TOTAL EARNED LESS RETAINAGE** ............................... $ 1,475,258
   (Line 4 less Line 5 Total)
7. **LESS PREVIOUS CERTIFICATES FOR PAYMENT** ............. $ 929,329
   (Line 6 from prior Certificate)
8. **CURRENT PAYMENT DUE** .............................................. $ 545,929
9. **BALANCE TO FINISH, INCLUDING RETAINAGE** ............. $ 320,000
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 92,329 | 0 |
| Total approved this Month | 141,929 | 0 |
| TOTALS | 234,258 | 0 |
| NET CHANGES by Change Order | 234,258 | |

RECEIVED JUL 28 2000   D.B. CONST. CONSULTANTS

REVIEWED

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Tiger Contracting

By: [signature]    Date: July 25, 2000

State of: Michigan
County of: Lansing
Subscribed and sworn to before
me this 25 day of July, 2000
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ............................. $ 545,929
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT: [signature]
By: [signature]   Date: 8/2/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

See Instructions on reverse side.

APPLICATION NO.: 4
APPLICATION DATE: 7-25-00
PERIOD TO: 8-01-00
ARCHITECT'S PROJECT NO.:

PAGE 2 OF 2 PAGES

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1  | Excavation / Backfill       | 159,000   | 159,000 | 0       |   | 159,000   | 100 | 0       |   |
| 2  | Footing Reinforcing         | 195,000   | 160,000 | 35,000  |   | 195,000   | 100 | 0       |   |
| 3  | Pier & Col Reinforcing      | 76,000    | 76,000  | 0       |   | 76,000    | 100 | 0       |   |
| 4  | Foundation Reinforcing      | 245,000   | 65,000  | 110,000 |   | 175,000   | 71  | 70,000  |   |
| 5  | Gravel Base Footing         | 117,000   | 117,000 | 0       |   | 117,000   | 100 | 0       |   |
| 6  | Gravel Base Piers           | 68,000    | 58,000  | 10,000  |   | 68,000    | 100 | 0       |   |
| 7  | Gravel Base S.O.G.          | 282,000   | 172,000 | 60,000  |   | 232,000   | 82  | 50,000  |   |
| 8  | Waterproof Foundation       | 55,000    | 30,000  | 25,000  |   | 55,000    | 100 | 0       |   |
| 9  | Utility Encasement          | 354,000   | 0       | 164,000 |   | 164,000   | 45  | 200,000 |   |
| 10 | Change Order # 1            | 27,188    | 27,188  | 0       |   | 27,188    | 100 | 0       |   |
| 11 | Change Order # 2            | 17,170    | 17,170  | 0       |   | 17,170    | 100 | 0       |   |
| 12 | Change Order # 3            | 47,971    | 47,971  | 0       |   | 47,971    | 100 | 0       |   |
| 13 | Change Order # 4            | 54,843    | 0       | 54,843  |   | 54,843    | 100 | 0       |   |
| 14 | Change Order # 5            | 87,086    | 0       | 87,086  |   | 87,086    | 100 | 0       |   |
|    | TOTAL                       | 1,795,258 | 929,000 | 545,929 |   | 1,475,258 | 82  | 320,000 |   |

