# Timothy R. Harman

### Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF CONNECTICUT
 3   ------------------------------x
 4   CROWN THEATRES, L.P.,            :
 5           Plaintiff,               : Case Number
 6      v.                            : 3:02 CV 2272
 7   MILTON L. DALY, ANNE E. DALY,    : (AVC)
 8   TAYLOR-LEIGH INC., JAMES C. CELLA,:
 9   G.U.S. DEVELOPMENT INC., JAMES T.:
10   MARTINO, JAMES THOMAS MARTINO    :
11   ARCHITECT P.C., and RCD HUDSON LLC,:
12           Defendants.              :
13   ------------------------------x
14
15         Deposition of Timothy R. Harman
16              Linthicum Heights, Maryland
17              Friday, February 6, 2004
18
19
20
21   Reported by: Kimberly Francis Smith
22   Job No. 158070
```

### Page 2

```
 1
 2
 3
 4              February 6, 2004
 5              12:00 noon
 6
 7   Deposition of Timothy R. Harman, held at the
 8   offices of:
 9
10        Heffner & Weber Construction
11        856 Elkridge Landing Road
12        Linthicum Heights, Maryland  21090
13
14   Pursuant to notice, before Kimberly Francis Smith,
15   a Notary Public of the State of Maryland.
```

### Page 3

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4      Jenner & Block
 5         One IBM Plaza
 6         Chicago, Illinois  60611-7603
 7         (312) 222-9350
 8   BY:  Lawrence S. Schaner, Esq.
 9
10   For the Witness:
11      Goetz Fitzpatrick
12         One Penn Plaza
13         New York, New York  10119
14         (212) 695-8100
15   BY:  Peter Goetz, Esq.
```

### Page 4

```
 1   APPEARANCES (continued):
 2
 3   For Defendants Milton L. Daly, Anne E. Daly,
 4   and Taylor-Leigh Inc.:
 5      Weinstein & Wisser
 6         29 South Main Street, Suite 207
 7         West Hartford, Connecticut  06107
 8         (860) 561-2628
 9   BY:  Kerry Marc Wisser, Esq.
10
11   For Defendants James T. Martino and James Thomas
12   Martino Architect P.C.:
13      Milber, Makris, Plousadis & Seiden
14         108 Corporate Park Drive, Suite 200
15         White Plains, New York  10604
16         (914) 681-8700
17   BY:  Marisa Lanza, Esq.
```

1 (Pages 1 to 4)

**Esquire Deposition Services**

D.C. - 1-800-441-3376
MD - 1-800-539-6398

# Timothy R. Harman

**Page 17**

1  and towards the end of the project full time.
2       Q.   Did Heffner & Weber have other people
3  who were on site?
4       A.   Both Steve and Mike were on site full
5  time.
6       Q.   Every day?
7       A.   Uh-huh.
8       Q.   Yes?
9       A.   Yes.
10      Q.   Did they -- did Mr. Bednarczyk and
11 Mr. Burk report to you --
12      A.   Yes.
13      Q.   -- regarding what was happening?
14      A.   Yes.  They did.
15      Q.   How did they report to you?
16      A.   They faxed in a field report every day
17 and reviewed everything at the progress meetings
18 with me.
19      Q.   How often were the progress meetings?
20      A.   Weekly.
21      Q.   Who attended the progress meetings?
22      A.   Our staff, the key subcontractors, and

**Page 18**

1  sometimes Bob Beacher.  And sometimes some folks
2  from Westfield would pop in.
3       Q.   Who ran the weekly progress meetings?
4       A.   It was usually Steve's responsibility.
5       Q.   Mr. Bednarczyk?
6       A.   Yes.
7       Q.   What was the purpose of the progress
8  meetings?
9       A.   To keep the project organized and
10 flowing, work out problems, just, you know, general
11 coordination with the subs.
12           MR. SCHANER:  Now, you've described the
13 Annapolis project -- before I get to that, excuse
14 me.  Mark this as Harman Exhibit 2.
15           (Harman Exhibit No. 2 was marked for
16 identification.)
17           MR. GOETZ:  Off the record.
18           (Discussion off the record.)
19           BY MR. SCHANER:
20      Q.   Mr. Harman, have you seen Harman
21 Exhibit 2 before?
22      A.   Yes.  I have.

