# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

| | | |
|---|---|---|
| TO (OWNER): Crown Theatres, LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: Annapolis Mall<br>Theatre Project | APPLICATION NO: 1<br>PERIOD TO: March 03, 00<br>Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |
| FROM (CONTRACTOR): Hewlett Contracting<br>DBA Hewlett Consulting, Inc.<br>640 Barnard Avenue<br>Woodmere, NY 11598 | VIA (ARCHITECT): James Thomas Martino, P.C. | ARCHITECT'S<br>PROJECT NO: |
| CONTRACT FOR: | | CONTRACT DATE: |

REVIEWED

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 516,000.00
2. Net change by Change Orders .............................................. $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ..................................... $ 516,000.00
4. TOTAL COMPLETED & STORED TO DATE ..................................... $ 154,000.00
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work $ _____
      (Column D + E on G703)
   b. _____ % of Stored Material $ _____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) .................................................. $ _____
6. TOTAL EARNED LESS RETAINAGE ........................................... $ 154,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ................................. $ 0
8. CURRENT PAYMENT DUE .................................................... $ 154,000.00
9. BALANCE TO FINISH, PLUS RETAINAGE ..................................... $ 362,000.00
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | | |
| TOTALS | | |
| Net change by Change Orders | | |

RECEIVED MAR 15 2000 B.B CONST. CONSULTANTS

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been
paid by the Contractor for Work for which previous Certificates for Payment were
issued and payments received from the Owner, and that current payment shown
herein is now due.

CONTRACTOR: Hewlett Contracting,
DBA Hewlett Consulting, Inc.

By: [signature]  Date: March 13, 2000

State of: NY    County of: NASSAU
Subscribed and sworn to before me this _____ day of March, 2000
Notary Public: [signature]
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the
data comprising the above application, the Architect certifies to the Owner that to the
best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and
the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........... $ 154,000.00
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT: [signature] APPROVED B.B CONSTRUCTION CONSULTANTS
By: [signature]  Date: 3/14/00
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703    (Instructions on reverse side)    PAGE 2 OF 2 PAGES

APPLICATION NUMBER: 1
APPLICATION DATE: March 13, 2000
PERIOD TO: March 03, 2000
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D − E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G ÷ C) | BALANCE TO FINISH (C − G) | RETAINAGE |
| 1 | Switchgear, controls & mechinical devices | 516,000 | 0 | 154,000 | | 154,000 | | 362,000 | |
| | TOTALS | 516,000 | 0 | 154,000 | | 154,000 | | 362,000 | |

RECEIVED
MAR 15 2000
B.B. CONST. CONSULTANTS

REVIEWED

APPROVED
B.B. CONSTRUCTION CONSULTANTS
3/15/2000

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

| TO (OWNER): | Crown Theatres, LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: | Crown Theatre @<br>Annapolis Mall | APPLICATION NO: 2 | Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |
|---|---|---|---|---|---|
| FROM (CONTRACTOR): | DBA Hewlett Contracting<br>Hewlett Consulting, Inc.<br>640 Barnard Avenue<br>Woodmere, NY 11598 | VIA (ARCHITECT): James Thomas Martino, PC | | PERIOD TO: April 01, 00<br>ARCHITECT'S<br>PROJECT NO: | |
| CONTRACT FOR: | | | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................ $ 516,000.00
2. Net change by Change Orders ...................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) .......................... $ 516,000.00
4. TOTAL COMPLETED & STORED TO DATE ..................... $ 334,000.00
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work $ _____
      (Column D + E on G703)
   b. _____ % of Stored Material $ _____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ........................................ $ _____
6. TOTAL EARNED LESS RETAINAGE ............................... $ 334,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ....................... $ 154,000.00
8. CURRENT PAYMENT DUE .......................................... $ 180,000.00
9. BALANCE TO FINISH, PLUS RETAINAGE ...................... $ 182,000.00
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | |
| TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | | |
| TOTALS | | |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Hewlett Contracting
DBA Hewlett Consulting, Inc.

By: _____  Date: March 31, 2000

State of: New York
Subscribed and sworn to before me this _____ day of March
Notary Public: _____  Nassau
My Commission expires: _____  XX 2000

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $ 180,000.00
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____  Date: 4/4/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

RECEIVED APR 0 4 2000 B.D. CONST. CONSULTANTS
REVIEWED
APPROVED B.D. CONSTRUCTION CONSULTANTS

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • ©1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006                    G702-1983

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703  (Instructions on reverse side)   PAGE 2 OF 2 PAGES

APPLICATION NUMBER: 2
APPLICATION DATE: 3-31-00
PERIOD TO: 4-1-00
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D-E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| 1 | Switchgear, controls & mechanical devices | 516,000 | 154,000 | 180,000 | | 334,000 | 65 | 182,000 | |
| | TOTALS | 516,000 | 154,000 | 180,000 | | 334,000 | 65 | 182,000 | |

