```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2

 3

 4

 5   CROWN THEATRES, LP              )
             Plaintiff               )    3-02-cv-2272 (AVC)
 6   VS                              )    SEPTEMBER 18, 2003
             Defendant               )    Federal Building
 7   MILTON DALY, ET AL              )    Hartford, Connecticut

 8

 9

10

11
                    PREJUDGMENT REMEDY HEARING
12          HELD BEFORE ALFRED V. COVELLO, U.S.D.J.

13

14

15

16

17

18

19

20

21

22

23
                      Wendy J. Allen, RPR
24                 450 Main Street, Rm #648
                      Hartford, CT  06103
25                      (413) 427-9915
```

1    If it's not independently admissible, he can't testify from it
2    under 703, and he certainly can't summarize it.
3         THE COURT: We're playing with words here, sir. You
4    came to have the opinion that what had happened.
5         THE WITNESS: So what happened, based on the records,
6    based on all of the evidence that I reviewed, Mr. Daly and Mr.
7    Beacher agreed that Mr. Beacher would bill Crown for either
8    services that were just never provided at all, just completely
9    fictitious services, or Mr. Beacher would bill and inflate the
10   cost of a real service, and for the extra money that Beacher
11   was able to pull out of this transaction, that they agreed to
12   split it.
13        So Beacher would send an invoice in, Mr. Daly would
14   have it approved, would facilitate Crown writing a check,
15   sometimes for 800,000, 600, fairly significant amounts, Mr.
16   Beacher got the money and wrote out of his account, said here's
17   my 800, I'm going to do a split here, 70/30, and would write a
18   check back to Mr. Daly via the Taylor-Leigh account, which had
19   nothing to do with Crown. That was an account in a company
20   controlled by the Dalys. And that is a classical kickback
21   scheme.
22        THE COURT: And Hewlett Martin and Tiger Contracting
23   in this scheme was whom, sir?
24        THE WITNESS: They were Beacher. They were Beacher
25   entities.

```
1              THE COURT:  I see.
2              THE WITNESS:  So I mean, this is not in the evidence,
3    but in my experience in cases a contractor --
4              MR. WISSER:  Objection, Your Honor.  His experience
5    in cases cannot be tied into this case.
6              THE COURT:  All right.  So I understand.  Why don't
7    you go ahead, sir.
8    BY MR. MARTIN:
9    Q    Going back to your, the demonstrative exhibit, Mr.
10   Hamilton, that you prepared.  If I may, it's probably easier to
11   stand here and point to it.  The 4., 211,200 paid to
12   Taylor-Leigh, Inc., do you see that box?
13   A    I do.
14   Q    That box then drops down to a 3,695,400 deposited to
15   Taylor-Leigh Citibank account?
16   A    Correct.
17   Q    What does that represent?
18   A    I would look at two boxes here, Your Honor.  Of the 4.2
19   million deposited by all these various Beacher entities at the
20   top, I'll call them all Beacher for simplicity purposes here,
21   we were able to trace 3.6 million that went into the
22   Taylor-Leigh Citibank account.  There was another 515,000,
23   that's off to the right of that box, that went to other banks
24   that we couldn't trace, either didn't have a bank statement or
25   we didn't have the cancelled check.
```

1        If you add up the 515,800, which is in the second
2   gray area off to the right, and the 3.695, that totals 4.2
3   million. So what we tried to attempt to do there, of that 4.2
4   million that came in from Beacher, where did it go? 3.695 went
5   directly to the Taylor-Leigh Citibank account.
6   Q   And who had access to the Taylor-Leigh Citibank account?
7   A   Both Mr. and Mrs. Daly were signatories on that account.
8   Q   Then if you look at the next line down, says 3,753.357,
9   TLI check paid to Milt Daly/cash/TLI, what does that represent?
10  A   Once the cash was deposited into the Taylor-Leigh account,
11  Mr. Daly negotiated checks out of that account that were
12  payable either to himself, payable to cash, or payable to TLI.
13  He negotiated those checks and deposited them into three
14  places, essentially three places.
15       The first was, and if you look at that line it has
16  250,000 to the left, 250,000 he deposited directly into an
17  account called Raymond James that was an investment account
18  where he invested in various stocks, and that was an account
19  also in Mr. and Mrs. Daly's names.
20       In addition, there was 3.099 million of those checks
21  that were deposited directly to a Fleet account, which was a
22  joint account in Mr. and Mrs. Daly's names, and there was an
23  additional 403,000 that again because the documentation was not
24  complete, it was deposited into other unknown accounts.
25       So if we added the 403,000, we're not sure where it