UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | April 30, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

### APPENDIX TO PLAINTIFF CROWN THEATRES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST MILTON L. DALY AND TAYLOR-LEIGH

H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT  06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

# Table of Contents

| Description | Exh. |
|---|---|
| Deposition of Milton L. Daly, May 21, 2003 | A |
| Deposition of Milton L. Daly, August 5-6, 2003 | B |
| Deposition of Robert L. Beacher, February 25-26, 2004 | C |
| Milton L. Daly and Taylor-Leigh, Inc.'s Responses to Crown Theatres' Second Set of Interrogatories and Requests for Production, dated May 23, 2003 | D |
| Testimony of Frederick C. "Kip" Hamilton, Prejudgment Remedy Hearing, September 18, 2003 | E |
| Kroll Zolfo Cooper Change Order Analysis | F |
| Report of Frederick C. "Kip" Hamilton, dated September 30, 2003 | G |
| Kroll Zolfo Cooper Updated Analysis | H |
| Declaration of Frederick C. "Kip" Hamilton, dated April 21, 2004 | J |
| Unpublished Opinions Cited in Crown Theatres' Memorandum in Support of its Motion for Summary Judgment | K |