```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT
 2

 3

 4

 5   CROWN THEATRES, LP                    )
                    Plaintiff             )     3-02-cv-2272 (AVC)
 6   VS                                    )     SEPTEMBER 18, 2003
                    Defendant             )     Federal Building
 7   MILTON DALY, ET AL                    )     Hartford, Connecticut

 8

 9

10

11
                       PREJUDGMENT REMEDY HEARING
12            HELD BEFORE ALFRED V. COVELLO, U.S.D.J.

13

14

15

16

17

18

19

20

21

22

23
                         Wendy J. Allen, RPR
24                       450 Main Street, Rm #648
                         Hartford, CT  06103
25                          (413) 427-9915
```

1 | APPEARANCES:

2 | For the Plaintiff:

3 | Craig C. Martin, Esq.
Lawrence S. Schaner, Esq.
4 | Jenner & Block
One IBM Plaza
5 | Suite 4400
Chicago, Illinois
6 |

7 | For the Defendant:

8 | Kerry Marc Wisser, Esq.
Weinstein & Wisser, P.C.
9 | 29 South Street
Suite 207
10 | West Hartford, Connecticut

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1                                I N D E X

2     WITNESS:                                                    PAGE

3     Frederick Hamilton

          Direct Examination by Mr. Martin                        6
4         Cross-Examination by Mr. Wisser                          35
          Redirect Examination by Mr. Martin                      91
5         Recross Examination by Mr. Wisser                        92

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1 | it was primarily services, Mr. Daly and Mr. Beacher agreed that
 2 | in related to the construction of these six theatres, movie
 3 | theatres, some right here in Connecticut, they agreed that Mr.
 4 | Beacher would bill Crown, for example, site work.

 5 |         THE COURT:  Was Beacher a contractor?

 6 |         THE WITNESS:  Beacher was a construction consultant
 7 | hired by Crown to oversee the construction of these six theatre
 8 | projects.

 9 |         THE COURT:  I see.

10 |         THE WITNESS:  So he basically had the control, he
11 | could hire subcontractors, he was involved in the bidding
12 | process, just to facilitate the construction.  He was the, I'll
13 | call it the expert construction person which Crown contracted
14 | with.  So Mr. Daly in his position went to Mr. Beacher at some
15 | point, and I believe the deposition talks about at a Christmas
16 | party in '98.

17 |         MR. WISSER:  Objection, Your Honor.  He's now
18 | testifying as to a document not in evidence.  He can't
19 | summarize deposition testimony as if he's reading it
20 | accurately.

21 |         MR. MARTIN:  Your Honor, he is allowed to testify as
22 | to what he relied upon for his opinions.

23 |         MR. WISSER:  I have no quarrel with that.  He
24 | purported to testify as to what a deposition said.  If the
25 | deposition is independently admissible, then it can come in.

```
 1    If it's not independently admissible, he can't testify from it
 2    under 703, and he certainly can't summarize it.

 3              THE COURT:  We're playing with words here, sir.  You
 4    came to have the opinion that what had happened.

 5              THE WITNESS:  So what happened, based on the records,
 6    based on all of the evidence that I reviewed, Mr. Daly and Mr.
 7    Beacher agreed that Mr. Beacher would bill Crown for either
 8    services that were just never provided at all, just completely
 9    fictitious services, or Mr. Beacher would bill and inflate the
10    cost of a real service, and for the extra money that Beacher
11    was able to pull out of this transaction, that they agreed to
12    split it.

13              So Beacher would send an invoice in, Mr. Daly would
14    have it approved, would facilitate Crown writing a check,
15    sometimes for 800,000, 600, fairly significant amounts, Mr.
16    Beacher got the money and wrote out of his account, said here's
17    my 800, I'm going to do a split here, 70/30, and would write a
18    check back to Mr. Daly via the Taylor-Leigh account, which had
19    nothing to do with Crown.  That was an account in a company
20    controlled by the Dalys.  And that is a classical kickback
21    scheme.

22              THE COURT:  And Hewlett Martin and Tiger Contracting
23    in this scheme was whom, sir?

24              THE WITNESS:  They were Beacher.  They were Beacher
25    entities.
```

1          THE COURT: I see.

2          THE WITNESS: So I mean, this is not in the evidence,

3    but in my experience in cases a contractor --

4          ..-- MR. WISSER: Objection, Your Honor. His experience

5    in cases cannot be tied into this case.

6          THE COURT: All right. So I understand. Why don't

7    you go ahead, sir.

8    BY MR. MARTIN:

9    Q    Going back to your, the demonstrative exhibit, Mr.

10   Hamilton, that you prepared. If I may, it's probably easier to

11   stand here and point to it. The 4., 211,200 paid to

12   Taylor-Leigh, Inc., do you see that box?

13   A    I do.

14   Q    That box then drops down to a 3,695,400 deposited to

15   Taylor-Leigh Citibank account?

16   A    Correct.

17   Q    What does that represent?

18   A    I would look at two boxes here, Your Honor. Of the 4.2

19   million deposited by all these various Beacher entities at the

20   top, I'll call them all Beacher for simplicity purposes here,

21   we were able to trace 3.6 million that went into the

22   Taylor-Leigh Citibank account. There was another 515,000,

23   that's off to the right of that box, that went to other banks

24   that we couldn't trace, either didn't have a bank statement or

25   we didn't have the cancelled check.

1       If you add up the 515,800, which is in the second
2   gray area off to the right, and the 3.695, that totals 4.2
3   million.  So what we tried to attempt to do there, of that 4.2
4   million that came in from Beacher, where did it go?  3.695 went
5   directly to the Taylor-Leigh Citibank account.

6   Q    And who had access to the Taylor-Leigh Citibank account?
7   A    Both Mr. and Mrs. Daly were signatories on that account.
8   Q    Then if you look at the next line down, says 3,753.357,
9   TLI check paid to Milt Daly/cash/TLI, what does that represent?
10  A    Once the cash was deposited into the Taylor-Leigh account,
11  Mr. Daly negotiated checks out of that account that were
12  payable either to himself, payable to cash, or payable to TLI.
13  He negotiated those checks and deposited them into three
14  places, essentially three places.

15       The first was, and if you look at that line it has
16  250,000 to the left, 250,000 he deposited directly into an
17  account called Raymond James that was an investment account
18  where he invested in various stocks, and that was an account
19  also in Mr. and Mrs. Daly's names.

20       In addition, there was 3.099 million of those checks
21  that were deposited directly to a Fleet account, which was a
22  joint account in Mr. and Mrs. Daly's names, and there was an
23  additional 403,000 that again because the documentation was not
24  complete, it was deposited into other unknown accounts.

25       So if we added the 403,000, we're not sure where it

1    went, but it was a check payable to Mr. Daly or cash or TLI,

2    don't know where that went, 3.099 million went into this Fleet

3    account, that was a joint account, again, with Mr. and Mrs.

4    Daly, and 250 went into the Raymond James account, the total of

5    those three, again, is 3.753 million.

6         THE COURT:  Sightly more than came in from -- is TLI

7    something different than Taylor-Leigh, Inc.?

8         THE WITNESS:  It's the same.  We've abbreviated it

9    there.  TLI is Taylor-Leigh, Inc.

10        In answer to your question, it is more, because there

11   were other deposits into the Citibank account.  If you look to

12   the right of the 3695, there was 1.2 million in other deposits,

13   and 1.225 million.  We weren't able to identify all of those

14   deposits.  Again, because we didn't have the specific, what

15   would come with the bank account information is a deposit slip

16   and the copies of all the checks.  You just look at the bank

17   statement you typically get at home, you don't know where that

18   came from.

19        And but the types of amounts that were going in there

20   were $100,000 even deposit, 311,000, there were several hundred

21   thousand dollars, 30,000, and then there were smaller amounts

22   as well, but a lot of even amounts went into that account.  We

23   don't know the source of that right now.  We're continuing that

24   analysis.

25        THE COURT:  But the bottom line is that for the

1   purposes of our hearing, according to your testimony, $4.2

2   million came into a corporation in which this lady had control

3   signatory rights on it.

4          THE WITNESS:  That's correct, Your Honor.  She was an

5   officer, and she had signatory control on the account, as well

6   as all the other accounts where this money ultimately flowed,

7   at least amounts that we can track as shown on the exhibit.

8          THE COURT:  Did you have further of the gentleman?

9          MR. MARTIN:  I do have further with the gentleman, if

10  you don't mind.

11         THE COURT:  Sure.

12  BY MR. MARTIN:

13  Q   If you continue to take the money down, if you will, on

14  your demonstrative exhibit, Mr. Hamilton, it goes 3,099,858

15  goes to a Fleet joint account, correct?

16  A   That's correct.

17  Q   And then if you drop it down again to the next level,

18  you've traced 2,275,000 deposited into a Raymond James account,

19  correct?

20  A   That's correct.

21  Q   And then if you drop it down to the next level, you have

22  1,087,165 contributed to Odyssey.  What does that refer to?

23  A   Odyssey is the company I had mentioned earlier.  Odyssey

24  Entertainment, Mr. Abramsky and Mr. Daly were involved in that

25  enterprise, and Mr. Daly loaned Odyssey part of its capital,

1   approximately $2.9 million, basically to capitalize that

2   enterprise.  And the proceeds, part of the proceeds of that

3   loan to Odyssey were the 1.087 million that came from these

4   accounts.  The balance was from primarily the proceeds of the

5   sale of Mr. Daly's residence in Connecticut.

6   Q    Now, Mr. Hamilton, the $2.8 million that went into

7   Odyssey, was there a promissory note associated with that?

8   A    Yes, there was.

9          MR. MARTIN:  Your Honor, Mr. Wisser has no objection

10   to Exhibit 5, which is a copy of the promissory note.

11          MR. WISSER:  That's correct, Your Honor.

12          MR. MARTIN:  For the record, I should note that the

13   line at the top of the promissory note that says, has a fax

14   line to Jenner Block is not part of the original exhibit, and

15   the line at the bottom that has another fax line is also not

16   part of the original exhibit.  The promissory note, Your Honor,

17   is made payable to both Milton and Anne Daly.

18   BY MR. MARTIN:

19   Q    Mr. Hamilton, are you familiar with the promissory note

20   that we've identified as Exhibit number 5?

21   A    Yes.

22          THE COURT:  Sir, are you doing this because you're

23   concerned that I don't believe your witness?

24          MR. MARTIN:  No, I'm sorry, I'm probably being --

25          THE COURT:  I guess I'm not understanding.  This is

1 | an application for a prejudgment remedy.  The man has testified

2 | that the lady got $4.2 million.

3 | MR. WISSER:  Objection, Your Honor, he didn't say the

4 | lady got $4.2 million.

5 | THE COURT:  Well, the corporation of which the lady

6 | had the signatory powers.

7 | MR. MARTIN:  I just want to --

8 | MR. WISSER:  There's a huge distinction in that, Your

9 | Honor.

10 | MR. MARTIN:  I do want to just follow through on one

11 | other piece of testimony because I think it's illustrative

12 | relevant to the PJR hearing, but it'll be brief.

13 | THE COURT:  Sure.  Take all the time that you want.

14 | I just want to try to understand what it is that you're trying

15 | to develop here.

16 | MR. MARTIN:  We're on the same page on the first

17 | point, I just need to make the second point here.

18 | BY MR. MARTIN:

19 | Q    Mr. Hamilton, have you conducted any analysis of the

20 | payments made under the Odyssey note?

21 | A    Yes, I have.

22 | Q    What have you done?

23 | A    I've actually reviewed the, call it the QuickBook

24 | schedules that were prepared by Odyssey Entertainment and

25 | traced through the bank records that we had, payments that were

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

## Analysis of Contractor Change Orders and B.B. Construction Mark-up

### ANNAPOLIS - HEFFNER & WEBER

| Invoice Date | Crown Check No. | Crown Check Date | Invoice Amount | Beacher Description of Goods or Services | Paid By Crown (A) | Contractor Amount (B) | A-B Mark Up (C) | Percent Mark Up | Percent Increased | Payments to TLI by Beacher (D) | Net Amount to Beacher (E) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/3000 | 128136 | 04/05/00 | 3,946 | Purchase of additional door hold open devices | 3,946 | 846 | 3,100 | 366% | 51% | | 3,100 |
| 05/3000 | 128136 | 04/05/00 | 14,493 | Upgraded toilet accessories for restrooms | 14,493 | 2,493 | 12,000 | 481% | 33% | 7,000 | 5,000 |
| 05/3000 | 128136 | 04/05/00 | 18,970 | Purchase of exterior step lights | 18,970 | 4,464 | 14,506 | 325% | 235% | 7,000 | 7,506 |
| 05/3000 | 128152 | 03/15/00 | 7,918 | Automatic flush valves and infrared lavatory faucets | 7,918 | 1,918 | 6,018 | 313% | 157% | 1,000 | 5,018 |
| 04/3000 | 128136 | 04/05/00 | 19,936 | Installation of additional THX baffle walls in the non thx specified auditoriums | 19,936 | | 13,200 | | 144% | | 8,200 |
| 05/3000 | 128136 | 04/05/00 | 25,779 | | 25,779 | 18,379 | | | | 7,000 | 8,200 |
| 06/01000 | 128915 | 04/07/00 | 26,950 | Install additional room | 26,950 | 24,013 | 2,937 | 12% | 12% | | 2,937 |
| 05/11000 | 128833 | 05/11/00 | 31,144 | Doors, flames and hardware for exit doors at stairwell | 31,144 | | 17,113 | | 160% | 7,000 | 12,611 |
| **Subtotals** | | | **$141,218** | | **$143,216** | **$62,056** | **$78,162** | | | **$55,000** | **$44,182** |

### JUPITER - COASTAL

| Invoice Date | Crown Check No. | Crown Check Date | Invoice Amount | Description of Goods or Services | Paid By Crown | Contractor Amount | A-B Mark Up | Percent Mark Up | Percent Increased | Payments to TLI by Beacher | Net Amount to Beacher |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/1400 | 129182 | 06/21/00 | 4,790 | Additional permit fees | | | | | | | |
| 06/1500 | 129182 | 06/21/00 | 49,057 | Purchase of booth platforms, including wall, concrete for columns | 49,057 | 7,548 | 41,509 | 550% | 507% | 21,000 | 20,509 |
| 05/11000 | 128833 | 05/11/00 | 120,128 | Light fixtures, hardware, projection interlock system, electrical work | 120,128 | 29,777 | 98,351 | 303% | 303% | 15,000 | 53,551 |
| **Subtotal** | | | **$174,915** | | **$174,915** | **$58,355** | **$196,390** | | | **$56,000** | **$80,380** |

### MIAMI - WAAS

| Invoice Date | Crown Check No. | Crown Check Date | Invoice Amount | Beacher Description of Goods or Services | Paid By Crown | Contractor Amount | A-B Mark Up | Percent Mark Up | Percent Increased | Payments to TLI by Beacher | Net Amount to Beacher |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/00 | 128591 | 5/7/2000 | 3,815 | Additional permit fee | 3,815 | 2,531 | 1,284 | 51% | 51% | | 1,284 |
| 3/5/00 | 128136 | 4/5/2000 | 3,817 | Purchase and installation of hand sinks and compartment sink | 3,817 | 2,117 | 1,700 | 80% | 80% | | 1,700 |
| 3/5/00 | 128136 | 4/5/2000 | 15,230 | Upgraded toilet accessories for restrooms | 15,230 | 5,330 | 10,000 | 188% | 188% | 7,000 | 3,000 |
| 4/25/00 | 128591 | 5/7/2000 | 19,256 | Purchase and installation of grease trap | 19,256 | 3,584 | 15,672 | 437% | 437% | 7,000 | 8,672 |
| 3/21/00 | 128568 | 3/1/2000 | 19,780 | Interior step lighting | 19,780 | 6,720 | 13,060 | 194% | 194% | | 13,060 |
| 4/13/00 | 128499 | 4/28/2000 | 21,933 | Additional electrical work to projection booth | 21,933 | 5,410 | 16,523 | 305% | 305% | 7,000 | 9,523 |
| 4/25/00 | 128504 | 5/7/2000 | 21,936 | Additional fill for the interior | 21,936 | 6,227 | 15,709 | 252% | 252% | 7,000 | 8,709 |
| 11/10/99 | 126977 | 11/16/1999 | 22,865 | Temporary utility services | 22,865 | 10,875 | 11,936 | 113% | 110% | 7,000 | 4,936 |
| 12/9/99 | 126700 | 12/21/1999 | 23,378 | Install gravel road | 23,378 | 8,878 | 14,500 | 163% | 163% | 7,000 | 7,500 |
| 61/00 | 128915 | 6/7/2000 | 37,788 | Fixtures for ceilings | 37,788 | 16,632 | 21,156 | 127% | 127% | 7,000 | 14,156 |
| 5/2000 | 128833 | 5/0/2000 | 43,852 | Additional THX baffle walls | 43,852 | 9,300 | 34,552 | 372% | 372% | 14,000 | 20,552 |
| 5/2000 | 126977 | 11/08/1999 | 98,325 | Replacement to damaged foundation work from Hurricane Irene | 98,325 | 56,800 | 61,751 | 108% | 108% | 35,200 | 26,525 |
| **Subtotal** | | | **$332,405** | | **$332,405** | **$114,584** | **$217,811** | | | **$88,200** | **$129,611** |

### HARTFORD - RCD HUDSON

| Invoice Date | Crown Check No. | Crown Check Date | Invoice Amount | Beacher Description of Goods or Services | Paid By Crown | Contractor Amount | Mark Up | Percent | Percent | Payment to TLI by Beacher | Net Amount to Beacher |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2300 | 129298 | 06/23/00 | 30,511 | New curtain wall, Frame and boards enclosing steel braces | 30,511 | 14,171 | 2,520 | 14% | 46% | 5,652 | 5,112 |
| 06/1300 | 129182 | 06/21/00 | 15,717 | New box office soffit, fiber board trim, paint soffit | 15,717 | 11,499 | 4,218 | 37% | 275% | 7,000 | 4,499 |
| 06/1600 | 129298 | 06/28/00 | 17,500 | Supply and install shed roof | 17,500 | 3,120 | 13,960 | 397% | 397% | 7,000 | 6,980 |
| 06/2500 | 129406 | 07/06/00 | 65,509 | Install rear platforms, tag-crete grilles, anti-graffiti paint | 43,932 | 9,554 | 34,378 | 360% | 617% | 14,126 | 20,252 |
| 06/2500 | 128915 | 06/07/00 | 47,252 | THX baffle walls, flames and footwork, and wall type L | 47,252 | 6,572 | 40,660 | 617% | 617% | 7,000 | 33,660 |
| | | | **$178,289** | | **$138,528** | **$26,464** | **$112,124** | | | **$41,606** | **$70,518** |

| | | | **$787,046** | | **$241,578** | **$545,487** | | | | **$220,608** | **$324,079** |

# Crown Theatres, L.P. v. Milton L. Daly, et al.

**Report and Exhibits**

September 30, 2003

**Kroll Zolfo Cooper**
Financial Consulting



# Crown Theatres, L.P. v.
# Milton L. Daly, et al.

**1.0 INTRODUCTION**  Kroll Zolfo Cooper ("Kroll") was retained by counsel for Crown Theatres, L.P. ("Crown") to provide forensic accounting services and economic damage analysis in connection with a lawsuit filed by Crown against Milton L. Daly, Taylor-Leigh, Inc. ("TLI"), Anne E. Daly, James C. Cella, G.U.S. Development, Inc. ("GUS"), James T. Martino, James Thomas Martino, Architect, P.C., and RCD Hudson, LLC ("RCD Hudson"). The lawsuit alleges, among other issues, that Milton Daly engaged in a pattern of racketeering activity to defraud Crown in connection with the construction of six theatres by Crown.

