# CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.

## Summary of Wrongfully Taken Funds

| | | |
|---|---:|---:|
| B.B. Construction Payments to Taylor/Leigh | $ 1,311,250 | |
| B.B. Construction Payments to Milt & Anne Daly | 193,800 | |
| Payments From Hewlett/Tiger/Marlin to Taylor/Leigh | 2,706,150 | |
| Subtotal of Payments to Milt and Anne Daly Accounts | | $ 4,211,200 |
| Payment from Tiger Bank Account to Beacher Dreyfus Account (Check No. 1004 dated 12/6/2000) | | 1,149,000 |
| Payment from Hewlett Bank Account to Beacher Dreyfus Account (Check No. 1020 dated 12/6/2000) | | 159,000 |
| Payments from Marlin for the Benefit of Mr. And Mrs. Beacher | | 636,416 |
| Payment From Hewlett (North Fork Bank) to North Fork Bank (Check No. 1002 dated 6/1/2000) | | 282,200 |
| Remaining Hewlett-Tiger-Marlin Bank Account Balances | | 1,377 |
| Amount Paid to BB Construction Via Hartford Transaction with Jamie Cella ( Check No. 98 dated 6/29/99) | | 185,000 |
| Unidentified Payments (no checks provided) | | 26,189 |
| Improper Mark-Ups on Change Orders by B.B. Construction | | 324,679 |
| **Total** | | $ 6,975,061 |

# CROWN THEATRES, L.P. v MILTON L. DALY ET AL.

## B.B. Construction Payments to Taylor/Leigh
### Citibank Acct. No. 44337131

| Date | Check No. | Check Amount | |
|---|---|---|---|
| 6/25/99 | 4517 | $ 225,000 | Through Cella |
| 8/5/99 | 4630 | 77,000 | Through Cella |
| 7/22/97 | 2683 | 3,500 | |
| 4/1/99 | 4276 | 55,000 | |
| 4/27/99 | 4348 | 10,000 | |
| 5/10/99 | 4385 | 5,000 | |
| 5/20/99 | 4416 | 10,000 | |
| 7/2/99 | 4541 | 5,000 | |
| 7/22/99 | 4582 | 33,200 | |
| 8/23/99 | 4671 | 5,000 | |
| 9/1/99 | 4699 | 24,500 | |
| 9/22/99 | 4747 | 21,000 | |
| 9/30/99 | 4772 | 7,000 | |
| 10/6/99 | 4787 | 14,000 | |
| 10/18/99 | 4823 | 5,000 | |
| 11/18/99 | 4890 | 32,200 | |
| 12/8/99 | 4953 | 21,000 | |
| 1/4/00 | 5026 | 12,000 | |
| 1/13/00 | 5049 | 17,500 | |
| 2/1/00 | 5083 | 4,500 | |
| 3/13/00 | 5210 | 7,000 | |
| 3/22/00 | 5229 | 35,000 | |
| 4/6/00 | 5272 | 49,000 | |
| 4/13/00 | 5290 | 28,000 | |
| 4/15/00 | 5371 | 28,000 | |
| 5/17/00 | 5377 | 55,000 | |
| 5/22/00 | 5405 | 96,250 | |
| 6/1/00 | 5436 | 14,000 | |
| 6/9/00 | 5466 | 109,200 | |
| 6/15/00 | 5485 | 211,400 | |
| 7/3/00 | 5538 | 49,000 | |
| 7/17/00 | 5587 | 42,000 | |
| **Subtotal** | | **$ 1,311,250** | |

