UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
CROWN THEATRES, L.P.,                    Case No. 3:02 CV 2272 (AVC)

                       Plaintiff,

   -against-

MILTON L. DALY, TAYLOR-LEIGH, INC.,
ANNE E. DALY, JAMES C. CELLA, G.U.S.
DEVELOPMENT, INC., JAMES T. MARTINO,
JAMES THOMAS MARTINO ARCHITECT,
P.C. and RCD HUDSON, LLC,

                       Defendants.
-------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                       Third-Party Plaintiffs,

   - against –

B.B. CONSTRUCTION CONSULTANTS,       April 26, 2004
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

                       Third-Party Defendants.
-------------------------------------------------------------X

## LOCAL RULE 56(a)(1) STATEMENT

       In support of the Martino Defendants Motion for Summary Judgment as to Counts VIII (breach of contract) and IX (professional negligence) of the Second Amended Complaint, the Martino Defendants set forth the following material facts as to which the Martino Defendants contends there is no genuine issue to be tried:

       1.     Plaintiff Crown Theatres, L.P. ("Crown") is an Illinois limited partnership with its principal place of business located at 64 North Main Street, Norwalk,

Connecticut 06854 and with offices in New York, New York. See Plaintiff's Second Amended Complaint at ¶ 6.

2. Crown owns, manages and operates several movie theatres including but not limited to (i) Trumbull, Connecticut; (ii) Hartford, Connecticut; (iii) Hialeah (Miami Lakes), Florida; (iv) Jupiter, Florida; (v) Skokie, Illinois; and (vi) Annapolis, Maryland. See Plaintiff's Second Amended Complaint at ¶ 7.

3. Defendant Milton Daly ("Daly") was the former Chief Operating Officer ("COO") for Crown from 1996 to 2001. See Daly's Deposition Transcript, dated August 5, 2003 at pp. 19-20.

4. Crown began a process of expanding its theatre operations on or about 1995 by improving new and existing theatres ("expansion program"). See Plaintiff's Second Amended Complaint at ¶ 2.

5. Crown retained the services of Robert Beacher ("Beacher") of B.B. Construction Consultants, Ltd. ("B.B. Construction") as Crown's construction consultant, on-site representative and owner's representative in connection with Crown's expansion program. See Plaintiff's Second Amended Complaint at ¶ 3.

6. According to Crown, Daly, as COO and most senior executive of Crown, was responsible for, without limitation, oversight of all operations, finance, human resources, legal and corporate administration functions. See Plaintiff's Second Amended Complaint at ¶ 37.

7. Daly was also responsible for managing and overseeing Crown's construction projects, including its renovation and expansion programs, for approving all invoices for payment from Crown to third parties relating to the construction activities,

and for approving and signing all checks made payable to third parties by Crown if the amount of the check exceeded $5,000. See Plaintiff's Second Amended Complaint at ¶ 37.

8. Beginning on or about October 1996 and continuing until May 2001, Daly and Beacher engaged in a pattern of racketeering activities to defraud Crown by preparing and submitting fictitious Application and Certification For Payment on behalf of phony construction companies for construction work that was not performed and inflating invoices for work actually performed. See Plaintiff's Second Amended Complaint at ¶ 3 and ¶¶ 45-57 and Robert Beacher's Deposition Transcript, dated February 25, 2004 at pp. 11-13.

9. In connection with Daly's alleged activities, Crown commenced the within action against Daly, Taylor-Leigh, Inc., James C. Cella, G.U.S. Development, Inc. and RCD Hudson for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1961 et seq., as well as fraud, conversion, civil conspiracy, statutory theft under Conn. Gen. Stat. § 52-564, and violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. See Plaintiff's Second Amended Complaint.

10. James Thomas Martino Architects, P.C. (the "Martino Firm"), a New York professional corporation with its principal place of business at 14 Vanderventer Avenue, Port Washington, New York 11050, was retained by Crown to perform certain limited architectural services in connection with the expansion program. See James T. Martino's Deposition Transcript, dated January 15, 2004 at pp. 4 and 86-87.

11. James T. Martino ("Martino"), a licensed architect in the States of New York and other states, and is the principal of James Thomas Martino Architects, P.C. <u>See</u> James T. Martino's Deposition Transcript, dated January 15, 2004 at pp. 6-7.

12. Crown has also asserted Counts VIII and IX against Martino and the Martino Firm sounding in breach of contract and professional negligence. <u>See</u> Plaintiff's Second Amended Complaint.

13. The payment applications at issue in this litigation are set forth in Crown's Responses to Interrogatories and Request for Production as Exhibit 1. <u>See</u> Crown's Responses to Interrogatories and Request for Production.

        RESPECTFULLY SUBMITTED,

        DEFENDANTS/THIRD-PARTY PLAINTIFFS JAMES T. MARTINO and JAMES THOMAS MARTINO ARCHITECTS, P.C.

        By: _____
        Mark Seiden (ct 24637)
        Marisa Lanza (ct 24554)
        MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
        3 Barker Avenue, 6th Floor
        White Plains, New York 10604
        (914) 681-8700
        (914) 681-8709 (fax)
        mseiden@milbermakris.com
        mlanza@milbermakris.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and I a copy of the foregoing documents: **Local Rule 56(a)(1) Statement** was served by first class mail, postage prepaid, on all counsel of record in this action on the 26th day of April 2004, upon:

Craig C. Martin, Esq.
Lawrence S. Schaner, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

H. James Pickerstein, Esq.
Jodi Zils Gagne, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Robert M. Frost
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601

*Marisa Lanza*
Marisa Lanza