UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
CROWN THEATRES, L.P.,                          Case No.  3:02 CV 2272 (AVC)

                Plaintiff,

  -against-

MILTON L. DALY, TAYLOR-LEIGH, INC.
ANNE E. DALY, JAMES C. CELLA, G.U.S.
DEVELOPMENT, INC., JAMES T. MARTINO,
JAMES THOMAS MARTINO ARCHITECT,
P.C. and RCD HUDSON, LLC,

                Defendants.
-------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO ARCHITECT, P.C.

                Third-Party Plaintiffs,

  - against –

B.B. CONSTRUCTION CONSULTANTS,              April 26, 2004
LTD., DAVID CLIFFORD, and GLENN
GARFINKEL,

                Third-Party Defendants.
-------------------------------------------------------------X

## CERTIFICATION IN SUPPORT

    I, Mark Seiden, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a member of the law firm Milber Makris Plousadis & Seiden LLP, attorneys for Defendants/Third-Party Plaintiff James T. Martino and James Thomas Martino Architect, P.C. (collectively the "Martino Defendants") in the above-captioned matter.

2.      This certification is submitted in support of the Martino Defendants' motion for summary judgment in regards to Counts VIII and IX of the Plaintiff's Second Amended Complaint.

3.      This is an action commenced by Plaintiff Crown Theatres, P.C. ("Crown") on or about December 20, 2002 seeking recovery of damages and other relief on various grounds.

4.      Subsequently to the filing of the within action, Crown filed an Amended Complaint on or about February 19, 2002 and a Second Amended Complaint on or about June 30, 2003. In the interest of brevity only a copy of Plaintiff's Second Amended Complaint is annexed hereto as Exhibit A.

5.      On or about August 27, 2003, the Martino Defendants served and filed its Answer to Plaintiff's Second Amended Complaint, which is annexed hereto as Exhibit B.

6.      Defendants Milton L. Daly, Taylor-Leigh, Inc. and Anne E. Daly, on or about September 3, 2003, served and filed its Answer to Plaintiff's Second Amended Complaint, which is annexed hereto as Exhibit C.

7.      Crown issued Responses to Interrogatories and Requests for Production to the Martino Defendants on May 2, 2003, which are annexed hereto as Exhibit D.

8.      On May 21, 2003, August 5, 2003 and August 6, 2003, Defendant Milton Daly was deposed in connection with this pending litigation. Annexed hereto as Exhibit E and F is a copy of Milton Daly's deposition transcript taken on May 21, 2003 and August 5, 2003, respectfully[1].

---

[1] In the interest of brevity only those pages from the various deposition transcripts cited by the Martino Defendants' in their Memorandum of Law and Local Rule 56(a)(1) Statement are annexed hereto as their respective exhibits.

9.  James T. Martino was deposed on January 15, 2004 and February 10, 2004. Annexed hereto as Exhibit G and H is a copy of Martino's deposition transcript taken on January 15, 2004 and February 10, 2004, respectfully.

10. Robert Beacher non-party deposition was taken on February 25 and 26, 2004. Annexed hereto as Exhibit I is a copy of Beacher's deposition transcript, dated February 25, 2004.

11. David Clifford, Crown's former executive vice president and chief financial officer of Crown deposition was taken on March 12, 2004. Annexed hereto as Exhibit J is a copy of Clifford's deposition transcript of March 12, 2004.

RESPECTFULLY SUBMITTED,

DEFENDANTS/THIRD-PARTY
PLAINTIFFS JAMES T. MARTINO and
JAMES THOMAS MARTINO
ARCHITECTS, P.C.

By: _____
Mark Seiden (ct 24637)
Marisa Lanza (ct 24554)
MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10604
(914) 681-8700
(914) 681-8709 (fax)
mseiden@milbermakris.com
mlanza@milbermakris.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and I a copy of the foregoing documents: **The Certification in Support by Mark Seiden, Esq.** was served by first class mail, postage prepaid, on all counsel of record in this action on the 26th day of April 2004, upon:

Craig C. Martin, Esq.
Lawrence S. Schaner, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

H. James Pickerstein, Esq.
Jodi Zils Gagne, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Robert M. Frost
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601

_____
Marisa Lanza