UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | MAY 19, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres an additional day, to and including May 20, 2004, to respond to the motion of defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino") for summary judgment in regards to Counts VIII and IX of Crown Theatres' Second Amended Complaint. Counsel for Martino has no objection. In addition, Crown Theatres and Martino request this Court extend the time for Martino to file its response to Crown Theatres' Motion for Partial Summary Judgment and its Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims from May 21, 2004 to and including May 24, 2004. In support of this motion, Crown Theatres states as follows:

1. On April 26, 2004, Martino filed a Motion for Summary Judgment against Crown Theatres. The motion was served by U.S. mail.

2. Counsel for Crown Theatres in Chicago did not receive the electronic mail from this Court that designated the response due date to be May 19, 2004. Local Rule 7(a)(1) provides that parties have 21 days in which to file briefs opposing motions. Applying Rule 6 of the Federal Rules of Civil Procedure, Counsel calculated the due date for Crown Theatres' opposition brief to be 21 days past the date of filing, April 26, 2004, plus 3 days for mailing. Thus, Counsel believed – and has been operating under the assumption – that the deadline for its clients' response was May 20, 2004.

3. Crown Theatres is in the process of drafting its response and needs until May 20, 2004 in which to do so.

4. Counsel for Crown Theatres, Matthew H. Rice, has conferred with counsel for Martino, Marisa Lanza. Counsel for Martino does not oppose this motion for an extension of time.

5. The parties have further agreed that Martino should be allowed until May 24, 2004, to file its responses to Crown Theatres' Motion for Partial Summary Judgment and its Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims.

6. This is the first motion for extension of time filed by Crown Theatres with respect to this Court's deadline for filing a response to Martino's Motion for Summary Judgment.

WHEREFORE, Plaintiff Crown Theatres, L.P. respectfully requests that this Court enter an order allowing (1) Crown Theatres until May 20, 2004, to respond to defendants James T. Martino and James Thomas Martino, Architect P.C.'s Motion for Summary Judgment; and (2) Martino until May 24, 2004, to respond to Crown Theaters' Motion for Partial Summary

Judgment and Crown Theatres' Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims.

          Respectfully submitted,

          CROWN THEATRES, L.P.

By: _____
          H. James Pickerstein (Bar No. Ct 05094)
          Jodi Zils Gagné (Bar No. Ct 24376)
          PEPE & HAZARD, LLP
          30 Jelliff Lane
          Southport, CT  06490
          (203) 319-4000
          (203) 259-0251 (fax)
          hpickerstein@pepehazard.com
          jgagne@pepehazard.com

          and

          Craig C. Martin (Bar No. Ct 12198)
          Lawrence S. Schaner (Bar No. Ct 24756)
          JENNER & BLOCK LLP
          One IBM Plaza
          Chicago, IL  60611
          (312) 222-9350
          312) 840-7776 (fax)
          cmartin@jenner.com
          lschaner@jenner.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Plaintiff Crown Theatres' Motion for Extension of Time** by facsimile and by mailing a copy of the same by United States Mail, postage prepaid, to the following:

> Kerry M. Wisser
> Weinstein & Wisser, P.C.
> 29 South Main Street
> Suite 207
> West Hartford, CT 06107
>
> Mark Seiden
> Marisa Lanza
> Milber, Makris, Plousadis & Seiden, L.L.P.
> 3 Barker Avenue
> Sixth Floor
> White Plains, NY 10601
>
> Robert M. Frost
> Zeldes, Needle & Cooper, P.C.
> 1000 Lafayette Blvd.
> P.O. Box 1740
> Bridgeport, CT 06601

_____
Jodi Zils Gagné

Dated: May 19, 2004