UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON L. DALY, TAYLOR-LEIGH, )<br>INC., ANNE E. DALY, JAMES C. )<br>CELLA, G.U.S. DEVELOPMENT, INC., )<br>JAMES T. MARTINO, JAMES THOMAS )<br>MARTINO, ARCHITECT, P.C., and RCD )<br>HUDSON, LLC, )<br>)<br>Defendants. ) | Case No. 3:02CV2272AVC<br>Judge Alfred V. Covello |

### DECLARATION OF SUZY HERRERA

I, Suzy Herrera, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have worked in Crown Theatres' accounts payable department since April 1996. For the past two years, I have had the title of Accounts Payable Supervisor. Prior to that time, I did not have a formal title as I was the only employee in the accounts payable department. From the time that I began working at Crown Theatres to the present, I have reported directly to Crown Theatres' Controller, Cathy Nonnenmacher.

2. My responsibilities have remained more or less the same throughout my tenure at Crown Theatres. They have included and continue to include: receiving invoices from vendors and theatre managers' getting approval for payment of the invoices from the relevant managers or officers; keying the invoices into Crown Theatres' accounts payable system; preparing checks for signature; and sending checks to vendors once they had been signed.

-2-

3. During Crown Theatres' theatre expansion and renovation program, all construction payment applications came to me to be processed for payment in the same manner as other invoices. These applications for payment were generally given to me by Milton Daly, Crown Theatres' former Chief Operating Officer. It was Crown Theatres' practice to cut checks to each individual subcontractor in addition to the general contractor, and I was responsible for entering each contractor's application for payment into Crown Theatres' accounts payable system and drawing the checks.

4. Prior to drawing a check to a contractor, I checked to make sure that the payment application had received the necessary approvals. In particular, I checked to see that the application had been approved by: Jim Martino, Crown Theatres' architect; Bob Beacher, Crown Theatres' construction consultant; and Milton Daly, Crown Theatres' Chief Operating Officer.

5. Each of these approvals was required for the processing of payments. If one of the required approvals was not present, the payment should not have been processed, and I would not knowingly have allowed it to be processed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2004.

_____
Suzy Herrera