# AI .ICATION AND CERTIFICATE FOR PAYME    AIA DOCUMENT G702 (Instructions on reverse side)    PAGE ONE OF    pages

TO OWNER:

PROJECT:

APPLICATION NO:    Distribution to:

☐ OWNER

PERIOD TO:    ☐ ARCHITECT

PROJECT NOS:    ☐ CONTRACTOR

FROM CONTRACTOR:    VIA ARCHITECT:    CONTRACT DATE:    ☐

☐

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ....................    $

2. Net change by Change Orders ..................    $

3. CONTRACT SUM TO DATE (Line 1 ± 2) .........    $

4. TOTAL COMPLETED & STORED TO DATE ......    $
   (Column G on G703)

5. RETAINAGE:
   a. _____ % of Completed Work
      (Columns D + E on G703)    $
   b. _____ % of Stored Material
      (Column F on G703)    $
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703) ................    $

6. TOTAL EARNED LESS RETAINAGE ..........    $
   (Line 4 less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)    $

8. CURRENT PAYMENT DUE ...................    $

9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)    $

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: _____

State of:
County of:
Subscribed and sworn to before
me this _____ day of _____
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ..........................    $
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____    Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 • WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G702-1992

SAMPLE

This standard document is NOT a model form. Its inclusion in the Architect's Handbook of Professional Practice, 12th Edition, does not constitute a grant of any implied or express license nor its use to copy or reproduce it in any way, nor does its use constitute a grant of any implied or express license. Readers seeking information on licensed reproduction should see the instructions in licensed reproduction.