UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272 (AVC) |
| ) | Jury Trial Demanded |
| MILTON L. DALY, ANNE E. DALY, ) | |
| TAYLOR-LEIGH, INC., JAMES C. ) | May 20, 2004 |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DANIEL M. CROWN

I, Daniel M. Crown, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the Chief Executive Officer of Crown Theatres, LP. I have served in this capacity since Crown Theatres was established in 1991. As the Chief Executive Officer of Crown Theatres, I have overall responsibility for all aspects of the business. All of our personnel ultimately report to me, either directly or through others in our organization.

2. I am familiar with the practices, policies, and procedures used by our accounts payable department at present, as well as those which have been used in the past. There are required approvals for the processing of all bills that are paid by Crown Theatres. In the case of construction work during the 1996 to 2001 time frame, three signatures were required for the approval of applications for payment: our architect, Jim Martino; our owners' representative, Bob Beacher; and Milt Daly, our former chief operating officer. If all three signatures were not on a payment application, the accounts payable department was not to issue a check or otherwise process it for payment.

3.  I am also familiar with the opening dates of the theatres constructed during Crown Theatres' expansion and renovation program. The Majestic, located in Hartford, Connecticut, opened on or around October 27, 2000. The Marquis, located in Trumbull, Connecticut, opened on or around December 22, 1999. The Grand, located in Miami Lakes, Florida, opened on or around October 22, 2000.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 20th day of May, 2004.

_____
Daniel M. Crown

1084215