**Steffian Bradley Architects**  Boston • London

ARCHITECTS
sba
STEFFIAN BRADLEY

September 25, 2003

Lawrence S. Schaner, Esquire
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603

Architecture

Urban Design

RE:     Crown Theatres, LP v. Milton Daly, et al.
        SBA Project No. 707.000

Planning

Dear Attorney Schaner,

Interiors

Thank you for the opportunity to consult with you on the above referenced case. The following is a report
of my review of the materials, my observations and my opinions in the matter.

Lighting

- Materials Reviewed

    I have reviewed the materials that you have made available to me in the above mentioned case
    including the Second Amended Compliant, Answer to Second Amended Compliant by the defendants
    Milton Daly, Taylor-Leigh, Inc. and Anne Daly (Daly), and by the defendants James T. Martino and
    James Thomas Martino, Architects, P.C. (Martino), plus the January 22, 2003 Declaration of William
    L. Jennings, Principal and Managing Director of the Financial Services Group of Kroll Inc., Chicago
    Illinois. I have also spoken with William L. Jennings to discuss his Declaration and the interview he
    and a Mr. Michael Pace conducted with defendant Thomas Martino on July 11, 2001. I have also
    reviewed multiple copies of the Architects Certification for Payment for the following Crown Theatres
    Projects for which James Thomas Martino Architect P.C. was the Architect.

    | | |
    |---|---|
    | – The Grand, Miami FL | – Abacoa, Jupiter, FL |
    | – Annapolis Mall, Annapolis MD | – 18 Theatre Complex, Skokie, IL |
    | – Quarry Road, Trumbull, CT | – New Park Avenue, Hartford, CT |

Besides the Architects Certificates I have reviewed invoices for the Architects fees, hourly charges,
additional services, and reimbursable expenses for the Crown Theatres Projects in the following
locations:

| | |
|---|---|
| – Annapolis, MD | – Brooklyn, NY |
| – Miami, FL | – Manchester, CT |
| – Hartford, CT | – Tucson, AZ |
| – Skokie, IL | – Norwalk, CT |
| – Jupiter, FL | – Miami Lakes, FL |
| – Trumbull, CT | |

100 Summer Street
Boston, MA
02110 2106

T 617 305 7100
F 617 305 7199

www.steffian.com

ARCHITECTS

sba

I have also checked with the American Institute of Architects (AIA) and The National Council of Architectural Registration Boards (NCARB), to ascertain Mr. Martino's status with each organization. I have further studied the AIA Code of Ethics and Professional Conduct (current as of March 21, 1997) and the Rules of Conduct (2000- 2001) published by NCARB.

- Observations

In the Second Amended Compliant, **Paragraph 1.**, defendants James T. Martino (Martino) and James Thomas Martino, Architect, P.C. (the Martino firm) are charged with "breach of contract and professional negligence."

**Paragraph 3 states:** "Beginning as early as October 1996, and continuing through at least May 2001, Defendant Milton Daly engaged in a pattern of racketeering activity with Defendant Taylor-Leigh to defraud Crown Theatres by concocting phoney construction invoices for work which was not performed, and by overcharging for work actually performed, among other things. Defendant Martino, as architect on these projects, negligently signed or negligently permitted the signing of the Architect's Certificates on these fraudulent invoices. As a result, Crown Theatres lost in excess of $10,000,000."

PARTIES

**Paragraph 18 states:** "Defendant Martino firm is Martino's architectural Firm. It is a New York professional corporation, and its principal place of business is 14 Vanderventer Avenue, Number L1, Port Washington, New York 11050. Defendant Martino firm also worked as Crown Theatres architect in connection with the construction of Theatres in Connecticut, Florida, Illinois, Maryland, Minnesota, Nevada, and New York."

CROWN THEATRES RENOVATION PROGRAM

**Paragraph 44 states:** "Milton Daly retained Martino and the Martino firm as its architect to provide architectural drawings and construction supervision and inspection for each of Crown Theatres' new locations, among other things."

