UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, LP ) | |
|     Plaintiff ) | 3-02-cv-2272 (AVC) |
| VS ) | SEPTEMBER 18, 2003 |
|     Defendant ) | Federal Building |
| MILTON DALY, ET AL ) | Hartford, Connecticut |

PREJUDGMENT REMEDY HEARING
HELD BEFORE ALFRED V. COVELLO, U.S.D.J.

Wendy J. Allen, RPR
450 Main Street, Rm #648
Hartford, CT  06103
(413) 427-9915

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3   Craig C. Martin, Esq.
     Lawrence S. Schaner, Esq.
 4   Jenner & Block
     One IBM Plaza
 5   Suite 4400
     Chicago, Illinois
 6


 7   For the Defendant:

 8   Kerry Marc Wisser, Esq.
     Weinstein & Wisser, P.C.
 9   29 South Street
     Suite 207
10   West Hartford, Connecticut

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   WITNESS:                                          PAGE

 3   Frederick Hamilton
          Direct Examination by Mr. Martin              6
 4        Cross-Examination by Mr. Wisser              35
          Redirect Examination by Mr. Martin           91
 5        Recross Examination by Mr. Wisser            92
```

```
 1   it was primarily services, Mr. Daly and Mr. Beacher agreed that
 2   in related to the construction of these six theatres, movie
 3   theatres, some right here in Connecticut, they agreed that Mr.
 4   Beacher would bill Crown, for example, site work.
 5            THE COURT:  Was Beacher a contractor?
 6            THE WITNESS:  Beacher was a construction consultant
 7   hired by Crown to oversee the construction of these six theatre
 8   projects.
 9            THE COURT:  I see.
10            THE WITNESS:  So he basically had the control, he
11   could hire subcontractors, he was involved in the bidding
12   process, just to facilitate the construction.  He was the, I'll
13   call it the expert construction person which Crown contracted
14   with.  So Mr. Daly in his position went to Mr. Beacher at some
15   point, and I believe the deposition talks about at a Christmas
16   party in '98.
17            MR. WISSER:  Objection, Your Honor.  He's now
18   testifying as to a document not in evidence.  He can't
19   summarize deposition testimony as if he's reading it
20   accurately.
21            MR. MARTIN:  Your Honor, he is allowed to testify as
22   to what he relied upon for his opinions.
23            MR. WISSER:  I have no quarrel with that.  He
24   purported to testify as to what a deposition said.  If the
25   deposition is independently admissible, then it can come in.
```

1   If it's not independently admissible, he can't testify from it

2   under 703, and he certainly can't summarize it.

3           THE COURT:  We're playing with words here, sir.  You

4   came to have the opinion that what had happened.

5           THE WITNESS:  So what happened, based on the records,

6   based on all of the evidence that I reviewed, Mr. Daly and Mr.

7   Beacher agreed that Mr. Beacher would bill Crown for either

8   services that were just never provided at all, just completely

9   fictitious services, or Mr. Beacher would bill and inflate the

10  cost of a real service, and for the extra money that Beacher

11  was able to pull out of this transaction, that they agreed to

12  split it.

13          So Beacher would send an invoice in, Mr. Daly would

14  have it approved, would facilitate Crown writing a check,

15  sometimes for 800,000, 600, fairly significant amounts, Mr.

16  Beacher got the money and wrote out of his account, said here's

17  my 800, I'm going to do a split here, 70/30, and would write a

18  check back to Mr. Daly via the Taylor-Leigh account, which had

19  nothing to do with Crown.  That was an account in a company

20  controlled by the Dalys.  And that is a classical kickback

21  scheme.

22          THE COURT:  And Hewlett Martin and Tiger Contracting

23  in this scheme was whom, sir?

24          THE WITNESS:  They were Beacher.  They were Beacher

25  entities.

1          THE COURT: I see.
2          THE WITNESS: So I mean, this is not in the evidence,
3  but in my experience in cases a contractor --
4          MR. WISSER: Objection, Your Honor. His experience
5  in cases cannot be tied into this case.
6          THE COURT: All right. So I understand. Why don't
7  you go ahead, sir.
8  BY MR. MARTIN:
9  Q    Going back to your, the demonstrative exhibit, Mr.
10 Hamilton, that you prepared. If I may, it's probably easier to
11 stand here and point to it. The 4., 211,200 paid to
12 Taylor-Leigh, Inc., do you see that box?
13 A    I do.
14 Q    That box then drops down to a 3,695,400 deposited to
15 Taylor-Leigh Citibank account?
16 A    Correct.
17 Q    What does that represent?
18 A    I would look at two boxes here, Your Honor. Of the 4.2
19 million deposited by all these various Beacher entities at the
20 top, I'll call them all Beacher for simplicity purposes here,
21 we were able to trace 3.6 million that went into the
22 Taylor-Leigh Citibank account. There was another 515,000,
23 that's off to the right of that box, that went to other banks
24 that we couldn't trace, either didn't have a bank statement or
25 we didn't have the cancelled check.

1       If you add up the 515,800, which is in the second
2  gray area off to the right, and the 3.695, that totals 4.2
3  million. So what we tried to attempt to do there, of that 4.2
4  million that came in from Beacher, where did it go? 3.695 went
5  directly to the Taylor-Leigh Citibank account.
6  Q    And who had access to the Taylor-Leigh Citibank account?
7  A    Both Mr. and Mrs. Daly were signatories on that account.
8  Q    Then if you look at the next line down, says 3,753.357,
9  TLI check paid to Milt Daly/cash/TLI, what does that represent?
10 A    Once the cash was deposited into the Taylor-Leigh account,
11 Mr. Daly negotiated checks out of that account that were
12 payable either to himself, payable to cash, or payable to TLI.
13 He negotiated those checks and deposited them into three
14 places, essentially three places.
15      The first was, and if you look at that line it has
16 250,000 to the left, 250,000 he deposited directly into an
17 account called Raymond James that was an investment account
18 where he invested in various stocks, and that was an account
19 also in Mr. and Mrs. Daly's names.
20      In addition, there was 3.099 million of those checks
21 that were deposited directly to a Fleet account, which was a
22 joint account in Mr. and Mrs. Daly's names, and there was an
23 additional 403,000 that again because the documentation was not
24 complete, it was deposited into other unknown accounts.
25      So if we added the 403,000, we're not sure where it

1  went, but it was a check payable to Mr. Daly or cash or TLI,
2  don't know where that went, 3.099 million went into this Fleet
3  account, that was a joint account, again, with Mr. and Mrs.
4  Daly, and 250 went into the Raymond James account, the total of
5  those three, again, is 3.753 million.
6          THE COURT: Sightly more than came in from -- is TLI
7  something different than Taylor-Leigh, Inc.?
8          THE WITNESS: It's the same. We've abbreviated it
9  there. TLI is Taylor-Leigh, Inc.
10          In answer to your question, it is more, because there
11  were other deposits into the Citibank account. If you look to
12  the right of the 3695, there was 1.2 million in other deposits,
13  and 1.225 million. We weren't able to identify all of those
14  deposits. Again, because we didn't have the specific, what
15  would come with the bank account information is a deposit slip
16  and the copies of all the checks. You just look at the bank
17  statement you typically get at home, you don't know where that
18  came from.
19          And but the types of amounts that were going in there
20  were $100,000 even deposit, 311,000, there were several hundred
21  thousand dollars, 30,000, and then there were smaller amounts
22  as well, but a lot of even amounts went into that account. We
23  don't know the source of that right now. We're continuing that
24  analysis.
25          THE COURT: But the bottom line is that for the