# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702* (Instructions on reverse side)

PAGE ONE OF PAGES

**TO (OWNER):**
Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

**PROJECT:**
Miami Lakes Theatre

**APPLICATION NO:** 1
**PERIOD TO:** 10-01-99
**ARCHITECT'S PROJECT NO:**
**CONTRACT DATE:**

**Distribution to:**
☒ OWNER
☐ ARCHITECT
☐ CONTRACTOR

**FROM (CONTRACTOR):** Marlin Contracting
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

**VIA (ARCHITECT):**
Jamest Thomas Martino, PC

**SITE PREP CONTRACT FOR:**

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................ $ 700,000.00
2. Net change by Change Orders ...................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................ $ 700,000.00
4. TOTAL COMPLETED & STORED TO DATE ................................. $ 245,000.00
   (Column G on G703)
5. RETAINAGE:
   a. ___ % of Completed Work $
      (Column D + E on G703)
   b. ___ % of Stored Material $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703)
6. TOTAL EARNED LESS RETAINAGE ....................................... $ 245,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ............................ $ 0
8. CURRENT PAYMENT DUE ............................................... $ 245,000.00
9. BALANCE TO FINISH PLUS RETAINAGE .................................. $ 455,000.00
   (Line 3 less Line 6)

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | | |
| TOTALS | NONE | NONE |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: _____ Date: Sept 29, 1999

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $ 245,000
(Attach explanation if amount certified differs from the amount applied for)
ARCHITECT:
By: _____ Date: _____

State of: Florida   County of: Palm Beach
Subscribed and sworn to before me this 29 day of Sept 1999
Notary Public:
My Commission expires:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATE FOR PAYMENT · MAY 1983 EDITION · AIA · ©1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006   G702-1983

*Stamp: RECEIVED OCT - 1 1999 B.B. CONST CONSULTANTS*
*Stamp: APPROVED FOR PAYMENT B.B. CONSTRUCTION CONSULTANTS*

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.
Site Prepartation

APPLICATION NO: 1
APPLICATION DATE: 9-29-99
PERIOD TO: 10-01-99
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | (G ÷ C) % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Site Prepartation | 700,000 | 0 | 245,000 | | 245,000 | 35 | 455,000 | 0 |
| | TOTAL | 700,000 | 0 | 245,000 | | 245,000 | 35 | 455,000 | 0 |

RECEIVED
OCT - 1 1999
B.B. CONST. CONSULTANTS

APPROVED
B.B. CONSTRUCTION CONSULTANTS

AIA DOCUMENT G703 • CONTINUATION SHEET FOR G702 • 1992 EDITION • AIA® • ©1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, DC 20006-5292 • **WARNING:** Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992



CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# WAIVER AND RELEASE OF LIEN
## UPON **PROGRESS PAYMENT**

The undersigned lienor, in consideration of payment in the amount of $ __245,000.00__

hereby waives and releases his/her lien and right to claim a lien for labor, services or

materials furnished through __Sept 29, 1999__ to Waas Construction Company, Inc.

on the job of Crown Theatres "The Grand" @ Country Club Commons, to the following described property:

All of Tract "A" Shoney's Plot according to the Plot thereof as recorded in Plot Book 146, page 64 and a portion of the Southeast 1/4 of Section 12, Township 52 South, Range 40 East, of CHAMBERS LAND COMPANY SUBDIVISION, according to the plot thereof as recorded in Plot Book 2, Page 27 both of the public records of Dade County, Florida, all being more particularly described as follows: Begin at the Southeast corner of said Tract "A" Shoney's Plot; thence N 86°05'40" W along the Northerly NW line of NW 173rd Drive as shown on said plot for 198.92 feet; thence N87°42'25 W along said Northerly Right-of-way line of NW 173rd Drive for 1158.26 feet to a point of curvature; the following two (20 courses being along the Easterly Right-of-Way line of NW 59th Avenue as shown on the plot of MAC PAPERS SUBMISION AS recorded in plot book 149n page 88:1) thence run Northwesterly along a 25.00 foot radius curve leading to the right through a central angle of 87°40'26" for an arc of 38.25 feet to a point of tangency; 2) thence N 00°05'59" W for 910.22 feet to a point of curvature; then the following (4) courses being along the proposed Southerly and Westerly Right of Way of NW 177th Street (1) thence run Northeasterly along a 25.00 foot radius curve leading to the right through a central angle of 92°19'34" for an arc of 40.28 feet to a point of tangency; (2) thence S 87°47'25' E for 1012.34 feet to a point of curvature; (3) thence run Southeasterly along a 25.00 foot radius through a central angle of 88°05'04 for an arc of 37.55 feet to a point of tangency; (4) thence S 01°42'21" E for 158.72 feet; thence N 88°17'38" E along the proposed southerly Right of way line of NW 176th Street for 51.94 feet to the Northwest corner of Tract "B" of Country Club Commercial Center as recorded in Plot Book 149, Page 19 of the Public Records of Dade County, Florida; thence S 01°42'21" E along the Westerly line of said Tract "B" for 160.50 corner thereof; thence S 00°05'59" E along the Easterly line of said Tract "A" of Shoney's Plot and it's Northerly extension thereof for 845.20 feet to the POINT OF BEGINNING.

