# INVOICE

JAMES THOMAS MARTINO
ARCHITECT

| BILL TO: | DATE | INVOICE NO. |
|---|---|---|
| Mr. Milt Daly | 11/20/2000 | 3374 |
| Crown Theatres | | |
| 64 North Main Street | | Project No. |
| South Norwalk, CT 06854 | | 1312 Hartford |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Services for the month of October 2000 | | | |
| | CONSTRUCTION ADMINISTRATION -Site visits, phone calls, document cooordination and time accrued in preparing and obtaining temporary Certificate Of Occupancy for Grand Opening. | | | |
| Staff | | 85 | 80.00 | 6,800.00 |
| Principal | James Thomas Martino, AIA | 38 | 235.00 | 8,930.00 |

*Charge - Const. Contingency*

| | | |
|---|---|---|
| Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment. | TOTAL | $15,730.00 |

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3986