

# INVOICE

JAMES THOMAS MARTINO
ARCHITECT, P.C.

**BILL TO:**
Mr. Milt Daly
Crown Theatres
64 North Main Street
South Norwalk, CT. 06854

| DATE | INVOICE NO. |
|---|---|
| 8/1/2000 | 3323 |

Project No.
1259 Trumbull

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Participated in final walk-thru with representatives from Crown Theatres. Prepared final punch list after walk-thru. Issued final list of required close-out documents to. B.B., Reviewed same with B.B. & Stu Koshner | 18 | 80.00 | 1,440.00 |
| Cadd Operator | Marciano Stanco | 4 | 80.00 | 320.00 |
| Principal | James Thomas Martino | 4 | 235.00 | 940.00 |

Kindly make checks payable to JTM Architect P.C.

**TOTAL** $2,700.00

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3986