

# INVOICE

JAMES THOMAS MARTINO
ARCHITECT

| BILL TO: | | DATE | INVOICE NO. |
|---|---|---|---|
| Mr. Milt Daly | | 11/20/2000 | 3375 |
| Crown Theatres | | | |
| 64 North Main Street | | | Project No. |
| South Norwalk, CT. 06854 | | | 1301 Miami |

| Services | Description | Hours | Rate | Total |
|---|---|---|---|---|
| Arch Fees | Services for the month of October 2000 | | | |
| | ADD'l CONSTRUCTION ADMINISTRATION | | | |
| | Project was originally scheduled to open in May 2000. | | | |
| Staff | | 53.5 | 80.00 | 4,280.00 |
| Principal | James Thomas Martino, AIA | 32 | 235.00 | 7,520.00 |

Charge: Const. Contingency

Kindly make checks payable to JTM Architect P.C. Please indicate invoice number on your payment.

**TOTAL** $11,800.00

14 Vanderventer Avenue • Port Washington, NY 11050
516.767.7888 • FAX 516.767.3986