## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, LP, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-2272 (AVC) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| MILTON L. DALY, ET AL., | : | |
| | : | MAY 21, 2004 |
| Defendants. | : | |

### DEFENDANTS MILTON L. DALY AND TAYLOR-LEIGH, INC.'S
### MOTION TO STRIKE SUMMARY JUDGMENT MATERIALS

Defendants Milton L. Daly and Taylor-Leigh, Inc. in the above-entitled matter hereby move the Court to strike Paragraphs 6-12 of the Declaration of Frederick C. Hamilton, together with Exhibits 2-4 attached thereto, which affidavit was filed by the plaintiff as Exhibit J in support of the plaintiff's motion for summary judgment dated April 30, 2004. Paragraphs 6-12 of the Hamilton affidavit and the documents attached thereto present additional "expert reports" that were not disclosed to the defendant in a timely fashion and which are inconsistent with Hamilton's prior deposition testimony that is relied upon by defendant Anne Daly in support of her motion for a summary judgment. In addition, the defendants further move to strike the purported "Kroll Zolfo Cooper Updated Analysis," which has been filed by the plaintiff as Exhibit H in support of the plaintiff's motion for summary judgment dated April 30, 2004, for the reason that document purports to present additional expert evidence that were not disclosed to the

defendant in a timely fashion and for the additional reason that such information has not been filed in conformity with Rules 56(c) and (e) of the Federal Rules of Civil Procedure.

In support of this motion, defendants Milton Daly and Taylor-Leigh, Inc. rely on the accompanying Memorandum of Law in Support of Motion to Strike Summary Judgment Materials. Accordingly, for these reasons, the offending portions of the Hamilton affidavit (and attached documents) and so-called "Updated Analysis" should be stricken by the Court and disregarded by the Court in its determination of the pending motion for summary judgment

>DEFENDANTS,
>MILTON L. DALY AND
>TAYLOR-LEIGH, INC.
>
>By_____
>Kerry M. Wisser of
>WEINSTEIN & WISSER, P.C.
>29 South Main Street, Suite 207
>West Hartford, CT  06107
>Telephone No. (860) 561-2628
>Facsimile No. (860) 521-6150
>Federal Bar No. ct01205

## **CERTIFICATION**

This is to certify that on the 20th day of May, 2004, a copy of the foregoing was served upon the following counsel of record by way of First Class Mail, postage prepaid:

Harold James Pickerstein, Esquire
Jodi Zils Gagne, Attorney
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-4000

Craig C. Martin, Esquire
Lawrence S. Schaner, Esquire
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Mark Seiden, Esquire
Marisa Lanza, Attorney
Milber Makris Polusadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604

Robert M. Frost, Jr., Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Kerry M. Wisser