144

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, LP, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-2272 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| MILTON L. DALY, ET AL., | : | |
| | : | May 18, 2004 |
| Defendants. | : | |

### MOTION FOR EXTENSION OF TIME TO FILE TRIAL MEMORANDA

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendants Milton L. Daly, Anne E. Daly and Taylor-Leigh, Inc. in the above-entitled matter hereby move for an extension of time to file the Trial Memoranda that is currently due on May 31, 2004, for the good cause set forth below. Counsel for all of the defendants have consented to the granting of this motion. Plaintiff has consented to a "reasonable" extension of time, but does not consent to this request, as written, because it is tied to the Court's ruling on pending Summary Judgment motions, and the plaintiff does not know when the Court will decide said motions.

The Second Amended Complaint, filed by the plaintiff alleges twenty-one counts,

3:02CV2272(AVC). May 21, 2004. The motion for an extension of time (document no. 144) is GRANTED as follows: The parties shall have to and including August 31, 2004 to file their joint trial memorandum. SO ORDERED.

Alfred V. Covello, U.S.D.J.