UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED** 2004 MAY 19 P 3: 46
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CROWN THEATRES, L.P., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:02CV2272AVC |
| | ) Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, INC., ANNE E. DALY, JAMES C. CELLA, G.U.S. DEVELOPMENT, INC., JAMES T. MARTINO AND JAMES THOMAS MARTINO, ARCHITECT, P.C., and RCD HUDSON, LLC, | ) MAY 19, 2004 |
| Defendants. | ) |

## PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres an additional day, to and including May 20, 2004, to respond to the motion of defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino") for summary judgment in regards to Counts VIII and IX of Crown Theatres' Second Amended Complaint. Counsel for Martino has no objection. In addition, Crown Theatres and Martino request this Court extend the time for Martino to file its response to Crown Theatres' Motion for Partial Summary Judgment and its Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims from May 21, 2004 to and including May 24, 2004. In support of this motion, Crown Theatres states as follows:

1. On April 26, 2004, Martino filed a Motion for Summary Judgment against Crown Theatres. The motion was served by U.S. mail.

May 21, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

JZG/32310/2/679550v1
05/19/04-HRT/