# EXHIBIT B

# Crown Theatres, L.P. v. Milton L. Daly, et al.

**Report and Exhibits**

September 30, 2003

**Kroll Zolfo Cooper**
Financial Consulting

# Crown Theatres, L.P. v.
# Milton L. Daly, et al.

**1.0  INTRODUCTION**

Kroll Zolfo Cooper ("Kroll") was retained by counsel for Crown Theatres, L.P. ("Crown") to provide forensic accounting services and economic damage analysis in connection with a lawsuit filed by Crown against Milton L. Daly, Taylor-Leigh, Inc. ("TLI"), Anne E. Daly, James C. Cella, G.U.S. Development, Inc. ("GUS"), James T. Martino, James Thomas Martino, Architect, P.C., and RCD Hudson, LLC ("RCD Hudson"). The lawsuit alleges, among other issues, that Milton Daly engaged in a pattern of racketeering activity to defraud Crown in connection with the construction of six theatres by Crown.

It is my opinion, to a reasonable degree of forensic accounting and economic certainty, that the conduct of Mr. Daly in connection with the construction of six theatres for Crown caused Crown to suffer a loss ranging from approximately $8.1 million to $13.8 million excluding professional fees. In addition, Anne Daly (Mr. Daly's wife) benefited from the scheme perpetrated by Mr. Daly in the minimum amount of approximately $4.2 million, which represents the improper payments deposited into a bank account owned by the Dalys. Mrs. Daly also benefited from payments made for the Daly's personal residence including home improvements and mortgage payments.

I have reviewed the expert report prepared by Peter Steffian, FAIA, NCARB regarding the work performed by James T. Martino and James Thomas Martino, Architect, P.C. on Crown's six theatre projects. Based on Mr. Steffian's opinion and my own experience, it is my opinion that Mr. Martino's negligence in connection with the certification of the Architects Certificate's for Payment submitted on the six theatre projects caused Crown to suffer a loss at least in the amount of approximately $5.6 million. Further, because of Mr. Martino's negligence, Mr. Daly was able



**4.0  INTRODUCTION OF RELEVANT PARTIES**

*Milton L. Daly*

Milton Daly was Crown's COO, and was generally responsible for the oversight of all of Crown's operations, finance, human resources, and some legal and corporate administration functions. Mr. Daly was also responsible for film bookings, concessions, facilities maintenance and repair, fiscal planning, budgeting, policy creation and implementation, and long-term strategic planning.

As part of his duties and responsibilities, Mr. Daly managed and oversaw the six construction projects for Crown referenced in this litigation. This work included the selection of new theatre site locations, theatre construction, budgeting and cost projections. Also, as previously noted, he approved invoices and requisitions and approved and signed checks for the construction work.

Mr. Daly is the president and owner of TLI, which was d/b/a Kangaroo Pouch Kids, a day care center in Georgia managed by one of Mr. Daly's daughters. Mrs. Daly is the wife of Mr. Daly and the secretary of TLI. Mr. Daly caused Crown to make payments to TLI via B.B. Construction for goods and services that were never performed.

Mr. Daly is also the Chairman and Chief Executive Officer of Odyssey Entertainment ("Odyssey"). Odyssey owns and operates one movie theatre complex in Alabama. Mr. Daly has a 70 percent sharing ratio interest in the company. Robert Abramsky is the President and COO of Odyssey and has a 30 percent sharing ratio interest in the company.

*Anne E. Daly*

Mr. Daly has been married to Mrs. Daly since approximately the mid 1960s, and they have five children – William, Jason, Jeffrey,

Traci and Taylor. Mrs. Daly is the secretary of TLI, a member of TLI's Board of Directors and had joint signature authority on the TLI bank account. Mr. Daly testified that "everything in our name basically belongs to both of us" and that is the way they have conducted their marriage for the last 38 years. [May 21, 2003 deposition – pages 85-86]

Mrs. Daly benefited from Mr. Daly's actions at Crown. She had joint signature authority on the TLI bank account into which Crown funds were improperly deposited and she either had joint signature authority or was named on two other bank accounts into which the TLI funds flowed. Over $1 million that flowed through these accounts was loaned to Odyssey and together with other funds a note payable to Mr. and Mrs. Daly was created. Mr. Daly received interest payments on this note from July 2002 through March 2003. Starting in April 2003, the interest payments were made to Mrs. Daly. After depositing the payments into her bank account, Mrs. Daly promptly removed the majority of the funds by writing checks to "cash." In addition, of the funds flowing through TLI, approximately $150K was used to pay the mortgage on the Dalys residence.

### Robert Beacher

Through his company, B.B. Construction, Robert Beacher was hired by Crown to provide consulting and construction related services on the six Crown construction projects. Mr. Beacher was responsible for selecting and managing the contractors used on the projects and providing supervision and inspection services.

Mr. Beacher owned and/or controlled several business entities including B.B. Construction, Tiger Contracting, Inc. ("Tiger"), Marlin Construction, Inc. ("Marlin"), and Hewlett Contracting, Inc. ("Hewlett"). Mr. Beacher caused these entities to submit invoices and payment applications to Crown for goods and services related to the six theatre projects, and receive payments from Crown. According to Mr. Beacher, he was instructed by



- Concrete cracking due to inadequate number of control joints – waiting for cost estimate.

**8.0  RESTRICTION**  This report is not intended for general circulation or publication. Kroll Zolfo Cooper reserves the right to review and revise any information or assumptions contained in this report if additional documentation or information becomes available.  Further, our investigation is ongoing.

**Kroll**

# Crown Theatres, L.P. v.
# Milton L. Daly, et al.

## SIGNATURE PAGE

Frederick C. Hamilton, CPA, CFE

September 30, 2003

Mr. Hamilton's rate on this assignment is $330.00.  Other staff rates range from $65 - $325.00.