UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

2004 JUN -4  P 4: 03

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | JUNE 4, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR EXTENSION OF TIME

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres and the Martino Defendants an additional seven days to file their reply briefs in support of their respective motions for summary judgment. The briefs are currently due on June 7, 2004. If this motion is granted, the new due date would be June 14, 2004. The briefs in question are: (1) Crown Theatres' Reply Brief in Support of Its Motion for Partial Summary Judgment Against Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino Defendants"); (2) Crown Theatres' Reply Brief in Support of Its Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims; (3) Crown Theatres' Reply Brief in Support of Its Motion for Summary Judgment against Milton L. Daly and Taylor-Leigh, Inc. (the "Daly Defendants"); and (4) the Martino Defendants' Reply Brief in Support of Their Motion for Summary Judgment against Crown Theatres. Neither the Martino Defendants nor the Daly Defendants object to the requested extension of time.

In further support of this motion, Crown Theatres states as follows:

JZG/32310/2/681404v1
06/04/04-HRT/

1. On May 21, 2004, the Martino Defendants filed their opposition briefs to Crown Theatres' motions for summary judgment. On May 21, 2004, defendants Milton L. Daly and Taylor-Leigh, Inc. (the "Daly Defendants") filed their opposition to Crown Theatres' motion for summary judgment. On May 20, 2004, Crown Theatres filed its opposition to the Martino Defendants' motion for summary judgment.

2. Crown Theatres and the Martino Defendants' are in the process of formulating their replies to the aforementioned opposition briefs.

3. In addition to preparing three reply briefs, Crown Theatres is also in the process of drafting an opposition to the Daly Defendants' Motion to Strike, which is due on June 11. Crown Theatres does not seek additional time to file this brief.

4. Crown Theatres and the Martino Defendants need an additional seven days (five business days) to prepare adequate and proper responses to the aforementioned opposition briefs. The need for additional time stems from the volume and complexity of the opposition briefs as well as the Memorial Daly holiday.

5. Counsel for Crown Theatres, Matthew H. Rice, has conferred with counsel for the Martino Defendants, Marisa Lanza, and counsel for the Daly Defendants, Kerry Wisser. Counsel for the Daly Defendants does not oppose this motion for an extension of time. Counsel for the Martino Defendants also does not oppose this motion for an extension of time, provided that the Martino Defendants also receive a seven day extension of time to file their reply brief in support of their motion for summary judgment.

6. Anne Daly's Reply Brief in Support of Her Motion for Summary Judgment is currently due on June 14, 2004. Accordingly, if Crown Theatres' motion is granted, all of the parties' reply briefs will be due on the same date.

JZG/32310/2/681404v1
06/04/04-HRT/

WHEREFORE, plaintiff Crown Theatres, L.P. respectfully requests that this Court enter an order (1) allowing Crown Theatres until and including June 14, 2004, to file its reply briefs in support of its motions for summary judgment directed against the Martino Defendants and its reply brief in support of its motion for summary judgment directed against Milton L. Daly and Taylor-Leigh, Inc., and (2) allowing the Martino Defendants until and including June 14, 2004, to file their reply brief in support of their motion for summary judgment against Crown Theatres. A proposed order accompanies this motion.

Respectfully submitted,

CROWN THEATRES, L.P.

By: _____
H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK, LLC
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

Dated: June 4, 2004

JZG/32310/2/681404v1
06/04/04-HRT/

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Plaintiff Crown Theatres' Motion for Extension of Time** by facsimile and by mailing a copy of the same by United States Mail, postage prepaid, to the following:

>Kerry M. Wisser
>Weinstein & Wisser, P.C.
>29 South Main Street
>Suite 207
>West Hartford, CT 06107
>
>Mark Seiden
>Marisa Lanza
>Milber, Makris, Plousadis & Seiden, L.L.P.
>3 Barker Avenue
>Sixth Floor
>White Plains, NY 10601
>
>Robert M. Frost
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, CT 06601

_____
Jodi Zils Gagné

Dated: June 4, 2004