UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:02CV2272AVC |
| | ) Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, | ) |
| INC., ANNE E. DALY, JAMES C. | ) |
| CELLA, G.U.S. DEVELOPMENT, INC., | ) JUNE 4, 2004 |
| JAMES T. MARTINO AND JAMES | ) |
| THOMAS MARTINO, ARCHITECT, | ) |
| P.C., and RCD HUDSON, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF CROWN THEATRES, L.P.'S MOTION FOR EXTENSION OF TIME

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves this Court to allow Crown Theatres and the Martino Defendants an additional seven days to file their reply briefs in support of their respective motions for summary judgment. The briefs are currently due on June 7, 2004. If this motion is granted, the new due date would be June 14, 2004. The briefs in question are: (1) Crown Theatres' Reply Brief in Support of Its Motion for Partial Summary Judgment Against Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively "Martino Defendants"); (2) Crown Theatres' Reply Brief in Support of Its Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims; (3) Crown Theatres' Reply Brief in Support of Its Motion for Summary Judgment against Milton L. Daly and Taylor-Leigh, Inc. (the "Daly Defendants"); and (4) the Martino Defendants' Reply Brief in Support of Their Motion for Summary Judgment against Crown Theatres. Neither the Martino Defendants nor the Daly Defendants object to the requested extension of time.

In further support of this motion, Crown Theatres states as follows:

JZG/32310/2/681404v1
06/04/04-HRT/

*Margin annotations:* June 7, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.