UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, LP, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-2272 (AVC) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| MILTON L. DALY, ET AL., | : | |
| | : | JUNE 16, 2004 |
| Defendants. | : | |

## REPLY BRIEF IN SUPPORT OF
## DEFENDANTS MILTON L. DALY AND TAYLOR-LEIGH, INC.'S
## MOTION TO STRIKE SUMMARY JUDGMENT MATERIALS

The plaintiff has filed its opposition (dated June 14, 2004) to the May 21, 2004 Motion to Strike Summary Judgment Materials that has been filed by defendants Milton L. Daly and Taylor-Leigh, Inc. In that opposition, the plaintiff incorporates by reference its Memorandum in Opposition to Defendant Anne Daly's Motion to Strike Summary Judgment Affidavit, which was filed by the plaintiff on May 28, 2004. Accordingly, in reply to the plaintiff's opposition, the defendants hereby rely on, and incorporate by reference herein, the arguments that are set forth in the Reply Brief in Further Support of Defendant Anne Daly's Motion to Strike Summary Judgment Affidavit, which reply brief is dated June 10, 2004.

DEFENDANTS,
MILTON L. DALY and
TAYLOR-LEIGH, INC.

By_____
   Kerry M. Wisser of
   WEINSTEIN & WISSER, P.C.
   29 South Main Street, Suite 207
   West Hartford, CT  06107
   Telephone No. (860) 561-2628
   Facsimile No. (860) 521-6150
   Federal Bar No. ct01205

**CERTIFICATION**

This is to certify that on the 16th day of June, 2004, a copy of the foregoing was served upon the following counsel of record by way of First Class Mail, postage prepaid:

Harold James Pickerstein, Esquire
Jodi Zils Gagne, Attorney
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-4000

Craig C. Martin, Esquire
Lawrence S. Schaner, Esquire
Jenner & Block
One IBM Plaza
Chicago, IL 60611-7603

Mark Seiden, Esquire
Marisa Lanza, Attorney
Milber Makris Polusadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, NY 10601

Robert M. Frost, Jr., Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

_____
Kerry M. Wisser

Motion2StrikeSJmaterials-brief-reply