UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | June 18, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

### THIRD PARTY DEFENDANTS DAVID CLIFFORD AND GLENN GARFINKEL'S MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO AMENDED THIRD PARTY COMPLAINT

Third Party Defendants David Clifford ("Clifford") and Glenn Garfinkel ("Garfinkel") hereby move this Court to allow Clifford and Garfinkel an additional 21 days, to and including July 9, 2004, to answer or otherwise plead to the Amended Third Party Complaint ("Amended Complaint") filed by Defendants James T. Martino and James Thomas Martino, Architect, P.C. (collectively "Martino Defendants"). The Martino Defendants do not object to the requested extension of time.

In support of this motion, Clifford and Garfinkel state as follows:

1. On March 31, 2004, this Court granted Clifford and Garfinkel's Motion to Dismiss the Martino Defendants' Third-Party Complaint, with leave to amend.

2. On June 1, 2004, the Martino Defendants filed their Amended Complaint. Pursuant to Rules 6 and 15 of the Federal Rules of Civil Procedure, Clifford and Garfinkel have until June 18, 2004 to answer or otherwise plead to the Amended Complaint.

3. The Amended Complaint asserts five counts against Clifford and Garfinkel sounding in contribution, indemnification, negligence, and unjust enrichment. The allegations in the Amended Complaint are substantially longer and more detailed than those contained in the original complaint.

4. During the first half of June, counsel for Crown Theatres, L.P., who also represent Clifford and Garfinkel, were engaged in, among other things, briefing the summary judgment-related issues in this action. On June 14, 2004, Crown Theatres, L.P. filed four briefs: its Reply Memorandum in Support of Its Motion for Summary Judgment against Milton L. Daly and Taylor-Leigh, Inc.; its Reply Memorandum in Support of Its Motion for Partial Summary Judgment Against James T. Martino and James Thomas Martino, Architect, P.C.; its Reply to the Martino Defendants' Opposition to Crown Theatres' Motion for Summary Judgment on the Martino Defendants' First and Third Counterclaims; and its Memorandum in Opposition to Defendants Milton L. Daly and Taylor-Leigh, Inc.'s Motion to Strike Summary Judgment Materials.

5. Because of the time necessary to prepare these briefs, and because of their other professional and personal commitments, counsel for Clifford and Garfinkel have not adequately been able to consider their response to the Amended Complaint.

6. Therefore, Clifford and Garfinkel need an additional 21 days to answer or otherwise plead to the Amended Complaint.

7. Counsel for Clifford and Garfinkel, Matthew H. Rice, has conferred with counsel for the Martino Defendants, Marisa Lanza. The Martino Defendants do not oppose this motion for an extension of time.

8. This is the first motion for an extension of time filed by Clifford or Garfinkel with respect to the Amended Complaint.

WHEREFORE, Third Party Defendants David Clifford and Glenn Garfinkel respectfully request that this Court enter an order allowing them until and including July 9, 2004, to answer or otherwise plead to the Martino Defendants' Amended Third-Party Complaint.

DAVID CLIFFORD AND GLENN GARFINKEL

By: _____
H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Third Party Defendants David Clifford and Glenn Garfinkel's Motion for Extension of Time** by facsimile and by mailing a copy of the same by United States Mail, postage prepaid, to the following:

>Kerry M. Wisser
>Weinstein & Wisser, P.C.
>29 South Main Street
>Suite 207
>West Hartford, CT  06107
>
>Mark Seiden
>Marisa Lanza
>Milber, Makris, Plousadis & Seiden, L.L.P.
>3 Barker Avenue
>Sixth Floor
>White Plains, NY  10601
>
>Robert M. Frost
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, CT  06601

_____
Jodi Zils Gagné

Dated:  June 18, 2004