171

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUN 18 A 9:57
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | June 18, 2004 |
| JAMES T. MARTINO AND JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

FILED 2004 JUN 21 P 2: [illegible] U.S. DISTRICT COURT HARTFORD, CT

## THIRD PARTY DEFENDANTS DAVID CLIFFORD AND GLENN GARFINKEL'S MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO AMENDED THIRD PARTY COMPLAINT

Third Party Defendants David Clifford ("Clifford") and Glenn Garfinkel ("Garfinkel") hereby move this Court to allow Clifford and Garfinkel an additional 21 days, to and including July 9, 2004, to answer or otherwise plead to the Amended Third Party Complaint ("Amended Complaint") filed by Defendants James T. Martino and James Thomas Martino, Architect, P.C. (collectively "Martino Defendants"). The Martino Defendants do not object to the requested extension of time.

In support of this motion, Clifford and Garfinkel state as follows:

1. On March 31, 2004, this Court granted Clifford and Garfinkel's Motion to Dismiss the Martino Defendants' Third-Party Complaint, with leave to amend.

2. On June 1, 2004, the Martino Defendants filed their Amended Complaint. Pursuant to Rules 6 and 15 of the Federal Rules of Civil Procedure, Clifford and Garfinkel have until June 18, 2004 to answer or otherwise plead to the Amended Complaint.

JZG/32310/2/683462v1
06/17/04-HRT/

June 21, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.