UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:02CV2272AVC |
| | ) Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, | ) |
| INC., ANNE E. DALY, JAMES C. | ) |
| CELLA, G.U.S. DEVELOPMENT, INC., | ) July 9, 2004 |
| JAMES T. MARTINO AND JAMES | ) |
| THOMAS MARTINO, ARCHITECT, | ) |
| P.C., and RCD HUDSON, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIRD-PARTY DEFENDANTS DAVID CLIFFORD
AND GLENN GARFINKEL'S MOTION TO DISMISS COUNTS
I, III, V, VI AND VII OF THE AMENDED THIRD-PARTY COMPLAINT**

Third-party defendants David Clifford ("Clifford") and Glenn Garfinkel ("Garfinkel") hereby move, pursuant to Rules 12(b)(6), 14 and 18 of the Federal Rules of Civil Procedure, to dismiss and/or strike Counts I, III, V, VI and VII of defendants James T. Martino and James Thomas Martino, Architect, P.C.'s (collectively, "Martino") Amended Third-Party Complaint. In support of this motion, Clifford and Garfinkel state as follows:

1. Count I of the Amended Third-Party Complaint, which purports to state claims for indemnification against Clifford and Garfinkel should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. Martino fails to plead the required elements of a common law indemnification claim. First, he fails to plead facts showing that Clifford and Garfinkel's negligence was the direct and immediate cause of Crown Theatres' injury. Second, he fails to plead facts showing that Clifford and Garfinkel were in control of the situation to the exclusion of Martino. Finally, Martino fails to plead that he could reasonably rely on Clifford and Garfinkel not to be negligent.

2. Counts I and III, which allege claims for indemnification and contribution, should also be stricken pursuant to Fed. R. Civ. P. 14(a). These claims are duplicative of Martino's affirmative defenses for contributory/comparative negligence and his counterclaim that may be read to allege the same. Since any alleged negligence by Clifford and Garfinkel would already be accounted for in any judgment entered against Martino, Counts I and III do not state valid claims for impleader under Rule 14 and should therefore be stricken.

3. Count V, which alleges a claim for negligence, should be stricken under Fed. R. Civ. P. 14(a), because Martino alleges no injury to himself, and allegations that a third-party defendant is liable to the plaintiff are not sufficient grounds for impleader. Furthermore, Count V should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because Martino fails to allege any duty owed to him by Clifford or Garfinkel or any injury caused to him by their breach of duty, both of which are essential elements of a negligence action in Connecticut.

4. Counts VI and VII, which allege claims of unjust enrichment against Clifford and Garfinkel relating to architectural services allegedly performed by Martino at their private residences, should be dismissed. The unjust enrichment claims alone cannot be a proper basis for impleader, because they are unrelated to Crown Theatres' claims against Martino. Therefore, if the contribution, indemnification and negligence claims are dismissed, Martino may not rely on Fed. R. Civ. P. 18 to bring his unrelated dispute with Clifford and Garfinkel into this action.

WHEREFORE, for the reasons stated herein and in the attached memorandum of law, third-party defendants David Clifford and Glenn Garfinkel respectfully request that this Court dismiss and/or strike with prejudice Counts I, III, V, VI and VII of the Amended Third-Party Complaint.

DAVID CLIFFORD AND GLENN GARFINKEL

By: /s/ Jodi Z. Gagné

H. James Pickerstein (Bar No. Ct 05094)
Jodi Zils Gagné (Bar No. Ct 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT  06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

3

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of **Third-Party Defendants David Clifford and Glenn Garfinkel's Motion to Dismiss Counts I, III, V, VI, and VII of the Amended Third-Party Complaint** by mailing a copy of the same by United States Mail, postage prepaid, to the following:

> Kerry M. Wisser
> Weinstein & Wisser, P.C.
> 29 South Main Street
> Suite 207
> West Hartford, CT 06107
>
> Mark Seiden
> Marisa Lanza
> Milber, Makris, Plousadis & Seiden, L.L.P.
> 3 Barker Ave.
> 6th Floor
> White Plains, NY 10601
>
> Robert M. Frost
> Zeldes, Needle & Cooper
> 1000 Lafayette Blvd.
> P.O. Box 1740
> Bridgeport, CT 06601-1740

_____
Jodi Zils Gagné

Dated: July 9, 2004