UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

CROWN THEATRES, L.P.,

                Plaintiff,

  -against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO, ARCHITECT, P.C. and
RCD HUDSON, LLC,

                Defendants.

-----------------------------------------------------------------X

JAMES T. MARTINO and JAMES THOMAS
MARTINO, ARCHITECT, P.C.

                Third-Party Plaintiffs,

  - against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

                Third-Party Defendants

-----------------------------------------------------------------X

Case No.  3:02 CV 2272 (AVC)

**DEFENDANTS/THIRD-PARTY PLAINTIFFS' REQUEST FOR AN
EXTENSION OF TIME TO RESPONSE TO THIRD-PARTY DEFENDANTS
GLENN GARFINKEL and DAVID CLIFFORD'S MOTION TO DISMISS
THE AMENDED THIRD-PARTY COMPLAINT.**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO and JAMES THOMAS

MARTINO, ARCHITECT, P.C. (hereinafter "The Martino Defendants") in the above-referenced

action hereby represents that the Third-Party Defendants GLENN GARFINKEL and DAVID

CLIFFORD (hereinafter "Third-Party Defendants") filed and served a Motion to Dismiss the

Amended Third-Party Complaint under Rules 12(b)(6), 14 and 18 of the Federal Rules of Civil Procedures.

The Martino Defendants hereby moves this Court to allow The Martino Defendants and the Third-Party Defendants additional time to file their responsive papers.

The Martino Defendants in this matter hereby respectfully requests an extension of time in which to file their opposition to the said motion to dismiss up to and including August 20, 2004. The Third-Party Defendants have also requested an extension of time in which to file their reply papers to the said motion to dismiss up to and including September 6, 2004.

The attorneys for The Martino Defendants and Third-Party Defendants have consented to the aforementioned extensions of time.

This request is being made since the attorneys for the Martino Defendants have been engaged in preparing opposition papers on behalf of another client who is involved in complex litigation wherein an Order to Show Cause was filed against the client imposing a temporary injunction. In that matter, the Court issued a short time frame to prepare opposition papers and move to lift the temporary injunction. In addition, according to the most recent Scheduling Order the Joint Trial Brief is due on or before August 31, 2004 and therefore all parties have been and will be engaged in preparing that brief. Because of the time necessary to prepare these briefs, and because of the attorneys other professional and personal commitments, counsels for the Martino Defendants and the Third-Party Defendant respectfully request an extension of time.

Dated: White Plains, New York
      July 27, 2004

                                      **DEFENDANTS/THIRD-PARTY PLAINTIFFS**
                                      **JAMES T. MARTINO and JAMES THOMAS**
                                      **MARTINO ARCHITECTS, P.C.**

By: *Marisa Lanza* (signature)
           Marisa Lanza (Ct 24554)
           MILBER MAKRIS PLOUSADIS
           & SEIDEN, L.L.P.
           3 Barker Avenue, 6th Floor
           White Plains, New York 10601
           (914) 681-8700
           (914) 681-8709 (fax)
           mlanza@milbermakris.com

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Request for Extension of Time to Respond to Third-Party Defendants Motion to Dismiss the Amended Third-Party Complaint was served by first class mail, postage prepaid, on the 27th day of July 2004, upon:

Matthew Rice, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

H. James Pickerstein, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Robert M. Frost, Esq.
Zeldes, Needles & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06604

_____
Vanessa Frets