UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X

CROWN THEATRES, L.P.,   Case No. 3:02 CV 2272 (AVC)

           Plaintiff,

-against-

MILTON L. DALY, DALY TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S. DEVELOPMENT,
INC., JAMES T. MARTINO, JAMES THOMAS
MARTINO, ARCHITECT, P.C. and
RCD HUDSON, LLC,

           Defendants.
-----------------------------------------------------------------X
JAMES T. MARTINO and JAMES THOMAS
MARTINO, ARCHITECT, P.C.

           Third-Party Plaintiffs,

- against –

B.B. CONSTRUCTION CONSULTANTS,
LTD., DAVID CLIFFORD,
and GLENN GARFINKEL,

           Third-Party Defendants
-----------------------------------------------------------------X

**DEFENDANTS/THIRD-PARTY PLAINTIFFS' REQUEST FOR AN
EXTENSION OF TIME TO RESPONSE TO THIRD-PARTY DEFENDANTS
GLENN GARFINKEL and DAVID CLIFFORD'S MOTION TO DISMISS
<u>THE AMENDED THIRD-PARTY COMPLAINT.</u>**

Defendants/Third-Party Plaintiffs JAMES T. MARTINO and JAMES THOMAS

3:02CV2272(AVC). August 2, 2004. The motion for an extension of time (document no. 175) is GRANTED. The third-party plaintiffs shall have to and including August 20, 2004 to respond to the third-party defendants' motion to dismiss.
SO ORDERED.

           Alfred V. Covello, U.S.D.J.