140

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROWN THEATRES, LP, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-2272 (AVC) |
| VS. | : | |
| MILTON L. DALY, ET AL., | : | MAY 4, 2004 |
| Defendants. | : | |

FILED 2004 MAY -5 A 10:49 U.S. DISTRICT COURT HARTFORD, CT

### DEFENDANT ANNE DALY'S MOTION TO STRIKE SUMMARY JUDGMENT AFFIDAVIT

Defendant Anne Daly in the above-entitled matter hereby moves the Court to strike Paragraphs 6-12 of the Declaration of Frederick C. Hamilton, together with Exhibits 2-4 attached thereto, which affidavit was filed by the plaintiff in opposition to the defendant's motion for summary judgment and in support of the plaintiff's cross-motion for summary judgment. Paragraphs 6-12 of the Hamilton affidavit and the documents attached thereto present additional "expert reports" that were not disclosed to the defendant in a timely fashion and which are inconsistent with Hamilton's prior deposition testimony that is relied upon by the defendant in support of her motion for a summary judgment. For these reasons, which are discussed in more detail in the accompanying Memorandum of Law in Support of Defendant Anne Daly's Motion to Strike Summary Judgment Affidavit, the offending portions of the Hamilton affidavit

FILED 2004 AUG 18 P 5:30 U.S. DISTRICT COURT HARTFORD, CT

3:02CV2272(AVC). August 23, 2004. The defendant's motion to strike (document no. 140) is DENIED. The defendant is granted leave to depose the plaintiff's expert, if necessary, at any time prior to trial.
SO ORDERED.

02cv2272 END 140   Alfred V. Covello, U.S.D.J.