UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CROWN THEATERS, L.P., :
  Plaintiff, :
  :
v. : Civil No. 3:02CV02272 (AVC)
  :
MILTON L. DALY, ET AL., :
  Defendants. :

### ORDER:

    This is an action for damages, brought, in part, pursuant to common law tenets concerning breach of contract and professional negligence. In relevant part, Crown Theatres, L.P. ("Crown") alleges that it hired James T. Martino and James Thomas Martino, P.C. (the "Martino defendants") to perform professional architectural services in connection with Crown's construction projects. Crown further alleges that, in violation of the contract and the applicable standard of care, the Martino defendants thereafter improperly authorized the payment of various construction invoices for work that had, in fact, not been completed.

    On April 30, 2004, Crown moved for partial summary judgment (document no. 128) pursuant to Fed. R. Civ. P. 56, contending that there were no questions of material fact with regard to the issue of liability and therefore that it was entitled to partial summary judgment. On April 28, 2004, the Martino defendants also moved for summary judgment (document no. 136), contending that there were no issues of material fact and that it was entitled to summary judgment.

Having reviewed the parties' submissions and the relevant law, the court concludes that issues of material fact exist and therefore that the motions for summary judgment should be denied. For example, with regard to the contract cause of action, there are questions of fact regarding the relevant terms and conditions of the contract that was alleged to have existed between Crown and the Martino defendants. With regard to the professional negligence cause of action, at a minimum, there are questions as to whether the Martino defendants' breached the applicable standard of care, and whether such breach proximately resulted in harm to Crown. Therefore, inasmuch as there are issues of material fact, the motions for summary judgment (documents no. 128 & 136) are DENIED.

It is so ordered this 20TH day of August, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge