UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, LP, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02-CV-2272 (AVC) |
| VS. | : |
| MILTON L. DALY, ET AL., | : MAY 21, 2004 |
| Defendants. | : |

**DEFENDANTS MILTON L. DALY AND TAYLOR-LEIGH, INC.'S MOTION TO STRIKE SUMMARY JUDGMENT MATERIALS**

Defendants Milton L. Daly and Taylor-Leigh, Inc. in the above-entitled matter hereby move the Court to strike Paragraphs 6-12 of the Declaration of Frederick C. Hamilton, together with Exhibits 2-4 attached thereto, which affidavit was filed by the plaintiff as Exhibit J in support of the plaintiff's motion for summary judgment dated April 30, 2004. Paragraphs 6-12 of the Hamilton affidavit and the documents attached thereto present additional "expert reports" that were not disclosed to the defendant in a timely fashion and which are inconsistent with Hamilton's prior deposition testimony that is relied upon by defendant Anne Daly in support of her motion for a summary judgment. In addition, the defendants further move to strike the purported "Kroll Zolfo Cooper Updated Analysis," which has been filed by the plaintiff as Exhibit H in support

---

3:02CV2272(AVC). August 26, 2004. The defendants' motion to strike (document no. 147) is DENIED. The defendants are granted leave to depose the plaintiff's expert, if necessary, at any time prior to trial.
SO ORDERED.

Alfred V. Covello, U.S.D.J.