August 31, 2004

CROWN THEATRES, L.P., DAVID CLIFFORD, AND GLENN GARFINKEL

By:_____
    Jodi Zils Gagne
    Bar No. CT 24376

Craig C. Martin (Bar No. CT 12198)
Lawrence S. Schaner (Bar No. CT 24756)
Matthew H. Rice
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

H. James Pickerstein (Bar No. CT 05094)
Jodi Zils Gagne (Bar No. CT 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

MILTON L. DALY, ANNE E. DALY, AND TAYLOR/LEIGH, INC.

By: *[signature]*
    Kerry M. Wisser
    Bar No. CT 01205

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561-2628

JAMES T. MARTINO AND JAMES THOMAS MARTINO, ARCHITECT, P.C.

By:_____
    Marisa Lanza
    Bar No. CT 24554

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
(914) 681-8700

20

August 31, 2004                             CROWN THEATRES, L.P., DAVID CLIFFORD,
                                            AND GLENN GARFINKEL

                                            By: /s/ Jodi Zils Gagne
                                                Jodi Zils Gagne
                                                Bar No. CT 24376

Craig C. Martin (Bar No. CT 12198)
Lawrence S. Schaner (Bar No. CT 24756)
Matthew H. Rice
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

H. James Pickerstein (Bar No. CT 05094)
Jodi Zils Gagne (Bar No. CT 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

                                            MILTON L. DALY, ANNE E. DALY, AND
                                            TAYLOR-LEIGH, INC.

                                            By:_____
                                                Kerry M. Wisser
Kerry M. Wisser                                 Bar No. CT 01205
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561-2628

                                            JAMES T. MARTINO AND JAMES
                                            THOMAS MARTINO, ARCHITECT, P.C.

                                            By:_____
                                                Marisa Lanza
Mark Seiden                                     Bar No. CT 24554
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
(914) 681-8700

21

August 31, 2004

Craig C. Martin (Bar No. CT 12198)
Lawrence S. Schaner (Bar No. CT 24756)
Matthew H. Rice
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

H. James Pickerstein (Bar No. CT 05094)
Jodi Zils Gagne (Bar No. CT 24376)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
jgagne@pepehazard.com

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561-2628

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
(914) 681-8700

CROWN THEATRES, L.P., DAVID CLIFFORD,
AND GLENN GARFINKEL

By:_____
Jodi Zils Gagne
Bar No. CT 24376

MILTON L. DALY, ANNE E. DALY, AND
TAYLOR-LEIGH, INC.

By:_____
Kerry M. Wisser
Bar No. CT 01205

JAMES T. MARTINO AND JAMES
THOMAS MARTINO, ARCHITECT, P.C.

By: /s/ Marisa Lanza
Marisa Lanza
Bar No. CT 24554

21

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served all counsel of record in this action with a copy of the foregoing by mailing a copy of the same by United States Mail, postage prepaid, to the following:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT  06107

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Ave.
6th Floor
White Plains, NY  10601

Robert M. Frost
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Jodi Zils Gagné

Dated:  August 31, 2004

JZG/32310/2/692600v1
08/31/04-HRT/