Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 64

## Consider Damages Only If Necessary

If Crown Theatres has proven by the appropriate standard of
proof that one or more of the defendants is liable on its
claims, then you must determine the damages to which Crown
Theatres is entitled.  However, you should not infer that Crown
Theatres is entitled to recover damages merely because I am
instructing you on the elements of damages.  It is exclusively
your function to decide upon liability, and I am instructing you
on damages only so that you will have guidance should you decide
that Crown Theatres is entitled to recovery.

**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #77-1 (2004).

Given                  _____

Given as Modified      _____

Refused                _____

Withdrawn              _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Proposed Instruction No. 65

### Multiple Defendants

I have one more cautionary instruction before I give
additional information on the types of damages you may award, if
you find that Crown Theatres has proved liability according to
the standards I have enumerated.

You must be careful to impose any damages that you may
award on a claim solely upon the defendant or defendants who you
find to be liable on that claim.  Although there are nine
defendants in this case, it does not follow that if one is
liable, all or any one of the others are liable as well.  Each
defendant is entitled to fair, separate and individual
consideration of the case without regard to your decision as to
the other defendants.  If you find that only one defendant is
responsible for a particular loss, then you must impose damages
for that loss only upon that defendant.

Nevertheless, you might find that more than one defendant
is liable for a particular wrong.  If two or more persons unite
in an intentional act that violates another person's right, then
all of those persons are jointly liable for the acts of each of
them; the law does not require the injured party to establish
how much of the injury was done by each particular defendant
that you find liable.  Thus, if you find that the defendants who

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

you find to be liable acted jointly, then you may treat them

jointly for purposes of assessing damages.

**Source:**

L. Sand, et al., <u>Modern Federal Jury Instructions</u>, #77-2 (2004).

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

## Proposed Instruction No. 66

### Compensatory Damages

The purpose of the law of damages is to award, as far as possible, just and fair compensation for the loss, if any, which resulted from the defendants' violation of Crown Theatres' rights.  If you find that the defendants are liable on the claims, as I have explained them, then you must award Crown Theatres sufficient damages to compensate it for any injury proximately caused by the defendant's conduct.

These are known as "compensatory damages."  Compensatory damages seek to make Crown Theatres whole -- that is, to compensate it for the damage suffered.  As I have already explained, damages for a breach of contract should place the wronged party in as good a position as that party would have been if the breaching party had fully performed its obligations under the contract.

I remind you that you may award compensatory damages only for injuries that Crown Theatres proves were caused by a defendant's allegedly wrongful conduct.  The damages that you award must be fair and reasonable, neither inadequate nor excessive.

In awarding compensatory damages, if you decide to award them, you must be guided by dispassionate common sense. Computing damages may be difficult, but you must not let that

Joint Trial Memorandum                              Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

difficulty lead you to engage in arbitrary guesswork.  On the

other hand, the law does not require Crown Theatres to prove the

amount of its losses with mathematical precision, but only with

as much definiteness and accuracy as the circumstances permit.

Where a defendant by his wrongful conduct has made the

calculation of damages more difficult, such difficulty is not a

sufficient reason for declining to assess damages by

approximation.

    In all instances, you are to use sound discretion in fixing

an award of damages, drawing reasonable inferences where you

deem appropriate from the facts and circumstances in evidence.

**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #77-3 (2004);

Grant v. West Haven Gardens Co., 181 Conn. 379, 387-88, 435 A.2d

970, 974 (1980).

Given                   _____

Given as Modified       _____

Refused                 _____

Withdrawn               _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 67

### Punitive Damages

In addition to damages meant to compensate Crown Theatres
for its injuries and losses, Crown Theatres also asks that you
award punitive damages.  As I have explained to you, Crown
Theatres alleges that Milton Daly, Taylor-Leigh, Cella, GUS, and
RCD Hudson committed fraud; that Milton Daly, Taylor-Leigh,
Cella, GUS, and Anne Daly committed conversion; and that Milton
Daly committed a breach of fiduciary duty.  If you find that a
defendant is responsible under any of these claims, you may
consider whether that defendant should pay punitive damages in
addition to compensatory damages.  In order to award punitive
damages, you must find that a defendant acted maliciously or
wantonly.  A defendant acts maliciously when he intends to harm
Crown Theatres or acts with some other improper or unjustifiable
intent.  A defendant acts wantonly – or recklessly – when he is
aware, or should be aware from his knowledge of the
circumstances, that his conduct will naturally and probably harm
the plaintiff.

