Joint Trial Memorandum                                                                    Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

# CROWN THEATRES' WITNESS LIST

Crown Theatres may call to testify at trial any or all of the below-listed persons.

Those witnesses marked with an asterisk (*) may testify either in person or by deposition.

| Name | Address | Anticipated Testimony | Est. Length (Hours)[1] |
|---|---|---|---|
| Robert Abramsky | 402 R.L. Honeycutt Dr. Wilmington, NC 28412 | Formation and operation of Odyssey Entertainment, L.L.C.; communications with Milton Daly regarding scheme to defraud Crown Theatres, including intent and motive. | 2 |
| Robert Beacher* | 123 Orchid Cay Drive Palm Beach Gardens, FL 33418 | Duties, responsibilities and relationship to Crown Theatres; Crown Theatres' construction and renovation program; relationship with defendants; participation in scheme to defraud Crown Theatres; the 70/30 arrangement; creation and approval of fraudulent invoices; transfers of stolen funds; referral fees received from James Martino. | 10 |
| Thomas Becker | Crown Theatres, L.P. 64 North Main Street Norwalk, CT 06854 | Crown Theatres' construction and renovation program; budgeting; site selection; discovery of scheme to defraud Crown Theatres. | 2 |
| James Cella | 468 E. Boston Post Road Westport, Connecticut | Participation in scheme to defraud Crown Theatres; relationship to and dealings with defendants and Robert Beacher; Hartford and Trumbull theatre projects; creation and submission of fraudulent invoices by G.U.S.; conversations with Daly and Martino. | 3-4 |

---

[1] Includes anticipated direct and cross-examination.

Joint Trial Memorandum  Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

| Name | Address | Anticipated Testimony | Est. Length (Hours) |
|---|---|---|---|
| David Clifford* | 717 Rolling Hills Drive Fairfield, CT 06824 | Crown Theatres' construction and renovation program; budgeting; site selection; process for approval and payment of construction payment applications and invoices; negotiation of construction contracts and leases; architectural services allegedly provided by James Martino relating to Clifford's home; conversations with Daly and Martino. | 3-4 |
| Daniel Crown | Crown Theatres, L.P. 64 North Main Street Norwalk, CT 06854 | Background to theatre construction and renovation program; roles of Milton Daly, Robert Beacher and James Martino in construction and renovation program; budgeting; site selection; payment approval process; discovery of scheme to defraud Crown Theatres; provision of architectural services by James Martino; conversations with Daly and Martino. | 1.5 |
| Anne Daly* | 17075 Perdido Key Blvd. Pensacola, FL 32507 | Business and assets of Taylor-Leigh, Inc.; interest in bank, brokerage and other accounts; interest in Odyssey Entertainment, LLC; interest in other investments and assets; construction work performed at New Fairfield, CT home; transfers of funds and assets from Milton Daly; payments to Daly children; use of proceeds of scheme to defraud Crown Theatres; benefits received from proceeds of scheme to defraud Crown Theatres. | 2 |

Joint Trial Memorandum  Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

| Name | Address | Anticipated Testimony | Est. Length (Hours) |
|---|---|---|---|
| Milton Daly | 17075 Perdido Key Blvd. Pensacola, FL 32507 | Duties and responsibilities to Crown Theatres; Crown Theatres' expansion and renovation program; budgeting; site selection; participation in scheme to defraud Crown Theatres; Taylor-Leigh's involvement in the scheme; the 70/30 arrangement; benefits received from the scheme; relationship with defendants and Robert Beacher; creation and submission of fraudulent invoices; work performed at New Fairfield, CT home; transfers of stolen funds; negotiation of monies from Taylor-Leigh into personal bank, brokerage and other accounts; approval of payment applications and invoices. | 8 |
| Maureen Flynn | Crown Theatres, L.P. 222 N. LaSalle Chicago, IL 60601 | Financing issues relating to Crown Theatres' theatre construction and renovation program. | 1 |
| Glenn Garfinkel* | 770 Lake Cook Road Suite 150 Deerfield, IL 60015 | Crown Theatres' construction and renovation program; negotiation of leases and construction contracts; budgeting; site selection; discovery of scheme to defraud Crown Theatres; alleged provision of architectural services by James Martino relating to Garfinkel's home; conversations with Daly and Martino. | 2 |

