Joint Trial Memorandum  
Crown Theatres, L.P. v. Milton L. Daly, et al.  
No. 3:02 CV 2272 (AVC)

Exhibit A-2

Daly will testify that he relied on Beacher, as Crown Theatre's on-site construction representative, to determine whether the payment applications, change orders, and other invoices should be paid. He also relied upon the certifications from the various contractors, and the architect for the same purposes.

Daly will testify that he was never expected by Crown Theatres or required by Crown Theatres to inspect the job sites to determine if work had been performed prior to authorizing payment on any payment application, change order, or other invoice.

Daly will testify that after he resigned his position with Crown Theatres, he recognized that he breached his fiduciary duty to Crown Theatres through self-dealing. He recognized that any arrangement that he had with Beacher to split profits that were supposed to be earned by Beacher and his companies through the construction of portions of the theater expansion projects, was a benefit that should have been conferred upon Crown Theatres, rather than a financial benefit to himself.

Daly will testify that each and every payment application, change order, and other invoice that Crown Theatres deems to be fraudulent and/or inflated was authored by Beacher. Each and every document was certified by Beacher, as Crown Theatre's representative and construction consultant, to be a valid bill that should have been paid by Crown Theatres. He will testify that he never intended to authorize Crown Theatres to pay any payment application, change order, or any other invoice that has subsequently been deemed fraudulent or inflated.

**Timothy Harman (2 hours)**  
Box 8716, BWI Airport, Baltimore, MD 21240

Mr. Harman will testify concerning the Crown Theatres construction project in Annapolis, MD. He will testify that Beacher was the representative for Crown Theatres and

5

Joint Trial Memorandum                                                                                         Exhibit A-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

made all decisions for Crown Theatres. He will testify that Beacher was a despicable individual and difficult to deal with. He will further testify that he had very few dealings with Milt Daly but found Mr. Daly to be a fine individual.

**Jeff Lee (2 hours)**
790 Northwest 107 Avenue, Suite 308, Miami, FL 33172

He will testify concerning Crown Theatres construction project in Jupiter, FL. He will testify that Beacher was Crown Theatre's representative on site and made all decisions regarding construction on behalf of Crown Theatres. He will testify that he had very few dealings with Milt Daly. He will testify that Beacher was a despicable individual and difficult to deal with.

**Richard Waas (2 hours)**
5582 Northwest 79 Avenue, Miami, FL 33166

He will testify regarding Crown Theatre's construction project in Miami Gardens, Florida. He will testify that Beacher was the on-site construction representative for Crown Theatres and made all decisions regarding construction. He will testify that Beacher was a despicable individual and difficult to deal with. He will testify that he had few dealings with Milt Daly, but found Mr. Daly to be a gentleman.

**Paul O'Rourke (2 hours)**
113 Crossways Park Drive, Woodbury, NY 11797

He will testify regarding Crown Theatre's construction project in Skokie, Illinois. He will testify that Beacher was Crown Theatre's on-site construction representative and made all decisions regarding construction. He will testify that he had very little involvement with Milt Daly regarding the project.

**David Clifford (3-4 hours)**
717 Rolling Hills Drive, Fairfield, Connecticut 06824

Case 3:02-cv-02272-AVC   Document 184-11   Filed 08/31/2004   Page 3 of 11

Joint Trial Memorandum                                                    Exhibit A-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Mr. Clifford will testify concerning Crown Theatre's construction and renovation program, process for approval and payment of construction payment applications and invoices, negotiation of construction contracts and leases, character of Milton Daly, the relationship between Beacher and Martino before Milton Daly was an employee of Crown Theater, the creation of budgets for the expansion project, construction site visits, and the involvement of Crown family members in the construction expansion process and financing of the same.

The testimony of Robert Beacher, Timothy Harmon, Jeff Lee, Paul O'Rourke, David Clifford and Richard Waas will be offered through deposition if the plaintiff does not call them in person.

