Joint Trial Memorandum                                                                   Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| 156. | Defendant Milton L. Daly's Responses to Crown Theatres, L.P.'s First Set of Interrogatories |
| 157. | Defendant Milton L. Daly's Responses to Plaintiff Crown Theatres' Second Set of Interrogatories and Requests for the Production of Documents |
| 158. | Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s Answers to Plaintiff Crown Theatres, L.P.'s First Set of Interrogatories |
| 159. | Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s Answers to Plaintiff Crown Theatres, L.P's First Set of Requests for Admission |
| 160. | Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s Revised Answers to Plaintiff Crown Theatres, L.P.'s First Set of Requests for Admission |
| 161. | Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s Answers to Plaintiff Crown Theatres, L.P.'s Second Set of Interrogatories and Second Request for the Production of Documents |
| 162. | Defendants James T. Martino and James Thomas Martino, Architect, P.C.'s Revised Answers to Plaintiff Crown Theatres, L.P.'s Second Set of Interrogatories and Second Request for the Production of Documents |
| 163. | Other Pleadings and Discovery Responses |
| 164. | All Deposition Transcripts |
| 165. | Biography and Resume of Kip Hamilton |
| 166. | Frederick C. Hamilton's Expert Report |
| 167. | Documents considered by Frederick C. Hamilton |
| 168. | Kroll Interview Notes: James Martino |
| 169. | Summary of Cash Transactions |
| 170. | Summary of Payments on Odyssey Note and supporting documents |
| 171. | Summary of Citibank Acct. No. 42543329: Checks Signed by Anne Daly and supporting documents |
| 172. | Summary of Fleet Bank Acct. No. 9424792102: Checks Signed by Anne Daly and supporting documents |
| 173. | Summary of Payments that Benefited Anne Daly and supporting documents |
| 174. | Billings to Crown Related to Work Performed on Daly's Residence (With Attached Check Copies) |
| 175. | Summary of Crown Loss due to Conduct of Milton L. Daly (Attached to Crown Theatres' Motion for Summary Judgment) |
| 176. | Peter Steffian's Expert Report, 9/25/03 |
| 177. | Peter Steffian's Supplement to Expert Report, 2/13/04 |
| 178. | Peter Steffian's Supplement to Expert Report, 3/2/2004 |
| 179. | Documents considered by Peter Steffian |
| 180. | Sample AIA forms |
| 181. | Documents from R. Bertone's files produced at deposition |
| 182. | Crown Theatres' Payroll Records re Milton Daly |
| 183. | Architectural drawings: Hartford |
| 184. | Architectural drawings: Trumbull |
| 185. | Architectural drawings: Miami |
| 186. | Architectural drawings: Jupiter |

Joint Trial Memorandum                                                                Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| 187. | Architectural drawings: Annapolis |
| --- | --- |
| 188. | Architectural drawings: Skokie |
| 189. | Hartford project budget |
| 190. | Trumbull project budget |
| 191. | Skokie project budget |
| 192. | Annapolis project budget |
| 193. | Miami project budget |
| 194. | Jupiter project budget |
| 195. | Federal Express receipts for packages sent by Milton Daly |
| 196. | Taylor-Leigh Incorporation Documents |
| 197. | Crown Theatres' phone records |
| 198. | Checks, deposits and statements from Brand Bank Account # 1097474 |
| 199. | Checks, deposits and statements from Fleet Bank Account # 9424792102 |
| 200. | Checks written by Anne Daly on Fleet Bank Account #9424792102 |
| 201. | Checks, deposits and statements from Fleet Bank Account #9440987428 |
| 202. | Checks, deposits and statements from Fleet Bank Account #9446000989 |
| 203. | Checks, deposits and statements from Citibank Account #44337131 |
| 204. | Checks, deposits and statements from Citibank Account #42543329 |
| 205. | Checks written by Anne Daly on Citibank Account #42543329 |
| 206. | Checks, deposits and statements from Anne Daly SunTrust Account |
| 207. | Checks written by Anne Daly from SunTrust Account |
| 208. | Checks, deposits and statements from Anne Daly Warrington Bank Account |
| 209. | Payments to Regions Mortgage |
| 210. | Payments to CitiMortgage |
| 211. | Taylor-Leigh Citibank Account signature card |
| 212. | Affidavit of Milton Daly, attached to Anne Daly's Motion for Summary Judgment |
| 213. | Affidavit of Anne Daly, attached to Anne Daly's Motion for Summary Judgment |
| 214. | Affidavit of Milton Daly, attached to Milton Daly's opposition to Crown Theatres' Motion for Summary Judgment |
| 215. | Fraudulent payment applications with Beacher annotations |
| 216. | Crown Theatres' Interrogatory Answers |
| 217. | Pictures of Movie Theatres |
| 218. | Letter from Robert Beacher to Michael Pace, 2/14/02 |
| 219. | Letter from Robert Beacher to Michael Washor re: Hartford RCD Hudson Bid, 7/12/01 |
| 220. | Letter from Robert Beacher to Michael Washor re: Trumbull RCD Hudson Bid, 7/12/01 |
| 221. | Additional payment applications, checks and other documents with Robert Beacher annotations |
| 222. | Milton Daly's resignation letter to Crown Theatres |
| 223. | Demonstrative Exhibits |
| 224. | Summary Charts |

