UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.: 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., JAMES C. CELLA, G.U.S. ) | |
| DEVELOPMENT, INC., JAMES T. ) | |
| MARTINO, JAMES THOMAS ) | |
| MARTINO, ARCHITECT, P.C., and ) | |
| RCD HUDSON, LLC ) | |
| ) | SEPTEMBER 3, 2004 |
| ) | |
| Defendants. | |

## **APPEARANCE**

To the Clerk of this Court:

    Please enter my Appearance in the above-captioned case on behalf of the Third-Party Defendants, Glenn Garfinkel and David Clifford.

    Dated at Hartford, Connecticut, this 3rd day of September 2004.

                    Respectfully submitted,

BY:_____
  David W. Case, Ct25895
  Pepe & Hazard LLP
  Their Attorneys
  Goodwin Square
  225 Asylum Street.
  Hartford, CT 06103
  860-522-5175
  860-522-2796 (fax)
  dcase@pepehazard.com

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney with Pepe & Hazard, LLP, do hereby certify that I have served all counsel of record in this action with a copy of my Appearance by mailing a copy of the same by United States Mail, postage prepaid, to the following on this 3rd day of September 2004:

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT  06107

Attorney Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
108 Corporate Park Drive
Suite 200
White Plains, NY  10604

S. Dave Vatti, Esq.
Law Office of S. Dave Vatti
375 Bridgeport Ave., Third Floor
Shelton, CT  06484

_____
David W. Case

DWC/32310/2/692972v1
09/03/04-HRT/