RECEIVED JUL 28 2000 B.B. CONST. CONSULTANTS

# APPLICATION AND CERTIFICATE FOR PAYMENT
## AIA DOCUMENT G702

(Instructions on reverse side) PAGE ONE OF 2 PAGES

**TO OWNER:** Crown Theatres LP  
64 N. Main Street  
S. Norwalk, CT 06854

**PROJECT:** Crown Theatre  
Village Crossing Shp. Ctr.  
Skokie, IL

**APPLICATION NO.:** 5A  
**PERIOD TO:** 9-01-00  
**PROJECT NOS.:**

Distribution to:  
☒ OWNER  
☐ ARCHITECT  
☐ CONTRACTOR  
☐  
☐

**FROM CONTRACTOR:** Tiger Contracting  
451 Evergreen  
Suite #3  
East Lansing, MI 48823

**VIA ARCHITECT:** James Thomas Martino, P.C.

**CONTRACT FOR:**  
**CONTRACT DATE:**

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 1,561,000 |
| 2. Net change by Change Orders | $ 415,753 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 1,976,753 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 1,656,753 |
| 5. RETAINAGE: | |
| a. ___% of Completed Work (Columns D + E on G703) | |
| b. ___% of Stored Material (Column F on G703) | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $ |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5 Total) | $ 1,656,753 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 1475,258 |
| 8. CURRENT PAYMENT DUE | $ 181,495 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 320,000 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 234,258 | |
| Total approved this Month | 181,495 | |
| TOTALS | 415,753 | |
| NET CHANGES by Change Order | 415,753 | 0 |

*REVIEWED*

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**CONTRACTOR:** Tiger Contracting

By: _[signature]_ Date: Sept. 11, 2000

State of: Michigan  
County of: Lansing  
Subscribed and sworn to before me this 11 day of Sept.  
Notary Public:  
My Commission expires:

**RECEIVED SEP 4 2000**  
B.B. CONST. CONSULTANTS

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ...... $ 181,495.00  
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT: _[signature]_  
By: _[signature]_ Date: 9/14/00  

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, DC 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

G702-1992

# CONTINUATION SHEET

See Instructions on reverse side.

APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO.: 5A
APPLICATION DATE: 9-11-00
PERIOD TO: 9-01-00
ARCHITECT'S PROJECT NO.:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Excavation / Backfil | 159,000 | 159,000 | 0 | | 159,000 | 100 | 0 | |
| 2 | Footing Reinforcing | 195,000 | 195,000 | 0 | | 195,000 | 100 | 0 | |
| 3 | Pier & Col Reinforc | 76,000 | 76,000 | 0 | | 76,000 | 100 | 0 | |
| 4 | Found. Reinforcing | 245,000 | 175,000 | 0 | | 175,000 | 71 | 70,000 | |
| 5 | Gravel Base Ftg. | 117,000 | 117,000 | 0 | | 117,000 | 100 | 0 | |
| 6 | Gravel Base Piers | 68,000 | 68,000 | 0 | | 68,000 | 100 | 0 | |
| 7 | Gravel Base S.O.G. | 282,000 | 232,000 | 0 | | 232,000 | 82 | 50,000 | |
| 8 | Waterproof Found. | 55,000 | 55,000 | 0 | | 55,000 | 100 | 0 | |
| 9 | Utility Encasement | 364,000 | 164,000 | 0 | | 164,000 | 45 | 200,000 | |
| 10 | Change Order # 1 | 27,188 | 27,188 | 0 | | 27,188 | 100 | 0 | |
| 11 | Change Order # 2 | 17,170 | 17,170 | 0 | | 17,170 | 100 | 0 | |
| 12 | Change Order # 3 | 47,971 | 47,971 | 0 | | 47,971 | 100 | 0 | |
| 13 | Change Order # 4 | 54,843 | 54,843 | 0 | | 54,843 | 100 | 0 | |
| 14 | Change Order # 5 | 87,086 | 87,086 | 0 | | 87,086 | 100 | 0 | |
| 15 | Change Order # 6 | 36,306 | 0 | 36,306 | | 36,306 | 100 | 0 | |
| 16 | Change Order # 7 | 39,434 | 0 | 39,434 | | 39,434 | 100 | 0 | |
| 17 | Change Order # 8 | 44,235 | 0 | 44,235 | | 44,235 | 100 | 0 | |
| 18 | Change Order # 9 | 61,520 | 0 | 61,520 | | 61,520 | 100 | 0 | |
| | TOTAL | 1,976,753 | 1,475,258 | 181,495 | | 1,656,753 | 84 | 320,000 | |

REVIEWED

APPROVED
B.B. CONSTRUCTION CONSULTANTS

RECEIVED
SEP 14 2000
B.B. CONST. CONSULTANTS

PAGE 2 OF 2 PAGES

REORDER FORM NO. 635 LB1    -1992