**Page 19**

1       Q.   Can you tell me what it is?
2       A.   It is the owner contract for the
3  project.
4       Q.   If you look at page 6 of the first
5  section you see some signatures.  Do you recognize
6  either of those signatures?
7       A.   Mitch's.  I recognize the one on the
8  right, Mitch Weber, our president.
9       Q.   And this is the contract between
10 Heffner & Weber and Crown Theaters for the
11 Annapolis work?
12      A.   That's correct.
13      Q.   If you look at the front page of the
14 document you see that it's -- the agreement is made
15 as of the 21st day of December, 1999.  Does this --
16 does that help you remember when work on the
17 project took place?
18      A.   I'm sure it was sometime shortly
19 thereafter.  There were delays associated with the
20 mall getting the steel up.  So the start date
21 wasn't when it was planned to be.
22      Q.   Please turn to -- toward the back of the

**Page 20**

1  document there's a page titled Division 0 - Bidding
2  and Contract Requirements.  Let me know when you
3  have found that page.
4       A.   How many from the back is that?  That
5  looks fairly --
6       Q.   About nine pages from the end.
7           MR. WISSER:  I have eleven but --
8           THE WITNESS:  Okay.  Found it.
9           BY MR. SCHANER:
10      Q.   Toward the top of the page it says:
11 Tender for Crown Theatres L.P.  What does this page
12 show?
13      A.   I believe it was our bid price that we
14 turned in.
15      Q.   Please turn back three pages farther in
16 the document.
17      A.   Towards the back?
18      Q.   Toward the back, above table 1, and
19 there is a signature line.  Do you see that?
20      A.   Uh-huh.
21      Q.   It says:  Timothy Harman, vice
22 president.  And it's dated November 30, 1999.

Esquire Deposition Services

D.C. - 1-800-441-3376
MD - 1-800-539-6398

# Timothy R. Harman

Page 125

1  (Discussion off the record.)
2  BY MS. LANZA:
3  Q. Did Heffner & Weber do any work for the
4  owner in connection with the Annapolis Mall
5  project?
6  A. You mean the Westfield people?
7  Q. Yes, the Westfield.
8  A. No. Now, hold on. Did I -- yes,
9  actually I did $20,000 worth of change orders for
10 Westfield that they never paid for, good guys that
11 they were.
12 Q. Do you know what the $20,000 in change
13 orders was for, what type of work?
14 A. I don't specifically remember. It was
15 things out -- related to the mall that were outside
16 of our scope that need to be done for opening.
17     And some of it had to do with all their
18 exterior door hardware was on wrong and not
19 properly adjusted. And it got cited by the fire
20 marshal the day of the grand opening and we had to
21 tear it all down and fix it.
22 Q. Do you know if any of those $20,000 in

Page 126

1  change orders was ever billed to Crown Theatres?
2  A. I believe in the final negotiations that
3  Milt was going to get some of that back from
4  Westfield and did pay part of it.
5  Q. So if I understand your answer
6  correctly, Crown paid Heffner & Weber a portion of
7  the $20,000 change orders that were directed by
8  Westfield as the owner?
9  A. That's correct.
10 Q. Do you know what percentage or do you
11 know the dollar amount of the $20,000 that Crown
12 paid?
13 A. I'm not sure off the top of my head.
14 Q. Can you give me your best estimate?
15 A. It was probably somewhere around --
16     MR. GOETZ: If you can.
17     THE WITNESS: Somewhere around half. I
18 don't think it was.
19     MS. LANZA:
20 Q. Besides the $20,000 in change orders did
21 Heffner & Weber do any other work for Westfield?
22 A. No.

Page 127

1  Q. You testified earlier that either
2  Mr. Martino or someone from his firm came to the
3  site on roughly a monthly basis, correct?
4  A. That's correct.
5  Q. Were you there each and every time
6  either Mr. Martino or someone from his firm was
7  there?
8  A. No.
9  Q. So it's possible that Mr. Martino or
10 somebody from his firm was there at times that you
11 were not at the site?
12     MR. SCHANER: Object to the form of the
13 question.
14     THE WITNESS: That's correct.
15     BY MS. LANZA:
16 Q. Do you remember how often you spoke to
17 Mr. Beacher during the course of the project?
18 A. It seemed like hourly, probably three or
19 four times a week.
20 Q. And what was the purpose of you speaking
21 with Mr. Beacher?
22 A. Whenever he was upset about anything.

Page 128

1  Q. And what type of things would upset
2  Mr. Beacher?
3  A. Just about anything would upset
4  Mr. Beacher.
5  Q. Did Mr. Beacher being upset about
6  anything, did that cause any conflicts on the job?
7  A. No.
8  Q. Do you know when the project was
9  completed?
10 A. I don't remember the specific date.
11 Q. If I was to say to you the project
12 opened up on July 13th, of 2000, would that ring a
13 bell?
14 A. Sounds about right.
15 Q. So you would say at least the summer of
16 2000?
17 A. Yes.
18 Q. Do you know how far delayed the opening
19 was from the original start time?
20 A. I want to say it was about three months
21 from when we were supposed to start to when we
22 could actually start.

32 (Pages 125 to 128)

Esquire Deposition Services

D.C. - 1-800-441-3376
MD - 1-800-539-6398