REVIEWED

APPROVED
B.B. CONSTRUCTION CONSULTANTS

RECEIVED
APR 0 4 2000
B.B. CONST. CONSULTANTS

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

| TO (OWNER): | Crown Theatres, LP<br>64 N. Main Street<br>S. Norwalk, CT 06854 | PROJECT: | Crown Theatre @<br>Annapolis Mall | APPLICATION NO: 3 | Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR |
|---|---|---|---|---|---|
| | | | | PERIOD TO: May 01, 2000 | |
| FROM (CONTRACTOR): | Hewlett Contracting<br>DBA Hewlett Consulting, Inc.<br>640 Barnard Avenue<br>Woodmere, NY 11598 | VIA (ARCHITECT): | James Thomas Martino, PC | ARCHITECT'S<br>PROJECT NO: | |
| CONTRACT FOR: | | | | CONTRACT DATE: | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 516,000.00
2. Net change by Change Orders ................................................ $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) .................................. $ 516,000.00
4. TOTAL COMPLETED & STORED TO DATE ............................ $ 516,000.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work    $ _____
      (Column D + E on G703)
   b. ____ % of Stored Material    $ _____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ..................................................... $ _____
6. TOTAL EARNED LESS RETAINAGE ...................................... $ 516,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ................................ $ 334,000.00
8. CURRENT PAYMENT DUE ...................................................... $ 182,000.00
9. BALANCE TO FINISH, PLUS RETAINAGE ............................ $ 0
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month<br>Number / Date Approved | | |
| TOTALS | | |
| Net change by Change Orders | | |

REVIEW

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Hewlett Contracting
DBA Hewlett Consulting, Inc.

By: _____ Date: April 26, 2000

State of: New York     County of: Nassau
Subscribed and sworn to before me this 26 of April XX 2000
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

B.B. CONST. CONSULTANTS
APR 26 2000

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................. $ 182,000
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:
By: _____ Date: 4/26/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

APPROVED
B.B. CONSTRUCTION CO.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (Instructions on reverse side)   PAGE 2 OF 2 PAGES

APPLICATION NUMBER: 3
APPLICATION DATE: 4-26-00
PERIOD TO: 5-01-00
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D - E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | Switchgear, controls & mechanical devices | 516,000 | 334,000 | 182,000 | | 516,000 | 100 | -0- | |
| | TOTALS | 516,000 | 334,000 | 182,000 | | 516,000 | 100 | -0- | |

RECEIVED
APR 26 2000
B.B. CONST. CONSULTANTS

REVIEWED

APPROVED
B.B CONSTRUCTION CO.

# APPLICATION AND CERTIFICATE FOR PAYMENT
## AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF 2 PAGES

**TO OWNER:** Crown Theatres LP
64 N. Main Street
S. Norwalk, CT 06854

**PROJECT:** Crown Theatres @ Annapolis Mall

**APPLICATION NO.:** 1
**PERIOD TO:** August 1, 2000
**PROJECT NOS.:**

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

**FROM CONTRACTOR:** Hewlett Contracting
DBA Hewlett Consulting, Inc.
640 Barnard Avenue
Woodmere, NY 11598

**VIA ARCHITECT:** James Thomas Martino, P.C.

**CONTRACT DATE:**

**CONTRACT FOR:** Remedial Requirements

## CONTRACTOR'S APPLICATION FOR PAYMENT

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

1. ORIGINAL CONTRACT SUM ................................. $ 2,151,000
2. Net change by Change Orders .............................. $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................. $ 2,151,000
4. TOTAL COMPLETED & STORED TO DATE ............ $ 911,000
   (Column G on G703)
5. RETAINAGE:
   a. _____ % of Completed Work $ _____
      (Columns D + E on G703)
   b. _____ % of Stored Material $ _____
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ................................. $ _____
6. TOTAL EARNED LESS RETAINAGE ..................... $ 911,000
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate) ............................. $ 0
8. CURRENT PAYMENT DUE ................................... $ 911,000
9. BALANCE TO FINISH, INCLUDING RETAINAGE .. $ 1,240,000
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

**CONTRACTOR:** Hewlett Contracting DBA Hewlett Consulting, Inc.

By: _(signed)_ Date: July 26, 2000

State of: New York
County of: Nassau
Subscribed and sworn to before me this 26 day of July, 2000
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

B.B. CONST CONSULTANTS

RECEIVED AUG 04 2000

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

**AMOUNT CERTIFIED** ........................... $ 911,000

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _(signed)_ Date: 8/3/00

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

APPROVED (stamp)

REORDER FORM NO. 6128-USA

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G702-1992

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703  (Instructions on reverse side)  PAGE 2 OF 2 PAGES

APPLICATION NUMBER: 1
APPLICATION DATE: July 26, 2000
PERIOD TO: August 1, 2000
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D – E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | (G ÷ C) | BALANCE TO FINISH (C – G) | RETAINAGE |
| 1 | Add'l Stadium Steel & Structural Supports For Girders & Beams | 851,500 | 0 | 851,500 | | 851,500 | 100 | 0 | |
| 2 | Add'l Power Requirements | 385,500 | 0 | 45,500 | | 45,500 | 12 | 340,000 | |
| 3 | S.R. Interior Walls | 355,000 | 0 | 0 | | 0 | 0 | 355,000 | |
| 4 | Add'l Stadium Concrete W/ Reinforcing | 465,000 | 0 | 0 | | 0 | 0 | 465,000 | |
| 5 | Modify F.A. Panel & Sprinkler Systems | 94,000 | 0 | 14,000 | | 14,000 | 15 | 80,000 | |
| | TOTAL | 2,151,000 | 0 | 911,000 | | 911,000 | 42 | 1,240,000 | |

REVIEWED
B.B. CONSTRUCTION CONSULTANTS

APPROVED
B.B. CONSTRUCTION CONSULTANTS

RECEIVED
AUG 0 4 2000
B.B. CONST. CONSULTANTS

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA • © 1983
G703-1983