It is my opinion, to a reasonable degree of forensic accounting and economic certainty, that the conduct of Mr. Daly in connection with the construction of six theatres for Crown caused Crown to suffer a loss ranging from approximately $8.1 million to $13.8 million excluding professional fees. In addition, Anne Daly (Mr. Daly's wife) benefited from the scheme perpetrated by Mr. Daly in the minimum amount of approximately $4.2 million, which represents the improper payments deposited into a bank account owned by the Dalys. Mrs. Daly also benefited from payments made for the Daly's personal residence including home improvements and mortgage payments.

I have reviewed the expert report prepared by Peter Steffian, FAIA, NCARB regarding the work performed by James T. Martino and James Thomas Martino, Architect, P.C. on Crown's six theatre projects. Based on Mr. Steffian's opinion and my own experience, it is my opinion that Mr. Martino's negligence in connection with the certification of the Architects Certificate's for Payment submitted on the six theatre projects caused Crown to suffer a loss at least in the amount of approximately $5.6 million. Further, because of Mr. Martino's negligence, Mr. Daly was able



to continue the fraud undiscovered through May 2001.

James Cella's conduct, through GUS and RCD Hudson, also caused Crown to suffer a loss in the amount of $726,500. This loss resulted from Mr. Cella's submission of payment applications on two Crown projects for goods and services that were not provided.

In addition to the specific opinions stated above, I have the additional opinions that are set forth throughout this report.

**2.0 BACKGROUND**    Crown entered the movie theatre business by purchasing certain assets from Cinamerica Theatres, L.P., a Delaware limited partnership, in 1991. At the time, Cinamerica operated eight theatres in Connecticut and the Gotham Theatre in New York. Two of the initial Cinamerica theatres are currently operated by Crown Theatres.

Crown is in the business of owning, operating, and managing first-run movie theatres. Crown has been in the process of expanding its theatre operations through construction and expansion projects at new and existing theatres since approximately 1995. Construction of the six theatre projects was part of Crown's expansion efforts and began in 1998. Crown currently operates sixteen movie theatres throughout seven states.

Mr. Daly was the Chief Operating Officer ("COO") at Crown. In his position as COO at Crown, Mr. Daly approved invoices and pay applications related to the construction of the theatres. Additionally, he approved and signed checks for the construction work.

The six projects Mr. Daly oversaw which are referenced in this litigation are located in:

Annapolis, Maryland

2

**Kroll**

Hartford, Connecticut

Trumbull, Connecticut

Hialeah, Florida (a/k/a Miami)

Jupiter, Florida

Skokie, Illinois.

Mr. Daly utilized the services of Robert Beacher of B.B. Construction Consultants, Ltd. ("B.B. Construction") in connection with the projects. Mr. Beacher acted as an independent construction consultant and assisted Mr. Daly and Crown with various construction related services including . pricing, supervision and inspection. Messrs. Daly and Beacher developed a scheme whereby Mr. Daly would cause Crown to make payments to B.B. Construction and other related entities and B.B. Construction in turn would make payments to TLI. Mr. Daly and Mrs. Daly were the corporate officers of TLI, president and secretary, respectively. Mr. Daly and Mr. Beacher have testified that TLI did nothing for these payments.

**3.0  SCOPE OF INFORMATION REVIEWED**

Our analysis was based on the types of information normally relied upon by experts performing forensic accounting and economic damage analysis. This information includes legal pleadings, depositions of Mr. Daly, interviews of various parties, meetings and discussions with Crown personnel, Odyssey Entertainment personnel and counsel, business records of Crown, Milton Daly, TLI, Robert Beacher, B.B. Construction, Jamie Cella, RCD Hudson, LLC and Odyssey Entertainment.

A more comprehensive list of documents that we relied upon is attached as Exhibit A to this report.



**4.0 INTRODUCTION OF RELEVANT PARTIES**

*Milton L. Daly*

Milton Daly was Crown's COO, and was generally responsible for the oversight of all of Crown's operations, finance, human resources, and some legal and corporate administration functions. Mr. Daly was also responsible for film bookings, concessions, facilities maintenance and repair, fiscal planning, budgeting, policy creation and implementation, and long-term strategic planning.

As part of his duties and responsibilities, Mr. Daly managed and oversaw the six construction projects for Crown referenced in this litigation. This work included the selection of new theatre site locations, theatre construction, budgeting and cost · projections. Also, as previously noted, he approved invoices and requisitions and approved and signed checks for the construction work.

Mr. Daly is the president and owner of TLI, which was d/b/a Kangaroo Pouch Kids, a day care center in Georgia managed by one of Mr. Daly's daughters. Mrs. Daly is the wife of Mr. Daly and the secretary of TLI. Mr. Daly caused Crown to make payments to TLI via B.B. Construction for goods and services that were never performed.

Mr. Daly is also the Chairman and Chief Executive Officer of Odyssey Entertainment ("Odyssey"). Odyssey owns and operates one movie theatre complex in Alabama. Mr. Daly has a 70 percent sharing ratio interest in the company. Robert Abramsky is the President and COO of Odyssey and has a 30 percent sharing ratio interest in the company.

*Anne E. Daly*

Mr. Daly has been married to Mrs. Daly since approximately the mid 1960s, and they have five children – William, Jason, Jeffrey,

**Kroll**

Traci and Taylor. Mrs. Daly is the secretary of TLI, a member of TLI's Board of Directors and had joint signature authority on the TLI bank account. Mr. Daly testified that "everything in our name basically belongs to both of us" and that is the way they have conducted their marriage for the last 38 years. [May 21, 2003 deposition – pages 85-86]

Mrs. Daly benefited from Mr. Daly's actions at Crown. She had joint signature authority on the TLI bank account into which Crown funds were improperly deposited and she either had joint signature authority or was named on two other bank accounts into which the TLI funds flowed. Over $1 million that flowed through these accounts was loaned to Odyssey and together with other funds a note payable to Mr. and Mrs. Daly was created. Mr. Daly received interest payments on this note from July 2002 through March 2003. Starting in April 2003, the interest payments were made to Mrs. Daly. After depositing the payments into her bank account, Mrs. Daly promptly removed the majority of the funds by writing checks to "cash." In addition, of the funds flowing through TLI, approximately $150K was used to pay the mortgage on the Dalys residence.

### Robert Beacher

Through his company, B.B. Construction, Robert Beacher was hired by Crown to provide consulting and construction related services on the six Crown construction projects. Mr. Beacher was responsible for selecting and managing the contractors used on the projects and providing supervision and inspection services.

Mr. Beacher owned and/or controlled several business entities including B.B. Construction, Tiger Contracting, Inc. ("Tiger"), Marlin Construction, Inc. ("Marlin"), and Hewlett Contracting, Inc. ("Hewlett"). Mr. Beacher caused these entities to submit invoices and payment applications to Crown for goods and services related to the six theatre projects, and receive payments from Crown. According to Mr. Beacher, he was instructed by

**Kroll**

Mr. Daly to submit phony and/or inflated invoices to Crown for work that was never performed, and he did.

### Jamie Cella

Jamie Cella is a member of RCD Hudson, the General Contractor on the Hartford and Trumbull, Connecticut theatre construction projects. Mr. Cella caused RCD Hudson to submit invoices and payment applications to Crown for goods and services related to the Hartford and Trumbull, Connecticut theatre projects, and receive payments from Crown.

Mr. Cella also owned or controlled GUS, an entity he caused to submit payment applications to Crown on the Hartford and Trumbull, Connecticut theatre projects, and receive payments from Crown.

### James Martino

James Martino controlled or owned James Thomas Martino, Architect, P.C. and was the architect of record on the six theatre projects. Mr. Martino was responsible for conducting on-site reviews of each location to ensure that construction was being carried out in accordance with appropriate architectural specifications and contract documents.

Mr. Martino, or someone authorized on his behalf, was required to sign payment applications submitted for work on the projects certifying that the specified work had progressed as indicated, that quality was in accordance with the contract documents and the contractor was entitled to payment.

During Kroll's interview of Mr. Martino, he stated that money was stolen based on fraudulent documents and that Mr. Beacher apologized to him because he (Mr. Beacher) made a mistake and put Mr. Martino in the "throes" of this situation. He further stated that his signature is on various pay requests and he is very

**Kroll**

embarrassed. Mr. Martino admitted that he did not inspect the work and simply signed off on the pay applications because Mr. Daly structured the work so that Mr. Beacher would perform the inspections.

A review of one of the pay applications and construction documents from the Annapolis project demonstrate why Mr. Martino should be embarrassed. An $851,500 pay application for structural steel was submitted on this project and appears to be signed by Mr. Martino. Crown paid this amount to Hewlett despite the fact the landlord was responsible for performing this work.

**5.0  DALY AND BEACHER SCHEME**

In Mr. Daly's capacity as COO of Crown, he was in a position to approve the payment of contractor invoices on Crown's behalf. In Mr. Beacher's capacity as construction consultant, he was in a position to submit invoices and payment applications from companies he controlled and facilitate the submission of invoices and payment applications from other companies to Crown for payment.

Mr. Daly and Mr. Beacher's positions and responsibilities enabled them to enter into an arrangement whereby Mr. Beacher submitted invoices and payment applications to Crown for goods and services that were not provided. In general, these invoices were approved by Mr. Daly and were paid by Crown.

Mr. Beacher testified that he submitted fictitious, phony and/or inflated invoices to Crown through various entities and once they were paid by Crown, he paid 70 percent of the amounts back to Mr. Daly through TLI and kept 30 percent for himself. Mr. Daly also admitted to the "70/30" arrangement; however, he has incredibly described the transaction as a means to save Crown money. Mr. Daly's explanation appears to be little more than an attempt to avoid an admission that he and Mr. Beacher were stealing funds from Crown.



The magnitude of the dollars being paid to Messrs. Daly and Beacher refute the "savings" explanation, and if Mr. Beacher was actually able to complete certain work at a lower cost than other contractors, the lower cost should have been passed on to Crown. There is no rational business explanation for the manner in which these transactions were conducted, including keeping them secret from other Crown representatives. The only explanation is they were inappropriate. The transactions between Messrs. Daly and Beacher are classic examples of "kickback" transactions.

Moreover, Mr. Daly's attempt to explain the scheme as a way to save Crown money contradicts his testimony on August 5, 2003 (pages 224-226) where he stated he was annoyed at the Crown family for not giving him equity in Crown. He further testified as follows:

Q.  "You believed that they [Crown] had gone back on their word?"  A. "That's correct." [August 5, 2003 deposition – page 226]

Q.  "So you decided to take equity in a different way from Crown Theatres, correct?"  A. "In the theory of thinking, yes." [August 5, 2003 deposition – page 226]

Q.  "And the way you did that was through this 70/30 arrangement with Mr. Beacher, correct?"  A. "Yes." [August 5, 2003 deposition – page 226]

Mr. Beacher executed a Declaration on January 22, 2003 describing the transactions. Key excerpts from the Declaration are noted below:

"...Daly directed me [Beacher] to cause several entities to submit phony, fictitious and/or inflated invoices for construction services and work that was never done to Crown Theatres for payment."

**Kroll**

"After these fictitious, phony and inflated invoices were submitted to Crown Theatres, Daly had Crown Theatre pay those invoices."

"...Daly told me that he wanted to involve James Cella (known as "Jamie Cella"), a member of RCD Hudson, LLC...Cella submitted fictitious and phony invoices from G.U.S. Development...for construction work that GUS did not perform."

"Once B.B. Construction, Marlin, Tiger or Hewlett were paid by Crown Theatres, Daly directed me to cause B.B. Construction, Marlin, Tiger and Hewlett to pay approximately 70 percent of the money received, Daly's share...to Taylor-Leigh, Inc...so that he could conceal the origins of this money."

Mr. Daly provided testimony that corroborates much of Mr. Beacher's testimony. Essentially, Mr. Daly testified that he received money through TLI and there was no work performed in connection with the payments. Key excerpts from his deposition testimony are noted below:

Q. "And then you also testified that you and Mr. Beacher had approximately a 70/30 split, correct?"    A. "Yes." [August 5, 2003 deposition – page 206]

Q. "...the tracing of the money shows that it came from Crown Theatres through BB Consulting, or one of Mr. Beacher's entities, and then was paid to Taylor-Leigh, correct?" A. "Yes." [August 5, 2003 deposition – page 205]

Q. "And then out of the funds that were paid to Taylor-Leigh, those funds were in turn paid to you personally, correct?" A. "Yes." [August 5, 2003 deposition – page 205]

Q. "At the previous deposition, you testified that you received through Taylor-Leigh approximately $4.2 million, correct?" A. "Yes, sir." [August 5, 2003 deposition – page 226]

Q. "What did Taylor-Leigh do for BB Construction?" A. "Nothing." [May 21, 2003 deposition – pages 36-37]



Q.  "Let me put it another way. In other words, the $4.2 million that Beacher gave to Taylor-Leigh, and that you took, you believe that that money belongs to Crown Theatres?"  A. "Yes. I do now."  [May 21, 2003 deposition – page 140]

**6.0 ECONOMIC LOSS TO CROWN**

Crown has suffered economic damages related to the improper payments described above.  Crown has potentially suffered losses related to payments made for the Dalys' New Fairfield, CT residence, and salary paid to Mr. Daly.  In addition, Crown has incurred significant professional fees.  However, these professional fees have not been included in the following damage scenarios.

*Loss Scenario 1*

At a minimum, Crown's loss is equivalent to the amounts Crown paid to the Beacher entities (B.B. Construction, Marlin, Tiger and Hewlett) that have been quantified to date plus interest. This amount is easily quantified using the $4,211,200 that was paid to TLI. Applying the 70/30 split of Crown funds between Messrs. Daly and Beacher – the $4,211,200 paid to TLI equates to $6,016,000 paid to the Beacher entities by Crown ($4,211,200/70%). This amount plus interest is shown in the chart below:

| Summary of Loss - Scenario 1 | | |
|---|---|---|
| Crown Payments Beacher | $ | 6,016,000 |
| Interest | | 2,134,343 |
| Total Loss | $ | 8,150,343 |

At the request of counsel, we calculated interest using a simple interest rate of 10% based on Connecticut Statutes. Interest was calculated on the Crown payments to Beacher only through September 30, 2003. The per diem interest rate subsequent to September 30, 2003 is $1,648. Attached as Exhibit B is the detailed interest calculation.



### Loss Scenario 2

Alternatively, Crown has suffered losses related to the improper payments described in Section 5.0 plus payments made for the Dalys' New Fairfield, CT residence, salary paid to Mr. Daly and interest. This Loss Scenario is quantified in the following chart:

| Summary of Loss - Scenario 2 | |
|---|---|
| 70/30 Arrangement | $ 2,858,000 |
| Other Payments | 2,518,391 |
| Mr. Cella (GUS) | 726,500 |
| B.B. Construction | 3,401,873 |
| Dalys' CT Residence | 81,601 |
| Mr. Daly's Salary | 806,240 |
| Interest | 3,387,452 |
| **Total Loss** | **$ 13,780,057** |

Under Loss Scenario 2 above, all payments to B.B. Construction, Hewlett, Tiger, Martin and GUS are considered losses to Crown. The first four items noted in the above chart represent these payments.

Mr. Daly's salary was determined based on IRS W-2 wage and tax statements and represents his salary during the period 1998 through 2001.

Interest was calculated on the construction and residence payments only through September 30, 2003. Interest was not calculated on Mr. Daly's salary. The per diem interest rate subsequent to September 30, 2003 is $2,626. Attached as Exhibit C is the detailed interest calculation.

### Loss Scenario 3

A summary of the economic loss suffered by Crown under Scenario 3 is shown in the following chart.

**Kroll**

| Summary of Loss - Scenario 3 | |
|---|---:|
| 70/30 Arrangement | $ 2,858,000 |
| Other Payments | 2,518,391 |
| Mr. Cella (GUS) | 726,500 |
| B.B. Construction | 936,650 |
| Dalys' CT Residence | 81,601 |
| Interest | 2,486,749 |
| **Total Loss** | **$ 9,607,891** |

Scenario 3 excludes the salary paid to Mr. Daly and limits the amounts paid to B.B. Construction. Specifically, the only payments to B.B. Construction included in Scenario 3 are those payments that can be linked to subsequent payments to TLI by B.B. Construction. The per diem rate subsequent to September 30, 2003 is $1,951. Attached as Exhibit D is the detailed interest calculation.

**6.1 "70/30" Arrangement With Hewlett, Tiger and Marlin**

The loss to Crown reconciled to the 70/30 arrangement is $2,858,000. This amount represents payments made to Hewlett, Tiger and Marlin by Crown. In addition, specific checks representing 70 percent of the Crown payments were identified as being paid to TLI. The following chart summarizes these transactions. A more detailed summary of this activity is included as Exhibit E.

**Kroll**

| Contractor | Project Location | Crown Payments to Beacher | | Beacher Payments to TLI (Daly) | |
|---|---|---|---|---|---|
| | | Date | Amount | Date | Amount |
| Hewlett Contracting | Annapolis | 3/22/2000 | $ 154,000 | 4/13/2000 | $ 107,800 |
| Hewlett Contracting | Annapolis | 4/13/2000 | 180,000 | 4/28/2000 | 126,000 |
| Hewlett Contracting | Annapolis | 5/3/2000 | 182,000 | 5/17/2001 | 189,000 |
| Marlin Contracting | Jupiter | 5/3/2000 | 226,000 | 5/17/2001 | 55,000 |
| Tiger Contracting | Skokie | 5/3/2000 | 270,000 | 5/17/2001 | 230,600 |
| Marlin Contracting | Jupiter | 3/8/2000 | 220,000 | 3/28/2000 | 154,000 |
| Marlin Contracting | Jupiter | 4/13/2000 | 262,000 | 4/28/2000 | 183,400 |
| Marlin Contracting | Jupiter | 6/7/2000 | 207,000 | 6/21/2000 | 144,900 |
| Marlin Contracting | Jupiter | 2/2/2000 | 155,000 | 2/15/2000 | |
| Marlin Contracting | Miami | 2/2/2000 | 115,000 | 2/15/2000 | 189,000 |
| Marlin Contracting | Miami | 10/6/1999 | 245,000 | 10/18/1999 | 171,500 |
| Marlin Contracting | Miami | 11/3/1999 | 180,000 | 11/18/1999 | 126,000 |
| Marlin Contracting | Miami | 1/5/2000 | 160,000 | 1/20/2000 | 112,000 |
| Tiger Contracting | Skokie | 6/7/2000 | 302,000 | 6/15/2000 | 211,400 |
| **TOTAL** | | | **$2,858,000** | | **$ 2,000,600** |

**6.2 Other Payments to Hewlett, Tiger and Marlin**

The loss to Crown related to other payments made to Hewlett, Tiger and Marlin is $2,518,391. Similar to the 70/30 arrangement, invoices and payment applications were submitted by Hewlett, Tiger and Marlin to Crown for payment. Checks were paid from Crown to these entities, and a portion of the payment received from Crown was paid to Mr. Daly, through TLI. The only difference between this category of payments and the 70/30 category of payments discussed in Section 6.1 is the percentage allocation of Crown funds paid to TLI. It appears at some point during the scheme that either the parties agreed upon a different percentage or there were discrepancies in the accounting.