# CROWN THEATRES, L.P. v MILTON L. DALY ET AL.

## B.B. Construction Payments to Milt and Anne Daly
### Citibank Account No. 42543329

| Date | Check No. | Check Amount |
|------|-----------|-------------|
| 10/7/96 | 1988 | 4,000 |
| 12/5/96 | 2126 | 5,000 |
| 9/23/97 | 2843 | 7,500 |
| 2/24/98 | 3244 | 27,300 |
| 3/5/98 | 3263 | 36,500 |
| 3/16/98 | 3291 | 19,750 |
| 3/30/98 | 3326 | 16,450 |
| 8/4/98 | 3653 | 25,000 |
| 9/15/98 | 3759 | 5,000 |
| 10/19/98 | 3848 | 5,000 |
| 11/5/98 | 3894 | 10,000 |
| 11/23/98 | 3936 | 10,000 |
| 12/21/98 | 4012 | 5,000 |
| 1/14/99 | 4077 | 11,200 |
| 2/2/99 | 4133 | 1,600 |
| 3/1/99 | 4201 | 4,500 |
| Subtotal | | $ 193,800 |

# CROWN THEATRES, L.P. v MILTON L. DALY ET AL.

## Hewlett, Tiger and Marlin Payments to
## Taylor/Leigh Citibank Acct. No. 44337131

| Date | Check No. | Check Amount | |
|---|---|---|---|
| 11/18/99 | 1021 | 126,000 | Hewlett |
| 10/18/99 | 1011 | 171,500 | Hewlett |
| 4/13/00 | 91 | 107,800 | Hewlett |
| 4/28/00 | 1001 | 126,000 | Marlin |
| 8/16/00 | 1015 | 216,650 | Marlin |
| 1/20/00 | 1043 | 112,000 | Marlin |
| 2/15/00 | 1050 | 189,000 | Marlin |
| 3/28/00 | 1064 | 154,000 | Marlin |
| 4/28/00 | 1074 | 183,400 | Marlin |
| 5/17/00 | 1081 | 230,600 | Marlin |
| 6/21/00 | 1096 | 144,900 | Marlin |
| 7/17/00 | 1151 | 269,500 | Marlin |
| 8/2/00 | 1160 | 35,000 | Marlin |
| 8/16/00 | 1169 | 49,000 | Marlin |
| 8/29/00 | 1177 | 42,000 | Marlin |
| 9/7/00 | 1182 | 7,000 | Marlin |
| 9/22/00 | 1193 | 21,000 | Marlin |
| 5/7/01 | 1306 | 7,000 | Tiger |
| 5/29/01 | 1318 | 7,000 | Tiger |
| 5/17/00 | 87 | 189,000 | Tiger |
| 8/16/00 | 1001 | 282,800 | |
| 9/27/00 | 1002 | 35,000 | |