OVERVIEW OF THE RACKETEERING SCHEMES

**Paragraph 47 states:** "In most instances (other than invoices from B.B Construction), Martino attested that the work represented in the invoices had been completed by signing the Architect's Certificate. Crown Theatres relied upon Martino's attestation and was injured as a result."

RACKETEERING SCHEME 1: THE HARTFORD AND TRUMBULL PROJECTS

**Paragraph 64 states:** "Crown Theatres paid for work represented in the fraudulent invoices in reliance upon the Architect's Certificates, which certify that 'based on on-site observations and the data compromising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.'"





Paragraph 65 states: "In most instances (other than invoices from B.B. Construction), Martino attested that the work represented in the invoices had been completed by signing the Architect's Certificate, or in other instances, by allowing others to sign his name on the Architect's Certificate."

Similar allegations of wrongdoing by Martino and the other Defendants on other projects are made throughout the remainder of the Second Amended Complaint.

Answers to Second Amended Complaint by defendant James T. Martino (Martino) and Defendant Milton L. Daly (Daly), the former COO of Crown Theatres.

Paragraph 1 is denied by both Defendants Martino and Daly.

Paragraph 3 is denied by Defendant Martino however Defendant Daly states that portion of paragraph 3 that reads "Defendant Martino, as Architect on these projects, negligently signed or negligently permitted the signing of Architect's Certificates on these fraudulent invoices" is admitted.

In Paragraph 18 Martino admits that his firm is a professional corporation under the laws of the state of New York and the principal place of his business is at the address stated, however Martino denies the Martino firm "worked as Crown Theatres' Architect in connection with the construction of Theatres in Connecticut, Florida, Illinois, Maryland, Minnesota, Nevada and New York."

Daly answers that he has insufficient knowledge to admit to the status of and address of the Martino firm but he admits that the Martino firm "worked as Crown Theatres' Architect in Connecticut, Florida, Illinois, Maryland, Minnesota, Nevada and New York."

In reviewing invoices from the Martino firm to Crown Theatres for the period from 1997 through the year 2000 and Crown Theatres' checks made out to James Thomas Martino or James Thomas Martino Architect, P.C. one finds multiple Martino Invoices for services and expenses relating to Crown Theatres projects in the states of Connecticut, Florida, Illinois, Maryland, Minnesota and New York.

In Paragraph 44 Martino admits only that defendant James Thomas Martino Architects, P.C. was retained to provide architectural services for certain Crown Theatres' construction projects where Daly admits to the entire Paragraph 44.

Paragraph 47 is denied by Martino however it is admitted to by Daly except that portion that reads "(other than invoices from B.B. Construction)" which is denied.

Paragraph 64 is denied by Martino however it is admitted by defendant Daly with the exception of the word "fraudulent".

Paragraph 65 is denied by Martino however it is admitted to by Defendant Daly except for that portion that reads "other than invoices from B.B. Construction", which is denied.

In the Declaration of William L. Jennings of Kroll Inc., including attachments 1 and 2 and my telephone conversation of September 23, 2003 with Mr. Jennings I have learned that in the Jennings

**ARCHITECTS**

**sba**

interview of July 11, 2001 with James T. Martino, Mr. Martino admitted that he had signed the Architects Certificate for Payment many times on various Crown Theatres projects for which his firm had been Architect without making the required on-site observations to determine if the work is in accordance with the contract documents and the contractor is entitled to payment in the amount certified. Further Mr. Martino told Mr. Jennings that he allowed others to sign the Architect's Certificates for Payment including Robert L. Beacher of B.B. Construction Consultants, Ltd., who was engaged as construction consultant and on-site representative for Crown Theatres.