This waiver and release does not cover any retention or labor, services, or materials furnished after the date specified. *This lien is conditioned on the payment by check clearing.*

Dated on __Sept 29,__, 1999.

Lienor's Name: Marlin Contracting D/B/A Marlin Consulting, Inc.

Address: P.O. Box 31451

By: _____

Printed Name: Joseph Mollo

B.B. CONST. CONSULTANTS

OCT 1 1999

RECEIVED

Sworn to and subscribed before me this __29__ Day of __Sept__, 1999.

_____
Notary Public - Signature

Personally known: __X__ OR Produced Identification ____

Type of Identification Produced __Driver License__

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side) PAGE ONE OF PAGES

TO (OWNER):
Crown Theatres, LP
64 N. Main Street
S. Norwalk, CT 06854

PROJECT:
Miami Lakes Theatre

APPLICATION NO: 2
PERIOD TO: 11-01-99
ARCHITECT'S PROJECT NO:
CONTRACT DATE:

Distribution to:
☒ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM (CONTRACTOR): Marlin Contracting
D/B/A Marlin Consulting, Inc.
123 Orchid Cay Drive
P.O. 31415
Palm Beach Gardens, FL 33420

VIA (ARCHITECT):
Jamest Thomas Martino, PC

SITE PREP CONTRACTOR FOR:

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ......................................... $ 700,000.00
2. Net change by Change Orders ..................................... $ 0
3. CONTRACT SUM TO DATE (Line 1 ± 2) ........................ $ 700,000.00
4. TOTAL COMPLETED & STORED TO DATE ................... $ 425,000.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work       $
      (Column D + E on G703)
   b. ____ % of Stored Material      $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703) .....
6. TOTAL EARNED LESS RETAINAGE ............................... $ 425,000.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ......................... $ 245,000.00
8. CURRENT PAYMENT DUE ............................................ $ 180,000.00
9. BALANCE TO FINISH PLUS RETAINAGE ........................ $ 275,000.00
   (Line 3 less Line 6)

State of: Florida   County of: Palm Beach
Subscribed and sworn to before me this 28 day of October , 1999
Notary Public: B.B. CONST. CONSULTANTS
My Commission expires: OCT 2 8 1999

## CONTRACTOR'S APPLICATION FOR PAYMENT

CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS
--- | --- | ---
Change Orders approved in previous months by Owner TOTAL | NONE | NONE
Approved this Month Number / Date Approved | | 
| NONE | NONE
TOTALS | NONE | NONE
Net change by Change Orders | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: Marlin Contracting
D/B/A Marlin Consulting, Inc.

By: _____ Date: October 28, 1999

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED ............ $ 180,000.00
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT: B.B. CONSTRUCTION CONSULTANTS APPROVED
By: _____ Date: 10/2/99

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

10/1/99 — 114/1/360

# CONTINUATION SHEET

AIA DOCUMENT G703 (Instructions on reverse side)

Page 2 of 2 Pages

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT,
containing Contractor's signed Certification, is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Marlin Contracting D/B/A Marlin Consulting, Inc.

APPLICATION NO. 2
APPLICATION DATE 10-28-99
PERIOD TO 11-01-99
ARCHITECT'S PROJECT NO. Site Preparation

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C − G) | RETAINAGE (IF VARIABLE RATE) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Site Prepartation | 700,000 | 245,000 | 180,000 | | 425,000 | 61 | 275,000 | |
| | TOTAL | 700,000 | 245,000 | 180,000 | | 425,000 | 61 | 275,000 | |

RECEIVED
OCT 28 1999
B.B. CONST. CONSULTANTS

APPROVED 10/28/99
B.B. CONSTRUCTION CONSULTANTS

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA® · ©1992 · THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 · WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

G703-1992



CAUTION: You should use an original AIA document which has this caution printed in red. An original assures that changes will not be obscured as may occur when documents are reproduced.