If Crown Theatres has proved to you by a preponderance of
the evidence that one or more of the defendants acted with any
of these characteristics, you may award Crown Theatres punitive
damages against such defendants in addition to any compensatory

116

Joint Trial Memorandum                                        Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

damages you award.  The amount you may award as punitive damages

is limited to the reasonable expenses which Crown Theatres

incurred, including counsel fees, in prosecuting this action.

Within that limitation, the extent to which you award punitive

damages is within your sole discretion.

**Source:**

Wright & Ankerman, Connecticut Jury Instructions (Civil)

§ 256(a),(b), (d) (4th ed. 1993); Label Systems Corp. v.

Aghamohammadi, 270 Conn. 291, 335-36, 852 A.2d 703, 731-32

(2004); Brower v. Perkins, 135 Conn. 675, 680-81, 68 A.2d 146,

150 (1949)

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 68

### Right To See Exhibits and Hear Testimony;
### Communications With Court

You are about to go into the jury room and begin your
deliberations.  If during those deliberations you want to see
any of the exhibits, you may request that they be brought into
the jury room.  If you want any of the testimony read, you may
also request that.  Please remember that it is not always easy
to locate what you might want, so be as specific as you possibly
can in requesting exhibits or portions of the testimony.

Your requests for exhibits or testimony -- in fact any
communication with the court -- should be made to me in writing,
signed by your foreperson, and given to one of the marshals.   In
any event, do not tell me or anyone else how the jury stands on
any issue until after a unanimous verdict is reached.


**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #78-1 (2004).

Given                 _____

Given as Modified     _____

Refused               _____

Withdrawn             _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 69

### Duty To Deliberate/Unanimous Verdict

You will now return to decide the case.  In order to
prevail, the parties must sustain their burden of proof as I
have explained to you with respect to each element of each
claim.

It is your duty as jurors to consult with one another and
to deliberate with a view to reaching an agreement.  Each of you
must decide the case for himself or herself, but you should do
so only after a consideration of the case with your fellow
jurors, and you should not hesitate to change an opinion when
convinced that it is erroneous.  Your verdict must be unanimous,
but you are not bound to surrender your honest convictions
concerning the effect or weight of the evidence for the mere
purpose of returning a verdict or solely because of the opinion
of other jurors.  Discuss and weigh your respective opinions
dispassionately, without regard to sympathy, without regard to
prejudice or favor for any party, and adopt that conclusion
which in your good conscience appears to be in accordance with
the truth.

Again, each of you must make your own decision about the
proper outcome of this case based on your consideration of the
evidence and your discussions with your fellow jurors.  No juror

119

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

should surrender his or her conscientious beliefs solely for the

purpose of returning a unanimous verdict.

**Source:**

L. Sand, et al., <u>Modern Federal Jury Instructions</u>, #78-3 (2004).

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Proposed Instruction No. 70

### Selection of Foreperson

When you retire, you should elect one member of the jury as your foreperson.  That person will preside over the deliberations and speak for you here in open court.

**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #78-5 (2004).

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

Joint Trial Memorandum                                          Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 71

### Return of Verdict

After you have reached a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the marshal outside your door that you are ready to return to the courtroom.

I will stress that each of you should be in agreement with the verdict which is announced in court. Once your verdict is announced by your foreperson in open court and officially recorded, it cannot ordinarily be revoked.