Joint Trial Memorandum  Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

| Name | Address | Anticipated Testimony | Est. Length (Hours) |
|---|---|---|---|
| Frederick C. Hamilton | Kroll Zolfo Cooper, Inc. 8 Penn Center Suite 1600 1628 JFK Boulevard Philadelphia, PA 19103 | Expert testimony regarding: the loss suffered by Crown Theatres as a result of the scheme to defraud; the 70/30 arrangement; transfer of funds between Robert Beacher, James Cella, G.U.S., Taylor-Leigh, Inc., Milton Daly and Anne Daly; benefits received by Milton and Anne Daly from stolen funds; tracing of stolen funds; matters set forth in expert report; opinions expressed at his deposition and at hearing on Crown Theatres' Application for Prejudgment Remedy against Anne Daly. | 8 |
| Timothy Harman* | Heffner & Weber BWI Airport Box 8716 Baltimore, MD 21240 | Crown Theatres' Annapolis, Maryland theatre project. | 2 |
| Suzy Herrera | Crown Theatres, L.P. 64 North Main Street Norwalk, CT 06854 | Process for approval and payment of payment applications and invoices; discovery of scheme to defraud Crown Theatres. | 1 |
| William Jennings | Kroll Zolfo Cooper 8 Penn Center 1628 JFK Boulevard Philadelphia, PA 19103 | Investigation of scheme to defraud Crown Theatres and transfers of funds between Beacher Entities, Taylor-Leigh, Inc. and Milton and Anne Daly; interviews with Martino and others during the course of the investigation. | 2 |
| Jeff Lee* | Coastal Construction Group 790 NW 107 Ave. Suite 308 Miami, FL 33172 | Crown Theatres' Jupiter, Florida theatre project. | 2 |

Joint Trial Memorandum  
Crown Theatres, L.P. v. Milton L. Daly, et al.  
Case No. 3:02 CV 2272 (AVC)

Exhibit A-1

| Name | Address | Anticipated Testimony | Est. Length (Hours) |
|---|---|---|---|
| James Martino | 14 Vanderventer Avenue Port Washington, NY 11050 | Contractual relationship with Crown Theatres; duties and responsibilities to Crown Theatres; Crown Theatres' expansion and renovation program; architectural services provided to Crown Theatres, included drawings, contract administration, review of payment applications, execution of architectural certificates, and site visits; relationship with other defendants and Robert Beacher; scheme to defraud Crown Theatres; payments made in exchange for business; services performed for other parties, including, among others, Robert Beacher; conversations with Kroll and Garfinkel. | 8 |
| Catherine Nonnenmacher | Crown Theatres, L.P. 64 North Main Street Norwalk, CT 06854 | Process for approval and payment of payment applications and invoices; discovery of scheme to defraud Crown Theatres. | 1 |
| Paul O'Rourke* | E.W. Howell & Co. 113 Crossways Park Drive Woodbury, NY 11797 | Crown Theatres' Skokie, Illinois theatre project. | 2 |
| Michael Pace | Kroll Zolfo Cooper 30 N. LaSalle St. Suite 3220 Chicago, IL 60602 | Investigation of scheme to defraud Crown Theatres and transfers of funds between Beacher Entities, Taylor-Leigh, Inc. and Milton and Anne Daly; interviews with Martino and others during the course of the investigation. | 1 |

Joint Trial Memorandum											Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