Joint Trial Memorandum  Exhibit A-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

# MARTINO DEFENDANTS' WITNESS LIST

The Martino Defendants may call to testify (either in person or by deposition) at trial any or all of the below listed individuals. The Martino Defendants reserve the right to call any person on Crown Theatres, Daly Defendants and Cella Defendants' witness list, and to call the individuals set forth herein or additional individuals for the purpose of rebuttal or impeachment. In addition, the Martino Defendants reserve the right to call witnesses necessary for the authentication of documents.

| WITNESS | ADDRESS | ANTICIPATED TESTIMONY |
|---|---|---|
| James T. Martino, AIA | 14 Vanderventer Ave<br>Port Washington NY | Scope of architectural services required and provided to Crown Theatres, procedure for reviewing of payment applications, reliance upon Beacher, Beacher's scope of services, scope and number of site visits, involvement of Crown Theatres' personnel in processing payment applications, services performed for Crown Theatres, Daniel Crown, Glen Garfinkel, David Clifford and Milton Daly, monies owed for architectural services by Crown Theatres, Daniel Crown, Glen Garfinkel, David Clifford and Milton Daly. (8 hours)[1] |
| Ronald Bertone, FAIA | Robson Lapina<br>8 Tindall Road, Suite 2<br>Middletown, NJ 07748 | Expert Testimony consistent with expert report of March 11, 2004 and deposition testimony of March 24, 2004. (8 hours) |

---

[1] The projected length of the examination of witnesses in this list has been agreed to by the parties and includes both direct and cross-examination.

Joint Trial Memorandum  
Crown Theatres, L.P. v. Milton L. Daly, et al.  
No. 3:02 CV 2272 (AVC)

Exhibit A-3

| | | |
|---|---|---|
| Daniel Crown | Crown Theatres<br>64 North Main Street<br>Norwalk, CT 06854 | Financing of renovation/expansion program, review and approval of payment applications, duties and responsibility of Daly, Beacher and Martino Defendants; failing to detect the embezzlement scheme; failing to pay the Martino Defendants for professional architectural services rendered on behalf of Crown Theatres and himself, services requested and received from the Martino Defendants. (1.5 hours) |
| David Clifford | Crown Theatres<br>64 North Main Street<br>Norwalk, CT 06854 | Review and approval of payment applications, procedure for approving and processing payment applications, preparation of construction budget, duties and responsibility of Daly, Beacher and Martino Defendants; failing to detect the embezzlement scheme; failing to pay the Martino Defendants for professional architectural services rendered on behalf of Crown Theatres and himself, services requested and received from the Martino Defendants. (3-4 hours) |
| Glenn Garfinkel | Crown Theatres<br>64 North Main Street<br>Norwalk, CT 06854 | Preparing and drafting lease agreements and contractor contractors for the various projects; review and approval of payment applications, duties and responsibility of Daly, Beacher and Martino Defendants; failing to detect the embezzlement scheme; failing to pay the Martino Defendants for professional architectural services rendered on behalf of Crown Theatres and himself, services |

2

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

Exhibit A-3

| | | |
|---|---|---|
| | | requested and received from the Martino Defendants. (2 hours) |
| Robert Beacher | Crown Theatres<br>64 North Main Street<br>Norwalk, CT 06854 | Role as construction manager/owner's representative on the renovation/expansion project for Crown Theatres; site visits; handling the money aspect of the project; eyes & ears for Crown Theatres on the project, non-involvement of the Martino Defendants in money aspect of the payment application and the projects in general; no involvement of the Martino Defendants in the embezzlement scheme; procedure for approving and processing payment applications and change orders. (10 hours) |
| Richard Michael Waas | Waas Construction<br>5582 NW 79th Ave<br>Miami, FL 33166 | The Miami, Florida expansion project; site visits performed by the Martino Defendants, role of the Martino Defendants; Beacher's involvement in the negotiation of the construction contract, Beacher handling of the money aspect of the project; procedure for submitting, reviewing and approving payment applications and change orders. (2 hours) |
| Jeffrey Walker Lee | Coastal Construction<br>790 NW 107 Ave<br>Miami, Fl 33172 | The Jupiter, Florida theatre project; site visits performed by the Martino Defendants, role of the Martino Defendants; Beacher's involvement in the negotiation of the construction contract, Beacher handling of the money aspect of the project; procedure for submitting, reviewing |