Joint Trial Memorandum                                                                Exhibit B-1
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)


      Crown Theatres, L.P. reserves the right to amend or supplement this exhibit list to include documents produced in response to any outstanding subpoena or document request or as events may warrant. In addition, Crown Theatres reserves the right to amend this list based on responses to trial subpoenas for documents.

      In addition to the exhibits listed above, Crown Theatres reserves the right to introduce any exhibit on the exhibit list of any other party.

      All documents listed include all versions and copies of said documents.

      All documents may be excerpted and summarized.

Joint Trial Memorandum                                                    Exhibit B-2
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## DALY DEFENDANTS' EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1. | Settlement agreement between Beacher and Crown dated November 21, 2001 |
| 2. | Letter from Attorney Washor to Attorney Martin regarding Settlement Agreement (marked as Exhibit 5 in the Beacher deposition) |
| 3. | The spreadsheet including an itemized list of subcontractors for the Trumbull construction project (referenced on pps. 97 and 98 of the Clifford deposition) |
| 4. | Construction budget detail (referenced by David Clifford in his deposition on Pages 116 through 118 |
| 5. | Building construction budget for the Hartford project (referenced by David Clifford in his deposition on Page 123 of his deposition) |
| 6. | Construction budget for the Miami Lakes project (referenced by David Clifford on Page 134 of his deposition) |
| 7. | Budget for Trumbull project (Marked as Exhibit 41 in the Daly deposition and referenced by David Clifford on Page 155 through 159 of his deposition) |
| 8. | Coastal Construction payment applications |
| 9. | Settlement Agreement between James Cella and Crown Theatres, L.P. |

In addition to the exhibits listed above, the defendants reserve the right to introduce any exhibit on the exhibit list of any other party, and expect to introduce many of the exhibits listed on the plaintiff's list of exhibits if not offered by the plaintiff.

Joint Trial Memorandum                                                      Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

## MARTINO DEFENDANTS' EXHIBIT LIST

Exhibit                          Description

1.          The Martino Defendants Proposal for Architectural
            Services to Crown Theatres for Minneapolis Lifestyle
            Centre, Minneapolis, Minnesota, dated 4/12/01

2.          The Martino Defendants Invoice # 2831 to Crown Theatres
            for the Hartford, CT project, dated April 30, 1998.

3.          The Martino Defendants Invoice # 2903 to Crown Theatres
            for the Annapolis, MD project, dated August 31, 1998.

4.          The Martino Defendants Invoice # 2916 to Crown Theatres
            for the Trumbull, CT project, dated September 30, 1998.

5.          The Martino Defendants Invoice # 2917 to Crown Theatres
            for the Hartford, CT project, dated September 30, 1998.

6.          The Martino Defendants Invoice # 2965 to Crown Theatres
            for the Annapolis, MD project, dated December 31, 1998.

7.          The Martino Defendants Invoice # 2969 to Crown Theatres
            for the Skokie, IL project, dated December 31, 1998.

8.          The Martino Defendants Invoice # 2986 to Crown Theatres
            for the Jupiter, FL project, dated February 4, 1999.

9.          The Martino Defendants Invoice # 3020 to Crown Theatres
            for the Jupiter, FL project, dated March 5, 1999.

10.         The Martino Defendants Invoice # 3021 to Crown Theatres
            for the Skokie, IL project, dated March 5, 1999.

11.         The Martino Defendants Invoice # 3027 to Crown Theatres
            for the Annapolis, MD project, dated March 31, 1999.