The following is a summary of the amounts paid by Crown to Hewlett, Tiger and Marlin and the related payments to TLI. A detailed summary of this activity is included as Exhibit F.

| Contractor | Project Location | Crown Payments to Beacher | | Beacher Payments to TLI (Daly) | |
|---|---|---|---|---|---|
| | | Date | Amount | Date | Amount |
| Hewlett Contracting | Annapolis | 8/9/2000 | $  851,500 | 8/16/2000 | $  216,650 |
| Marlin Contracting | Jupiter | 9/13/2000 | 71,900 | 9/22/2000 | 21,000 |
| Tiger Contracting | Skokie | 7/12/2000 | 357,329 | 7/17/2001 | 269,500 |
| Marlin Contracting | Jupiter | 7/12/2000 | 127,500 | | |
| Marlin Contracting | Miami | 7/12/2000 | 113,845 | | |
| Tiger Contracting | Skokie | 8/9/2000 | 545,929 | 8/16/2000 | 282,800 |
| | | | | 8/16/2000 | 49,000 |
| Tiger Contracting | Skokie | 9/20/2000 | 181,495 | 9/27/2000 | 35,000 |
| Marlin Contracting | Miami | 7/19/2000 | 100,314 | 8/2/2000 | 35,000 |
| Marlin Contracting | Miami | | | | |
| Marlin Contracting | Miami | 7/26/2000 | 25,091 | | |
| Marlin Contracting | Jupiter | 8/16/2000 | 104,886 | 8/29/2000 | 42,000 |
| Marlin Contracting | Jupiter | | | | |
| Marlin Contracting | Miami | 8/23/2000 | 22,712 | 9/7/2000 | 7,000 |
| Marlin Contracting | Jupiter | 4/18/2001 | 15,890 | 5/7/2001 | 7,000 |
| Marlin Contracting | | | | 5/29/2001 | 7,000 |
| TOTAL | | | $2,518,391 | | $  971,950 |

In addition to the cancelled checks identified and noted in the preceding two charts, other relevant points that corroborate the scheme involving the Hewlett, Marlin and Tiger entities include the following:

Mr. Beacher testified that Hewlett, Tiger and Marlin submitted phony invoices and that Hewlett and Tiger were incorporated solely for the purpose of submitting these phony invoices to Crown.

Kroll interviewed several general contractors from the six theatre projects and none of them had any knowledge of Hewlett, Tiger or Marlin performing work on the projects.

One of the payments made by Crown to Hewlett on August 9, 2000 (Check No. 129893) in the amount of $911,000 contained services that were outside the scope of Crown's responsibility. Based on the architectural specifications for the Annapolis

**Kroll**

project, the tenant (Crown) was not responsible for providing or installing structural steel. However, Hewlett submitted an invoice and Crown paid $851,500 for "Add'l Stadium Steel & Structural Supports For Girders & Beams."

Daly testified as follows about the Hewlett, Tiger and Marlin entities: Q. "Another topic that we talked about before, during the asset deposition that we took, we went through some documents that essentially showed that the payments flowed from Crown Theatres to BB Construction or a Beacher entity, Marlin Tiger, and then BB or Marlin Tiger or Hewlett wrote a check to Taylor-Leigh, Inc., and then Taylor-Leigh in turn made a distribution or paid money to you, right?" A. "Yes." [August 6, 2003 – page 241]

While referring to a Hewlett payment requisition at a deposition. Mr. Daly was asked about the Hewlett signature on the requisition. He testified that Hewlett was a fictional person and that the signature was actually Mr. Beacher's. [August 6, 2003 – pages 335-336]

**6.3 Payments to Mr. Cella (GUS)**

RCD Hudson was the General Contractor on both the Hartford and Trumbull projects. Mr. Cella controlled RCD Hudson and another entity called GUS. Mr. Cella caused GUS to submit payment applications and receive payments from Crown for goods and services that were not provided on these two projects. The total loss to Crown associated with these entities is $726,500.

### Hartford project

The total loss to Crown on the Hartford project was $566,500. The details of this improper payment were explained by Mr. Beacher in a letter dated July 12, 2001. Mr. Beacher wrote that the $566,500 comprised two items: (1) an inflation to the original bid by RCD Hudson of $500,000 and (2) $66,500 in "value engineering" that Mr. Cella performed by eliminating installation of the Pneumatic system and neon from the project.

**Kroll**

Mr. Beacher wrote that the original contract bid by RCD Hudson for the Hartford project was $8,040,900. This amount was inflated by $500,000 to $8,540,900 and the inflated amount was to be split among Mr. Beacher ($150,000), Mr. Cella ($125,000) and Mr. Daly ($225,000).

Mr. Beacher's letter is corroborated by cancelled checks and other documents provided in this litigation. The scheme appears to have worked as follows: GUS submitted Payment Application No. 1 for the period ended June 4, 1999 in the amount of $451,500 to RCD Hudson, as the General Contractor, for payment from Crown. Crown paid GUS $451,500 on June 16, 1999 (Check No. 124133). According to Mr. Beacher, payments from GUS were made on June 23, 1999 and June 29, 1999 for $225,000 and $185,000, respectively, to B.B. Construction.[1] A $225,000 payment was then made by B.B. Construction on June 25, 1999 to Mr. Daly through TLI.

Mr. Beacher received $185,000 ($150,000 plus $33,250 [half of the $66,500] and $1,750 miscellaneous) from these transactions.

### Trumbull project

The total loss to Crown on the Trumbull project was $160,000. The details of this improper payment were also explained by Mr. Beacher in a letter dated July 12, 2001.

Mr. Beacher wrote in the July 12 letter that the original contract bid by RCD Hudson for the Trumbull project was $3,350,000. This amount was inflated by $160,000 to $3,510,000 and the inflated amount was to be split among Mr. Beacher ($48,000), Mr. Cella ($40,000) and Mr. Daly ($72,000).

Mr. Beacher's story is corroborated by cancelled checks and other documents provided in this litigation. The scheme appears to have worked as follows: GUS submitted Payment Application No. 1 for the period ended July 31, 1999 in the amount of

---

[1] Copies of the cancelled checks provided show that B.B. Construction deposited checks in these amounts; however, there is no payor listed on the face of the cancelled checks.

16

**Kroll**

$125,000 to RCD Hudson, as the General Contractor, for payment from Crown. Crown paid GUS $125,000 on July 28, 1999 (Check No. 124697). According to Mr. Beacher, GUS made payments on July 31, 1999 and August 3, 1999 for $72,000 and $53,000 (the planned $48,000 plus $5,000 from other work) to B.B. Construction and Marlin, respectively. A $77,000 payment was then made by B.B. Construction on August 5, 1999 to Mr. Daly through TLI.

**6.4  B.B. Construction**

B.B. Construction submitted numerous invoices to Crown related to the six theatre projects. The payments from Crown to B.B. Construction for these invoices totaled $3,401,873. Based on available information, we were unable to specifically quantify the improper amounts. However, we were able to link certain of these payments to subsequent payments to TLI by B.B. Construction. The "linked" and other TLI payments total $936,650.

The entire amount paid to B.B. Construction by Crown ($3,401,873) is included in our Scenario 2 damage calculation. The total payments to TLI from B.B. Construction that relate to Crown payments to B.B. Construction ($936,650) are included in our Scenario 3 damage calculation.

Exhibit G is a detailed listing of all payments made from Crown to Mr. Beacher through B.B. Construction. Exhibit H is a detailed listing of the payments made from Crown to B.B. Construction with identified corresponding payments to the Dalys, through TLI.

We have only included $936,650 as the loss to Crown under Scenario 3; however, the loss is likely much higher based on the following logic. The evidence clearly shows that Messrs. Daly and Beacher entered into an arrangement where both would benefit financially, i.e., the "70/30" arrangement. Since the $936,650 only includes B.B. Construction payments to TLI, the portion Mr. Beacher retained is not included. Using a simple

**Kroll**

extrapolation of the "70/30" arrangement, the minimum additional loss to Crown under Scenario 3 is $401,421 calculated as follows ($936,650 divided by 70% minus $936,650.). The $401,421 represents the amount Mr. Beacher retained under the arrangement.

**6.5 Dalys' CT Residence Payments**

In addition to the scheme described above, Mr. Daly and Mr. Beacher arranged to have work performed on the Dalys' residence in New Fairfield, CT, including an in-ground pool, stone walls and pillars and painting, at Crown's expense. Under this arrangement, B.B. Construction paid the various vendors and contractors $81,601 directly. A schedule of the work performed and related cost is attached as Exhibit I.

**7.0 CONTINUING LOSSES TO CROWN**

Crown continues to suffer additional losses related to the construction work performed during Mr. Daly's tenure. Because the remediation work is still ongoing, the cost of this work has not yet been quantified. As an example - one of the problems that Crown has dealt with involves the HVAC system on the Hialeah, FL project. Crown's current construction supervisor has advised that a cheaper AAon system was substituted for a Trane system. In addition, no energy controls were installed and the spring-loaded vibration rails were eliminated. Crown estimates the lost value and repair cost at over $200,000 for these items.

There are numerous other instances where Crown is in the process of repairing or obtaining estimates for repair work on the Hartford, CT, Annapolis, MD, Skokie, IL and Jupiter, FL projects. Examples identified to date include:

- $10,000 estimated cost to repair HVAC noise and vibration – two projects.
- $30,000 estimated cost to seal and point blocks.
- $50,000 estimated cost to repair floor buckling.
- $11,000 estimated cost to seal seepage through stadium – two projects.



- Concrete cracking due to inadequate number of control joints
  – waiting for cost estimate.

**8.0 RESTRICTION**    This report is not intended for general circulation or publication. Kroll Zolfo Cooper reserves the right to review and revise any information or assumptions contained in this report if additional documentation or information becomes available.  Further, our investigation is ongoing.



# Crown Theatres, L.P. v.
# Milton L. Daly, et al.

**SIGNATURE PAGE**

Frederick C. Hamilton, CPA, CFE

September 30, 2003

Mr. Hamilton's rate on this assignment is $330.00. Other staff rates range from $65 - $325.00.



# Crown Theatres, L.P. v.
# Milton L. Daly, et al.

**CONTENTS**

1.0    Introduction .................................................................. 1

2.0    Background .................................................................. 2

3.0    Scope of Information Reviewed ............................................ 3

4.0    Introduction of Relevant Parties ........................................ 4

5.0    Daly and Beacher Scheme.................................................... 7

6.0    Economic Loss to Crown........................................…......... 10

    6.1    "70/30" Arrangement with Hewlett, Tiger and Marlin.......................................................……12

    6.2    Other Payments to Hewlett, Tiger and Marlin......13

    6.3    Payments to Mr. Cella (GUS)............................ 15

    6.4    B.B. Construction...........…..............................….17

    6.5    Daly's CT Residence Payments...........................18

7.0    Continuing Losses to Crown...................................…......:.18

8.0    Restriction.........................................................……....19



# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.   Exhibit A

# List of Documents Relied Upon

1. Invoices submitted to Crown for payment (including Mr. Beacher's non-contemporaneous notations), from:
   a. BB Construction
   b. Marlin
   c. Tiger
   d. Hewlett
   e. RCD Hudson

2. Payment Applications submitted to Crown for payment (including Mr. Beacher's non-contemporaneous notations), from:
   a. BB Construction
   b. Marlin
   c. Tiger
   d. Hewlett
   e. RCD Hudson
   f. GUS

3. Lease Contracts between Crown and respective Landlords, including exhibits and amendments, on the following projects:
   a. Annapolis
   b. Hartford
   c. Trumbull
   d. Miami
   e. Jupiter
   f. Skokie

4. Architectural specification books prepared by James Martino on the following projects:
   a. Annapolis
   b. Hartford
   c. Trumbull
   d. Miami
   e. Jupiter
   f. Skokie

5. Agreements between Crown and the General Contractor, including original bids and listing of exclusions and qualifications on the following projects:
   a. Annapolis
   b. Hartford



# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.   Exhibit A

## List of Documents Relied Upon

    c. Trumbull
    d. Miami
    e. Skokie

6. Bank account statements (including checking, savings, investment and retirement accounts) for:
    a. Milton Daly
    b. Anne Daly
    c. Taylor Leigh, Inc.
    d. Odyssey Entertainment

7. Cancelled checks:
    a. Crown
    b. BB Construction
    c. Marlin
    d. Tiger
    e. Hewlett
    f. GUS (per Mr. Beacher)
    g. Taylor Leigh, Inc.
    h. Milton Daly
    i. Anne Daly
    j. Odyssey Entertainment

8. Deposit Slips:
    a. Taylor Leigh, Inc.
    b. Milton Daly
    c. Anne Daly

9. Deposition Testimony from Milton Daly taken on May 21, 2003; August 5, 2003 and August 6, 2003

10. Declaration of Robert L. Beacher and Robert Abramsky

11. Correspondence from Crown, Milton Daly, Robert Beacher, Jamie Cella, James Martino, Robert Abramsky and Anne Daly

12. Taylor Leigh, Inc. incorporation documents

13. Odyssey Entertainment operating agreement

2

**Kroll**

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.   Exhibit A

# List of Documents Relied Upon

14. Crown and ADP records pertaining to Milton Daly's salary related to his employment by Crown

15. Crown internally prepared budgeting and construction in progress schedules

16. Crown construction meeting minutes

17. Interviews of the following individuals:
    a. Robert Beacher
    b. Tom Becker
    c. Jamie Cella
    d. James Martino
    e. Robert Abramsky

18. Interviews of Contractors including:
    a. Waas Construction
    b. Coastal Construction
    c. Bradford Electric

19. Various legal pleading including
    a. Interrogatories and Responses
    b. Requests for Production of Documents
    c. Application for Prejudgment Remedy
    d. Complaints

3

# CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.

## Interest Calculation - Loss Scenario 1

**Kroll**

Exhibit B

Daily Interest Rate  0.02739726%

| | Beacher payments to Daly | | | | | |
|---|---|---|---|---|---|---|
| Check Date | End of Month | Check Number | Check Amount | Extrapolated Amount | Total Days to 9/30/03 | Total Interest |
| 10/7/1996 | 10/31/1996 | 1988 | 4,000 | 5,714 | 2,525 | 3,953 |
| 12/5/1996 | 12/31/1996 | 2126 | 5,000 | 7,143 | 2,464 | 4,822 |
| 7/22/1997 | 7/31/1997 | 2683 | 3,500 | 5,000 | 2,252 | 3,085 |
| 9/23/1997 | 9/30/1997 | 2843 | 7,500 | 10,714 | 2,191 | 6,432 |
| 2/24/1998 | 2/28/1998 | 3244 | 27,300 | 39,000 | 2,040 | 21,797 |
| 3/5/1998 | 3/31/1998 | 3263 | 36,500 | 52,143 | 2,009 | 28,700 |
| 3/16/1998 | 3/31/1998 | 3291 | 19,750 | 28,214 | 2,009 | 15,529 |
| 3/30/1998 | 3/31/1998 | 3326 | 16,450 | 23,500 | 2,009 | 12,935 |
| 8/4/1998 | 8/31/1998 | 3653 | 25,000 | 35,714 | 1,856 | 18,160 |
| 9/15/1998 | 9/30/1998 | 3759 | 5,000 | 7,143 | 1,826 | 3,573 |
| 10/19/1998 | 10/31/1998 | 3848 | 5,000 | 7,143 | 1,795 | 3,513 |
| 11/5/1998 | 11/30/1998 | 3894 | 10,000 | 14,286 | 1,765 | 6,908 |
| 11/23/1998 | 11/30/1998 | 3936 | 10,000 | 14,286 | 1,765 | 6,908 |
| 12/21/1998 | 12/31/1998 | 4012 | 5,000 | 7,143 | 1,734 | 3,393 |
| 1/14/1999 | 1/31/1999 | 4077 | 11,200 | 16,000 | 1,703 | 7,465 |
| 2/2/1999 | 2/28/1999 | 4133 | 1,600 | 2,286 | 1,675 | 1,049 |
| 3/1/1999 | 3/31/1999 | 4201 | 4,500 | 6,429 | 1,644 | 2,895 |
| 4/1/1999 | 4/30/1999 | 4276 | 55,000 | 78,571 | 1,614 | 34,744 |
| 4/27/1999 | 4/30/1999 | 4348 | 10,000 | 14,286 | 1,614 | 6,317 |
| 5/10/1999 | 5/31/1999 | 4385 | 5,000 | 7,143 | 1,583 | 3,098 |
| 5/20/1999 | 5/31/1999 | 4416 | 10,000 | 14,286 | 1,583 | 6,196 |
| 6/25/1999 | 6/30/1999 | 4517 | 225,000 | 321,429 | 1,553 | 136,761 |
| 7/2/1999 | 7/31/1999 | 4541 | 5,000 | 7,143 | 1,522 | 2,978 |
| 7/22/1999 | 7/31/1999 | 4582 | 21,000 | 30,000 | 1,522 | 12,510 |
| 7/22/1999 | 7/31/1999 | 4582 | 6,200 | 8,857 | 1,522 | 3,693 |
| 7/22/1999 | 7/31/1999 | 4582 | 6,000 | 8,571 | 1,522 | 3,574 |
| 8/5/1999 | 8/31/1999 | 4630 | 77,000 | 110,000 | 1,491 | 44,934 |
| 8/23/1999 | 8/31/1999 | 4671 | 5,000 | 7,143 | 1,491 | 2,918 |
| 9/1/1999 | 9/30/1999 | 4699 | 24,500 | 35,000 | 1,461 | 14,010 |
| 9/22/1999 | 9/30/1999 | 4747 | 21,000 | 30,000 | 1,461 | 12,008 |
| 9/30/1999 | 9/30/1999 | 4772 | 7,000 | 10,000 | 1,461 | 4,003 |
| 10/18/1999 | 10/31/1999 | 1011 | 171,500 | 245,000 | 1,430 | 95,986 |
| 10/6/1999 | 10/31/1999 | 4787 | 14,000 | 20,000 | 1,430 | 7,836 |
| 10/18/1999 | 10/31/1999 | 4823 | 5,000 | 7,143 | 1,430 | 2,798 |
| 11/18/1999 | 11/30/1999 | 1021 | 126,000 | 180,000 | 1,400 | 69,041 |
| 11/18/1999 | 11/30/1999 | 4890 | 7,000 | 10,000 | 1,400 | 3,836 |
| 11/18/1999 | 11/30/1999 | 4890 | 25,200 | 36,000 | 1,400 | 13,808 |
| 12/8/1999 | 12/31/1999 | 4953 | 21,000 | 30,000 | 1,369 | 11,252 |
| 1/4/2000 | 1/31/2000 | 5026 | 7,000 | 10,000 | 1,338 | 3,666 |
| 1/4/2000 | 1/31/2000 | 5026 | 5,000 | 7,143 | 1,338 | 2,618 |
| 1/20/2000 | 1/31/2000 | 1043 | 112,000 | 160,000 | 1,338 | 58,652 |
| 1/13/2000 | 1/31/2000 | 5049 | 17,500 | 25,000 | 1,338 | 9,164 |
| 2/1/2000 | 2/28/2000 | 5083 | 4,500 | 6,429 | 1,310 | 2,307 |
| 2/15/2000 | 2/28/2000 | 1050 | 189,000 | 270,000 | 1,310 | 96,904 |
| 3/28/2000 | 3/31/2000 | 1064 | 154,000 | 220,000 | 1,278 | 77,030 |
| 3/13/2000 | 3/31/2000 | 5210 | 7,000 | 10,000 | 1,278 | 3,501 |
| 4/13/2000 | 4/30/2000 | 91 | 107,800 | 154,000 | 1,248 | 52,655 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 10,000 | 1,278 | 3,501 |