Subtotal     $ 2,706,150

**CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.**

**Payments From Marlin for the Benefit of Mr. And Mrs. Beacher**

| Posting Date | Type of Transaction | Check Payee | Check Number | Check Date | Check Amount | Estimated Personal Amount | |
|---|---|---|---|---|---|---|---|
| 5/3/2000 | Check | A&M Designs | 1071 | 4/28/00 | 4,800 | 4,800 | |
| 10/19/1999 | Check | AIA Atlantic Moving and Storage | 1007 | 10/14/99 | 792 | 792 | |
| 10/22/1999 | Check | Alfirst Auto Leasing | 1012 | 10/21/99 | 27,196 | 27,196 | |
| 10/31/2000 | Check | Allstate | 1205 | 10/18/00 | 1,093 | 1,093 | |
| 12/1/2000 | Check | Allstate | 1234 | 11/28/00 | 500 | 500 | |
| 4/30/2001 | Check | Allstate | 1299 | 4/26/01 | 1,098 | 1,098 | |
| 5/3/2000 | Check | Allstate Insurance | 1108 | 4/28/00 | 529 | 529 | |
| 1/14/2000 | Check | Allstate | 1036 | 1/7/00 | 500 | 500 | |
| 9/29/2000 | Check | Altfest Auto Leasing | 1195 | 9/27/00 | 36,491 | 36,491 | |
| 10/5/2000 | Check | Altfest Auto Leasing | 1198 | 10/3/00 | 1,132 | 1,132 | |
| 10/18/1999 | Check | American Express | 1005 | 10/12/99 | 3,511 | 1,755 | Note I |
| 12/6/1999 | Check | American Express | 1023 | 11/21/99 | 770 | 385 | Note I |
| 10/16/2000 | Check | American Express | 1202 | 10/13/00 | 949 | 474 | Note I |
| 11/20/2000 | Check | American Express | 1226 | 11/15/00 | 4,236 | 2,118 | Note I |
| 12/22/2000 | Check | American Express | 1245 | 12/18/00 | 3,398 | 1,699 | Note I |
| 2/20/2001 | Check | American Express | 1270 | 2/13/01 | 5,726 | 2,863 | Note I |
| 3/26/2001 | Check | American Express | 1284 | 3/19/01 | 2,080 | 1,040 | Note I |
| 4/19/2001 | Check | American Express | 1294 | 4/11/01 | 1,352 | 676 | Note I |
| 5/14/2001 | Check | American Express | 1307 | 5/11/01 | 1,616 | 808 | Note I |
| 7/13/2001 | Check | American Express | 1330 | 7/9/01 | 1,532 | 766 | Note I |
| 8/30/2001 | Check | American Express | 1352 | 8/22/01 | 628 | 314 | Note I |
| 9/18/2001 | Check | American Express | 1355 | 9/10/01 | 514 | 257 | Note I |
| 4/6/2001 | Check | B Beacher (Brenda account) | 1291 | 4/5/01 | 15,000 | 15,000 | |
| 1/31/2001 | Check | B. Beacher | 1262 | 1/25/01 | 7,000 | 7,000 | |
| 12/15/1999 | Check | Ballenisles Community Association | 1028 | 12/7/99 | 1,265 | 1,265 | |
| 12/20/1999 | Check | Ballenisles Community Association | 1030 | 12/14/99 | 1,171 | 1,171 | |
| 3/17/2000 | Check | Ballenisles Community Association | 1058 | 3/10/00 | 1,265 | 1,265 | |
| 6/13/2000 | Check | Ballenisles Community Association | 1090 | 6/9/00 | 1,298 | 1,298 | |
| 9/18/2000 | Check | Ballenisles Community Association | 1186 | 9/12/00 | 1,326 | 1,326 | |
| 12/12/2000 | Check | Ballenisles Community Association | 1237 | 12/6/00 | 1,298 | 1,298 | |
| 3/20/2001 | Check | Ballenisles Community Association | 1280 | 3/13/01 | 1,298 | 1,298 | |
| 6/19/2001 | Check | Ballenisles Community Association | 1322 | 6/13/01 | 1,226 | 1,226 | |
| 1/18/2000 | Check | Ballenisles Country Club | 1038 | 1/11/00 | 2,769 | 2,769 | |
| 2/15/2000 | Check | Ballenisles Country Club | 1047 | 2/2/00 | 1,981 | 1,981 | |
| 3/17/2000 | Check | Ballenisles Country Club | 1120 | 3/10/00 | 2,486 | 2,486 | |
| 4/18/2000 | Check | Ballenisles Country Club | 1068 | 4/10/00 | 1,307 | 1,307 | |
| 5/19/2000 | Check | Ballenisles Country Club | 1078 | 5/12/00 | 2,386 | 2,386 | |
| 6/21/2000 | Check | Ballenisles Country Club | 1091 | 6/15/00 | 939 | 939 | |
| 7/19/2000 | Check | Ballenisles Country Club | 1102 | 7/10/00 | 703 | 703 | |
| 8/14/2000 | Check | Ballenisles Country Club | 1165 | 8/9/00 | 1,389 | 1,389 | |
| 9/18/2000 | Check | Ballenisles Country Club | 1187 | 9/12/00 | 759 | 759 | |
| 10/17/2000 | Check | Ballenisles Country Club | 1201 | 10/10/00 | 6,012 | 6,012 | |
| 11/21/2000 | Check | Ballenisles Country Club | 1223 | 11/12/00 | 1,829 | 1,829 | |
| 12/19/2000 | Check | Ballenisles Country Club | 1243 | 12/10/00 | 2,384 | 2,384 | |
| 1/23/2001 | Check | Ballenisles Country Club | 1258 | 1/15/01 | 1,676 | 1,676 | |
| 2/22/2001 | Check | Ballenisles Country Club | 1269 | 2/12/01 | 2,023 | 2,023 | |
| 3/21/2001 | Check | Ballenisles Country Club | 1281 | 3/14/01 | 1,523 | 1,523 | |
| 4/18/2001 | Check | Ballenisles Country Club | 1293 | 4/10/01 | 2,045 | 2,045 | |

**CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.**

**Payments From Marlin for the Benefit of Mr. And Mrs. Beacher**

| Posting Date | Type of Transaction | Check Payee | Check Number | Check Date | Check Amount | Estimated Personal Amount | |
|---|---|---|---|---|---|---|---|
| 5/15/2001 | Check | Ballenisles Country Club | 1308 | 5/11/01 | 1,654 | 1,654 | |
| 6/19/2001 | Check | Ballenisles Country Club | 1323 | 6/13/01 | 963 | 963 | |
| 7/17/2001 | Check | Ballenisles Country Club | 1334 | 7/9/01 | 914 | 914 | |
| 8/15/2001 | Check | Ballenisles Country Club | 1347 | 8/8/01 | 889 | 889 | |
| 9/18/2001 | Check | Ballenisles Country Club | 1356 | 9/10/01 | 918 | 918 | |
| 1/20/2000 | Check | Ballenisles Services | 1037 | 1/11/00 | 530 | 530 | |
| 4/18/2000 | Check | Ballenisles Services | 1067 | 4/10/00 | 1,008 | 1,008 | |
| 6/13/2000 | Check | Ballenisles Services | 1089 | 6/9/00 | 508 | 508 | |
| 11/17/1999 | Check | Ballenisles Country Club | 1018 | 11/10/99 | 787 | 787 | |
| 12/14/1999 | Check | Bell South | 1027 | 12/8/99 | 265 | 265 | |
| 4/25/2000 | Check | Brenda Beacher | 1107 | 4/24/00 | 90,000 | 90,000 | |
| 6/12/2000 | Check | Brenda Beacher | 1088 | 6/9/00 | 15,000 | 15,000 | |
| 9/12/2000 | Check | Brenda Beacher | 1185 | 9/11/00 | 35,000 | 35,000 | |
| 10/16/2000 | Check | Brenda Beacher | 1204 | 10/13/00 | 8,700 | 8,700 | |
| 10/23/2000 | Check | Brenda Beacher | 1212 | 10/18/00 | 4,500 | 4,500 | |
| 11/10/2000 | Check | Brenda Beacher | 1222 | 11/8/00 | 8,200 | 8,200 | |
| 12/1/2000 | Check | Brenda Beacher ( payee Paul Morgan) | 1233 | 11/27/00 | 2,900 | 2,900 | |
| 6/12/2000 | Check | Brenda Beacher (payee James Thomas Martino) | 1087 | 6/9/00 | 8,500 | 8,500 | |
| 10/4/2000 | Check | Brenda Beacher (payee James Thomas Martino) | 1197 | 10/3/00 | 9,000 | 9,000 | |
| 10/23/2000 | Check | Brenda Beacher (payee James Thomas Martino) | 1211 | 10/18/00 | 8,500 | 8,500 | |
| 9/5/2000 | Check | Brenda Beacher (Steven Feller payee) | 1178 | 8/31/00 | 15,500 | 15,500 | |
| 12/20/2000 | Check | BRINC Partners | 1239 | 12/10/00 | 50,000 | 50,000 | |
| 1/19/2000 | Check | Capital Lighting | 1139 | 1/14/00 | 1,178 | 1,178 | |
| 1/18/2000 | Check | Carl's Furniture | 1140 | 1/14/00 | 601 | 601 | |
| 11/22/1999 | Check | Carl's Patio Inc | 1137 | 11/17/99 | 3,446 | 3,446 | |
| 8/24/2000 | Check | Clareton National Insurance Co | 1173 | 8/18/00 | 2,812 | 2,812 | |
| 4/12/2000 | Check | Collins Studios | 1105 | 4/7/00 | 10,850 | 10,850 | |
| 10/6/2000 | Check | Curtis Cupp | 1199 | 10/3/00 | 5,000 | 5,000 | |