Mr. Jennings also informed me that Mr. Martino said that the "Construction Meetings" were held weekly with Mr. Daly and Mr. Beacher at the main offices of Crown Theatres in Connecticut not at specific construction sites around the country. Mr. Martino told Mr. Jennings that periodically at these construction meetings in Connecticut, Mr. Daly and Mr. Beacher would have Mr. Martino sign "a stack" of the Architect's Certificates for payment for various Crown Theatres Projects. Mr. Martino's signing of the Certificates was done with the knowledge of Mr. Daly and Mr. Beacher as well as Mr. Martino that Mr. Martino had not made on-site observations at the various construction sites to assure himself and ultimately his client Crown Theatres that the Applications and Certifications for Payment were true and proper.

- Opinions

Having reviewed the information contained in the Materials Reviewed section of this report and speaking with Mr. William L. Jennings of Kroll Inc. it is my opinion that Mr. James T. Martino knowingly perjured himself by falsely signing multiple copies of the Architects Certificate for Payment on various Crown Theatres projects for which Martino was the architect.

The Architect's Certificate for Payment states the following:

"In accordance with the Contract Documents, based on on-site observations and the data compromising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED."

By certifying the above statement James T. Martino knowingly committed an act of gross professional negligence and a dereliction of his duty to his client Crown Theatres.

In my opinion James T. Martino by signing the Architect's Certificate for Payment knowingly falsified the document by not performing on-site observations of the progress and quality of the work to inform himself that the Contractor is entitled to payment of the amount certified.

I further believe this act of false certification by James T. Martino violates the standard of care expected of an experienced professional practicing nationally on projects of similar scope and complexity as the Crown Theatres Projects for which James. T. Martino or James Thomas Martino Architects, P.C. acted as the Architects.



James T. Martino's false certifications also violate the Code of Ethics and Professional Conduct of the American Institute of Architects of which he is a member and the Rules of Conduct of the National Council of Architectural Registration Boards from which he has obtained certification for interstate reciprocal registration.

I reserve the right to supplement my opinions at a later date should I become aware of additional pertinent information in the Case.

I have been engaged by Jenner & Block, LLL; see Attachment A for details of that engagement.

I have been a practicing architect for nearly 40 years and I am registered in many states.  I am a Fellow of the American Institute of Architects and I hold an NCARB certificate, see Attachment B for details on my professional and practice experience.

In the last 10 years I have not authored any publications, which are relevant to this case.

In the last 4 years I have been an expert witness in several cases, however none have gone to trial or involved my deposition.


Respectfully Submitted,



Peter Steffian, FAIA, NCARB

Steffian Bradley Architects   Boston • London



17 September 2003
Lawrence S. Schaner, Esquire
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611-7603

Re:  Crown Theatres, L.P. v. Milton L. Daly et al
     SBA Project No. 707.000

Dear Mr. Schaner:

This letter is to confirm our agreement for services to be provided by Steffian Bradley Architects as expert witnesses in the case mentioned above.  First, we understand that we will be working for you as representative of Crown Theatres, L.P. We will be invoicing Jenner & Block monthly for our time on an hourly basis plus expenses at our standard rates for such representation.  Those rates are as follows:

For Principals, the fixed rate of Two Hundred and Forty Dollars ($240.00) per hour for general consulting, and Two Hundred and Eighty Dollars ($280.00) per hour for time in court, mediation, or arbitration as an expert witness or time being deposed.

For Associates, the fixed rate of One Hundred and Eighty Dollars ($180.00) per hour;

For Design and Technical Personnel which might become involved in such a project, 3.0 times their Direct Personnel Expenses (DPE) as defined in AIA Documents.

For Reimbursable Expenses such as travel, printing, copying, photography, messenger service, FAX or long-distance telephone calls and the like, the multiple of 1.15 times the net cost to SBA.  Reimbursable expenses will also include outside consultants to SBA such as code experts, if required and approved by you.

I will be the primary person at SBA providing services and will review the materials on the case that you have made available to me.

Thank you for selecting me for this assignment.  I am pleased to assist you and Crown Theatres in this matter.