# WAIVER AND RELEASE OF LIEN
## UPON **PROGRESS PAYMENT**

The undersigned lienor, in consideration of payment in the amount of $ __180,000__,

hereby waives and releases his/her lien and right to claim a lien for labor, services or

materials furnished through __Oct. 28, 1999__ to Waas Construction Company, Inc.

on the job of Crown Theatres "The Grand" @ Country Club Commons, to the following described property:

All of Tract "A" Shoney's Plot according to the Plot thereof as recorded in Plot Book 146, page 64 and a portion of the Southeast 1/4 of Section 12, Township 52 South, Range 40 East, of CHAMBERS LAND COMPANY SUBDIVISION, according to the plot thereof as recorded in Plot Book 2, Page 27 both of the public records of Dade County, Florida, all being more particularly described as follows: Begin at the Southeast corner of said Tract "A" Shoney's Plot: thence N 86°05'40" W along the Northerly NW line of NW 173rd Drive as shown on said plot for 198.92 feet; thence N87°42'25" W along said Northerly Right-of-way line of NW 173rd Drive for 1158.26 feet to a point of curvature; the following two (20 courses being along the Easterly Right-of-Way line of NW 59th Avenue as shown on the plot of MAC PAPERS SUBMISSION AS recorded in plot book 149n page 88;1) thence run Northwesterly along a 25.00 foot radius curve leading to the right through a central angle of 87°40'26" for an arc of 38.25 feet to a point of tangency; 2) thence N 00°05'59" W for 910.22 feet to a point of curvature; then the following (4) courses being along the proposed Southerly and Westerly Right of Way of NW 177th Street (1) thence run Northeasterly along a 25.00 foot radius curve leading to the right through a central angle of 92°19'34" for an arc of 40.28 feet to a point of tangency; (2) thence S 87°47'25" E for 1012.34 feet to a point of curvature; (3) thence run Southeasterly along a 25.00 foot radius through a central angle of 88°05'04 for an arc of 37.55 feet to a point of tangency; (4) thence S 01°42'21" E for 158.72 feet; thence N 88°17'38" E along the proposed southerly Right of way line of NW 176th Street for 51.94 feet to the Northwest corner of Tract "B" of Country Club Commercial Center as recorded in Plot Book 149, Page 19 of the Public Records of Dade County, Florida; thence S 01°42'21" E along the Westerly line of said Tract "B" for 160.50 corner thereof; thence S 00°05'59" E along the Easterly line of said Tract "A" of Shoney's Plot and it's Northerly extension thereof for 845.20 feet to the POINT OF BEGINNING.

This waiver and release does not cover any retention or labor, services, or materials furnished after the date specified. *This lien is conditioned on the payment by check clearing.*

Dated on __Oct. 28, 1999__, 1999.

Lienor's Name: Marlin Contracting D/B/A Marlin Consulting, Inc
Address: P.O. Box 31415
         P.B. G., FL, 33418
By: _____
Printed Name: Joseph Mollo

Sworn to and subscribed before me this __28__ Day of __Oct.__, 1999.

_____
Notary Public Signature

Personally known: __XX__ OR Produced Identification _____
Type of Identification Produced _____

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702    PAGE ONE OF    PAGES

| | |
|---|---|
| TO OWNER: R.C.D. Hudson, L.L.C.<br>299 West Houston Street<br>New York, New York 10014 | PROJECT: Crown Palace Theater<br>330 New Park Avenue<br>Hartford, Ct. |
| FROM CONTRACTOR: G.U.S. Development, Inc.<br>468 E. Boston Post Road<br>Westport, Ct. | VIA ARCHITECT: James Thomas Martino, Architect |

APPLICATION NO: 1

PERIOD TO: June 4, 1999

PROJECT NOS: 06880

CONTRACT DATE: May 17, 1999

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [x] CONTRACTOR
- [ ]

CONTRACT FOR: Site preparation Work

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 451,500.00 |
| 2. Net change by Change Orders | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 451,500.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 451,500.00 |
| 5. RETAINAGE: | |
|    a. _____% of Completed Work (Column D + E on G703) | $ |
|    b. _____% of Stored Material (Column F on G703) | $ |
|    Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 451,500.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ |
| 8. CURRENT PAYMENT DUE | $ 451,500.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: 6/7/99

State of: _____ County of: _____
Subscribed and sworn to before me this 8th day of _____
Notary Public: _____
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $ 451,500

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____  Date: 6/9/99

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 APPLICATION AND CERTIFICATION FOR PAYMENT 1992 EDITION AIA ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

AIA DOCUMENT G703

2 PAGE OF PAGES 2

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

G.U.S. Development, Inc.