**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #78-6 (2004).

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Proposed Instruction No. 72

### Special Verdict

I have prepared a special verdict form for you to use in recording your decision. The special verdict form is made up of questions concerning the important issues in this case. Your answers must be unanimous and must reflect the conscientious judgment of each juror. The questions should be answered in the order in which they appear on the form. However, depending upon your answers to certain questions, the form may instruct you to skip certain questions. Many questions tell you that they should only be answered if you answered an earlier question in a certain way. You should skip the question if you did not give the indicated answer to the earlier question. Please carefully follow the instructions that appear on the verdict form and make any required markings in a clear and readable manner.

**Source:**

L. Sand, et al., Modern Federal Jury Instructions, #78-9 (2004).

Given                    _____

Given as Modified        _____

Refused                  _____

Withdrawn                _____

123

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Proposed Verdict Form

### RICO

**QUESTION NO. 1**

Do you find that Crown Theatres constituted an enterprise?

**ANSWER NO. 1**

Yes _____

No  _____

**QUESTION NO. 2**

If you answered "yes" to Question No. 1, please answer the following question:  Do you find that the Crown Theatres enterprise was one engaged in or whose activities affected interstate commerce?

**ANSWER NO. 2**

Yes _____

No  _____

**QUESTION NO. 3**

Do you find that Milton Daly, Taylor-Leigh, Cella, GUS, and Beacher constituted an association-in-fact enterprise?

**ANSWER NO. 3**

Yes _____

No  _____

124

Joint Trial Memorandum                                     Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 4**

 If you answered "yes" to Question No. 3, please answer the following question:  Do you find that the Milton Daly, Taylor-Leigh, Cella, GUS, and Beacher association-in-fact enterprise was one engaged in or whose activities affected interstate commerce?

**ANSWER NO. 4**

 Yes  _____

 No   _____

 If you answered "yes" to Question No. 1 and No. 2, proceed to Question No. 5.  If you answered "no" to Question No. 1 and No. 2, but you answered "yes" to Question No. 3 and Question No. 4, you should also proceed to Question No. 5.  If, however, you answered "no" to either Question No. 1 or Question No. 2 and you answered "no" to either Question No. 3 or Question No. 4, then move on to Question No. 19.

**QUESTION NO. 5**

 Do you find that defendant Milton Daly engaged in a pattern of racketeering activity in violation of Section 1962(c)?

**ANSWER NO. 5**

 Yes  _____

 No   _____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 6**

Do you find that defendant Taylor-Leigh engaged in a
pattern of racketeering activity in violation of Section
1962(c)?

**ANSWER NO. 6**

Yes  _____

No   _____

If you answered "yes" to Question No. 5 or Question No. 6,
proceed to Question No. 7.  If you answered "no" to Question
No. 5 and "no" to Question No. 6, then move on to Question
No. 19.

**QUESTION NO. 7**

Do you find that defendant Milton Daly violated RICO
Section 1962(d), by conspiring to violate RICO Section 1962(c)?

**ANSWER NO. 7**

Yes  _____

No   _____

**QUESTION NO. 8**

Do you find that defendant Taylor-Leigh violated RICO
Section 1962(d), by conspiring to violate RICO Section 1962(c)?

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 8**

     Yes   _____

     No    _____

**QUESTION NO. 9**

     Do you find that defendant Cella violated RICO Section

1962(d), by conspiring to violate RICO Section 1962(c)?

**ANSWER NO. 9**

     Yes   _____

     No    _____

**QUESTION NO. 10**

     Do you find that defendant GUS violated RICO Section

1962(d), by conspiring to violate RICO Section 1962(c)?

**ANSWER NO. 10**

     Yes   _____

     No    _____

**QUESTION NO. 11**

     If your answer to Question No. 5 or Question No. 7 was

"yes," please answer the following question:  Do you find that

Crown Theatres was injured in its business or property by reason

of defendant Daly's violation of RICO Section 1962?

**ANSWER NO. 11**

     Yes   _____

     No    _____

Joint Trial Memorandum                                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 12**

If your answer to Question No. 11 was "yes," please answer

the following question:  In dollars and cents, if any, what do

you find to be the damages that would fairly and reasonably

compensate Crown Theatres for injuries proximately caused by

defendant Daly's violation of RICO Section 1962?