| **Name** | **Address** | **Anticipated Testimony** | **Est. Length (Hours)** |
|---|---|---|---|
| Gary Press | Sacks, Press & Lacher<br>600 Third Avenue<br>18th Floor<br>New York, NY 10016 | Discovery and investigation of scheme to defraud Crown Theatres; financing and budgeting of construction projects and Crown Theatres; accounting issues. | 2 |
| Peter Steffian | Steffian Bradley Architects<br>100 Summer Street<br>Boston, MA 02110-2106 | Expert testimony regarding: duties of architect to their clients; relevant standard of care; whether Martino satisfied that standard of care; Martino's negligence and breaches of his duties; contractual relationship between architects and clients; process for architectural review of payment applications and invoices; Martino's payments to Beacher; matters set forth in his expert report including supplements; opinions expressed at his deposition. | 8 |
| Jeff Stein | JARCO, Inc.<br>125 Laser Ct.<br>Hauppage, NY 11788 | Relationship with Milton Daly; payment of funds to Milton Daly and Taylor-Leigh, Inc; conversations with Daly. | 1 |
| Richard Waas* | Waas Construction Co.<br>5582 NW 79th Ave.<br>Miami, FL 33166 | Crown Theatres' Miami, Florida theatre project | 2 |
| Linda Walker | Crown Theatres, L.P.<br>64 North Main Street<br>Norwalk, CT 06854 | Use of mail and telephone in perpetration of scheme to defraud Crown Theatres; discovery of scheme to defraud Crown Theatres; admissions by Milton L. Daly. | 1 |

Joint Trial Memorandum  Exhibit A-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

| **Name** | **Address** | **Anticipated Testimony** | **Est. Length (Hours)** |
|---|---|---|---|
| Lisa Wood | Kroll Zolfo Cooper<br>8 Penn Center<br>1628 JFK Boulevard<br>Philadelphia, PA 19103 | Investigation of scheme to defraud Crown Theatres and transfers of funds between Beacher Entities, Taylor-Leigh, Inc. and Milton and Anne Daly; factual investigation supporting expert Frederick C. Hamilton. | 1 |

Crown Theatres reserves the right to call any person listed on defendants' witness lists and to call additional persons for purposes of rebuttal or impeachment. In addition, Crown Theatres reserves the right to call witnesses necessary for the authentication of documents.

Joint Trial Memorandum                                                                                  Exhibit A-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## DALY DEFENDANTS' WITNESS LIST

The defendants Milton Daly, Anne Daly and Taylor-Leigh, Inc. may call to testify at trial any or all of the below-listed individuals. The defendants reserve the right to call any individual listed on any parties' witness list and to call additional individuals for purposes of rebuttal or impeachment.

**Robert Beacher (10 hours)**[1]
123 Orchid Cay Drive, Palm Beach Gardens, FL  33418

It is anticipated that Mr. Beacher will testify through the deposition portions identified by the plaintiff and counter-identified by the defendants, subject to the pending objections. That testimony includes the duties, responsibilities and relationship that Mr. Beacher had to Crown Theatres historically and connected to the subject theatre expansion projects. He will testify concerning his relationship to BB Construction Consultants, Ltd., Tiger Consulting, Inc., Hewlett Contracting, d/b/a Hewlett Consulting, Inc., Marlin Contracting, d/b/a Marlin Consulting, Inc. and James Martino. He will testify regarding the business practice of approving payment applications, change orders and invoices submitted to Crown Theatres for payment for the theater construction expansion project. He will further testify that he was the on-site construction representative for Crown Theatres in all of the construction projects and it was his responsibility to review and approve all of the payment applications, change orders and other invoices prior to payment by Crown Theatres. He will testify as to the process that he utilized for such approval. He will further testify that he created, authored and submitted fraudulent pay applications to Crown Theatres for payment as well as fraudulent and inflated change orders and other invoices. He will testify that the process that he utilized in certifying the approval for that

---

[1] The projected length of witness testimony listed in this document has been agreed to by the parties and includes both direct and cross-examination.

Joint Trial Memorandum  Exhibit A-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

payment was no different than the process he utilized in approving the valid payment applications, change orders and other invoices. He will testify that he created the fraudulent documents in such an intricate fashion as to fool all individuals at Crown Theatres and James Martino as to their validity. He will testify that he provided payments of 70% of the funds that he received to Milton Daly.