3

Joint Trial Memorandum  
Crown Theatres, L.P. v. Milton L. Daly, et al.  
No. 3:02 CV 2272 (AVC)

Exhibit A-3

and approving payment applications and change orders. (2 hours)

| | | |
|---|---|---|
| Paul O'Rourke | E.W. Howell<br>113 Crossways Park Dr.<br>Woodbury, NY 11797 | The Skokie, Illinois expansion project; site visits performed by the Martino Defendants, role of the Martino Defendants; Beacher's involvement in the negotiation of the construction contract, Beacher handling of the money aspect of the project; procedure for submitting, reviewing and approving payment applications and change orders. (2 hours) |
| Timothy Roderick Harman | Heffner & Weber<br>BWI Airport<br>Box 8716<br>Baltimore, MD 21240 | The Annapolis, Maryland theatre project; site visits performed by the Martino Defendants, role of the Martino Defendants; Beacher's involvement in the negotiation of the construction contract, Beacher handling of the money aspect of the project; procedure for submitting, reviewing and approving payment applications and change orders. (2 hours) |

Joint Trial Memorandum  Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

# PLAINTIFF CROWN THEATRES, L.P.'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1. | Jupiter Lease (with amendments) |
| 2. | Jupiter Owner-Contractor Agreement |
| 3. | Jupiter Specification Book |
| 4. | Marlin Contracting Pay App. #1, 1/27/99 (Jupiter) ($155,000) |
| 5. | Crown Theatres Check # 127329 to Marlin Contracting, 2/2/00 ($155,000) |
| 6. | Marlin Contracting Pay App. #2, 3/1/00 (Jupiter) ($220,000) |
| 7. | Crown Theatres Check # 127802 to Marlin Contracting, 3/8/00 ($220,000) |
| 8. | Marlin Contracting Pay App. #3, 4/4/00 (Jupiter) ($262,000) |
| 9. | Crown Theatres Check # 128265 to Marlin Contracting, 4/13/00 ($262,000) |
| 10. | Marlin Contracting Pay App. #4, 4/26/00 (Jupiter) ($226,000) |
| 11. | Crown Theatres Check # 128558 to Marlin Contracting, 5/3/00 ($226,000) |
| 12. | Marlin Contracting Pay App.#5, 6/1/00 (Jupiter) ($207,000) |
| 13. | Crown Theatres Check # 128987 to Marlin Contracting, 6/7/00 ($207,000) |
| 14. | Marlin Contracting Pay App.#6, 7/6/00 (Jupiter) ($127,500) |
| 15. | Crown Theatres Check # 129514 to Marlin Contracting, 7/12/00 ($127,500) |
| 16. | Marlin Contracting Pay App.#7, 8/25/00 (Jupiter) ($71,900) |
| 17. | Crown Theatres Check #130358 to Marlin Contracting, 9/13/00 ($71,900) |
| 18. | Memo from Coastal Construction re: Change Orders (Jupiter), 8/4/00 |
| 19. | BB Construction Checks to Coastal Construction for Change Order Payments |
| 20. | Coastal Construction Schedule for Jupiter Project |
| 21. | Coastal Construction Payment Applications |
| 22. | Letter from B.B. Construction Consultants to Milton Daly re Jupiter Skybox budget, dated 12/21/98 |
| 23. | Memo from Bob Beacher to James Martino re Qualifications to Jupiter Contract, 10/4/1999. |
| 24. | Memo from Beacher to Waas re: Site Clearing, 9/14/99 |
| 25. | Jupiter Bid Tabulation Sheet, 10/11/99 |
| 26. | Memo from Gordon Lunt to James Martino re Jupiter Construction Documents, 11/12/99 |
| 27. | Miami Lease (with amendments) |
| 28. | Miami Owner-Contractor Agreement |
| 29. | Miami Specification Book |
| 30. | Marlin Contracting Pay App.#1, 10/1/99 (Miami) ($245,000) |
| 31. | Crown Theatres Check #125656 to Marlin Contracting, 10/6/99 ($245,000) |
| 32. | Marlin Contracting Pay App.#2, 10/28/99 (Miami) ($180,000) |
| 33. | Crown Theatres Check #126036 to Marlin Contracting, 11/3/99 ($180,000) |
| 34. | Marlin Contracting Pay App.#3, 1/4/00 (Miami) ($160,000) |
| 35. | Crown Theatres Check # 126838 to Marlin Contracting, 1/5/00 ($160,000) |
| 36. | Marlin Contracting Pay App.#4, 1/27/00 (Miami) ($115,000) |
| 37. | Crown Theatres Check # 127328 to Marlin Contracting, 2/2/00 ($115,000) |
| 38. | Marlin Contracting Pay App.#5, 7/1/00 (Miami) ($113,845) |