12.         The Martino Defendants Invoice # 3031 to Crown Theatres
            for the Skokie, IL project, dated March 31, 1999.

13.         The Martino Defendants Invoice # 3047 to Crown Theatres
            for the Skokie, IL project, dated April 30, 1999.

14.         The Martino Defendants Invoice # 3079 to Crown Theatres
            for the Hartford, CT project, dated June 1, 1999.

Joint Trial Memorandum                                          Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

15.              The Martino Defendants Invoice # 3096 to Crown Theatres
                 for the Hartford, CT project, dated June 30, 1999.

16.              The Martino Defendants Invoice # 3106 to Crown Theatres
                 for the Annapolis, MD project, dated July 31, 1999.

17.              The Martino Defendants Invoice # 3108 to Crown Theatres
                 for the Hartford, CT project, dated July 31, 1999.

18.              The Martino Defendants Invoice # 3116 to Crown Theatres
                 for the Trumbull, CT project, dated August 31, 1999.

19.              The Martino Defendants Invoice # 3119 to Crown Theatres
                 for the Miami, FL project, dated August 31, 1999.

20.              The Martino Defendants Invoice # 3121 to Crown Theatres
                 for the Jupiter, FL project, dated August 31, 1999.

21.              The Martino Defendants Invoice # 3146 to Crown Theatres
                 for the Hartford, CT project, dated September 30, 1999.

22.              The Martino Defendants Invoice # 3147 to Crown Theatres
                 for the Jupiter, FL project, dated September 30, 1999.

23.              The Martino Defendants Invoice # 3148 to Crown Theatres
                 for the Skokie, IL project, dated September 30, 1999.

24.              The Martino Defendants Invoice # 3159 to Crown Theatres
                 for the Trumbull, CT project, dated October 31, 1999.

25.              The Martino Defendants Invoice # 3163 to Crown Theatres
                 for the Hartford, CT project, dated October 31, 1999.

26.              The Martino Defendants Invoice # 3176 to Crown Theatres
                 for the Trumbull, CT project, dated November 30, 1999.

27.              The Martino Defendants Invoice # 3180 to Crown Theatres
                 for the Hartford, CT project, dated November 30, 1999.

28.              The Martino Defendants Invoice # 3185 to Crown Theatres
                 for the Trumbull, CT project, dated December 31, 1999.

29.              The Martino Defendants Invoice # 3189 to Crown Theatres
                 for the Hartford, CT project, dated December 31, 1999.

Joint Trial Memorandum                                               Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

30.           The Martino Defendants Invoice # 3201 to Crown Theatres
              for the Trumbull, CT project, dated January 31, 2000.

31.           The Martino Defendants Invoice # 3204 to Crown Theatres
              for the Hartford, CT project, dated January 31, 2000.

32.           The Martino Defendants Invoice # 3221 to Crown Theatres
              for the Annapolis, MD project, dated March 15, 2000.

33.           The Martino Defendants Invoice # 3223 to Crown Theatres
              for the Hartford, CT project, dated March 15, 2000.

34.           The Martino Defendants Invoice # 3230 to Crown Theatres
              for the Hartford, CT project, dated March 15, 2000.

35.           The Martino Defendants Invoice # 3242 to Crown Theatres
              for the Trumbull, CT project, dated March 31, 2000.

36.           The Martino Defendants Invoice # 3243 to Crown Theatres
              for the Annapolis, MD project, dated March 31, 2000.

37.           The Martino Defendants Invoice # 3245 to Crown Theatres
              for the Hartford, CT project, dated March 31, 2000.

38.           The Martino Defendants Invoice # 3260 to Crown Theatres
              for the Hartford, CT project, dated April 19, 2000.

39.           The Martino Defendants Invoice # 3262 to Crown Theatres
              for the Annapolis, MD project, dated May 9, 2000.

40.           The Martino Defendants Invoice # 3264 to Crown Theatres
              for the Hartford, CT project, dated May 9, 2000.

41.           The Martino Defendants Invoice # 3268 to Crown Theatres
              for the Trumbull, CT project, dated May 9, 2000.

42.           The Martino Defendants Invoice # 3285 to Crown Theatres
              for the Hartford, CT project, dated June 5, 2000.

43.           The Martino Defendants Invoice # 3287 to Crown Theatres
              for the Skokie, IL project, dated June 5, 2000.

44.           The Martino Defendants Invoice # 3310 to Crown Theatres
              for the Hartford, CT project, dated July 11, 2000.