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

## Interest Calculation - Loss Scenario 1

**Kroll**

**Exhibit B**

Daily Interest Rate | 0.02739726%

| Check Date | Beacher payments to Daly End of Month | Check Number | Check Amount | Extrapolated Amount | Total Days to 9/30/03 | Total Interest |
|---|---|---|---|---|---|---|
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 10,000 | 1,278 | 3,501 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 10,000 | 1,278 | 3,501 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 10,000 | 1,278 | 3,501 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 10,000 | 1,278 | 3,501 |
| 4/6/2000 | 4/30/2000 | 5272 | 7,000 | 10,000 | 1,248 | 3,419 |
| 4/6/2000 | 4/30/2000 | 5272 | 35,000 | 50,000 | 1,248 | 17,096 |
| 4/6/2000 | 4/30/2000 | 5272 | 7,000 | 10,000 | 1,248 | 3,419 |
| 4/28/2000 | 4/30/2000 | 1001 | 126,000 | 180,000 | 1,248 | 61,545 |
| 4/28/2000 | 4/30/2000 | 1074 | 183,400 | 262,000 | 1,248 | 89,582 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 10,000 | 1,248 | 3,419 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 10,000 | 1,248 | 3,419 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 10,000 | 1,248 | 3,419 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 10,000 | 1,248 | 3,419 |
| 5/17/2001 | 5/31/2000 | 87 | 189,000 | 270,000 | 1,217 | 90,025 |
| 5/17/2001 | 5/31/2000 | 5377 | 55,000 | 78,571 | 1,217 | 26,198 |
| 5/17/2001 | 5/31/2000 | 1081 | 230,600 | 329,429 | 1,217 | 109,840 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 10,000 | 1,217 | 3,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 10,000 | 1,217 | 3,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 10,000 | 1,217 | 3,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 10,000 | 1,217 | 3,334 |
| 5/22/2000 | 5/31/2000 | 5405 | 12,250 | 17,500 | 1,217 | 5,835 |
| 5/22/2000 | 5/31/2000 | 5405 | 21,000 | 30,000 | 1,217 | 10,003 |
| 5/22/2000 | 5/31/2000 | 5405 | 7,000 | 10,000 | 1,217 | 3,334 |
| 5/22/2000 | 5/31/2000 | 5405 | 14,000 | 20,000 | 1,217 | 6,668 |
| 5/22/2000 | 5/31/2000 | 5405 | 17,500 | 25,000 | 1,217 | 8,336 |
| 5/22/2000 | 5/31/2000 | 5405 | 24,500 | 35,000 | 1,217 | 11,670 |
| 6/1/2000 | 6/30/2000 | 5436 | 14,000 | 20,000 | 1,187 | 6,504 |
| 6/21/2000 | 6/30/2000 | 1096 | 144,900 | 207,000 | 1,187 | 67,318 |
| 6/15/2000 | 6/30/2000 | 5485 | 211,400 | 302,000 | 1,187 | 98,212 |
| 6/9/2000 | 6/30/2000 | 5466 | 14,000 | 20,000 | 1,187 | 6,504 |
| 6/9/2000 | 6/30/2000 | 5466 | 11,200 | 16,000 | 1,187 | 5,203 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 10,000 | 1,187 | 3,252 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 10,000 | 1,187 | 3,252 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 10,000 | 1,187 | 3,252 |
| 6/9/2000 | 6/30/2000 | 5466 | 14,000 | 20,000 | 1,187 | 6,504 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 10,000 | 1,187 | 3,252 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 10,000 | 1,187 | 3,252 |
| 6/9/2000 | 6/30/2000 | 5466 | 35,000 | 50,000 | 1,187 | 16,260 |
| 7/3/2000 | 7/31/2000 | 5538 | 14,000 | 20,000 | 1,156 | 6,334 |
| 7/3/2000 | 7/31/2000 | 5538 | 7,000 | 10,000 | 1,156 | 3,167 |
| 7/3/2000 | 7/31/2000 | 5538 | 7,000 | 10,000 | 1,156 | 3,167 |
| 7/3/2000 | 7/31/2000 | 5538 | 21,000 | 30,000 | 1,156 | 9,501 |
| 7/17/2000 | 7/31/2000 | 1151 | 269,500 | 385,000 | 1,156 | 121,934 |
| 7/17/2000 | 7/31/2000 | 5587 | 7,000 | 10,000 | 1,156 | 3,167 |
| 7/17/2000 | 7/31/2000 | 5587 | 21,000 | 30,000 | 1,156 | 9,501 |
| 7/17/2000 | 7/31/2000 | 5587 | 14,000 | 20,000 | 1,156 | 6,334 |
| 8/2/2000 | 8/31/2000 | 1160 | 35,000 | 50,000 | 1,125 | 15,411 |
| 8/16/2000 | 8/31/2000 | 1015 | 216,650 | 309,500 | 1,125 | 95,394 |

The comments and assumptions made in the attached report are an integral part of this schedule     Page 2

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

## Interest Calculation - Loss Scenario 1

**Kroll**

Exhibit B

Daily Interest Rate  0.02739726%

| | Beacher payments to Daly | | | | | |
|---|---|---|---|---|---|---|
| Check Date | End of Month | Check Number | Check Amount | Extrapolated Amount | Total Days to 9/30/03 | Total Interest |
| 8/16/2000 | 8/31/2000 | 1001 | 282,800 | 404,000 | 1,125 | 124,521 |
| 8/16/2000 | 8/31/2000 | 1169 | 49,000 | 70,000 | 1,125 | 21,575 |
| 8/29/2000 | 8/31/2000 | 1177 | 42,000 | 60,000 | 1,125 | 18,493 |
| 9/7/2000 | 9/30/2000 | 1182 | 7,000 | 10,000 | 1,095 | 3,000 |
| 9/22/2000 | 9/30/2000 | 1193 | 21,000 | 30,000 | 1,095 | 9,000 |
| 9/27/2000 | 9/30/2000 | 1002 | 35,000 | 50,000 | 1,095 | 15,000 |
| 5/7/2001 | 5/31/2001 | 1306 | 7,000 | 10,000 | 852 | 2,334 |
| 5/29/2001 | 5/31/2001 | 1318 | 7,000 | 10,000 | 852 | 2,334 |
| | | | 4,211,200 | 6,016,000 | | |

Total Interest loss for 1996 through 9/30/03  $ 2,134,343

Incremental Interest per each additional day  $ 1,648

**Kroll**

CROWN THEATRES, L.P. v. MILTON L. DALY, et al.    Exhibit C

## nterest Calculation - Loss Scenario 2

Daily Interest Rate 0.02739726%

| | | Crown payments to Beacher, Cella, Daly | | | |
|---|---|---|---|---|---|
| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
| 5/14/1997 | 5/31/1997 | 113806 | 5,350 | 2,313 | 3,390 |
| 9/10/1997 | 9/30/1997 | 115177 | 5,065 | 2,191 | 3,040 |
| 12/3/1997 | 12/31/1997 | 116311 | 2,690 | 2,099 | 1,547 |
| 12/17/1997 | 12/31/1997 | 116522 | 5,280 | 2,099 | 3,036 |
| 2/10/1998 | 2/28/1998 | 117347 | 7,005 | 2,040 | 3,915 |
| 2/25/1998 | 2/28/1998 | 117537 | 4,500 | 2,040 | 2,515 |
| 3/11/1998 | 3/31/1998 | 117749 | 7,022 | 2,009 | 3,865 |
| 3/18/1998 | 3/31/1998 | 117815 | 3,850 | 2,009 | 2,119 |
| 4/8/1998 | 4/30/1998 | 118148 | 6,565 | 1,979 | 3,559 |
| 4/15/1998 | 4/30/1998 | 118248 | 3,500 | 1,979 | 1,898 |
| 5/6/1998 | 5/31/1998 | 118503 | 9,930 | 1,948 | 5,300 |
| 5/13/1998 | 5/31/1998 | 118586 | 3,500 | 1,948 | 1,868 |
| 6/3/1998 | 6/30/1998 | 118890 | 10,616 | 1,918 | 5,578 |
| 7/1/1998 | 7/31/1998 | 119317 | 14,928 | 1,887 | 7,718 |
| 7/29/1998 | 7/31/1998 | 119772 | 22,802 | 1,887 | 11,788 |
| 8/5/1998 | 8/31/1998 | 120033 | 23,705 | 1,856 | 12,054 |
| 8/19/1998 | 8/31/1998 | 120227 | 8,050 | 1,856 | 4,093 |
| 8/26/1998 | 8/31/1998 | 120302 | 19,473 | 1,856 | 9,902 |
| 9/2/1998 | 9/30/1998 | 120431 | 17,144 | 1,826 | 8,577 |
| 9/16/1998 | 9/30/1998 | 120598 | 4,823 | 1,826 | 2,413 |
| 9/30/1998 | 9/30/1998 | 120817 | 15,157 | 1,826 | 7,583 |
| 10/6/1998 | 10/31/1998 | 120900 | 7,200 | 1,795 | 3,541 |
| 10/14/1998 | 10/31/1998 | 121001 | 11,800 | 1,795 | 5,803 |
| 10/28/1998 | 10/31/1998 | 121183 | 36,587 | 1,795 | 17,993 |
| 11/11/1998 | 11/30/1998 | 121376 | 235 | 1,765 | 114 |
| 11/18/1998 | 11/30/1998 | 121450 | 21,200 | 1,765 | 10,252 |
| 12/2/1998 | 12/31/1998 | 121623 | 24,712 | 1,734 | 11,740 |
| 12/16/1998 | 12/31/1998 | 121809 | 12,650 | 1,734 | 6,010 |
| 12/22/1998 | 12/31/1998 | 121856 | 25,525 | 1,734 | 12,126 |
| 1/6/1999 | 1/31/1999 | 122027 | 29,200 | 1,703 | 13,624 |
| 1/13/1999 | 1/31/1999 | 122135 | 4,100 | 1,703 | 1,913 |
| 1/20/1999 | 1/31/1999 | 122206 | 8,650 | 1,703 | 4,036 |
| 1/27/1999 | 1/31/1999 | 122326 | 28,088 | 1,703 | 13,105 |
| 2/3/1999 | 2/28/1999 | 122414 | 192 | 1,675 | 88 |
| 2/24/1999 | 2/28/1999 | 122642 | 17,200 | 1,675 | 7,893 |
| 3/3/1999 | 3/31/1999 | 122752 | 29,885 | 1,644 | 13,461 |
| 3/9/1999 | 3/31/1999 | 122866 | 3,500 | 1,644 | 1,576 |
| 3/24/1999 | 3/31/1999 | 123060 | 52,800 | 1,644 | 23,782 |
| 3/31/1999 | 3/31/1999 | 123144 | 24,630 | 1,644 | 11,094 |
| 4/19/1999 | 4/30/1999 | 123403 | 28,489 | 1,614 | 12,598 |
| 4/28/1999 | 4/30/1999 | 123461 | 34,834 | 1,614 | 15,403 |
| 5/12/1999 | 5/31/1999 | 123696 | 24,560 | 1,583 | 10,652 |
| 5/26/1999 | 5/31/1999 | 123803 | 35,662 | 1,583 | 15,467 |
| 6/2/1999 | 6/30/1999 | 123910 | 22,133 | 1,553 | 9,417 |
| 6/16/1999 | 6/30/1999 | 124133 | 566,500 | 1,553 | 241,034 |
| 6/16/1999 | 6/30/1999 | 123988 | 8,270 | 1,553 | 3,519 |
| 6/23/1999 | 6/30/1999 | 124212 | 7,750 | 1,553 | 3,297 |
| 6/30/1999 | 6/30/1999 | 124268 | 11,351 | 1,553 | 4,830 |
| 7/7/1999 | 7/31/1999 | 124362 | 28,382 | 1,522 | 11,835 |
| 7/14/1999 | 7/31/1999 | 124438 | 56,488 | 1,522 | 23,555 |
| 7/28/1999 | 7/31/1999 | 124697 | 160,000 | 1,522 | 66,718 |
| 7/28/1999 | 7/31/1999 | 124660 | 56,608 | 1,522 | 23,605 |
| 8/4/1999 | 8/31/1999 | 124782 | 10,350 | 1,491 | 4,228 |
| 8/11/1999 | 8/31/1999 | 124819 | 39,039 | 1,491 | 15,947 |
| 8/25/1999 | 8/31/1999 | 125020 | 104,127 | 1,491 | 42,535 |

The comments and assumptions made in the attached report are an integral part of this schedule    Page 1

**Kroll**

CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.        Exhibit C

.nterest Calculation - Loss Scenario 2

Daily Interest Rate | 0.02739726% |

| Crown payments to Beacher, Cella, Daly | | | | |
| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
|---|---|---|---|---|---|
| 9/15/1999 | 9/30/1999 | 125301 | 64,131 | 1,461 | 25,670 |
| 9/22/1999 | 9/30/1999 | 125418 | 36,443 | 1,461 | 14,587 |
| 9/29/1999 | 9/30/1999 | 125522 | 42,910 | 1,461 | 17,176 |
| 10/6/1999 | 10/31/1999 | 125656 | 245,000 | 1,430 | 95,986 |
| 10/13/1999 | 10/31/1999 | 125713 | 12,535 | 1,430 | 4,911 |
| 10/19/1999 | 10/31/1999 | 125809 | 6,587 | 1,430 | 2,581 |
| 11/3/1999 | 11/30/1999 | 126036 | 180,000 | 1,400 | 69,041 |
| 11/3/1999 | 11/30/1999 | 125987 | 19,096 | 1,400 | 7,324 |
| 11/10/1999 | 11/30/1999 | 126097 | 121,330 | 1,400 | 46,538 |
| 11/17/1999 | 11/30/1999 | 126212 | 786 | 1,400 | 301 |
| 12/1/1999 | 12/31/1999 | 126519 | 46,068 | 1,369 | 17,279 |
| 12/8/1999 | 12/31/1999 | 126530 | 25,189 | 1,369 | 9,448 |
| 12/15/1999 | 12/31/1999 | 126607 | 95,229 | 1,369 | 35,717 |
| 12/22/1999 | 12/31/1999 | 126700 | 35,542 | 1,369 | 13,331 |
| 1/5/2000 | 1/31/2000 | 126838 | 160,000 | 1,338 | 58,652 |
| 1/5/2000 | 1/31/2000 | 126808 | 18,183 | 1,338 | 6,665 |
| 1/12/2000 | 1/31/2000 | 126894 | 29,020 | 1,338 | 10,638 |
| 1/19/2000 | 1/31/2000 | 126957 | 30,116 | 1,338 | 11,040 |
| 2/2/2000 | 2/28/2000 | 127329 | 155,000 | 1,310 | 55,630 |
| 2/2/2000 | 2/28/2000 | 127328 | 115,000 | 1,310 | 41,274 |
| 2/2/2000 | 2/28/2000 | 127211 | 39,482 | 1,310 | 14,170 |
| 2/9/2000 | 2/28/2000 | 127371 | 12,712 | 1,310 | 4,562 |
| 2/23/2000 | 2/28/2000 | 127564 | 4,107 | 1,310 | 1,474 |
| 3/1/2000 | 3/31/2000 | 127668 | 51,061 | 1,278 | 17,878 |
| 3/8/2000 | 3/31/2000 | 127802 | 220,000 | 1,278 | 77,030 |
| 3/8/2000 | 3/31/2000 | 127776 | 18,095 | 1,278 | 6,336 |
| 3/15/2000 | 3/31/2000 | 127852 | 57,986 | 1,278 | 20,303 |
| 3/22/2000 | 3/31/2000 | 127970 | 154,000 | 1,278 | 53,921 |
| 3/22/2000 | 3/31/2000 | 127946 | 22,923 | 1,278 | 8,026 |
| 3/29/2000 | 3/31/2000 | 128025 | 96,352 | 1,278 | 33,736 |
| 4/5/2000 | 4/30/2000 | 128136 | 82,525 | 1,248 | 28,217 |
| 4/13/2000 | 4/30/2000 | 128257 | 180,000 | 1,248 | 61,545 |
| 4/13/2000 | 4/30/2000 | 128265 | 262,000 | 1,248 | 89,582 |
| 4/13/2000 | 4/30/2000 | 128247 | 9,435 | 1,248 | 3,226 |
| 4/19/2000 | 4/30/2000 | 128290 | 13,767 | 1,248 | 4,707 |
| 4/26/2000 | 4/30/2000 | 128376 | 45,347 | 1,248 | 15,505 |
| 4/28/2000 | 4/30/2000 | 128493 | 21,933 | 1,248 | 7,499 |
| 5/3/2000 | 5/31/2000 | 128546 | 182,000 | 1,217 | 60,683 |
| 5/3/2000 | 5/31/2000 | 128558 | 226,000 | 1,217 | 75,354 |
| 5/3/2000 | 5/31/2000 | 128604 | 270,000 | 1,217 | 90,025 |
| 5/3/2000 | 5/31/2000 | 128504 | 96,610 | 1,217 | 32,212 |
| 5/10/2000 | 5/31/2000 | 128623 | 17,967 | 1,217 | 5,991 |
| 5/24/2000 | 5/31/2000 | 128782 | 46,760 | 1,217 | 15,591 |
| 5/31/2000 | 5/31/2000 | 128833 | 345,422 | 1,217 | 115,172 |
| 6/7/2000 | 6/30/2000 | 128987 | 207,000 | 1,187 | 67,318 |
| 6/7/2000 | 6/30/2000 | 129049 | 302,000 | 1,187 | 98,212 |
| 6/7/2000 | 6/30/2000 | 128915 | 124,044 | 1,187 | 40,340 |
| 6/21/2000 | 6/30/2000 | 129182 | 117,853 | 1,187 | 38,326 |
| 6/28/2000 | 6/30/2000 | 129298 | 87,145 | 1,187 | 28,340 |
| 7/6/2000 | 7/31/2000 | 129405 | 84,262 | 1,156 | 26,687 |
| 7/12/2000 | 7/31/2000 | 129559 | 357,329 | 1,156 | 113,170 |
| 7/12/2000 | 7/31/2000 | 129514 | 127,500 | 1,156 | 40,381 |
| 7/12/2000 | 7/31/2000 | 129515 | 113,845 | 1,156 | 36,056 |
| 7/12/2000 | 7/31/2000 | 129478 | 16,490 | 1,156 | 5,223 |
| 7/19/2000 | 7/31/2000 | 129624 | 100,314 | 1,156 | 31,771 |

The comments and assumptions made in the attached report are an integral part of this schedule



# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.    Exhibit C

## nterest Calculation - Loss Scenario 2

Daily Interest Rate 0.02739726%

| Crown payments to Beacher, Cella, Daly | | | | | |
|---|---|---|---|---|---|
| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
| 7/19/2000 | 7/31/2000 | 129573 | 11,593 | 1,156 | 3,672 |
| 7/26/2000 | 7/31/2000 | 129746 | 25,091 | 1,156 | 7,947 |
| 7/26/2000 | 7/31/2000 | 129674 | 25,150 | 1,156 | 7,965 |
| 8/2/2000 | 8/31/2000 | 129817 | 5,350 | 1,125 | 1,649 |
| 8/9/2000 | 8/31/2000 | 129893 | 851,500 | 1,125 | 262,449 |
| 8/9/2000 | 8/31/2000 | 129943 | 545,929 | 1,125 | 168,266 |
| 8/9/2000 | 8/31/2000 | 129867 | 36,675 | 1,125 | 11,304 |
| 8/16/2000 | 8/31/2000 | 129995 | 104,886 | 1,125 | 32,328 |
| 8/23/2000 | 8/31/2000 | 130099 | 22,712 | 1,125 | 7,000 |
| 8/23/2000 | 8/31/2000 | 130040 | 31,698 | 1,125 | 9,770 |
| 9/13/2000 | 9/30/2000 | 130358 | 71,900 | 1,095 | 21,570 |
| 9/13/2000 | 9/30/2000 | 130325 | 45,668 | 1,095 | 13,700 |
| 9/20/2000 | 9/30/2000 | 130470 | 181,495 | 1,095 | 54,449 |
| 9/27/2000 | 9/30/2000 | 130485 | 9,492 | 1,095 | 2,848 |
| 10/4/2000 | 10/31/2000 | 200031 | 38,918 | 1,064 | 11,345 |
| 10/11/2000 | 10/31/2000 | 200114 | 1,906 | 1,064 | 556 |
| 10/26/2000 | 10/31/2000 | 200321 | 26,135 | 1,064 | 7,619 |
| 11/8/2000 | 11/30/2000 | 200490 | 17,840 | 1,034 | 5,054 |
| 11/15/2000 | 11/30/2000 | 200574 | 20,000 | 1,034 | 5,666 |
| 11/30/2000 | 11/30/2000 | 200743 | 29,244 | 1,034 | 8,284 |
| 1/18/2001 | 1/31/2001 | 201400 | 28,152 | 972 | 7,497 |
| 2/8/2001 | 2/28/2001 | 201754 | 23,595 | 944 | 6,102 |
| 3/28/2001 | 3/31/2001 | 202448 | 19,887 | 913 | 4,974 |
| 4/4/2001 | 4/30/2001 | 202607 | 12,975 | 883 | 3,139 |
| 4/18/2001 | 4/30/2001 | 202861 | 15,890 | 883 | 3,844 |
| 5/2/2001 | 5/31/2001 | 203048 | 10,000 | 852 | 2,334 |
| 5/31/2001 | 5/31/2001 | 203441 | 5,000 | 852 | 1,167 |

Total Payments    9,504,764

Subtotal of Interest Loss 1997 through 9/30/03    3,353,403

Daly Personal
Residence Payments:    7/30/1999    81,601    1,523    34,049

Total Interest loss for 1997 through 9/30/03    $ 3,387,452

Incremental Interest per each additional day    2,626

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

## Interest Calculation - Loss Scenario 3

**Kroll**

**Exhibit D**

Daily Interest Rate | 0.02739726%

Crown payments to Beacher, Cella, Daly

| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
|---|---|---|---|---|---|
| 10/7/1996 | 10/31/1996 | 1988 | 4,000 | 2,525 | 2,767 |
| 12/5/1996 | 12/31/1996 | 2126 | 5,000 | 2,464 | 3,375 |
| 7/22/1997 | 7/31/1997 | 2683 | 3,500 | 2,252 | 2,159 |
| 9/23/1997 | 9/30/1997 | 2843 | 7,500 | 2,191 | 4,502 |
| 2/24/1998 | 2/28/1998 | 3244 | 27,300 | 2,040 | 15,258 |
| 3/5/1998 | 3/31/1998 | 3263 | 36,500 | 2,009 | 20,090 |
| 3/16/1998 | 3/31/1998 | 3291 | 19,750 | 2,009 | 10,871 |
| 3/30/1998 | 3/31/1998 | 3326 | 16,450 | 2,009 | 9,054 |
| 8/4/1998 | 8/31/1998 | 3653 | 25,000 | 1,856 | 12,712 |
| 9/15/1998 | 9/30/1998 | 3759 | 5,000 | 1,826 | 2,501 |
| 10/19/1998 | 10/31/1998 | 3848 | 5,000 | 1,795 | 2,459 |
| 11/5/1998 | 11/30/1998 | 3894 | 10,000 | 1,765 | 4,836 |
| 11/23/1998 | 11/30/1998 | 3936 | 10,000 | 1,765 | 4,836 |
| 12/21/1998 | 12/31/1998 | 4012 | 5,000 | 1,734 | 2,375 |
| 1/14/1999 | 1/31/1999 | 4077 | 11,200 | 1,703 | 5,226 |
| 2/2/1999 | 2/28/1999 | 4133 | 1,600 | 1,675 | 734 |
| 3/1/1999 | 3/31/1999 | 4201 | 4,500 | 1,644 | 2,027 |
| 4/1/1999 | 4/30/1999 | 4276 | 55,000 | 1,614 | 24,321 |
| 4/27/1999 | 4/30/1999 | 4348 | 10,000 | 1,614 | 4,422 |
| 5/10/1999 | 5/31/1999 | 4385 | 5,000 | 1,583 | 2,168 |
| 5/20/1999 | 5/31/1999 | 4416 | 10,000 | 1,583 | 4,337 |
| 6/16/1999 | 6/30/1999 | 124133 | 566,500 | 1,553 | 241,034 |
| 7/2/1999 | 7/31/1999 | 4541 | 5,000 | 1,522 | 2,085 |
| 7/22/1999 | 7/31/1999 | 4582 | 21,000 | 1,522 | 8,757 |
| 7/22/1999 | 7/31/1999 | 4582 | 6,200 | 1,522 | 2,585 |
| 7/22/1999 | 7/31/1999 | 4582 | 6,000 | 1,522 | 2,502 |
| 7/28/1999 | 7/31/1999 | 124697 | 160,000 | 1,522 | 66,718 |
| 8/23/1999 | 8/31/1999 | 4671 | 5,000 | 1,491 | 2,042 |
| 9/1/1999 | 9/30/1999 | 4699 | 24,500 | 1,461 | 9,807 |
| 9/22/1999 | 9/30/1999 | 4747 | 21,000 | 1,461 | 8,406 |
| 9/30/1999 | 9/30/1999 | 4772 | 7,000 | 1,461 | 2,802 |
| 10/6/1999 | 10/31/1999 | 125656 | 245,000 | 1,430 | 95,986 |
| 10/6/1999 | 10/31/1999 | 4787 | 14,000 | 1,430 | 5,485 |
| 10/18/1999 | 10/31/1999 | 4823 | 5,000 | 1,430 | 1,959 |
| 11/3/1999 | 11/30/1999 | 126036 | 180,000 | 1,400 | 69,041 |
| 11/18/1999 | 11/30/1999 | 4890 | 7,000 | 1,400 | 2,685 |
| 11/18/1999 | 11/30/1999 | 4890 | 25,200 | 1,400 | 9,666 |
| 12/8/1999 | 12/31/1999 | 4953 | 21,000 | 1,369 | 7,876 |
| 1/4/2000 | 1/31/2000 | 5026 | 7,000 | 1,338 | 2,566 |
| 1/4/2000 | 1/31/2000 | 5026 | 5,000 | 1,338 | 1,833 |
| 1/5/2000 | 1/31/2000 | 126838 | 160,000 | 1,338 | 58,652 |
| 1/13/2000 | 1/31/2000 | 5049 | 17,500 | 1,338 | 6,415 |
| 2/1/2000 | 2/28/2000 | 5083 | 4,500 | 1,310 | 1,615 |
| 2/2/2000 | 2/28/2000 | 127329 | 155,000 | 1,310 | 55,630 |

The comments and assumptions made in the attached report are an integral part of this schedule    Page 1

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.



## ~nterest Calculation - Loss Scenario 3    Exhibit D

| Daily Interest Rate | 0.02739726% |
| --- | --- |

| | Crown payments to Beacher, Cella, Daly | | | | |
| --- | --- | --- | --- | --- | --- |
| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
| 2/2/2000 | 2/28/2000 | 127328 | 115,000 | 1,310 | 41,274 |
| 3/8/2000 | 3/31/2000 | 127802 | 220,000 | 1,278 | 77,030 |
| 3/13/2000 | 3/31/2000 | 5210 | 7,000 | 1,278 | 2,451 |
| 3/22/2000 | 3/31/2000 | 127970 | 154,000 | 1,278 | 53,921 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 1,278 | 2,451 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 1,278 | 2,451 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 1,278 | 2,451 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 1,278 | 2,451 |
| 3/22/2000 | 3/31/2000 | 5229 | 7,000 | 1,278 | 2,451 |
| 4/6/2000 | 4/30/2000 | 5272 | 7,000 | 1,248 | 2,393 |
| 4/6/2000 | 4/30/2000 | 5272 | 35,000 | 1,248 | 11,967 |
| 4/6/2000 | 4/30/2000 | 5272 | 7,000 | 1,248 | 2,393 |
| 4/13/2000 | 4/30/2000 | 128257 | 180,000 | 1,248 | 61,545 |
| 4/13/2000 | 4/30/2000 | 128265 | 262,000 | 1,248 | 89,582 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 1,248 | 2,393 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 1,248 | 2,393 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 1,248 | 2,393 |
| 4/13/2000 | 4/30/2000 | 5290 | 7,000 | 1,248 | 2,393 |
| 5/3/2000 | 5/31/2000 | 128546 | 182,000 | 1,217 | 60,683 |
| 5/3/2000 | 5/31/2000 | 128558 | 226,000 | 1,217 | 75,354 |
| 5/3/2000 | 5/31/2000 | 128604 | 270,000 | 1,217 | 90,025 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 1,217 | 2,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 1,217 | 2,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 1,217 | 2,334 |
| 5/15/2000 | 5/31/2000 | 5371 | 7,000 | 1,217 | 2,334 |
| 5/22/2000 | 5/31/2000 | 5405 | 12,250 | 1,217 | 4,084 |
| 5/22/2000 | 5/31/2000 | 5405 | 21,000 | 1,217 | 7,002 |
| 5/22/2000 | 5/31/2000 | 5405 | 7,000 | 1,217 | 2,334 |
| 5/22/2000 | 5/31/2000 | 5405 | 14,000 | 1,217 | 4,668 |
| 5/22/2000 | 5/31/2000 | 5405 | 17,500 | 1,217 | 5,835 |
| 5/22/2000 | 5/31/2000 | 5405 | 24,500 | 1,217 | 8,169 |
| 6/1/2000 | 6/30/2000 | 5436 | 14,000 | 1,187 | 4,553 |
| 6/7/2000 | 6/30/2000 | 128987 | 207,000 | 1,187 | 67,318 |
| 6/7/2000 | 6/30/2000 | 129049 | 302,000 | 1,187 | 98,212 |
| 6/9/2000 | 6/30/2000 | 5466 | 14,000 | 1,187 | 4,553 |
| 6/9/2000 | 6/30/2000 | 5466 | 11,200 | 1,187 | 3,642 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 1,187 | 2,276 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 1,187 | 2,276 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 1,187 | 2,276 |
| 6/9/2000 | 6/30/2000 | 5466 | 14,000 | 1,187 | 4,553 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 1,187 | 2,276 |
| 6/9/2000 | 6/30/2000 | 5466 | 7,000 | 1,187 | 2,276 |
| 6/9/2000 | 6/30/2000 | 5466 | 35,000 | 1,187 | 11,382 |
| 7/3/2000 | 7/31/2000 | 5538 | 14,000 | 1,156 | 4,434 |

# CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.



## Interest Calculation - Loss Scenario 3

Exhibit D

Daily Interest Rate | 0.02739726%

### Crown payments to Beacher, Cella, Daly

| Check Date | End of Month | Check Number | Check Amount | Total Days to 9/30/00 | Total Interest |
|---|---|---|---|---|---|
| 7/3/2000 | 7/31/2000 | 5538 | 7,000 | 1,156 | 2,217 |
| 7/3/2000 | 7/31/2000 | 5538 | 7,000 | 1,156 | 2,217 |
| 7/3/2000 | 7/31/2000 | 5538 | 21,000 | 1,156 | 6,651 |
| 7/12/2000 | 7/31/2000 | 129559 | 357,329 | 1,156 | 113,170 |
| 7/12/2000 | 7/31/2000 | 129514 | 127,500 | 1,156 | 40,381 |
| 7/12/2000 | 7/31/2000 | 129515 | 113,845 | 1,156 | 36,056 |
| 7/17/2000 | 7/31/2000 | 5587 | 7,000 | 1,156 | 2,217 |
| 7/17/2000 | 7/31/2000 | 5587 | 21,000 | 1,156 | 6,651 |
| 7/17/2000 | 7/31/2000 | 5587 | 14,000 | 1,156 | 4,434 |
| 7/19/2000 | 7/31/2000 | 129624 | 100,314 | 1,156 | 31,771 |
| 7/26/2000 | 7/31/2000 | 129746 | 25,091 | 1,156 | 7,947 |
| 8/9/2000 | 8/31/2000 | 129893 | 851,500 | 1,125 | 262,449 |
| 8/9/2000 | 8/31/2000 | 129943 | 545,929 | 1,125 | 168,266 |
| 8/16/2000 | 8/31/2000 | 129995 | 104,886 | 1,125 | 32,328 |
| 8/23/2000 | 8/31/2000 | 130099 | 22,712 | 1,125 | 7,000 |
| 9/13/2000 | 9/30/2000 | 130358 | 71,900 | 1,095 | 21,570 |
| 9/20/2000 | 9/30/2000 | 130470 | 181,495 | 1,095 | 54,449 |
| 4/18/2001 | 4/30/2001 | 202861 | 15,890 | 883 | 3,844 |

Total Payments | 7,039,541

Subtotal Interest loss for 1996 through 9/30/03 | **$2,452,700**

| Daly Personal Residence Payments: | 7/30/1999 | 81,601 | 1,523 | 34,049 |
|---|---|---|---|---|

Total Interest loss for 1996 through 9/30/03 | **$2,486,749**

Incremental Interest per each additional day | 1,951

**kroll**

Exhibit E

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

## Payments under 70/30 Arrangement to Hewlett, Tiger and Marlin

| Contractor | Location | Crown payments | | | BB Construction Invoices | | | Beacher payments to TLI (Daly) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | Number | Amount | Date | Number | Amount | Date | Number | Amount | |
| Hewlett Contracting | Annapolis | 3/22/2000 | 127970 | $ 154,000 | 3/15/2000 | 1 | $ 154,000 | 4/13/2000 | 91 | $ 107,800 | Note 1 |
| Hewlett Contracting | Annapolis | 4/13/2000 | 128257 | 180,000 | 4/3/2000 | 2 | 180,000 | 4/28/2000 | 1001 | 126,000 | Note 1 |
| Hewlett Contracting | Annapolis | 5/3/2000 | 128546 | 182,000 | 4/27/2000 | 3 | 182,000 | 5/17/2000 | 87 | 189,000 | Note 1 |
| Marlin Contracting | Jupiter | 5/3/2000 | 128558 | 226,000 | 4/27/2000 | 4 | 226,000 | 5/17/2000 | 5377 | 55,000 | Note 1 |
| Tiger Contracting | Skokie | 5/3/2000 | 128604 | 270,000 | 4/27/2000 | 1 | 270,000 | 5/17/2000 | 1081 | 230,600 | Note 1 |
| Marlin Contracting | Jupiter | 3/8/2000 | 127802 | 220,000 | 3/1/2000 | 2 | 220,000 | 3/28/2000 | 1064 | 154,000 | |
| Marlin Contracting | Jupiter | 4/13/2000 | 128265 | 262,000 | 4/3/2000 | 3 | 262,000 | 4/28/2000 | 1074 | 183,400 | |
| Marlin Contracting | Jupiter | 6/7/2000 | 128987 | 207,000 | 6/1/2000 | 5 | 207,000 | 6/21/2000 | 1096 | 144,900 | |
| Marlin Contracting | Miami | 2/2/2000 | 127329 | 155,000 | 1/27/2000 | 1 | 155,000 | 2/15/2000 | 1050 | 189,000 | Note 2 |
| Marlin Contracting | Miami | 2/2/2000 | 127328 | 115,000 | 1/27/2000 | 4 | 115,000 | 2/15/2000 | 1050 | See Note 2 | Note 2 |
| Marlin Contracting | Miami | 10/6/1999 | 125656 | 245,000 | 10/1/1999 | 1 | 245,000 | 10/18/1999 | 1011 | 171,500 | |
| Marlin Contracting | Miami | 11/3/1999 | 126036 | 180,000 | 10/28/1999 | 2 | 180,000 | 11/18/1999 | 1021 | 126,000 | |
| Marlin Contracting | Miami | 1/5/2000 | 126838 | 160,000 | 1/4/2000 | 3 | 160,000 | 1/20/2000 | 1043 | 112,000 | |
| Tiger Contracting | Skokie | 6/7/2000 | 129049 | 302,000 | 6/1/2000 | 2 | 302,000 | 6/15/2000 | 5485 | 211,400 | |
| | | TOTAL | | $2,858,000 | | | $2,858,000 | | | $ 2,000,600 | |

Note 1: The three Crown checks written to Hewlett, Marlin and Tiger total $676,000. The three checks sent to TLI total $474,600, which is 70% of the amount paid by Crown

Note 2: Two Crown checks written to Marlin total $270,000. This check for $189,000 is 70% of the total amount

The comments and assumptions made in the attached report are an integral part of this schedule

**kroll**

# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

Exhibit F

## Other Payments from Crown to Hewlett, Tiger and Marlin

| Contractor | Location | Crown Payments Date | Number | Amount | BB Construction Invoices Date | Number | Amount | Beacher payments to TLI (Daly) Date | Number | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett Contracting | Annapolis | 8/9/2000 | 129893 | $ 851,500 | 8/4/2000 | 1 | $ 851,500 | 8/16/2000 | 1015 | $ 216,650 | Note 1 |
| Marlin Contracting | Jupiter | 9/13/2000 | 130358 | 71,900 | 9/7/2000 | 7 | 71,900 | 9/22/2000 | 1193 | 21,000 | Note 2 |
| Tiger Contracting | Skokie | 7/12/2000 | 129559 | 357,329 | 7/6/2000 | 3 | 357,329 | | | | |
| Marlin Contracting | Jupiter | 7/12/2000 | 129514 | 127,500 | 7/8/2000 | 6 | 127,500 | | | | |
| Marlin Contracting | Miami | 7/12/2000 | 129515 | 113,845 | 7/6/2000 | 5 | 113,845 | 7/17/2000 | 1151 | 269,500 | Note 3 |
| Tiger Contracting | Skokie | 8/9/2000 | 129943 | 545,929 | 8/2/2000 | 4 | 545,929 | 8/16/2000 | 1001 | 282,800 | Note 4 |
| | | | | | | | | 8/16/2000 | 1169 | 49,000 | Note 4 |
| Tiger Contracting | Skokie | 9/20/2000 | 130470 | 181,495 | 9/14/2000 | 5A | 181,495 | 9/27/2000 | 1002 | 35,000 | Note 5 |
| Marlin Contracting | Miami | 7/19/2000 | 129624 | 100,314 | 7/13/2000 | N/A | 58,523 | | | | |
| Marlin Contracting | Miami | | | | 7/13/2000 | N/A | 41,791 | | | | |
| Marlin Contracting | Miami | 7/26/2000 | 129746 | 25,091 | 7/17/2000 | N/A | 25,091 | 8/2/2000 | 1160 | 35,000 | Note 6 |
| Marlin Contracting | Jupiter | 8/16/2000 | 129995 | 104,886 | 8/6/2000 | N/A | 46,530 | | | | |
| Marlin Contracting | Jupiter | | | | 8/7/2000 | N/A | 58,356 | 8/29/2000 | 1177 | 42,000 | Note 7 |
| Marlin Contracting | Miami | 8/23/2000 | 130099 | 22,712 | various | N/A | 22,712 | 9/7/2000 | 1182 | 7,000 | |
| Marlin Contracting | Jupiter | 4/18/2001 | 202861 | 15,890 | 4/10/2001 | N/A | 15,890 | 5/7/2001 | 1306 | 7,000 | |
| Marlin Contracting | Jupiter | | | | | | | 5/29/2001 | 1318 | 7,000 | |
| | | **TOTAL** | | **$ 2,518,391** | | | **$ 2,518,391** | | | **$ 971,950** | |

Note 1: Check number 129893 and invoice number 1 are both for $911,000  $851,500 represents one line item on the invoice for Add'l Stadium Steel & Structural Supports for Girders & Beams. According to Beacher's recap, of the $911,000 check received, two payments were made to RCO (Trumbull & Hartford)  The two checks, for $196,000 and $405,503, totaled $601,503  The remaining balance, $309,497, was split by Beacher and Daly 70/30.