| 3/14/2001 | Check | Deutsch Marin And Co | 1275 | 3/9/01 | 1,770 | 1,770 | |
| 2/22/2000 | Check | Deutsch, Marin & Co | 1049 | 2/10/00 | 1,195 | 1,195 | |
| 11/2/1999 | Check | Dial A Brand | 1131 | 11/28/99 | 5,110 | 5,110 | |
| 11/27/2000 | Check | Edwin Watts Golf | 1231 | 11/20/00 | 1,596 | 1,596 | |
| 11/23/1999 | Check | Florida Chrysler Plymouth | 1020 | 11/11/99 | 1,820 | 1,820 | |
| 10/28/1999 | Check | Gary Dytrych and Ryan PA Escrow Account | 1010 | 10/15/99 | 25,000 | 25,000 | |
| 11/17/1999 | Check | Gary Dytrych and Ryan PA Escrow Account | 1019 | 11/12/99 | 35,000 | 35,000 | |
| 9/29/1999 | Check | Greenberg | 1004 | 9/27/99 | 20,000 | 20,000 | |
| 8/15/2000 | Check | Kravit | 1168 | 8/11/00 | 31,000 | 31,000 | |
| 3/28/2000 | Check | Laz Boy Furniture Galleries | 1103 | 3/20/00 | 500 | 500 | |
| 10/19/1999 | Check | Markler & Monchick | 1009 | 10/14/99 | 2,655 | 2,655 | |
| 11/26/1999 | Check | MBNA America | 1022 | 11/21/99 | 786 | 393 | Note 1 |
| 1/19/2000 | Check | MBNA America | 1039 | 1/13/00 | 1,079 | 540 | Note 1 |
| 9/5/2000 | Check | Meyers Turf Inc. | 1109 | 9/2/00 | 799 | 799 | |
| 9/17/1999 | Check | Narkler & Monchick Trust Account | 1002 | 9/13/99 | 35,000 | 35,000 | |
| 10/16/2000 | Check | Robert and Brenda Beacher (payee Paul Morgan) | 1203 | 10/13/00 | 11,000 | 11,000 | |
| 4/10/2000 | Check | Robert Riggs Jr | 1062 | 3/22/00 | 3,000 | 3,000 | |
| 11/28/2000 | Check | Service America Network | 1232 | 11/22/00 | 1,133 | 1,133 | |
| 9/25/2000 | Check | Sherlock's Antique Lighting | 1190 | 9/18/00 | 2,700 | 2,700 | |
| 9/19/2001 | Check | Tower Hill Insurance Group | 1360 | 9/10/01 | 1,474 | 1,474 | |
| 6/19/2001 | Check | Trust account leiby talor sterns | 1324 | 6/3/01 | 7,000 | 7,000 | |

**CROWN THEATRES, L.P.  v. MILTON L. DALY, et al.**

**Payments From Marlin for the Benefit of Mr. And Mrs. Beacher**

| Posting Date | Type of Transaction | Check Payee | Check Number | Check Date | Check Amount | Estimated Personal Amount | |
|---|---|---|---|---|---|---|---|
| 1/2/2001 | Check | Universal Card | 1250 | 12/21/00 | 1,073 | 537 | Note 1 |
| 2/29/2000 | Check | Wentworth Gallery | 1118 | 4/24/00 | 11,660 | 11,660 | |
| 1/28/2000 | Check | Wyland Galleries | 1145 | 1/23/00 | 10,767 | 10,767 | |

|  |  |
|---|---|
| Subtotal | $ 666,042   $ 651,416 |
| Less Deposit to Marlin Account From Third PartyChampion | (15,000) |
| Total Net of Third Party Deposit | $ 636,416 |

Note 1 - 50% of credit card expenditures are estimated to be personal costs.