Very sincerely yours,

Peter Steffian, FAIA, NCARB          Accepted:
Principal                            Lawrence S. Schaner

Architecture

Urban Design

Planning

Interiors

Lighting

100 Summer Street
Boston, MA
02110.2108

T 617.305.7100
F 617.305.7199

www.steffian.com

TOTAL P.02

Attachment B - 1 of 2

## Peter Steffian, FAIA
Chairman of the Board
Principal

### Registration
Architectural Registration
  Massachusetts (2049)
  New York (12174)
  New Jersey (AI 14797)
  Connecticut (3689)
  Rhode Island (749)
  Maine (671)
  Vermont (790)
  New Hampshire (816)
  Florida (7762)
  Illinois (1-9735)
  Virginia (0401 011475)
  Pennsylvania (RA-015145-B)
  Missouri (A-2000155281)

National Council of Architectural
Registration Boards (NCARB) #11697
  *Offices: Board of Directors, Executive*
  *Committee, President, First Vice*
  *President, Second Vice President also*
  *served as Treasurer and Director of New*
  *England Conference*

  *Committees: Practice Education Task*
  *Force, Internship Implementation Task*
  *Force, Regional Chairs Committee,*
  *Communications Committee, Procedures*
  *and Documents Committee,*
  *International Relations Committee,*
  *Finance/ Management Committee,*
  *Education Committee, Nominating and*
  *Resolutions Committee, Architect*
  *Registration Exam Committee, Divisions*
  *D/F, Structural Technology, General and*
  *Long Span and Division E, Lateral*
  *Forces*

Licensed Construction Supervisor in
Massachusetts

Peter Steffian has over 40 years of experience in the design, planning and management of continuing care, residential, office, medical, commercial and institutional projects. Peter is Chairman of the Board of Steffian Bradley Architects and has served as Principal-In-Charge for the following selected projects:

### Relevant Experience

### Newtowne Court Phases I and II - Cambridge, Massachusetts
Comprehensive modernization of 282 existing units into 268 new units, including 13 handicap accessible units and six units for the sensory-impaired. Major renovations and adaptive reuse of 231,000 square feet of this culturally diverse, low-income public housing development were financed by HUD and EOCD.

### Cambridge Park Place - Cambridge, Massachusetts
Cambridge Park Place is a high-rise market rate apartment complex. Of the 315 total units, 15% of the apartments are reserved as affordable units and the complex has 315 parking spaces under the building and on-site. The complex also includes a pool deck with outdoor recreational space.

### Neville Manor - Cambridge, Massachusetts
#### Skilled Nursing
SBA has completed the construction documents for a new, 47,000 square foot, 112-bed skilled nursing facility.

#### Assisted Living
Adjacent to the skilled nursing facility is the recently completed, historic renovation of the existing 78,000 square foot, city-owned nursing home on Concord Avenue into 71 units of assisted living housing. Included in the facility is a 13-bed Alzheimer's unit.

| Corporate / Commercial | Residential | |
|---|---|---|
| 125 Sixth Street<br>Cambridge, MA | 808 Memorial Drive<br>Cambridge, MA | Hope Gardens<br>Attleboro, MA |
| Cambridge Housing Authority<br>Cambridge, MA | Bittersweet Lane<br>Randolph, MA | Jady Hill<br>Exeter, NH |
| Canton Street Office Complex<br>Norwood, MA | Boston Housing Authority<br>Boston, MA | Liberty Place<br>Randolph, MA |
| Chase Manhattan Bank<br>Lowell, MA | Bridle Path Apartments<br>Randolph, MA | Marion Square<br>Brookline, MA |
| Macomber Development<br>Company<br>Boston, MA | Cambridge Park Place<br>Cambridge, MA | Medical Center Housing<br>Boston, MA |
| Matrix Technologies Corporation<br>Boston, MA | Chestnut Park<br>Springfield, MA | Merrimack Plaza<br>Lowell, MA |
| Metropolitan Corporate Center<br>Marlborough, MA | Cliffside Commons<br>Malden, MA | Mission Park<br>Boston, MA |
| Northwest Park<br>Burlington, MA | The Devonshire<br>Boston, MA | Newtowne Court<br>Cambridge, MA<br>Phases I and II |
| One Brookline Place<br>Brookline, MA | Forbes Building<br>Jamaica Plain, MA | Pondview Apartments<br>Leicester, MA |
| Spirit Technologies<br>Marlborough, MA | Foreside Estates<br>Falmouth, ME | Reservoir Towers<br>Brighton, MA |
| Westborough Office Building<br>Westborough, MA | Fresh Pond Place<br>Cambridge, MA | River Court<br>Cambridge, MA |
| | The Friary<br>Rye, NH | |