APPLICATION NO: 1
APPLICATION DATE: June 4, 1999
PERIOD TO: June 4, 1999
ARCHITECT'S PROJECT NO:

| A | B | C | D | | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | | |
| 1 | Excavation to - 10" | $226,500.00 | $0.00 | $226,500.00 | | $226,500.00 | 100.00% | | |
| 2 | Purchase of Gravel | $84,700.00 | $0.00 | $84,700.00 | | $84,700.00 | 100.00% | | |
| 3 | Placement of Gravel | $73,500.00 | $0.00 | $73,500.00 | | $73,500.00 | 100.00% | | |
| 4 | Site Grading | $51,800.00 | $0.00 | $51,800.00 | | $51,800.00 | 100.00% | | |
| 5 | Permits | $15,000.00 | $0.00 | $15,000.00 | | $15,000.00 | 100.00% | | |
| | GRAND TOTALS | $451,500.00 | $0.00 | $451,500.00 | $0.00 | $451,500.00 | | $.00 | $0.00 | |

Users may obtain validation of this document by requesting of the licensee a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703  CONTINUATION SHEET FOR G702  1992 EDITION  AIA  ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992

**B.B. CONSTRUCTION CONSULTANTS, LTD.**
300 MERRICK ROAD
SUITE 208
LYNBROOK, NY 11563
515-763-4800
516-763-3061 FAX

MEMORANDUM

TO:      JIM MARTINO
FROM:    BOB BEACHER
SUBJECT: RCD-HUDSON LLC APPLICATION #1
         CROWN PALACE THEATRE, HARTFORD, CT
DATE:    06/09/99
CC:      MILT DALY

Dear Jim:

Attached please find RCD-Hudson LLC application #1 dated 6-8-99 for payment in the amount of 609,999 dollars. I have reviewed and approved application #1 for payment. I would appreciate it if you would review the attached and if you are agreeable with my approval please execute one copy and forward directly to Milt for issue of payment. Crown Theatres will be issuing individual checks to the following contractors in amounts of:

| | |
|---|---|
| The Kessler Construction Company | 3,150 |
| Castel Concrete Corp. | 38,349 |
| GUS Development Inc. | 451,500 |
| RCD Hudson LLC | 117,000 |
| TOTAL | 609,999 |

You will also find the waiver of lien from RCD-Hudson LLC pursuant to the agreement.

Bob Beacher

# APPLICATION AND CERTIFICATION FOR PAYMENT

| | | | AIA DOCUMENT G702 | PAGE ONE OF 2 PAGES |
|---|---|---|---|---|

**TO OWNER:**
R.C.D. Hudson, L.L.C.
299 West Houston Street
New York, NY 10014

**PROJECT:**
Crown Marquis Theater
Quarry Road
Trumbull Ct.

**APPLICATION NO:** 1
**PERIOD TO:** July 31, 1999
**PROJECT NOS:**
**CONTRACT DATE**

**Distribution to:**
[X] OWNER
[ ] ARCHITECT
[ ] CONTRACTOR

RECEIVED
JUL 26 1999
B.B. CONST. CONSULTANTS

**FROM CONTRACTOR:**
G.U.S. Development, Inc.
468 E. Boston Post Road
Westport, Ct. 06880

**VIA ARCHITECT:**
James Thomas Martino Architect, PC.

**CONTRACT FOR:** Site Preparation

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 125,000.00
2. Net change by Change Orders $
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 125,000.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) $ 125,000.00
5. RETAINAGE:
   a. 10 % of Completed Work $
      (Column D + E on G703)
   b.      % of Stored Material $
      (Column F on G703)
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE $ 125,000.00
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $
8. CURRENT PAYMENT DUE $ 125,000.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE $ 0.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 7/26/99

State of: New York  County of: New York
Subscribed and sworn to before me this 26th day of July, 1999
Notary Public: Mary Fernandez
My Commission expires:

Mary Fernandez
Notary Public, State of New York
No. 31-4634227
Qualified in New York County

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ 125,000.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT: _____

By: _____ Date: 7/26/99

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

G.U.S. Development

APPLICATION NO:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

PAGE   OF   PAGES

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Site Preperation | $75,000.00 | | $75,000.00 | | $75,000.00 | 100.00% | | |
| 2 | Purchas of Gravel | $20,000.00 | | $20,000.00 | | $20,000.00 | 100.00% | | |
| 3 | Placement of Gravel | $15,000.00 | | $15,000.00 | | $15,000.00 | 100.00% | | |
| 4 | Site Grading | $10,000.00 | | $10,000.00 | | $10,000.00 | 100.00% | | |
| 5 | Permits | $5,000.00 | | $5,000.00 | | $5,000.00 | 100.00% | | |
| | GRAND TOTALS | $125,000.00 | $0.00 | $125,000.00 | $0.00 | $125,000.00 | | $0.00 | $0.00 |

RECEIVED
JUL 2 6 1999
B.B. CONST. CONSULTANTS

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

AIA DOCUMENT G703 · CONTINUATION SHEET FOR G702 · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W. WASHINGTON, D.C. 20006-5232

G703-1992