**ANSWER NO. 12**

$_____$

**QUESTION NO. 13**

If your answer to Question No. 6 or Question No. 8 was

"yes," please answer the following question:  Do you find that

Crown Theatres was injured in its business or property by reason

of the defendant Taylor-Leigh's violation of RICO Section 1962?

**ANSWER NO. 13**

Yes  _____

No   _____

**QUESTION NO. 14**

If your answer to Question No. 13 was "yes," in dollars and

cents, if any, what do you find to be the damages that would

fairly and reasonably compensate Crown Theatres for injuries

proximately caused by the defendant Taylor-Leigh's violation of

RICO Section 1962?

Joint Trial Memorandum                                      Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 14**

      $\$$ _____

**QUESTION NO. 15**

    If your answer to Question No. 9 was "yes," please answer

the following question:  Do you find that Crown Theatres was

injured in its business or property by reason of the defendant

Cella's violation of Section 1962(d)?

**ANSWER NO. 15**

    Yes   _____

    No    _____

**QUESTION NO. 16**

    If your answer to Question No. 15 was "yes," in dollars and

cents, if any, what do you find to be the damages that would

fairly and reasonably compensate Crown Theatres for injuries

proximately caused by the defendant Cella's violation of RICO

Section 1962(d)?

**ANSWER NO. 16**

      $\$$ _____

**QUESTION NO. 17**

    If your answer to Question No. 10 was "yes," please answer

the following question:  Do you find that Crown Theatres was

Joint Trial Memorandum                                          Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

injured in its business or property by reason of the defendant

GUS's violation of Section 1962(d)?

**ANSWER NO. 17**

Yes  _____

No  _____

**QUESTION NO. 18**

If your answer to Question No. 17 was "yes," please answer

the following question:  In dollars and cents, if any, what do

you find to be the damages that would fairly and reasonably

compensate Crown Theatres for injuries proximately caused by the

defendant GUS's violation of RICO Section 1962(d)?

**ANSWER NO. 18**

$_____

130

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Fraud

**QUESTION NO. 19**

Do you find in favor of Crown Theatres on the Third Count
of the Complaint which alleges fraud against defendants Milton
Daly, Taylor-Leigh, Cella and GUS?

**ANSWER NO. 19**

Yes  _____

No   _____

**QUESTION NO. 20**

If you answered Question No. 19 "yes," please place a
checkmark next to the defendant(s) you found responsible under
the Third Count of the Complaint.

**ANSWER NO. 20**

Defendant Milton Daly      _____

Defendant Taylor-Leigh     _____

Defendant Cella            _____

Defendant GUS              _____

**QUESTION NO. 21**

If you answered "yes" to Question No. 19, please state the
damages to which Crown Theatres is entitled under the Third
Count of the Complaint.

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 21**

$\underline{\hspace{3cm}}$

**QUESTION NO. 22**

Do you find in favor of Crown Theatres and against Milton Daly on the Fourth Count of the Complaint which alleges fraud concerning the remodeling of Milton Daly's personal residence?

**ANSWER NO. 22**

Yes $\underline{\hspace{1.5cm}}$

No $\underline{\hspace{1.5cm}}$

**QUESTION NO. 23**

If you answered "yes" to Question No. 22, please state the damages to which Crown Theatres is entitled under the Fourth Count of the Complaint.

**ANSWER NO. 23**

$\underline{\hspace{3cm}}$

**QUESTION NO. 24**

Do you find in favor of Crown Theatres on the Fifth Count of the Complaint alleging fraud against Milton Daly, Cella and RCD Hudson in connection with the Trumbull project?

**ANSWER NO. 24**

Yes $\underline{\hspace{1.5cm}}$

No $\underline{\hspace{1.5cm}}$

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 25**

        If you answered "yes" to Question No. 24, please place a

checkmark next to the defendant(s) you found responsible under

the Fifth Count of the Complaint.