**Anne Daly (2 hours)**
17075 Perdido Key Boulevard, Pensacola, FL 32507

Anne Daly will testify that she is the wife of Milton Daly. She will testify that she had virtually no knowledge of the type of work that Milton Daly performed for Crown Theatres. She will testify that she had no knowledge regarding any of the allegations set forth in Crown Theatre's complaint. She will testify that throughout her history of marriage to Milton Daly, that Milton Daly generally managed all of the finances including all of the bank accounts and investment accounts. She will testify that she was a signatory on several bank accounts as an accommodation party and never transacted in the accounts other than to write checks for everyday family and household items such as food, clothing, furniture and the like. She will testify that she had no knowledge of any agreement between Milton Daly and Beacher to split profits from any of the expansion construction projects and she had no knowledge of the fact that Milton Daly received funds based on that agreement. She will testify that she is a payee on a promissory note due from Odyssey Entertainment, Inc. to Milton Daly and herself, and that after Milton Daly was subject to a prejudgment remedy order that did not affect her in any way, she made a demand upon Odyssey Entertainment, Inc. to pay her under the promissory note as required by law.

**Milton Daly (8 hours)**
17075 Perdido Key Boulevard, Pensacola, FL 32507

2

Joint Trial Memorandum  
Crown Theatres, L.P. v. Milton L. Daly, et al.  
No. 3:02 CV 2272 (AVC)

Exhibit A-2

      Milton Daly will testify that he was the Executive Vice President and Chief Operating Officer for Crown Theatres from early 1996 until June, 2001. For more than twenty years prior to the time that he accepted a position with Crown Theatres, Milton Daly had worked for various employers in the theater industry, including such large theater owners as United Artists and Cobb Theatres.

      Daly will testify that at the time that he was lured by Crown Theatres to accept the position as Executive Vice President and Chief Operating Officer, he was employed by Cobb Theatres, a theatre company more than ten times larger than Crown Theatres. Milton Daly only accepted the position with Crown Theatres based on the promise that he would receive "equity" in Crown Theatres, in addition to his salary.

      Daly will testify that he relied on the promise that he would receive equity in Crown Theatres as the enticement to move from a larger theater company to Crown Theatres, a fledgling theater company in financial difficulty. He will testify that after he had been employed by Crown Theatres for some period of time, Crown Theatres reneged on its promise to provide any true equity, offering only "phantom equity", which was more in the nature of an annual bonus.

      Daly will testify that at the time that he was hired by Crown Theatres, Crown Theatres was in the process of engaging in a large movie theater expansion program, which involved construction projects throughout the United States. Mr. Daly was given the responsibility, among other individuals employed at Crown Theatres, for overseeing that theater expansion. Mr. Daly, at the direction of Daniel Crown, an owner of Crown Theatres, continued the tradition of utilizing Beacher as a construction consultant for the theater expansion program and Martino as the architect for the theater expansion program.

3

Joint Trial Memorandum  Exhibit A-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

      Milton Daly will testify that he shared with Beacher his frustration and anger over the fact that Crown Theatres reneged on its promise to provide equity in Crown Theatres to him as part of his agreement to accept the position as Chief Operating Officer and Executive Vice President of Crown Theatres. Daly will testify that upon hearing about this fact, Beacher suggested that Daly could receive additional funds on top of his salary from Crown Theatres if he would assist Beacher in obtaining contracts for construction of portions of each of the theater expansion projects that Crown Theatres was undertaking throughout the country. Daly will testify that Beacher explained that based on Beacher's construction experience, Beacher's company could perform portions of the construction required under the various projects at a price that would be less than, or equal to, the quotations from other subcontractors who were bidding to perform that work.

      Daly will testify that in order to entice him to award portions of the construction to Beacher and his various firms instead of any other competing bidders for those contracts, Beacher offered to split the profits that Beacher and his companies would derive from those construction contracts. Beacher and Milton Daly agreed that Milton Daly would receive 70% of the profits that Beacher and his companies derived from being awarded and completing the various construction contracts, and Beacher would retain 30% of those profits. Daly will testify that he was in a position at Crown Theatres to assure that the various construction contracts were awarded to Beacher and his companies and that is why Beacher agreed to the disproportionate split of the profits that would be derived from providing those construction services.

      Daly will testify that Beacher, through BB Construction, was the on-site consultant for Crown Theatres for each of the theater expansion projects throughout the country. He will also testify that Beacher was responsible for reviewing all payment applications, change orders, and all other invoices prior to the time that they were submitted to Crown Theatres for payment.