Case 3:02-cv-02272-AVC    Document 184-11    Filed 08/31/2004    Page 9 of 11

Joint Trial Memorandum                                                  Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| 39. | Crown Theatres Check # 129515 to Marlin Contracting, 7/12/00 ($113,845) |
|---|---|
| 40. | Marlin Contracting Pay App.#6, 7/6/00 (Miami) ($70,480) |
| 41. | Crown Theatres Check #129516 to Marlin Contracting, 7/12/00 ($70,480) |
| 42. | Additional Marlin Contracting Invoices to Crown Theatres |
| 43. | Crown Theatres' Payment to Marlin Contracting for Additional Invoices |
| 44. | Marlin Contracting/Consulting Checks to Taylor-Leigh |
| 45. | Miami Herald News Article, "S. Florida Under Water Meteorologist Calls Downpour 'One For Books'", October 16, 1999 |
| 46. | Waas Construction Progress Reports |
| 47. | Waas Change Order Invoices to B.B. Construction Consultants |
| 48. | Checks to Waas Construction from BB Construction Consultants |
| 49. | Letter from Beacher to Waas re: Beacher/Martino Position on Miami Issues, 7/18/00 |
| 50. | Memo from Beacher to Waas re: Miami/Installation of Step Lights, 2/24/00 |
| 51. | Letter from Waas to R. Page re: Change Orders Not to Be Included in Requisition, 11/8/00 |
| 52. | Letter from Beacher to Waas re: Change Order Log Requested for Miami, 8/15/00 |
| 53. | Waas Construction Change Order Log |
| 54. | Memo from Beacher to Waas re: Miami Backfilling 4/17/00 |
| 55. | Miami Subcontractor Distribution List, 5/31/00 |
| 56. | Exhibit "F" to Miami Lease |
| 57. | Waas Construction Payment Applications |
| 58. | Corresponding Checks from Crown Theatres to Waas Construction Co. |
| 59. | Skokie Lease (with amendments) |
| 60. | Skokie Owner-Contractor Agreement |
| 61. | Skokie Specification Book |
| 62. | Tiger Contracting Pay App.#1, 4/26/00 (Skokie) ($270,000) |
| 63. | Crown Theatres Check #128604 to Tiger Contracting, 5/3/00 ($270,000) |
| 64. | Tiger Contracting Pay App.#2, 6/1/00 (Skokie) ($302,000) |
| 65. | Crown Theatres Check #129049 to Tiger Contracting, 6/7/00 ($302,000) |
| 66. | Tiger Contracting Pay App.#3, 7/6/00 (Skokie) ($357,329) |
| 67. | Crown Theatres Check # 129559 to Tiger Contracting, 7/12/00 ($357,329) |
| 68. | Tiger Contracting Pay App.#4, 8/2/00 (Skokie) ($545,929) |
| 69. | Crown Theatres Check #129943 to Tiger Contracting, 8/9/00 ($545,929) |
| 70. | Tiger Contracting Pay App.#5, 9/7/00 (Skokie) ($501,495) |
| 71. | Tiger Contracting Pay App.#5A, 9/14/00 (Skokie) ($181,495) |
| 72. | Crown Theatres Check # 130470 to Tiger Contracting, 9/20/00 ($181,495) |
| 73. | Tiger Consulting Checks to Taylor-Leigh |
| 74. | Correspondence between EW Howell and M. Daly re Everhard Concrete |
| 75. | Letter from C. Reid to D. Crown re: Skokie Project Review, 2/20/01 |
| 76. | Fax from J. Cocose (EWH) to C. Reid enclosing Skokie Change Order Log |
| 77. | EW Howell Daily Reports |
| 78. | EW Howell Payment Applications |
| 79. | Corresponding checks from Crown Theatres to E.W. Howell |