Joint Trial Memorandum                                                        Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

45.              The Martino Defendants Invoice # 3311 to Crown Theatres
                 for the Jupiter, FL project, dated July 11, 2000.

46.              The Martino Defendants Invoice # 3323 to Crown Theatres
                 for the Trumbull, CT project, dated August 1, 2000.

47.              The Martino Defendants Invoice # 3333 to Crown Theatres
                 for the Trumbull, CT project, dated September 18, 2000.

48.              The Martino Defendants Invoice # 3334 to Crown Theatres
                 for the Annapolis, MD project, dated September 18, 2000.

49.              The Martino Defendants Invoice # 3335 to Crown Theatres
                 for the Miami, FL project, dated September 18, 2000.

50.              The Martino Defendants Invoice # 3336 to Crown Theatres
                 for the Hartford, CT project, dated September 18, 2000.

51.              The Martino Defendants Invoice # 3355 to Crown Theatres
                 for the Skokie, IL project, dated October 19, 2000.

52.              The Martino Defendants Invoice # 3358 to Crown Theatres
                 for the Miami, FL project, dated October 19, 2000.

53.              The Martino Defendants Invoice # 3366 to Crown Theatres
                 for the Miami, FL project, dated November 20, 2000.

54.              The Martino Defendants Invoice # 3367 to Crown Theatres
                 for the Hartford, CT project, dated November 20, 2000.

55.              The Martino Defendants Invoice # 3369 to Crown Theatres
                 for the Skokie, IL project, dated November 20, 2000.

56.              The Martino Defendants Invoice # 3394 to Crown Theatres
                 for the Miami, FL project, dated December 8, 2000.

57.              The Martino Defendants Invoice # 3395 to Crown Theatres
                 for the Hartford, CT project, dated December 8, 2000.

58.              The Martino Defendants Invoice # 3396 to Crown Theatres
                 for the Jupiter, FL project, dated December 8, 2000.

59.              The Martino Defendants Invoice # 3397 to Crown Theatres
                 for the Skokie, IL project, dated December 8, 2000.

Joint Trial Memorandum                                          Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| | |
|---|---|
| 60. | BB Construction Consultants, Ltd's Invoice dated January 25, 1999 and Crown check # 122326. |
| 61. | BB Construction Consultants, Ltd's Invoice dated February 26, 1999 and Crown check # 122752. |
| 62. | BB Construction Consultants, Ltd's Invoice dated March 25, 1999 and Crown check # 123144. |
| 63. | BB Construction Consultants, Ltd's Invoice dated April 25, 1999 and Crown check # 1123461. |
| 64. | BB Construction Consultants, Ltd's Invoice dated May 25, 1999 and Crown check # 123910. |
| 65. | BB Construction Consultants, Ltd's Invoice dated June 25, 1999 and Crown check # 124362. |
| 66. | BB Construction Consultants, Ltd's Invoice dated July 16, 1999 and Crown check # 124660. |
| 67. | BB Construction Consultants, Ltd's Invoice dated August 24, 1999 and Crown check # 125020. |
| 68. | BB Construction Consultants, Ltd's Invoice dated September 24, 1999 and Crown check # 125522. |
| 69. | BB Construction Consultants, Ltd's Invoice dated October 28, 1999 and Crown check # 125987. |
| 70. | BB Construction Consultants, Ltd's Invoice dated November 23, 1999 and Crown check #126530. |
| 71. | BB Construction Consultants, Ltd's Invoice dated December 24, 1999 and Crown check # 126808. |
| 72. | BB Construction Consultants, Ltd's Invoice dated January 26, 2000 and Crown check #127211. |
| 73. | BB Construction Consultants, Ltd's Invoice dated February 25, 2000 and Crown check # 127668. |
| 74. | BB Construction Consultants, Ltd's Invoice dated March 23, 2000 and Crown check # 128025. |

Joint Trial Memorandum                                              Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

75.                Application and Certification for Payment from RCD Hudson, LLC/Price Acoustics, Inc. on Trumbull Project, dated 11/18/99 for $220,201.00 with corresponding Crown check # 126660.

76.                Application and Certification for Payment from Shepard Steel Co., Inc. on Hartford Project, dated 12/8/99 for $130,185.00 with corresponding Crown check # 126598.

77.                L&J Associates, Inc. Invoice # 128, dated 1/3/00 on Trumbull Project for $19,860.00 with corresponding Crown check # 126994.