Note 2: From the Crown check payable to Marlin for $71,900, Beacher stated he paid TLI $21,000.

Note 3: The three Crown checks to Tiger and Marlin ($357,329 + $127,500 + $113,845) total $598,674  Beacher stated he made one payment to TLI from that amount, for $269,000

Note 4: From the Crown check payable to Tiger for $545,929, Beacher stated he made two payments to TLI - $282,800 and $49,000

Note 5: From the Crown check payable to Tiger for $181,495, Beacher stated he paid TLI $35,000

Note 6: From the two Crown checks payable to Marlin ($100,314 and 25,091), Beacher stated he made one payment to TLI for $35,000

Note 7: From the two Crown invoices that were paid to Marlin ($46,530 and 58,356), Beacher stated he made one payment to TLI for $42,000

The comments and assumptions made in the attached report are an integral part of the schedule



## CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

Exhibit G

### Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| 5/5/1997 | 113806 | 5/14/1997 | Trumbull | | 5,550 | Professional services to take borings and prepare Geotechnical report |
| 9/5/1997 | 115177 | 9/19/1997 | Miami | | 5,065 | Preparation of lease documents, work letter and review of lease |
| 11/24/1997 | 116311 | 12/3/1997 | Miami | | 2,690 | Consulting services |
| 12/10/1997 | 116522 | 12/17/1997 | Miami | 2,780 | | Pre-construction consultation |
| 12/10/1997 | 116522 | 12/17/1997 | Trumbull | 2,500 | 5,280 | Lease document preparation |
| 2/2/1998 | 117347 | 2/10/1998 | Miami | 6,005 | | Professional services |
| 2/2/1998 | 117347 | 2/10/1998 | Trumbull | 1,000 | 7,005 | Professional services |
| 2/19/1998 | 117537 | 2/25/1998 | Miami | 2,000 | | Professional services (Paul Morgan lighting design co.) |
| 2/19/1998 | 117537 | 2/25/1998 | Miami | 2,500 | 4,500 | Expediting services |
| 3/2/1998 | 117749 | 3/11/1998 | Miami | | 7,022 | Professional services |
| 3/11/1998 | 117815 | 3/18/1998 | Miami | | 3,850 | File fee for building permit |
| 4/1/1998 | 118148 | 4/8/1998 | Miami | 5,002 | | Professional services |
| 4/1/1998 | 118148 | 4/8/1998 | Hartford | 1,563 | 6,565 | Professional services |
| 4/7/1998 | 118248 | 4/15/1998 | Miami | | 3,500 | Professional services (Paul Morgan lighting design co.) |
| 5/1/1998 | 118503 | 5/6/1998 | Miami | 5,803 | | Professional services |
| 5/1/1998 | 118503 | 5/6/1998 | Hartford | 2,564 | | Professional services |
| 5/1/1998 | 118503 | 5/6/1998 | Annapolis | 1,563 | 9,930 | Professional services |
| 5/7/1998 | 118586 | 5/13/1998 | Annapolis | | 3,500 | Preparation of lease documents |
| 6/1/1998 | 118890 | 6/3/1998 | Miami | 3,313 | | Professional services |
| 6/1/1998 | 118890 | 6/3/1998 | Jupiter | 1,715 | | Professional services |
| 6/1/1998 | 118890 | 6/3/1998 | Hartford | 3,973 | | Professional services |
| 6/1/1998 | 118890 | 6/3/1998 | Annapolis | 1,615 | 10,616 | Professional services |
| 6/22/1998 | 119317 | 7/1/1998 | Miami | 2,178 | | Professional services (Paul Morgan lighting design co.) |
| 7/1/1998 | 119317 | 7/1/1998 | Miami | 3,185 | | Professional services |
| 7/1/1998 | 119317 | 7/1/1998 | Jupiter | 1,243 | | Professional services |
| 7/1/1998 | 119317 | 7/1/1998 | Hartford | 3,917 | | Professional services |
| 7/1/1998 | 119317 | 7/1/1998 | Annapolis | 4,405 | 14,928 | Professional services |
| 7/20/1998 | 119772 | 7/29/1998 | Hartford | 4,600 | | Conduct sound vibration measurement |
| 7/20/1998 | 119772 | 7/29/1998 | Miami | 3,500 | | Expediting services |
| 7/24/1998 | 119772 | 7/29/1998 | Miami | 3,776 | | Professional services |
| 7/24/1998 | 119772 | 7/29/1998 | Jupiter | 2,422 | | Professional services |
| 7/24/1998 | 119772 | 7/29/1998 | Hartford | 3,828 | | Professional services |
| 7/24/1998 | 119772 | 7/29/1998 | Annapolis | 3,511 | | Professional services |
| 7/24/1998 | 119772 | 7/29/1998 | Trumbull | 1,365 | 22,802 | Professional services |
| 7/30/1998 | 120033 | 8/5/1998 | Skokie | 2,600 | | Review lease documents |
| 7/30/1998 | 120033 | 8/5/1998 | Trumbull | 805 | | Reproducibles of original drawings (MEP Consultants) |
| 7/30/1998 | 120033 | 8/5/1998 | Annapolis | 4,600 | | Prepare lease documents |
| 7/30/1998 | 120033 | 8/5/1998 | Trumbull | 2,900 | | Prepare lease documents and workletter |
| 7/30/1998 | 120033 | 8/5/1998 | Miami | 3,800 | | Meet with architect's consultants |
| 7/30/1998 | 120033 | 8/5/1998 | Jupiter | 4,700 | | Prepare lease documents |
| 7/30/1998 | 120033 | 8/5/1998 | Hartford | 4,300 | 23,705 | Attend meeting with City of Hartford |
| 8/11/1998 | 120227 | 8/19/1998 | Miami | 4,050 | | Revision to lighting requirements |
| 8/12/1998 | 120227 | 8/19/1998 | Miami | 4,000 | 8,050 | Expediting services |
| 8/11/1998 | 120302 | 8/26/1998 | Miami | 2,600 | | Professional services (Paul Morgan lighting design co.) |
| 8/18/1998 | 120302 | 8/26/1998 | Trumbull | 16,873 | 19,473 | Borings for subsurface examination |
| 8/24/1998 | 120431 | 9/2/1998 | Miami | 4,579 | | Professional services |
| 8/24/1998 | 120431 | 9/2/1998 | Jupiter | 2,612 | | Professional services |
| 8/24/1998 | 120431 | 9/2/1998 | Hartford | 3,988 | | Professional services |
| 8/24/1998 | 120431 | 9/2/1998 | Annapolis | 4,336 | | Professional services |
| 8/24/1998 | 120431 | 9/2/1998 | Trumbull | 1,632 | | Professional services |



**CROWN THEATRES, L.P. v. MILTON L. DALY, et al.**

Exhibit G

Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| | | | | | 17,144 | |
| 9/15/1998 | 120598 | 9/16/1998 | Hartford | | 4,823 | Sound vibration measurement |
| 9/24/1998 | 120817 | 9/30/1998 | Miami | 1,894 | | Professional services |
| 9/24/1998 | 120817 | 9/30/1998 | Jupiter | 2,770 | | Professional services |
| 9/24/1998 | 120817 | 9/30/1998 | Hartford | 4,276 | | Professional services |
| 9/24/1998 | 120817 | 9/30/1998 | Annapolis | 3,856 | | Professional services |
| 9/24/1998 | 120817 | 9/30/1998 | Trumbull | 2,361 | | Professional services |
| | | | | | 15,157 | |
| 9/28/1998 | 120900 | 10/6/1998 | Trumbull | 4,083 | | Geotechnical report |
| 10/1/1998 | 120900 | 10/6/1998 | Trumbull | 3,117 | | Engineering services |
| | | | | | 7,200 | |
| 10/5/1998 | 121001 | 10/14/1998 | Trumbull | | 11,800 | Preparation of site plans |
| 10/19/1998 | 121183 | 10/28/1998 | Hartford | 8,050 | | Threshold review |
| 10/23/1998 | 121183 | 10/28/1998 | Miami | 1,106 | | Professional services |
| 10/23/1998 | 121183 | 10/28/1998 | Hartford | 3,976 | | Professional services |
| 10/23/1998 | 121183 | 10/28/1998 | Annapolis | 5,355 | | Professional services |
| 10/23/1998 | 121183 | 10/28/1998 | Jupiter | 4,287 | | Professional services |
| 10/23/1998 | 121183 | 10/28/1998 | Trumbull | 2,994 | | Professional services |
| 10/23/1998 | 121183 | 10/28/1998 | Skokie | 1,819 | | Professional services |
| 10/26/1998 | 121183 | 10/28/1998 | Hartford | 9,000 | | Professional services to retain lighting consultants |
| | | | | | 36,587 | |
| 11/3/1998 | 121376 | 11/11/1998 | Miami | | 235 | Health Dept fee |
| 11/9/1998 | 121450 | 11/18/1998 | Trumbull | 7,500 | | Acoustical engineering consulting services |
| 11/11/1998 | 121450 | 11/18/1998 | Annapolis | 8,900 | | Acoustical engineering consulting services |
| 11/16/1998 | 121450 | 11/18/1998 | Trumbull | 4,800 | | Preparation of site plans |
| | | | | | 21,200 | |
| 11/24/1998 | 121623 | 12/2/1998 | Miami | 1,927 | | Professional services |
| 11/24/1998 | 121623 | 12/2/1998 | Hartford | 4,089 | | Professional services |
| 11/24/1998 | 121623 | 12/2/1998 | Annapolis | 5,257 | | Professional services |
| 11/24/1998 | 121623 | 12/2/1998 | Jupiter | 4,141 | | Professional services |
| 11/24/1998 | 121623 | 12/2/1998 | Trumbull | 3,287 | | Professional services |
| 11/24/1998 | 121623 | 12/2/1998 | Skokie | 1,901 | | Professional services |
| 11/30/1998 | 121623 | 12/2/1998 | Skokie | 1,140 | | Reimbursable expenses |
| 11/30/1998 | 121623 | 12/2/1998 | Hartford | 3,000 | | Professional services for lighting consultants |
| | | | | | 24,712 | |
| 12/8/1998 | 121809 | 12/16/1998 | Annapolis | 6,150 | | Provide a life safety and code compliance review |
| 12/14/1998 | 121809 | 12/16/1998 | Trumbull | 6,500 | | Preparation of site plans |
| | | | | | 12,650 | |
| 12/15/1998 | 121856 | 12/22/1998 | Hartford | 5,500 | | Threshold review |
| 12/21/1998 | 121856 | 12/22/1998 | Miami | 1,090 | | Professional services |
| 12/21/1998 | 121856 | 12/22/1998 | Hartford | 4,220 | | Professional services |
| 12/21/1998 | 121856 | 12/22/1998 | Annapolis | 5,663 | | Professional services |
| 12/21/1998 | 121856 | 12/22/1998 | Jupiter | 3,105 | | Professional services |
| 12/21/1998 | 121856 | 12/22/1998 | Trumbull | 3,200 | | Professional services |
| 12/21/1998 | 121856 | 12/22/1998 | Skokie | 2,747 | | Professional services |
| | | | | | 25,525 | |
| 12/23/1998 | 122727 | 1/6/1999 | Jupiter | 4,500 | | Preparation of 3 dimensional water color rendering |
| 12/28/1998 | 122727 | 1/6/1999 | Annapolis | 2,900 | | Acoustical engineering and consulting services |
| 1/4/1999 | 122727 | 1/6/1999 | Jupiter | 10,900 | | Professional services - lighting consultant |
| 1/4/1999 | 122727 | 1/6/1999 | Annapolis | 10,900 | | Professional services - lighting consultant |
| | | | | | 29,200 | |
| 1/4/1999 | 122135 | 1/13/1999 | Trumbull | | 4,100 | Preparation of site plans |
| | | | | | | Photo off set rendering for submission to the building dept. |
| 1/14/1999 | 122206 | 1/20/1999 | Jupiter | 435 | | Threshold review |
| 1/14/1999 | 122206 | 1/20/1999 | Hartford | 3,015 | | Complete services for lighting consultants for interior and exterior |
| 1/18/1999 | 122206 | 1/20/1999 | Hartford | 5,200 | | |
| | | | | | 8,650 | |
| | | | | | | Acoustical engineering and consulting services |
| 1/22/1999 | 122326 | 1/27/1999 | Trumbull | 4,800 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Miami | 2,198 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Hartford | 4,023 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Annapolis | 6,363 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Jupiter | 4,309 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Trumbull | 3,780 | | Professional services |
| 1/25/1999 | 122326 | 1/27/1999 | Skokie | 2,615 | | |
| | | | | | 28,088 | |

**Kroll**

CROWN THEATRES, L.P. v. MILTON L. DALY, et al.                                                    Exhibit G

Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| 2/1/1999 | 122414 | 2/3/1999 | Jupiter | | 192 | Reproduction of photo |
| 2/15/1999 | 122642 | 2/24/1999 | Skokie | 4,200 | | 3 dimensional color rendering indicating exterior colors |
| 2/15/1999 | 122642 | 2/24/1999 | Jupiter | 6,000 | | Professional services for preparing waiver |
| 2/16/1999 | 122642 | 2/24/1999 | Miami | 7,000 | | Professional services for preparing waiver |
| | | | | | 17,200 | |
| 2/26/1999 | 122752 | 3/3/1999 | Miami | 2,233 | | Professional services |
| 2/26/1999 | 122752 | 3/3/1999 | Hartford | 4,300 | | Professional services |
| 2/26/1999 | 122752 | 3/3/1999 | Annapolis | 7,110 | | Professional services |
| 2/26/1999 | 122752 | 3/3/1999 | Jupiter | 7,337 | | Professional services |
| 2/26/1999 | 122752 | 3/3/1999 | Trumbull | 3,514 | | Professional services |
| 2/26/1999 | 122752 | 3/3/1999 | Skokie | 5,191 | | Professional services |
| | | | | | 29,685 | |
| 2/23/1999 | 122866 | 3/9/1999 | Annapolis | | 3,500 | Provide life safety and code compliance review |
| 3/17/1999 | 123060 | 3/24/1999 | Hartford | 8,300 | | Acoustical engineering and consulting services |
| 3/18/1999 | 123060 | 3/24/1999 | Annapolis | 8,000 | | Professional services (Paul Morgan lighting design co.) |
| 3/18/1999 | 123060 | 3/24/1999 | Jupiter | 9,500 | | Professional services (Paul Morgan lighting design co.) |
| 3/18/1999 | 123060 | 3/24/1999 | Jupiter | 8,500 | | Acoustical engineering and consulting services |
| 3/18/1999 | 123060 | 3/24/1999 | Skokie | 9,500 | | Professional services (Paul Morgan lighting design co.) |
| 3/18/1999 | 123060 | 3/24/1999 | Skokie | 9,000 | | Acoustical engineering and consulting services |
| | | | | | 52,800 | |
| 3/22/1999 | 123144 | 3/31/1999 | Skokie | 1,128 | | Color photos and mount reproductions of floor plans and elevations |
| 3/25/1999 | 123144 | 3/31/1999 | Miami | 2,023 | | Professional services |
| 3/25/1999 | 123144 | 3/31/1999 | Annapolis | 6,453 | | Professional services |
| 3/25/1999 | 123144 | 3/31/1999 | Jupiter | 3,721 | | Professional services |
| 3/25/1999 | 123144 | 3/31/1999 | Trumbull | 3,945 | | Professional services |
| 3/25/1999 | 123144 | 3/31/1999 | Skokie | 7,360 | | Professional services |
| | | | | | 24,630 | |
| 4/15/1999 | 123403 | 4/19/1999 | Miami | 5,331 | | Professional services for preparing waiver |
| 4/15/1999 | 123403 | 4/19/1999 | Miami | 5,158 | | Professional services for preparing waiver |
| 4/15/1999 | 123403 | 4/19/1999 | Miami | 18,000 | | Additional soil borings |
| | | | | | 28,489 | |
| 4/22/1999 | 123461 | 4/28/1999 | Annapolis | 8,800 | | Expediting services |
| 4/25/1999 | 123461 | 4/28/1999 | Miami | 5,918 | | Professional services |
| 4/25/1999 | 123461 | 4/28/1999 | Annapolis | 5,367 | | Professional services |
| 4/25/1999 | 123461 | 4/28/1999 | Jupiter | 6,708 | | Professional services |
| 4/25/1999 | 123461 | 4/28/1999 | Trumbull | 4,009 | | Professional services |
| 4/25/1999 | 123461 | 4/28/1999 | Skokie | 4,032 | | Professional services |
| | | | | | 34,834 | |
| 5/3/1999 | 123696 | 5/12/1999 | Skokie | 1,697 | | Provide photometric design to Architectural Appearance Review Board |
| 5/4/1999 | 123696 | 5/12/1999 | Annapolis | 16,363 | | Permit fees |
| 5/6/1999 | 123696 | 5/12/1999 | Skokie | 6,500 | | Provide color rendering for south, east, west and north elevations |
| | | | | | 24,560 | |
| 5/17/1999 | 123803 | 5/26/1999 | Skokie | 1,028 | | Enlargements / Boards / Mounting |
| 5/18/1999 | 123803 | 5/26/1999 | Miami | 2,800 | | Resubmission of interior construction documents |
| 5/18/1999 | 123803 | 5/26/1999 | Miami | 2,686 | | Lighting design of interior and exterior |
| 5/18/1999 | 123803 | 5/26/1999 | Miami | 5,748 | | Expediting services |
| 5/18/1999 | 123803 | 5/26/1999 | Annapolis | 6,900 | | Acoustical engineering and consulting services |
| 5/18/1999 | 123803 | 5/26/1999 | Annapolis | 7,500 | | Design and specifications for lighting |
| 5/18/1999 | 123803 | 5/26/1999 | Annapolis | 9,000 | | Life safety and code compliance review |
| | | | | | 35,662 | |
| 5/25/1999 | 123910 | 6/2/1999 | Miami | 3,201 | | Professional services |
| 5/25/1999 | 123910 | 6/2/1999 | Annapolis | 7,184 | | Professional services |
| 5/25/1999 | 123910 | 6/2/1999 | Jupiter | 4,358 | | Professional services |
| 5/25/1999 | 123910 | 6/2/1999 | Trumbull | 3,591 | | Professional services |
| 5/25/1999 | 123910 | 6/2/1999 | Skokie | 3,799 | | Professional services |
| | | | | | 22,133 | |
| 6/2/1999 | 123988 | 6/16/1999 | Skokie | 4,495 | | Colored renderings |
| 6/4/1999 | 123988 | 6/16/1999 | Hartford | 3,775 | | Engineering services to review soil conditions |
| | | | | | 8,270 | |
| 6/14/1999 | 124212 | 6/23/1999 | Jupiter | | 7,750 | Professional services |
| 6/21/1999 | 124268 | 6/30/1999 | Hartford | 3,325 | | Engineering services to observe soil conditions |
| 6/21/1999 | 124268 | 6/30/1999 | Hartford | 312 | | Acoustical engineering and written documents |
| 6/22/1999 | 124268 | 6/30/1999 | Annapolis | 7,714 | | Professional services - lighting consultant |
| | | | | | 11,351 | |
| 6/25/1999 | 124362 | 7/7/1999 | Miami | 3,724 | | Professional services |