Attachment B – 2 of 2

## Peter Steffian, FAIA

American Institute of Architects
   College of Fellows
   Committees: Continuing Education
   System Task Force, National AIA
   Diversity Conference, Boston Society of
   Architects (BSA), Boston Seaport
   Design Advisory Committee, Boston
   Foundation for Architecture, AIA
   Massachusetts, AIA Licensing
   Committee

### Education

Bachelor's of Architecture
   University of Pennsylvania
   Philadelphia, Pennsylvania

## Career Experience

### Academic

Boston University
   Boston, MA
   School of Law & Education
   Building, Pappas Law Library &
   Auditorium
   College of Basic Studies
Lasell College
   Newton, MA
   Residence Hall
Massachusetts Eye and Ear
Infirmary
   Boston, MA
   Library
Massachusetts Institute of
Technology
   Cambridge, MA
   70 Pacific Street Dormitory
Wentworth Institute
   Boston, MA
   Gymnasium

### Urban Design/
Planning

Newburyport Landing
   Newburyport, MA
Sea World
   Shekou, China
Vienna-Budapest World
   Exposition
   Budapest, Hungary

### Senior /
Supportive Living

Erickson Retirement
   Communities
   Peabody, MA
   Brooksby Village
   Hingham, MA
   Linden Ponds at Hingham

### Assisted Living

Hospice of the Good Shepherd
   Newtonville, MA
Lasell Village
   Newton, MA
Later Life Community
   Southborough, MA
The Marillac Residence, Inc.
   Wellesley, MA
Neville Manor
   Cambridge, MA
New England Villages, Inc.
   Pembroke, MA
North Hill
   Needham, MA
Thompson House at Riverbank
   Center
   Danvers, MA

### Healthcare

The Fallon Clinic
   Worcester, MA
Fanny Allen Hospital
   Colchester, VT
Harvard Vanguard Medical
   Associates
   Providence, RI
   Wellesley, MA
Holyoke Health Plaza, Inc.
   Holyoke, MA
   Holyoke Health Center
Liberty Mutual
   Lawrence, MA
Massachusetts Eye and Ear
   Infirmary
   Boston, MA
   Library
Massachusetts General Hospital
   Boston, MA
   Chelsea, MA
   Everett, MA
   Revere, MA
South Shore Hospital
   South Weymouth, MA

## Professional Affiliations

American Consulting Engineers Council /
American Institute of Architects
   Peer Reviewer

American Arbitration Association
   Member, Panel of Neutrals

Boston Architectural Center
   Board of Overseers, Long-Range
   Planning Committee, Development
   Committee, Board of Directors
   Representing BSA

City of Cambridge, Massachusetts
   Cambridgeport Rezoning Advisory
   Committee, Chair

Commonwealth of Massachusetts
   Board of Registration of Architects

Downtown North Association
   President, Director

Dublin School (Dublin, New Hampshire)
   President, Board of Trustees

Independent School Chairmen Association
   Directors

Inter-professional Council on Registration
   President

Massachusetts Construction Industry Board

Massachusetts Housing Finance Agency
   Multifamily Advisory Committee

National Council of Architectural
   Registration Boards (NCARB)

New England Conference of Architectural
   Registration Boards (NECARB) Region 1
   Director, Chair

National Architectural Accrediting Board
   Board of Directors, Accreditation Team



**Steffian Bradley Architects**  Boston • London