**ANSWER NO. 25**

        Defendant Milton Daly       _____

        Defendant Cella             _____

        Defendant RCD Hudson        _____

**QUESTION NO. 26**

        If you answered "yes" to Question No. 24, please state the

damages to which Crown Theatres is entitled under the Fifth

Count of the Complaint.

**ANSWER NO. 26**

        $_____

Joint Trial Memorandum                                          Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Civil Conspiracy

**QUESTION NO. 27**

Do you find in favor of Crown Theatres on the Sixth Count
of the Complaint which alleges civil conspiracy against Milton
Daly, Taylor Leigh, Cella and GUS?

**ANSWER NO. 27**

Yes   \_\_\_\_\_

No    \_\_\_\_\_

**QUESTION NO. 28**

If you answered "yes" to Question No. 27, please state the
damages to which Crown Theatres is entitled under the Sixth
Count of the Complaint.

**ANSWER NO. 28**

$_____

Joint Trial Memorandum                                          Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Conversion

**QUESTION NO. 29**

Do you find in favor of Crown Theatres on the Seventh Count of the Complaint which alleges conversion against defendants Milton Daly, Taylor-Leigh, Cella and GUS?

**ANSWER NO. 29**

Yes  _____

No   _____

**QUESTION NO. 30**

If you answered "yes" to Question No. 29, place a checkmark next to the defendant(s) you found responsible under the Seventh Count of the Complaint.

**ANSWER NO. 30**

Defendant Milton Daly     _____

Defendant Taylor-Leigh    _____

Defendant Cella           _____

Defendant GUS             _____

**QUESTION NO. 31**

If you answered "yes" to Question No. 29, please state the damages to which Crown Theatres is entitled under the Seventh Count of the Complaint from each of the defendant(s) you found responsible in Question No. 30.

Joint Trial Memorandum                                      Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 31**

      Defendant Milton Daly      $_____

      Defendant Taylor-Leigh     $_____

      Defendant Cella            $_____

      Defendant GUS              $_____

Joint Trial Memorandum                                         Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Breach of Contract

**QUESTION NO. 32**

Do you find in favor of Crown Theatres on the Eighth Count

of the Complaint, which alleges breach of contract against

defendant James Thomas Martino, Architect, P.C. and James Thomas

Martino?

**ANSWER NO. 32**

Yes  _____

No   _____

**QUESTION NO. 33**

If you answered "yes" to Question No. 32, please state the

damages to which Crown Theatres is entitled under the Eighth

Count of the Complaint.

**ANSWER NO. 33**

$_____

137

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Professional Negligence

**QUESTION NO. 34**

Do you find in favor of Crown Theatres in the Ninth Count
of the Complaint, which alleges professional negligence against
defendants James Martino and his firm, James Thomas Martino
Architect, P.C.?

**ANSWER NO. 34**

Yes  _____

No   _____

**QUESTION NO. 35**

If you answered "yes" to Question No. 34, please state the
damages to which Crown Theatres is entitled under the Ninth
Count of the Complaint.

**ANSWER NO. 35**

$_____

138

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Connecticut Unfair Trade Practice Act

**QUESTION NO. 36**

Do you find in favor of Crown Theatres on the Tenth Count

of the Complaint, which alleges violation of the Connecticut

Unfair Trade Practice Act against defendants Milton Daly,

Taylor-Leigh, Cella, GUS, and RCD Hudson?

**ANSWER NO. 36**

Yes    _____

No     _____

**QUESTION NO. 37**

If you answered "yes" to Question No. 36, place a checkmark

next to the defendant(s) you found responsible under the Tenth

Count of the Complaint.

**ANSWER NO. 37**

Milton Daly      _____

Taylor-Leigh     _____

Cella            _____

GUS              _____

RCD Hudson       _____

**QUESTION NO. 38**

If you answered "yes" to Question No. 36, please state the

damages to which Crown Theatres is entitled under the Tenth

139

Joint Trial Memorandum                                  Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Count of the Complaint from each of the defendants you found

responsible in Question No. 37.