Case 3:02-cv-02272-AVC    Document 184-11    Filed 08/31/2004    Page 10 of 11

Joint Trial Memorandum                                                    Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| 80. | Memorandum from Robert Beacher to Milton Daly re: concrete and excavation schedule of values for Skokie project, dated 4/13/00 |
|---|---|
| 81. | Annapolis Lease (with amendments) |
| 82. | Annapolis Owner-Contractor Agreement |
| 83. | Annapolis Specification Book |
| 84. | Hewlett Contracting Pay App.#1, 3/2/00 (Annapolis) ($154,000) |
| 85. | Crown Theatres Check # 127970 to Hewlett Contracting, 3/22/00 ($154,000) |
| 86. | Hewlett Contracting Pay App.#2, 4/4/00 (Annapolis) ($180,000) |
| 87. | Crown Theatres Check #128257 to Hewlett Contracting, 4/13/00 ($180,000) |
| 88. | Hewlett Contracting Pay App.#3, 4/26/00 (Annapolis) ($182,000) |
| 89. | Crown Theatres Check # 128546 to Hewlett Contracting, 5/3/00 ($182,000) |
| 90. | Hewlett Contracting Pay App.#1, 8/1/00 (Annapolis) ($911,000) |
| 91. | Crown Theatres Check #129893 to Hewlett Contracting, 8/9/00 ($911,000) |
| 92. | Hewlett Consulting Checks to Taylor-Leigh |
| 93. | Initial Draft of Annapolis Lease, dated 10/9/97 |
| 94. | Revised Markup of Exhibit "E" (Landlord's Work). Annapolis Lease, 11/13/97 |
| 95. | Fax from Rory Packer to Robert Beacher re: revised Construction Exhibit for Annapolis, 5/28/98 |
| 96. | Memo from Allen Tomlinson to Milton Daly re Annapolis, 10/28/99 |
| 97. | Heffner & Weber Master Subcontractor List |
| 98. | Heffner & Weber Change Order Proposals and Invoices |
| 99. | B.B. Construction Change Order Payments to Heffner & Weber |
| 100. | Heffner & Weber Change Order Log by Subcontractor |
| 101. | Heffner & Weber Payment Applications |
| 102. | Corresponding checks from Crown Theatres to Heffner & Weber |
| 103. | Hartford Lease (with amendments) |
| 104. | Hartford Owner-Contractor Agreement |
| 105. | Hartford Specification Book |
| 106. | GUS Development Pay App.#1, 6/9/99 (Hartford) ($451,500) |
| 107. | Crown Theatres Check # 124133 to GUS Development ($451,500) |
| 108. | RCD Hudson Payment Applications (Hartford) |
| 109. | Corresponding checks from Crown Theatres to RCD Hudson |
| 110. | Trumbull Lease (with amendments) |
| 111. | Trumbull Owner-Contractor Agreement |
| 112. | Trumbull Specification Book |
| 113. | GUS Development Pay App.#1, 7/26/99 (Trumbull) ($125,000) |
| 114. | Crown Theatres Check # 124697 to GUS Development ($125,000) |
| 115. | RCD Hudson Payment Applications (Trumbull) |
| 116. | Corresponding checks from Crown Theatres to RCD Hudson |
| 117. | BB Construction Invoices |
| 118. | Crown Theatres Checks to BB Construction |
| 119. | BB Construction Checks to Taylor-Leigh |
| 120. | Crown Theatres' Construction in Progress Budget, by Project |
| 121. | Letter from James Martino to Milton Daly re fee proposal, dated 11/26/97 |