78.                Application and Certification for Payment from Shepard Steel Co., Inc. on Hartford Project, dated 4/10/00 for $45,148.50 with corresponding Crown check # 128346.

79.                BB/Beacher Memo to Daly, dated 6/23/00 and Application and Certificate for Payment of RCD Hudson on Trumbull, CT project for $16,943.00 with corresponding Crown check #129338.

80.                Application and Certification for Payment from Heffner & Weber on Annapolis Project, dated 11/28/00 for $600,000.00 with corresponding Crown check # 200892.

81.                Application and Certification for Payment from Waas Construction on Miami Project for the period ending October 31, 1999 in the amount of $114,096.00 with corresponding Crown check # 126088.

82.                Application and Certification for Payment from MHW General Contractors on Miami Project for the period ending October 31, 1999 in the amount of $86,670.00 with corresponding Crown check $86,670.00

83.                Application and Certification for Payment from Midwest Masonry Inc. on Skokie Project for the period ending September 30, 2000 in the amount of $27,527.00 with corresponding check # 200241.

84.                Application and Certification for Payment from Shepard Steel Co., Inc. on Hartford, CT project for the period ending November 30, 1999 in the amount of $130,185.00 with corresponding check # 126598.

Joint Trial Memorandum                                                          Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

85.                    Application and Certification for Payment from RCH
                       Hudson on Hartford, CT project for the period ending
                       March 31, 2000 in the amount of $101,335.27 with
                       corresponding check #128904.

86.                    James Thomas Martino Architect, P.C.'s Statement to Tom
                       Becker at Crown Theatres, dated 7/25/02 regarding Jupiter,
                       Florida in the amount of $35,510.30.

87.                    James Thomas Martino Architect, P.C.'s Statement to Tom
                       Becker at Crown Theatres, dated 7/25/02 regarding Skokie,
                       Illinois in the amount of $13,081.50.

88.                    James Thomas Martino Architect, P.C.'s Statement to Tom
                       Becker at Crown Theatres, dated 7/25/02 regarding
                       Hartford, Connecticut in the amount of $475.65.

89.                    James Thomas Martino Architect, P.C.'s Statement to Tom
                       Becker at Crown Theatres, dated 7/25/02 regarding
                       Minneapolis, Minnesota in the amount of $63,211.75.

90.                    James Thomas Martino Architect, P.C.'s Memorandum to
                       Tom Becker at Crown Theatres, dated July 30, 2002
                       regarding outstanding invoices with attachments.

91.                    The Martino Defendants Memo to Tom Becker regarding
                       outstanding balance on invoices, dated September 25, 2001

92.                    Crown Theatres' Proof of Loss.

93.                    Crown Theatres' Revised Proof of Loss.

94.                    Settlement and Allocation Agreement between National
                       Union Fire Insurance Co. of Pittsburgh, PA and Crown
                       Theatres.

95.                    Robert Beacher Settlement Agreement with Crown
                       Theatres, dated November 2001

96.                    November 21, 2001 letter from Michael Washer, Esq. to
                       Jenner & Block, LLC

97.                    Cella Defendants' Settlement Agreement with Crown
                       Theatres.

98.                    Robina Lapina / Ronald Bertone Expert Report.

Joint Trial Memorandum                                                          Exhibit B-3
Crown Theatres, L.P. v. Milton L. Daly, et al.
No. 3:02 CV 2272 (AVC)

| | |
|---|---|
| 99. | Ronald Bertone's Resume. |
| 100. | Documents identified in Bertone's report under section B. Material available for review. |
| 101. | Discovery Demand and Responses. |
| 102. | Crown Theatres' Responses to Milton Daly and Taylor-Leigh, Inc.'s Second Set of Interrogatories and Requests for Production Addressed to the Plaintiff, dated September 17, 2003 |
| 103. | AIA Construction Manager as Agent. |
| 104. | Summary of James Thomas Martino's Site Visits organized per subject project. |
| 105. | Summaries and Demonstrative Exhibits |

The Martino Defendants hereby reserves the right to introduce any exhibits on the exhibit list of any other party.

## THE PARTIES' STIPULATIONS

Pursuant to paragraph 5 of the accompanying Joint Trial Memorandum, the parties stipulate to the following:

1.     This Court has subject matter jurisdiction over Crown Theatres' RICO claims pursuant to 18 U.S.C. § 1964 and 28 U.S.C. § 1331 and has supplemental jurisdiction over Crown Theatres' state law claims under 28 U.S.C. § 1367(a).