**CROWN THEATRES, L.P. v. MILTON L. DALY, et al.**

Exhibit G

Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| 5/25/1999 | 124362 | 7/7/1999 | Annapolis | 6,169 | | Professional services |
| 6/25/1999 | 124362 | 7/7/1999 | Jupiter | 3,939 | | Professional services |
| 6/25/1999 | 124362 | 7/7/1999 | Skokie | 4,730 | | Professional services |
| 6/28/1999 | 124362 | 7/7/1999 | Jupiter | 9,800 | | Expediting services |
| | | | | | 28,382 | |
| 7/6/1999 | 124438 | 7/14/1999 | Jupiter | 14,235 | | Professional services |
| 7/7/1999 | 124438 | 7/14/1999 | Miami | 42,253 | | Building shell permit fee |
| | | | | | 56,488 | |
| 7/14/1999 | 124660 | 7/28/1999 | Jupiter | 6,757 | | Professional services - lighting consultant |
| 7/16/1999 | 124660 | 7/28/1999 | Hartford | 30,920 | | Split face concrete block |
| 7/26/1999 | 124660 | 7/28/1999 | Miami | 4,663 | | Professional services |
| 7/26/1999 | 124660 | 7/28/1999 | Annapolis | 6,223 | | Professional services |
| 7/26/1999 | 124660 | 7/28/1999 | Jupiter | 4,387 | | Professional services |
| 7/26/1999 | 124660 | 7/28/1999 | Skokie | 3,350 | | Professional services |
| 7/26/1999 | 124660 | 7/28/1999 | Hartford | 288 | | Professional services |
| | | | | | 56,608 | |
| 7/28/1999 | 124782 | 8/4/1999 | Miami | | 10,350 | Filing fee for building permit |
| 7/30/1999 | 124819 | 8/11/1999 | Hartford | 17,539 | | Special inspections |
| 8/3/1999 | 124819 | 8/11/1999 | Hartford | 21,500 | | Crushed stone under concrete slabs |
| | | | | | 39,039 | |
| 8/19/1999 | 125020 | 8/25/1999 | Jupiter | 75,682 | | Building permit fee and fire dept. application fee |
| 8/20/1999 | 125020 | 8/25/1999 | Jupiter | 10,865 | | Acoustical engineering and consulting services |
| 8/24/1999 | 125020 | 8/25/1999 | Miami | 4,158 | | Professional services |
| 8/24/1999 | 125020 | 8/25/1999 | Annapolis | 4,504 | | Professional services |
| 8/24/1999 | 125020 | 8/25/1999 | Jupiter | 4,147 | | Professional services |
| 8/24/1999 | 125020 | 8/25/1999 | Skokie | 4,413 | | Professional services |
| 8/24/1999 | 125020 | 8/25/1999 | Hartford | 358 | | Professional services |
| | | | | | 104,127 | |
| 9/7/1999 | 125301 | 9/15/1999 | Trumbull | 2,961 | | Special inspections |
| 9/7/1999 | 125301 | 9/15/1999 | Hartford | 2,720 | | Special inspections |
| 9/9/1999 | 125301 | 9/15/1999 | Annapolis | 58,450 | | Permit fees |
| | | | | | 64,131 | |
| 9/16/1999 | 125418 | 9/22/1999 | Miami | 18,537 | | Interior building permit fee |
| 9/16/1999 | 125418 | 9/22/1999 | Miami | 7,330 | | Expediting services |
| 9/16/1999 | 125418 | 9/22/1999 | Jupiter | 10,576 | | Acoustical engineering and consulting services |
| | | | | | 36,443 | |
| 9/22/1999 | 125522 | 9/29/1999 | Skokie | 18,000 | | Expediting services |
| 9/22/1999 | 125522 | 9/29/1999 | Annapolis | 6,697 | | Expediting services |
| 9/24/1999 | 125522 | 9/29/1999 | Miami | 4,406 | | Professional services |
| 9/24/1999 | 125522 | 9/29/1999 | Annapolis | 3,224 | | Professional services |
| 9/24/1999 | 125522 | 9/29/1999 | Jupiter | 4,832 | | Professional services |
| 9/24/1999 | 125522 | 9/29/1999 | Skokie | 3,383 | | Professional services |
| 9/24/1999 | 125522 | 9/29/1999 | Hartford | 2,368 | | Professional services |
| | | | | | 42,910 | |
| 10/11/1999 | 125713 | 10/13/1999 | Skokie | | 12,535 | Building permit plan |
| 10/12/1999 | 125809 | 10/19/1999 | Hartford | 5,900 | | Threshold review |
| 10/14/1999 | 125809 | 10/19/1999 | Miami | 687 | | Soil improvement permit |
| | | | | | 6,587 | |
| 10/28/1999 | 125987 | 11/3/1999 | Miami | 5,022 | | Professional services |
| 10/28/1999 | 125987 | 11/3/1999 | Annapolis | 5,517 | | Professional services |
| 10/28/1999 | 125987 | 11/3/1999 | Jupiter | 4,600 | | Professional services |
| 10/28/1999 | 125987 | 11/3/1999 | Skokie | 3,007 | | Professional services |
| 10/28/1999 | 125987 | 11/3/1999 | Hartford | 716 | | Professional services |
| 10/28/1999 | 125987 | 11/3/1999 | Trumbull | 234 | | Professional services |
| | | | | | 19,096 | |
| 11/2/1999 | 126097 | 11/10/1999 | Miami | 98,525 | | Replacement to damaged foundation work from Hurricane Irene |
| 11/2/1999 | 126097 | 11/10/1999 | Miami | 22,805 | | Temporary utility services |
| | | | | | 121,330 | |
| 11/10/1999 | 126212 | 11/17/1999 | Miami | | 786 | Resubmit plumbing, electric, health dept., etc. drawings |
| 11/22/1999 | 126519 | 12/1/1999 | Hartford | 3,832 | | Additional threshold review |
| 11/22/1999 | 126519 | 12/1/1999 | Trumbull | 3,731 | | Wall sconce fixtures |
| 11/23/1999 | 126519 | 12/1/1999 | Jupiter | 38,485 | | Building permit fees |
| | | | | | 46,068 | |
| 11/23/1999 | 126530 | 12/8/1999 | Miami | 5,077 | | Professional services |

**Kroll**

CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

Exhibit G

Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| 11/23/1999 | 126530 | 12/8/1999 | Annapolis | 3,932 | | Professional services |
| 11/23/1999 | 126530 | 12/8/1999 | Jupiter | 5,446 | | Professional services |
| 11/23/1999 | 126530 | 12/8/1999 | Skokie | 5,262 | | Professional services |
| 11/23/1999 | 126530 | 12/8/1999 | Hartford | 544 | | Professional services |
| 11/23/1999 | 126530 | 12/8/1999 | Trumbull | 245 | | Professional services |
| 12/1/1999 | 126530 | 12/8/1999 | Miami | 3,798 | | Density testing, proctor compaction testing, etc. |
| 12/2/1999 | 126530 | 12/8/1999 | Annapolis | 685 | | Revised standpipe sprinkler design and fire sprinkler drawings |
| | | | | | 25,189 | |
| 12/2/1999 | 126607 | 12/15/1999 | Skokie | 89,614 | | Building permit fee |
| 12/14/1999 | 126607 | 12/15/1999 | Trumbull | 5,615 | | Special inspections and threshold inspection |
| | | | | | 95,229 | |
| 12/9/1999 | 126700 | 12/22/1999 | Miami | 23,378 | | Install gravel road |
| 12/16/1999 | 126700 | 12/22/1999 | Trumbull | 1,035 | | Concrete testing and reports for City of Trumbull |
| 12/20/1999 | 126700 | 12/22/1999 | Skokie | 11,129 | | Expediting services |
| | | | | | 35,542 | |
| 12/24/1999 | 126808 | 1/5/2000 | Miami | 4,203 | | Professional services |
| 12/24/1999 | 126808 | 1/5/2000 | Hartford | 478 | | Professional services |
| 12/24/1999 | 126808 | 1/5/2000 | Annapolis | 3,686 | | Professional services |
| 12/24/1999 | 126808 | 1/5/2000 | Jupiter | 4,371 | | Professional services |
| 12/24/1999 | 126808 | 1/5/2000 | Trumbull | 843 | | Professional services |
| 12/24/1999 | 126808 | 1/5/2000 | Skokie | 4,602 | | Professional services |
| | | | | | 18,183 | |
| 1/5/2000 | 126894 | 1/12/2000 | Miami | 430 | | Update building permits |
| 1/5/2000 | 126894 | 1/12/2000 | Annapolis | 6,400 | | Expediting services |
| 1/5/2000 | 126894 | 1/12/2000 | Annapolis | 6,976 | | Acoustical engineering and consulting services |
| 1/5/2000 | 126894 | 1/12/2000 | Jupiter | 15,214 | | Expediting services |
| | | | | | 29,020 | |
| 1/10/2000 | 126957 | 1/19/2000 | Hartford | 3,195 | | Threshold review |
| 1/10/2000 | 126957 | 1/19/2000 | Miami | 8,850 | | Special inspection and threshold inspection |
| 1/10/2000 | 126957 | 1/19/2000 | Miami | 3,670 | | Density testing, proctor compaction testing |
| 1/12/2000 | 126957 | 1/19/2000 | Miami | 875 | | Permit activity for plumbing and mechanical revisions |
| 1/12/2000 | 126957 | 1/19/2000 | Skokie | 6,726 | | Building permit |
| 1/13/2000 | 126957 | 1/19/2000 | Miami | 6,800 | | Permit fee |
| | | | | | 30,116 | |
| 1/26/2000 | 127211 | 2/2/2000 | Miami | 12,760 | | Mechanical (HVAC) permit fee |
| 1/26/2000 | 127211 | 2/2/2000 | Miami | 7,147 | | Professional services |
| 1/26/2000 | 127211 | 2/2/2000 | Hartford | 713 | | Professional services |
| 1/26/2000 | 127211 | 2/2/2000 | Annapolis | 4,008 | | Professional services |
| 1/26/2000 | 127211 | 2/2/2000 | Jupiter | 6,096 | | Professional services |
| 1/26/2000 | 127211 | 2/2/2000 | Trumbull | 945 | | Professional services |
| 1/26/2000 | 127211 | 2/2/2000 | Skokie | 3,888 | | Professional services |
| 1/27/2000 | 127211 | 2/2/2000 | Miami | 3,925 | | Density testing, proctor compaction testing |
| | | | | | 39,482 | |
| 2/4/2000 | 127371 | 2/9/2000 | Miami | 868 | | Revised building permit |
| 2/4/2000 | 127371 | 2/9/2000 | Skokie | 11,844 | | Professional services for Paul Morgan lighting design co. |
| | | | | | 12,712 | |
| 2/15/2000 | 127564 | 2/23/2000 | Miami | | 4,107 | Density testing, proctor compaction testing |
| 2/24/2000 | 127668 | 3/1/2000 | Miami | 948 | | Permit fee |
| 2/24/2000 | 127668 | 3/1/2000 | Miami | 19,780 | | Interior step lights |
| 2/24/2000 | 127668 | 3/1/2000 | Miami | 9,375 | | Special inspection and threshold inspection |
| 2/25/2000 | 127668 | 3/1/2000 | Miami | 5,615 | | Professional services |
| 2/25/2000 | 127668 | 3/1/2000 | Hartford | 517 | | Professional services |
| 2/25/2000 | 127668 | 3/1/2000 | Annapolis | 4,156 | | Professional services |
| 2/25/2000 | 127668 | 3/1/2000 | Jupiter | 5,412 | | Professional services |
| 2/25/2000 | 127668 | 3/1/2000 | Skokie | 5,458 | | Professional services |
| | | | | | 51,061 | |
| 3/1/2000 | 127776 | 3/8/2000 | Hartford | 9,740 | | Special inspections and threshold inspection |
| 3/1/2000 | 127776 | 3/8/2000 | Skokie | 8,355 | | Acoustical engineering and consulting services |
| | | | | | 18,095 | |
| 3/9/2000 | 127852 | 3/15/2000 | Annapolis | 8,850 | | Acoustical engineering and consulting services |
| 3/9/2000 | 127852 | 3/15/2000 | Jupiter | 9,950 | | Acoustical engineering and consulting services |
| 3/9/2000 | 127852 | 3/15/2000 | Miami | 9,700 | | Acoustical engineering and consulting services |
| 3/9/2000 | 127852 | 3/15/2000 | Annapolis | 19,936 | | Automatic flush valves and infrared lavatory faucets |
| 3/9/2000 | 127852 | 3/15/2000 | Skokie | 9,550 | | Acoustical engineering and consulting services |
| | | | | | 57,986 | |
| 3/15/2000 | 127946 | 3/22/2000 | Miami | 1,543 | | Structural steel shop drawing submission |
| 3/16/2000 | 127946 | 3/22/2000 | Jupiter | 21,380 | | Interior step lights |

The comments and assumptions made in the attached report are an integral part of this schedule

**Kroll**

CROWN THEATRES, L.P. v. MILTON L. DALY, et al.                                                    Exhibit G

Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| | | | | | 22,923 | |
| 3/21/2000 | 128025 | 3/29/2000 | Miami | 3,475 | | Density testing, proctor compaction testing |
| 3/23/2000 | 128025 | 3/29/2000 | Trumbull | 56,650 | | Supply and install stucco finish on canopy |
| 3/23/2000 | 128025 | 3/29/2000 | Miami | 4,867 | | Professional services |
| 3/23/2000 | 128025 | 3/29/2000 | Annapolis | 4,082 | | Professional services |
| 3/23/2000 | 128025 | 3/29/2000 | Jupiter | 4,508 | | Professional services |
| 3/23/2000 | 128025 | 3/29/2000 | Skokie | 4,799 | | Professional services |
| 3/23/2000 | 128025 | 3/29/2000 | Hartford | 501 | | Professional services |
| 3/24/2000 | 128025 | 3/29/2000 | Miami | 17,470 | | Interior decorative wall sconce fixtures |
| | | | | | 96,352 | |
| 3/30/2000 | 128136 | 4/5/2000 | Annapolis | 25,779 | | Installation of additional THX baffle walls |
| 3/30/2000 | 128136 | 4/5/2000 | Miami | 3,817 | | Purchase and installation of hand rails and compartment sink |
| 3/30/2000 | 128136 | 4/5/2000 | Miami | 15,520 | | Upgraded toilet accessories for restroom |
| 3/30/2000 | 128136 | 4/5/2000 | Annapolis | 3,946 | | Purchase of additional door hold open devices |
| 3/30/2000 | 128136 | 4/5/2000 | Annapolis | 14,493 | | Upgraded toilet accessories for restroom |
| 3/30/2000 | 128136 | 4/5/2000 | Annapolis | 18,970 | | Purchase of interior step lights |
| | | | | | 82,525 | |
| 4/4/2000 | 128247 | 4/13/2000 | Annapolis | 9,435 | | Special inspections and threshold inspection |
| 4/12/2000 | 128290 | 4/19/2000 | Miami | 3,857 | | Permit activity for interior structural steel shop drawings |
| 4/12/2000 | 128290 | 4/19/2000 | Miami | 5,790 | | Special inspection |
| 4/13/2000 | 128290 | 4/19/2000 | Hartford | 4,120 | | Threshold review |
| | | | | | 13,767 | |
| 4/17/2000 | 128376 | 4/26/2000 | Jupiter | 5,772 | | Density testing, proctor compaction testing |
| 4/17/2000 | 128376 | 4/26/2000 | Miami | 4,280 | | Special inspections |
| 4/17/2000 | 128376 | 4/26/2000 | Jupiter | 9,685 | | Special inspection and threshold inspection |
| 4/17/2000 | 128376 | 4/26/2000 | Jupiter | 3,976 | | Special inspection and threshold inspection |
| 4/20/2000 | 128376 | 4/26/2000 | Miami | 21,634 | | Fiberoptic "starry night" ceiling |
| | | | | | 45,347 | |
| 4/18/2000 | 128493 | 4/28/2000 | Miami | 21,933 | | Additional electrical work in projection booth |
| 4/24/2000 | 128504 | 5/3/2000 | Skokie | 22,818 | | Threshold inspection |
| 4/25/2000 | 128504 | 5/3/2000 | Jupiter | 8,048 | | Acoustical engineering and consulting services |
| 4/25/2000 | 128504 | 5/3/2000 | Skokie | 7,866 | | Acoustical engineering and consulting services |
| 4/25/2000 | 128504 | 5/3/2000 | Annapolis | 7,713 | | Acoustical engineering and consulting services |
| 4/25/2000 | 128504 | 5/3/2000 | Skokie | 5,158 | | Proctor compaction testing, concrete cylinders and compressive strength |
| 4/26/2000 | 128504 | 5/3/2000 | Miami | 3,815 | | Additional permit fee |
| 4/26/2000 | 128504 | 5/3/2000 | Miami | 19,236 | | Purchase and installation of grease trap |
| 4/26/2000 | 128504 | 5/3/2000 | Miami | 21,936 | | Additional fill for the interior |
| | | | | | 96,610 | |
| 4/28/2000 | 128623 | 5/10/2000 | Miami | 8,327 | | Acoustical engineering services and consulting services |
| 5/1/2000 | 128623 | 5/10/2000 | Annapolis | 9,640 | | Special inspections and threshold inspection |
| | | | | | 17,967 | |
| 5/17/2000 | 128782 | 5/24/2000 | Miami | 41,456 | | Labor and material for a "nighttime cloud scene" |
| 5/17/2000 | 128782 | 5/24/2000 | Miami | 5,304 | | Special inspections |
| | | | | | 46,760 | |
| 5/18/2000 | 128833 | 5/31/2000 | Miami | 16,500 | | 3 dimensional water color rendering |
| 5/19/2000 | 128833 | 5/31/2000 | Jupiter | 4,985 | | Density testing, proctor compaction testing, concrete cylinders, etc. |
| 5/19/2000 | 128833 | 5/31/2000 | Jupiter | 120,128 | | Light fixture, hardware, projection interlock system, electrical work |
| 5/19/2000 | 128833 | 5/31/2000 | Annapolis | 31,144 | | Doors, frames and hardware for exit doors at stairwell |
| 5/22/2000 | 128833 | 5/31/2000 | Annapolis | 14,648 | | Wall sconce fixtures |
| 5/22/2000 | 128833 | 5/31/2000 | Miami | 43,852 | | Additional THX baffle walls |
| 5/23/2000 | 128833 | 5/31/2000 | Hartford | 43,956 | | Fiberoptic "starry night" ceiling |
| 5/23/2000 | 128833 | 5/31/2000 | Hartford | 39,779 | | Labor and material to paint "nighttime cloud scene" |
| 5/23/2000 | 128833 | 5/31/2000 | Miami | 6,760 | | Proctor compaction testing, fill and gravel inspection, etc. |
| 5/24/2000 | 128833 | 5/31/2000 | Skokie | 23,670 | | Special inspection services |
| | | | | | 345,422 | |
| 5/25/2000 | 128915 | 6/7/2000 | Hartford | 47,252 | | THX baffle walls, frame and sheetrock, and wall type L |
| 6/1/2000 | 128915 | 6/7/2000 | Annapolis | 26,950 | | Install additional neon |
| 6/1/2000 | 128915 | 6/7/2000 | Miami | 37,788 | | Fixtures for ceilings |
| 6/1/2000 | 128915 | 6/7/2000 | Jupiter | 9,885 | | Special inspections and threshold inspection |
| 6/5/2000 | 128915 | 6/7/2000 | Annapolis | 2,169 | | Project plans and construction drawings used by Westfield |
| | | | | | 124,044 | |
| 6/13/2000 | 129182 | 6/21/2000 | Hartford | 15,717 | | New box office soffit, fiber board trim, paint soffit |
| 6/14/2000 | 129182 | 6/21/2000 | Jupiter | 5,790 | | Additional permit fees |
| 6/15/2000 | 129182 | 6/21/2000 | Jupiter | 49,087 | | Projection booth platforms, retaining wall, concrete or columns |
| 6/15/2000 | 129182 | 6/21/2000 | Miami | 37,514 | | Furnish and install rental equipment |
| 6/15/2000 | 129182 | 6/21/2000 | Hartford | 9,350 | | Install concrete at roof drain location, install masonary wainscote |
| 6/15/2000 | 129182 | 6/21/2000 | Miami | 485 | | Provide colored prints of rendering |