**ANSWER NO. 38**

| | |
|---|---|
| Milton Daly | $_____ |
| Taylor-Leigh | $_____ |
| Cella | $_____ |
| GUS | $_____ |
| RCD Hudson | $_____ |

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Statutory Theft

**QUESTION NO. 39**

Do you find in favor of Crown Theatres on the Eleventh
Count of the Complaint, which alleges statutory theft against
defendants Milton Daly, Taylor-Leigh, Cella, and GUS?

**ANSWER NO. 39**

Yes  _____

No   _____

**QUESTION NO. 40**

If you answered "yes" to Question No. 39, place a checkmark
next to the defendant(s) you found responsible under the
Eleventh Count of the Complaint.

**ANSWER NO. 40**

Defendant Milton Daly      _____

Defendant Taylor-Leigh     _____

Defendant Cella            _____

Defendant GUS              _____

**QUESTION NO. 41**

If you answered "yes" to Question No. 39, please state the
damages to which Crown Theatres is entitled under the Eleventh
Count of the Complaint.  This amount must include the required
treble or triple damages from each of the defendants you found
responsible in Question No. 40.

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 41**

|  | Damages Before Trebling | | Damages After Trebling |
|---|---|---|---|
| Defendant Milton Daly | $_____ | X 3 = | $_____ |
| Defendant Taylor-Leigh | $_____ | X 3 = | $_____ |
| Defendant Cella | $_____ | X 3 = | $_____ |
| Defendant GUS | $_____ | X 3 = | $_____ |

**QUESTION NO. 42**

Do you find in favor of Crown Theatres on the Twelfth Count of the Complaint, which alleges statutory theft against Milton Daly in connection with his personal residence?

**ANSWER NO. 42**

Yes  _____

No   _____

**QUESTION NO. 43**

If you answered "yes" to Question No. 42, please state the damages to which Crown Theatres is entitled under the Twelfth Count of the Complaint.  This amount must include the required treble or triple damages.

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**ANSWER NO. 43**

|  **Damages Before** |  | **Damages After** |
| :---: | :---: | :---: |
| **Trebling** |  | **Trebling** |

$\underline{\$\phantom{xxxxxxxxxxxxxx}}$    X 3 =    $\underline{\$\phantom{xxxxxxxxxxxxxx}}$

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Exhibit E-1

## Conversion

**QUESTION NO. 44**

Do you find in favor of Crown Theatres on the Thirteenth Count of the Complaint, which alleges conversion against defendants Milton Daly and Anne Daly in connection with their personal residence?

**ANSWER NO. 44**

Yes   _____

No    _____

**QUESTION NO. 45**

If you answered "yes" to Question No. 44, place a checkmark next to the defendant(s) you found responsible under the Thirteenth Count of the Complaint.

**ANSWER NO. 45**

Defendant Milton Daly     _____

Defendant Anne Daly       _____

**QUESTION NO. 46**

If you answered "yes" to Question No. 44, please state the damages to which Crown Theatres is entitled under the Thirteenth Count of the Complaint.

**ANSWER NO. 46**

$_____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 47**

Do you find in favor of Crown Theatres on the Fourteenth
Count of the Complaint, which alleges conversion against
defendants Milton Daly and Anne Daly in connection with certain
funds alleged to have been diverted to Taylor-Leigh through B.B.
Construction and other entities controlled by Beacher?

**ANSWER NO. 47**

Yes _____

No _____

**QUESTION NO. 48**

If you answered "yes" to Question No. 47, place a checkmark
next to the defendant(s) you found responsible under the
Fourteenth Count of the Complaint.

**ANSWER NO. 48**

Defendant Milton Daly      _____

Defendant Anne Daly        _____

**QUESTION NO. 49**

If you answered "yes" to Question No. 47, please state the
damages to which Crown Theatres is entitled under the Fourteenth
Count of the Complaint.