Joint Trial Memorandum  Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| 122. | Martino/R.D. Scinto Engagement Letter, 7/8/98 |
|---|---|
| 123. | Martino fee proposals and engagement letters to Crown Theatres |
| 124. | James T. Martino's calendar (2000, 2001) |
| 125. | Check #1870 ($17,500) from James T. Martino, Architect, P.C. to B.B. Construction |
| 126. | Check #1789 ($17,500) from James T. Martino, Architect, P.C. to B.B. Construction |
| 127. | Check #1697 ($27,000) from James T. Martino, Architect, P.C. to B.B. Construction |
| 128. | Wire transfer ($21,500) from James T. Martino, Architect, P.C. to Marlin Consulting, Inc. |
| 129. | Check #1696 ($30,000) from James T. Martino Architect, P.C. to B.B. Construction Consultants |
| 130. | Check #7147 ($1,750) from James T. Martino, Architect, P.C. to B.B. Construction Consultants |
| 131. | Check #7093 ($12,500) from James T. Martino, Architect, P.C. to B.B. Construction Consultants |
| 132. | Check #7026 ($20,000) from James T. Martino, Architect, P.C. to B.B. Construction Consultants |
| 133. | Check # 1413 ($1,240) from James T. Martino, Architect, P.C. to B.B. Construction Consultants |
| 134. | Promissory Note of May 24, 2002, from Odyssey Entertainment, LLC |
| 135. | Invoices from B.B. Construction, Inc. for work on the Dalys' New Fairfield, Connecticut home |
| 136. | BB Construction Checks and Invoices for Work and Materials on Daly Home |
| 137. | Letter from R. Edmonston (Nejame & Sons) to BB Construction |
| 138. | Checks ($10,000) from Dalys to Daly Children |
| 139. | Odyssey Checks for Payment on Promissory Note |
| 140. | E-mails from Milton Daly to Robert Abramsky |
| 141. | Citimortgage Checks to Milton & Anne Daly from Escrow Acct. |
| 142. | Check from Milton & Anne Daly to Anne Daly, 9/19/01 ($325,000) |
| 143. | Bill of Sale for Boat ($100) to Anne Daly, 4/30/00 |
| 144. | Anne Daly Disclosure of Assets, dated 10/17/2003 |
| 145. | Garnishee Disclosure of Merrill Lynch for Acct. of Milton L. Daly, 2/28/03 |
| 146. | Disclosure of Assets of Milton L. Daly & Taylor-Leigh, 2/21/03 |
| 147. | Letters from Dalys to R. Abramsky re: Promissory Note, 2/11/03 |
| 148. | Daly response to Kroll due diligence inquiry |
| 149. | Letter from M. Daly to R. Beacher re: Invoices and Wage Scale, 12/6/95 |
| 150. | Memo from M. Daly with Handwritten Figures for Multiple Projects |
| 151. | Taylor-Leigh Invoice to BB Construction |
| 152. | Resignation Letter from Odyssey of M. Daly to R. Abramsky, 1/13/03 |
| 153. | Invoices from Jarco Industries to Crown Theatres |
| 154. | Checks from Crown Theatres to Jarco Industries |
| 155. | Checks from Jarco Industries to Taylor-Leigh, Inc. |