2.     Venue is proper in this judicial district pursuant to 18 U.S.C. § 1964(c), and 28 U.S.C. § 1391.

3.     Plaintiff Crown Theatres, L.P. is an Illinois limited partnership with its principal place of business located at 64 North Main Street, Norwalk, Connecticut 06854, and with offices in New York, New York.

4.     Crown Theatres is engaged in interstate commerce.

5.     Crown Theatres owns, manages, and operates movie theatres in Greenwich, Hartford, Norwalk, Stamford, and Trumbull, Connecticut; Hialeah and Jupiter, Florida; Skokie, Illinois; Annapolis, Maryland; Minneapolis, Minnesota; Las Vegas, Nevada (manages and operates only); and New York, New York (manages and operates only).

6.     From 1996 to at least 2001, Crown Theatres engaged in a theatre expansion program.

7.     Crown Theatres entered into a lease dated June 18, 1998, with Starwood Ceruzzi Hartford, LLC, as landlord, and Crown Theatres as tenant, for a seventeen-screen multiplex theatre in Hartford, Connecticut.

8.    Crown Theatres entered into a lease dated April 28, 1999, with Quarry Road Lot 2, LLC, providing for the addition of six stadium-style auditoriums in Trumbull, Connecticut, which lease replaced the pre-existing lease for a conventional ten-screen multiplex theatre.

9.    Crown Theatres entered into a lease dated August 5, 1998, with Tower Center II Theatre, Ltd., for a 17-screen stand-along multiplex theatre in Jupiter, Florida.

10.    Crown Theatres entered into a lease dated April 30, 1999, with the Randall Benderson 1993-1 Trust for an 18-screen stand-alone multiplex theatre in Hialeah, Florida.

11.    Crown Theatres entered into a lease dated November 6, 1998, with Skokie Development, LLC, for an 18-screen stand-alone multiplex theatre in Skokie, Illinois.

12.    Crown Theatres entered into a lease agreement dated July 20, 1998, with Annapolis Mall Limited Partnership for an eleven-screen multiplex theatre to be built on the second floor of a new addition to the then-existing Annapolis Mall in Annapolis, Maryland.

13.    David S. Clifford is the former executive vice president and chief financial officer of Crown Theatres.

14.    Glenn T. Garfinkel is the former executive vice president and general counsel of Crown Theatres.

15.    Defendant Milton Daly is the former chief operating officer of Crown Theatres.

16.    Robert L. Beacher ("Beacher") of B.B. Construction Consultants, Ltd. ("B.B. Construction") was Crown Theatres' construction consultant and on-site construction representative.

17.    B.B. Construction is a New York corporation that had its principal place of business at certain times in Lynbrook, New York, and in Woodmere, New York, and that presently maintains no offices.

18.    Beacher is the president and sole shareholder of B.B. Construction.

19.    B.B. Construction provides consulting services to the theatre construction and
management industry.

20.    Tiger Consulting, Inc. ("Tiger") is a Michigan corporation with no principal place
of business.

21.    Hewlett Contracting, d/b/a Hewlett Consulting Inc. ("Hewlett"), was formerly a
New York corporation with its principal place of business in Lynbrook, New York.

22.    Marlin Contracting, d/b/a Marlin Consulting, Inc. ("Marlin"), was formerly a
Florida corporation with its principal place of business in Palm Beach Gardens, Florida.

23.    Beacher controlled B.B. Construction, Tiger, Hewlett, and Marlin.

24.    Martino worked as Crown Theatres' architect for the Hartford, Trumbull, Jupiter,
Miami, Skokie, Minneapolis and Annapolis Projects.

25.    Martino was licensed as an architect at the time that he performed architectural
services for Crown Theatres.

26.    Defendant James Thomas Martino, Architect, P.C. ("Martino Firm") is Defendant
Martino's architectural firm.  It is a New York professional corporation, and its principal place of
business is 14 Vanderventer Avenue, Number L1, Port Washington, New York 11050.

27.    The Martino Firm worked as Crown Theatres' architect for the Hartford,
Trumbull, Jupiter, Miami, Skokie, Minneapolis and Annapolis Projects.

28.    Defendant Taylor-Leigh, d/b/a Taylor/Leigh, Inc., ("Taylor-Leigh") is a
Connecticut corporation with its principal place of business at 90 Davis Mill Court,
Lawrenceville, Georgia 30044.