**Kroll**

CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

Crown Payments to BB Construction

Exhibit G

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| | | | | | 117,853 | |
| 6/16/2000 | 129298 | 6/28/2000 | Hartford | 17,500 | | Supply and install shed roof |
| 6/16/2000 | 129298 | 6/28/2000 | Hartford | 2,345 | | Threshold review |
| 6/16/2000 | 129298 | 6/28/2000 | Hartford | 7,022 | | Proctor compaction testing, fill and gravel inspection, etc. |
| 6/23/2000 | 129298 | 6/28/2000 | Hartford | 30,511 | | New curtain wall, Frame and sheath structural steel braces |
| 6/23/2000 | 129298 | 6/28/2000 | Miami | 4,802 | | Special inspections |
| 6/23/2000 | 129298 | 6/28/2000 | Skokie | 24,965 | | Special inspection services |
| | | | | | 87,145 | |
| 6/29/2000 | 129405 | 7/6/2000 | Hartford | 18,953 | | Deco-Form, GRC column covers to enclose rain leaders |
| 6/29/2000 | 129405 | 7/6/2000 | Hartford | 65,309 | | Install stair platforms, egg-crate grilles, anti-graffiti paint |
| | | | | | 84,262 | |
| 7/5/2000 | 129478 | 7/12/2000 | Jupiter | 5,205 | | Density testing, proctor compaction testing |
| 7/5/2000 | 129478 | 7/12/2000 | Jupiter | 9,640 | | Special inspection and threshold inspection |
| 7/6/2000 | 129478 | 7/12/2000 | Miami | 1,645 | | Permit activity for reinstatement of category 99 |
| | | | | | 16,490 | |
| 7/13/2000 | 129573 | 7/19/2000 | Skokie | 7,658 | | Proctor compaction testing, fill and gravel inspection, etc. |
| 7/14/2000 | 129573 | 7/19/2000 | Hartford | 2,950 | | Threshold review |
| 7/17/2000 | 129573 | 7/19/2000 | Hartford | 985 | | Painting sprinkler heads |
| | | | | | 11,593 | |
| 7/18/2000 | 129674 | 7/26/2000 | Hartford | 1,180 | | General contractors' fee for concrete / masonry work |
| 7/21/2000 | 129674 | 7/26/2000 | Skokie | 23,970 | | Special inspection services |
| | | | | | 25,150 | |
| 7/25/2000 | 129817 | 8/2/2000 | Miami | 5,350 | | Special inspections |
| 8/2/2000 | 129867 | 8/9/2000 | Miami | 5,709 | | Special inspections |
| 8/2/2000 | 129867 | 8/9/2000 | Hartford | 8,993 | | Supply and install metal framing and sheathing to enclose HVAC |
| 8/3/2000 | 129867 | 8/9/2000 | Jupiter | 4,936 | | Density testing, proctor compaction testing |
| 8/3/2000 | 129867 | 8/9/2000 | Jupiter | 9,037 | | Special inspections and threshold inspection |
| 8/4/2000 | 129867 | 8/9/2000 | Hartford | 8,000 | | Special inspections |
| | | | | | 36,675 | |
| 8/17/2000 | 130040 | 8/23/2000 | Miami | 3,775 | | Testing of concrete cylinder strength |
| 8/17/2000 | 130040 | 8/23/2000 | Miami | 4,990 | | Special inspections |
| 8/17/2000 | 130040 | 8/23/2000 | Jupiter | 5,062 | | Density testing, proctor compaction testing |
| 8/17/2000 | 130040 | 8/23/2000 | Jupiter | 8,745 | | Special inspections and threshold inspection |
| 8/17/2000 | 130040 | 8/23/2000 | Skokie | 9,126 | | Proctor compaction testing, fill and gravel inspection, etc. |
| | | | | | 31,698 | |
| 8/29/2000 | 130325 | 9/13/2000 | Skokie | 27,017 | | Special inspection services |
| 8/30/2000 | 130325 | 9/13/2000 | Hartford | 14,614 | | Install steel angle deck supports, hardware, ceramic tile and other |
| 9/7/2000 | 130325 | 9/13/2000 | Jupiter | 1,660 | | Permit fee |
| 9/7/2000 | 130325 | 9/13/2000 | Miami | 2,377 | | Monument sign plans |
| | | | | | 45,668 | |
| 9/22/2000 | 130485 | 9/27/2000 | Skokie | 6,547 | | Proctor compaction testing, fill and gravel inspection, etc. |
| 9/22/2000 | 130485 | 9/27/2000 | Miami | 2,945 | | Testing of concrete cylinder strength |
| | | | | | 9,492 | |
| 9/25/2000 | 200031 | 10/4/2000 | Skokie | 24,675 | | Special inspection services |
| 9/29/2000 | 200031 | 10/4/2000 | Jupiter | 5,387 | | Density testing, proctor compaction testing |
| 9/29/2000 | 200031 | 10/4/2000 | Jupiter | 8,856 | | Special inspections and threshold inspection |
| | | | | | 38,918 | |
| 10/3/2000 | 200114 | 10/11/2000 | Miami | 1,906 | | Monument sign review |
| 10/18/2000 | 200321 | 10/26/2000 | Miami | 26,135 | | Complete installation of fiberoptic "starry night" ceiling |
| 10/18/2000 | 200490 | 11/8/2000 | Skokie | 4,941 | | Structural steel, welding, metal deck and roof inspections |
| 10/18/2000 | 200490 | 11/8/2000 | Jupiter | 2,890 | | Acoustical engineering services |
| 10/18/2000 | 200490 | 11/8/2000 | Miami | 4,345 | | Testing of concrete cylinder strength |
| 10/25/2000 | 200490 | 11/8/2000 | Miami | 1,164 | | Review and approval of fire department drawings |
| 10/25/2000 | 200490 | 11/8/2000 | Hartford | 4,500 | | Special inspections |
| | | | | | 17,840 | |
| 10/25/2000 | 200574 | 11/15/2000 | Skokie | 20,000 | | Special inspection services |
| 11/21/2000 | 200743 | 11/30/2000 | Annapolis | 2,257 | | Project plans and construction drawings |
| 11/25/2000 | 200743 | 11/30/2000 | Skokie | 26,987 | | Special inspection services |
| | | | | | 29,244 | |
| 12/18/2000 | 201400 | 1/18/2001 | Jupiter | 1,450 | | Sign modification application fee (exterior marquee signage) |
| 12/18/2000 | 201400 | 1/18/2001 | Miami | 3,456 | | Labor and material for "nighttime cloud scene" |
| 12/20/2000 | 201400 | 1/18/2001 | Skokie | 21,246 | | Special inspection services for Village of Skokie |

**Kroll**

## CROWN THEATRES, L.P. v. MILTON L. DALY, et al.

Exhibit G

### Crown Payments to BB Construction

| Invoice Date | Crown Check No. | Crown Check Date | Location | Invoice Amount | Crown Check Amount | Description of Goods or Services |
|---|---|---|---|---|---|---|
| | | | | | 28,152 | |
| 1/25/2001 | 201754 | 2/8/2001 | Skokie | | 23,595 | Special inspection services for Village of Skokie |
| 2/24/2001 | 202448 | 3/28/2001 | Skokie | | 19,887 | Special inspection services for Village of Skokie |
| 3/26/2001 | 202607 | 4/4/2001 | Skokie | | 12,973 | Special inspection services for Village of Skokie |
| 4/25/2001 | 203048 | 5/2/2001 | Skokie | | 10,000 | Special inspection services for Village of Skokie |
| 5/24/2001 | 203441 | 5/31/2001 | Skokie | | 5,000 | Special inspection services for Village of Skokie |

**TOTAL**  3,401,873



# CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.

**Exhibit H**

## rown Payments to BB Construction with Identified Corresponding Payments to TLI

| Payments from Crown to BB Construction (Beacher) | | | Payments from BB Construction to TLI (Daly) | | |
|---|---|---|---|---|---|
| Check date | Check Number | Invoice Amount | Check Date | Check Number | Check Amount |
| **1996** | | | | | |
| Note 2 | | | 10/7/1996 | 1988 | 4,000 |
| Note 2 | | | 12/3/1996 | 2126 | 5,000 |
| | | | | | 9,000  TOTAL for 1996 |
| | | | | | |
| **1997** | | | | | |
| Note 2 | | | 9/23/1997 | 2843 | 7,500 |
| Note 2 | | | 7/22/1997 | 2683 | 3,500 |
| | | | | | 11,000  TOTAL for 1997 |
| | | | | | |
| **1998** | | | | | |
| 2/20/1998 Note 2 | | 100,000 | 2/24/1998 | 3244 | 27,300 |
| | | | 3/5/1998 | 3263 | 36,500 |
| | | | 3/16/1998 | 3291 | 19,750 |
| | | | 3/30/1998 | 3326 | 16,450 |
| | | | | | |
| Note 2 | | | 8/4/1998 | 3653 | 25,000 |
| Note 2 | | | 9/15/1998 | 3759 | 5,000 |
| Note 2 | | | 10/19/1998 | 3848 | 5,000 |
| Note 2 | | | 11/5/1998 | 3894 | 10,000 |
| Note 2 | | | 11/23/1998 | 3936 | 10,000 |
| Note 2 | | | 12/21/1998 | 4012 | 5,000 |
| | | 100,000 | | | 160,000  TOTAL for 1998 |
| | | | | | |
| **1999** | | | | | |
| Note 2 | | | 1/14/1999 | 4077 | 11,200 |
| Note 2 | | | 2/2/1999 | 4133 | 1,600 |
| Note 2 | | | 3/1/1999 | 4201 | 4,500 |
| Note 2 | | | 4/1/1999 | 4276 | 55,000 |
| Note 2 | | | 4/27/1999 | 4348 | 10,000 |
| 9/29/1999 | 125522 | 6,697 | 5/10/2009 | 4385 | 5,000 |
| Note 2 | | | 5/20/1999 | 4416 | 10,000 |
| 6/23/1999 | 124212 | 7,750 | 7/2/1999 | 4541 | 5,000 |
| 7/7/1999 | 124362 | 9,800 | 7/22/1999 | 4582 | 6,200 |
| 7/14/1999 | 124438 | 42,253 | 7/22/1999 | 4582 | 21,000 |
| 7/28/1999 | 124660 | 30,920 | 7/22/1999 | 4582 | 6,000 |
| 8/11/1999 | 124819 | 21,500 | 8/23/1999 | 4671 | 5,000  Note 1 |
| 8/25/1999 | 125020 | 75,683 | 9/1/1999 | 4699 | 24,500 |
| 9/15/1999 | 125301 | 58,450 | 9/22/1999 | 4747 | 21,000 |
| 8/4/1999 | 124782 | 10,350 | 9/30/1999 | 4772 | 7,000 |
| 9/29/1999 | 125522 | 18,000 | 10/6/1999 | 4787 | 14,000 |
| 10/13/1999 | 125713 | 12,535 | 10/18/1999 | 4823 | 5,000 |
| 11/10/1999 | 126097 | 22,805 | 11/18/1999 | 4890 | 7,000 |
| 11/10/1999 | 126097 | 98,525 | 11/18/1999 | 4890 | 25,200 |
| 12/1/1999 | 126519 | 38,485 | 12/8/1999 | 4953 | 21,000 |
| | | 483,753 | | | 268,200  TOTAL for 1999 |
| | | | | | |
| **2000** | | | | | |
| 12/22/1999 | 126700 | 23,378 | 1/4/2000 | 5026 | 7,000 |
| 12/8/1999 | 126530 | 11,424 | 1/4/2000 | 5026 | 5,000 |
| 12/15/1999 | 126607 | 89,614 | 1/13/2000 | 5049 | 17,500 |
| 1/19/2000 | 126957 | 6,800 | 2/1/2000 | 5083 | 4,500 |
| Note 2 | | | 3/13/2000 | 5210 | 7,000 |
| 3/15/2000 | 127852 | 19,936 | 3/22/2000 | 5229 | 7,000 |
| 3/15/2000 | 127852 | 9,550 | 3/22/2000 | 5229 | 7,000 |
| 3/15/2000 | 127852 | 8,850 | 3/22/2000 | 5229 | 7,000 |
| 3/15/2000 | 127852 | 9,700 | 3/22/2000 | 5229 | 7,000 |
| 3/15/2000 | 127852 | 9,950 | 3/22/2000 | 5229 | 7,000 |
| 3/22/2000 | 127946 | 21,380 | 4/6/2000 | 5272 | 7,000 |
| 3/29/2000 | 128025 | 56,650 | 4/6/2000 | 5272 | 35,000 |



**CROWN THEATRES, L.P. v. MILTON L. DALY, et al.**    Exhibit H

own Payments to BB Construction with Identified Corresponding Payments to TLI

| Payments from Crown to BB Construction (Beacher) | | | Payments from BB Construction to TLI (Daly) | | |
|---|---|---|---|---|---|
| Check date | Check Number | Invoice Amount | Check Date | Check Number | Check Amount |
| 1/29/2000 | 128025 | 17.471 | 4/6/2000 | 5272 | 7.000 |
| 4/5/2000 | 128136 | 25.779 | 4/13/2000 | 5290 | 7.000 |
| 4/5/2000 | 128136 | 14.493 | 4/13/2000 | 5290 | 7.000 |
| 4/5/2000 | 128136 | 15.520 | 4/13/2000 | 5290 | 7.000 |
| 4/5/2000 | 128136 | 18.970 | 4/13/2000 | 5290 | 7.000 |
| 4/28/2000 | 128493 | 21.934 | 5/15/2000 | 5371 | 7.000 |
| 5/3/2000 | 128504 | 19.256 | 5/15/2000 | 5371 | 7.000 |
| 4/26/2000 | 128376 | 21.634 | 5/15/2000 | 5371 | 7.000 |
| 5/3/2000 | 128504 | 21.936 | 5/15/2000 | 5371 | 7.000 |
| 5/17/2000 | 128697 | 35.108 | 5/22/2000 | 5405 | 12.250 |
| 5/17/2000 | 128697 | 106.884 | 5/22/2000 | 5405 | 21.000 |
| 5/17/2000 | 128697 | 21.655 | 5/22/2000 | 5405 | 7.000 |
| 5/17/2000 | 128697 | 49.858 | 5/22/2000 | 5405 | 14.000 |
| 5/17/2000 | 128697 | 48.281 | 5/22/2000 | 5405 | 17.500 |
| 5/17/2000 | 128697 | 70.662 | 5/22/2000 | 5405 | 24.500 |
| 5/24/2000 | 128782 | 41.456 | 6/1/2000 | 5436 | 14.000 |
| 5/31/2000 | 128833 | 39.779 | 6/9/2000 | 5466 | 14.000 |
| 5/31/2000 | 128833 | 43.956 | 6/9/2000 | 5466 | 11.200 |
| 6/7/2000 | 128915 | 37.788 | 6/9/2000 | 5466 | 7.000 |
| 5/31/2000 | 128833 | 14.648 | 6/9/2000 | 5466 | 7.000 |
| 5/31/2000 | 128833 | 16.500 | 6/9/2000 | 5466 | 7.000 |
| 5/31/2000 | 128833 | 43.853 | 6/9/2000 | 5466 | 14.000 |
| 6/7/2000 | 128915 | 47.252 | 6/9/2000 | 5466 | 7.000 |
| 5/31/2000 | 128833 | 31.144 | 6/9/2000 | 5466 | 7.000 |
| 5/31/2000 | 128833 | 120.128 | 6/9/2000 | 5466 | 35.000 |
| 6/28/2000 | 129298 | 30.511 | 7/3/2000 | 5538 | 14.000 |
| 6/28/2000 | 129298 | 17.500 | 7/3/2000 | 5538 | 7.000 |
| 6/21/2000 | 129182 | 15.718 | 7/3/2000 | 5538 | 7.000 |
| 6/21/2000 | 129182 | 49.057 | 7/3/2000 | 5538 | 21.000 |
| 7/6/2000 | 129405 | 18.953 | 7/17/2000 | 5587 | 7.000 |
| 7/6/2000 | 129405 | 65.309 | 7/17/2000 | 5587 | 21.000 |
| Note 2 | | | 7/17/2000 | 5587 | 14.000 |
| | | 1,410,228 | | | 491,450  TOTAL for 2000 |

| TOTAL FOR ALL YEARS | 1,963,978 | | | 936,650 |
|---|---|---|---|---|

| Payments to TLI from B.B. Construction Above | 936,650 |
|---|---|
| Payments to TLI from G.U.S. | 302,000 |
| Payments to TLI from Beacher Entity (Exhibit E &F) | 2,972,550 |
| TOTAL Payments to TLI | 4,211,200 |

Note 1: $14,650 paid to Jamie / Kessler (does not foot by 300)

Note 2: These amounts are unable to be determined due to incomplete documentation.



# CROWN THEATRES, L.P. v. MILTON L. DALY, et al.    Exhibit I

## Billings to Crown Related to Work Performed on Daly's Residence

| Description of Work | Payments from BB Construction to Vendor | | |
| --- | --- | --- | --- |
| | Check Date | Check Number | Check Amount |
| Garage Shutters and Kick Plate | 4/29/1996 | 1685 | $ 2,937 |
| Stone walls and Stone Pillers | 5/29/1996 | 1717 | 3,032 |
| Concrete Wall with Slate Topping | 7/11/1996 | 1806 | 6,700 |
| Interior Painting | 3/27/1997 | 2453 | 3,000 |
| Interior Painting | 3/28/1997 | 2458 | 1,659 |
| Foyer - Painting | 5/7/1997 | 2526 | 580 |
| To Najame & Sons, Inc. | 5/28/1997 | 2580 | 500 |
| In-Ground Pool | 6/19/1997 | 2626 | 9,000 |
| Mancini Pool Decks, improvements | 7/15/1997 | 2689 | 5,794 |
| To Najame & Sons, Inc. | 7/24/1997 | 2695 | 4,985 |
| To Franklin Electric | 7/24/1997 | 2708 | 1,520 |
| Play Room | 8/1/1997 | 2729 | 776 |
| Additional Pool work | 8/7/1997 | 2735 | 4,250 |
| Window Replacement | 8/11/1997 | 2752 | 17,500  Note 1 |
| Electrical Work | 6/2/1998 | 3479 | 1,450 |
| Painting | 6/18/1999 | 4496 | 4,919 |
| To NE-SA Masonry | 7/30/1999 | 4616 | 13,000  Note 2 |
| | | | $ 81,601 |

Note 1: The $17,500 check from a Beacher entity to the vendor stated "Crown SoNo Regent" However, Beacher said this amount was an expense related to Daly's residence.

Note 2: The $13,000 payment to a vendor named "Ne-Sa" was related to a Crown 7/16/99 invoice for $30,920. However, it stated on the check that this was for Daly's residence.