**ANSWER NO. 49**

$

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Unjust Enrichment

**QUESTION NO. 50**

Do you find in favor of Crown Theatres on the Fifteenth
Count of the Complaint, which alleges unjust enrichment against
defendants Milton Daly and Anne Daly in connection with
improvements to their personal residence?

**ANSWER NO. 50**

Yes  _____

No   _____

**QUESTION NO. 51**

If you answered "yes" to Question No. 50, place a checkmark
next to the defendant(s) you found were unjustly enriched under
the Fifteenth Count of the Complaint.

**ANSWER NO. 51**

Defendant Milton Daly    _____

Defendant Anne Daly      _____

**QUESTION NO. 52**

If you answered "yes" to Question No. 50, please state the
amount by which the defendant(s) were unjustly enriched under
the Fifteenth Count of the Complaint.

**ANSWER NO. 52**

$_____

Joint Trial Memorandum                                    Exhibit E-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

**QUESTION NO. 53**

Do you find in favor of Crown Theatres on the Sixteenth

Count of the Complaint, which alleges unjust enrichment against

defendants Milton Daly and Anne Daly in connection with certain

funds alleged to have been diverted to Taylor-Leigh?

**ANSWER NO. 53**

Yes  _____

No   _____

**QUESTION NO. 54**

If you answered "yes" to Question No. 53, place a checkmark

next to the defendant(s) you found were unjustly enriched under

the Sixteenth Count of the Complaint.

**ANSWER NO. 54**

Defendant Milton Daly     _____

Defendant Anne Daly       _____

**QUESTION NO. 55**

If you answered "yes" to Question No. 53, please state the

amount by which the defendant(s) were unjustly enriched under

the Sixteenth Count of the Complaint.

**ANSWER NO. 55**

$_____

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

### Fraudulent Transfer

**QUESTION NO. 56**

Do you find in favor of Crown Theatres on the Seventeenth Count of the Complaint, which seeks to avoid the allegedly fraudulent transfer of rights under the Odyssey Note to Anne Daly?

**ANSWER NO. 56**

Yes  \_\_\_\_\_

No  \_\_\_\_\_

**QUESTION NO. 57**

Do you find in favor of Crown Theatres on the Eighteenth Count of the Complaint, which seeks to avoid the allegedly fraudulent transfer of a certain boat to Anne Daly?

**ANSWER NO. 57**

Yes  \_\_\_\_\_

No  \_\_\_\_\_

**QUESTION NO. 58**

Do you find in favor of Crown Theatres on the Nineteenth Count of the Complaint, which seeks to avoid the allegedly fraudulent transfer of rights under a certain investment account to Anne Daly?

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Exhibit E-1

## ANSWER NO. 58

Yes _____

No _____

## QUESTION NO. 59

Do you find in favor of Crown Theatres on the Twentieth Count of the Complaint, which seeks to avoid the allegedly fraudulent transfer of certain funds to Anne Daly?

## ANSWER NO. 59

Yes _____

No _____

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## Breach of Fiduciary Duty

**QUESTION NO. 60**

Do you find in favor of Crown Theatres on the Twenty-First Count of the Complaint, which alleges breach of fiduciary duty against defendant Milton Daly?

**ANSWER NO. 60**

Yes  _____

No   _____

**QUESTION NO. 61**

If you answered "yes" to Question No. 60, please state the damages to which Crown Theatres is entitled under the Twenty-First Count of the Complaint.

**ANSWER NO. 61**

$_____

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Exhibit E-1

## Punitive Damages

**QUESTION NO. 62**

Do you find that Crown Theatres should be awarded punitive

damages?

**ANSWER NO. 62**

Yes  _____

No   _____

**QUESTION NO. 63**

If you answered "yes" to Question No. 62, please state the

amount of punitive damages, if any, that the following

defendants should pay to Crown Theatres.

**ANSWER NO. 63**

Defendant Milton Daly      $_____

Defendant Taylor-Leigh     $_____

Defendant Cella            $_____

Defendant GUS              $_____

Defendant RCD Hudson       $_____

Defendant Anne Daly        $_____