29.    Milton Daly is the president of Taylor-Leigh, and Anne Daly is its secretary.

30.    Milton Daly is a director of Taylor-Leigh.

31.    Milton Daly is the sole shareholder of Taylor-Leigh.

32.    On or about January 24, 1996, the Dalys purchased the residence and property at 6 Heritage Island Road, New Fairfield, Connecticut 06812 (the "New Fairfield Home"), for approximately $600,000.

33.    The Dalys owned and resided in the New Fairfield Home from approximately January 24, 1996 until approximately October 2, 2001.

34.    On or about October 2, 2001, the Dalys sold the New Fairfield Home for approximately $1,575,000.

35.    During the period in which they owned the New Fairfield Home, Milton Daly arranged for landscaping, remodeling, and painting to be performed at the property, and for the installation of a swimming pool at the property.

36.    An investment portfolio account with Raymond James Financial Services, Inc. (the "Investment Account), was opened in or around May 1999 in the names of both Milton Daly and Anne Daly.

37.    The investment account used the address of the New Fairfield Home as the address for the Investment Account.

38.    Between December 1999 and September 2002, accounts at Fleet Bank (the "Fleet Accounts") were held in the names of both Milton Daly and Anne Daly.

39.    The Fleet Accounts used the New Fairfield Home address.

40.    Odyssey Entertainment, LLC, ("Odyssey") operates a movie theatre commonly known as the "Riviera Cinema 12," located at or near 110 Riviera Boulevard, Foley, Alabama 36535.

41.    Milton Daly is the chairman and chief executive officer of Odyssey.

42.    Robert Abramsky is the chief operating officer of Odyssey.

43.    Defendant James C. Cella ("Cella") is a provider of consulting or construction

services, and is a member of Hudson, LLC, itself a member of RCD Hudson, LLC ("RCD

Hudson"), a Delaware limited liability company.

44.    RCD Hudson was the general contractor for the Hartford and Trumbull Projects.

45.    RCD Hudson maintains its principal place of business at 299 West Houston

Street, New York, New York 10014.

46.    Defendant G.U.S. Development, Inc. ("G.U.S.") is a purported provider of

construction or consulting services.

47.    G.U.S. is located at 468 E. Boston Post Road, Westport, Connecticut.

48.    Defendant Cella controls G.U.S.

49.    Hudson Equities, Inc. ("Hudson Equities") is a New York corporation that

maintains or maintained an address at 424 Madison Avenue, New York, New York 10017.

50.    Robert Wadsworth is Hudson Equities' registered agent.  His address is 4455 East

Camelback Road, Suite 216E, Phoenix, Arizona 85018.

51.    Cella is a principal of Hudson Equities.

52.    The Martino Defendants entered into a written contract with Crown Theatres on

or about April 12, 2001 in connection with professional architectural services for the

Minneapolis Lifestyle Centre, Minneapolis, Minnesota.

## THE PARTIES' PROPOSED VOIR DIRE QUESTIONS

The parties propose the following voir dire questions:

1.    Whether any of the prospective jurors know of any of the parties, witnesses or attorneys in the case?

2.    Whether any of the prospective jurors are past or present employees or stockholders of any of the defendants?

3.    Whether any of the prospective jurors know of Crown Theatres and have an opinion regarding Crown Theatres?

4.    Whether any of the prospective jurors know of the Crown family and, if so, whether they have an opinion regarding the Crown family?

5.    Whether any of the prospective jurors could not fairly and impartially sit on a case where a defendant is accused of embezzling funds, breach of contract, or negligence?

6.    Whether any of the prospective jurors have heard of the Racketeer Influenced Corrupt Organizations Act, known as RICO, and, if so, whether they have an opinion regarding RICO?

7.    Whether any of the prospective jurors are acquainted with anyone who was accused of stealing money from his or her employer?

8.    Whether any of the prospective jurors has ever worked for or as an architect, engineer or other design professional, or knows anyone who has?

9.    Whether any of the prospective jurors, or members of their families or friends, have worked in the construction or contracting industry or building trades?

10.    Whether any of the prospective jurors, or members of their families or friends, have ever been employed by a movie theatre?

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)                                    Exhibit D

11.  Whether any of the prospective jurors, or members of their families or friends, are accountants, bookkeepers, or controllers?

12.  Whether any of the prospective jurors or members of their families or friends have worked in law enforcement?

13.  Whether any of the prospective jurors or members of their families or friends have worked as auditors?

14.  Whether any of the prospective jurors have worked in a position of employment that included the responsibilities for preparing budgets?

15.  Where do the prospective jurors live?

16.  Whether any of the prospective jurors are familiar with any of the following areas:  Hartford, Connecticut; Trumbull, Connecticut; Jupiter, Florida; Hialeah (Miami), Florida; Skokie, Illinois; or Annapolis, Maryland.

17.  What is the extent of the prospective jurors education?

18.  Are any of the prospective jurors a shareholder, stockholder, director, officer, or employee, or in any other manner interested in, any insurance company issuing policies for protection against liability for damages for injury to persons or property?

19.  Are the prospective jurors employed outside of the home, and if so, in what capacity and for how long?

20.  Have the prospective jurors been employed in any other capacity, and if so, for how long?

21.  Whether the prospective jurors are married?

22.  If so, what is their spouse's occupation, and for how long have they been employed in that capacity?

Joint Trial Memorandum                                                                         Exhibit D
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

23.  Do the prospective jurors have children?

24.  If so, what are their names, ages, and occupations?

25.  Whether the prospective jurors, or any of their close relatives or friends, have ever engaged the services of an architect, engineer and/or other type of design professional?

26.  If so:

   a.   For what purpose did you or close relatives or friends engage the services of an architect, engineer and/or other type of design professional?

   b.   What was the outcome of the engagement of the services of the architect, engineer and/or other type of design professional?

   c.   Were you or your relatives or friends satisfied with the services rendered by the architect, engineer and/or other type of design professional?

27.  Whether any prospective juror has any opinion about architects, engineers and/or other type of design professionals that may cause you to favor either the plaintiff or defendants or impair your ability to render a fair and impartial verdict?

28.  Whether any prospective joror, or any of their close relatives or friends, have ever engaged the services of a construction contractor?  If so:

   a.   For what purpose did you or close relatives or friends engage the services of a construction contractor?

   b.   What was the outcome of the engagement of the services of the construction contractor?

   c.   Were you or your relatives or friends satisfied with the services rendered by the construction contractor?

3

29.    Whether any prospective juror has any opinion about contractors that may cause

you to favor either the plaintiff or defendants or impair your ability to render a fair and impartial

verdict?

30.    Have you ever served as a juror in a lawsuit before?  If so:

  a.  What was the nature of the lawsuit?

  b.  What was the outcome of the case?

  c.  Was it a satisfying experience for you?  If not, why?

31.    Whether any prospective juror or any close relative or friend ever brought a

lawsuit?  If so:

  a.  Who was it that brought the lawsuit?

  b.  What was the nature of the suit?

  c.  Who was sued?

  d.  What was the outcome of the lawsuit?

  e.  Were you satisfied with the result?  If not, why?

  f.  Was there anything about the circumstances of that lawsuit that
    would affect your ability to render a fair and impartial verdict in
    this action?

32.    Whether any prospective juror or any close relative or friend ever been a

defendant in a lawsuit?  If so:

  a.  Who was it that was a defendant in a lawsuit?

  b.  What was the nature of the suit?

  c.  Who brought the lawsuit?

  d.  What was the outcome of the lawsuit?

Joint Trial Memorandum
Crown Theatres, L.P. v. Milton L. Daly, et al.
Case No. 3:02 CV 2272 (AVC)

Exhibit D

  e. Were you satisfied with the result?  If not, why?

  f. Was there anything about the circumstances of that lawsuit that would affect your ability to render a fair and impartial verdict in this action?

33. Whether any prospective juror has already formed an opinion or has a preconceived notion about the result that should be reached in this case?

34. Whether any prospective juror has an opinion about civil lawsuits that may cause you to favor either the plaintiff or the defendants in this case, or that may impair your ability to render a fair and impartial verdict in this case?

35. Whether any prospective juror believes that someone who allegedly sustains damages and files a lawsuit must have a meritorious case and should recover simply because a lawsuit has been filed?

36. Whether any prospective juror may be inclined to come to a decision or to a conclusion about the case before having had an opportunity to hear the defendants' side of the story?

37. Whether any prospective juror thinks that they will not be able to listen to the instructions given by the court and apply them to the evidence that they heard at the trial of the case?

38. Whether any prospective juror knows any reason why they cannot sit in this case and render a just, fair, honest and impartial verdict?