UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -6  P 12: 24

U.S. DISTRICT COURT
HARTFORD, CT.

CROWN THEATRES, L.P.

    Plaintiff,

V.

MILTON L. DALY, TAYLOR-LEIGH,
INC., JAMES C. CELLA, G.U.S.
DEVELOPMENT, INC., JAMES T.
MARTINO AND JAMES THOMAS
MARTINO, ARCHITECT, P.C.,

    Defendants.

CIVIL ACTION NO.
3:02-CV-2272 (AVC)

OCTOBER 4, 2004

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR DEFENDANTS JAMES C. CELLA, G.U.S. DEVELOPMENT, INC., AND RCD-HUDSON, LLC

S. Dave Vatti, Esquire, the undersigned counsel Defendants, James C. Cella, G.U.S. Development, Inc., and RCD-Hudson, LLC, hereby moves to withdraw his appearance in the above-captioned matter on the grounds that effective December 31, 2003, he is no longer in the private practice of law and has closed down his sole law practice as a result of having accepted a position as an Assistant United States Attorney in the Criminal Division of the Office of the United States Attorney for the District of Connecticut. The undersigned commenced this position January 12, 2004. The Appellants were informed of this development in November 2003 and consent to the withdrawal by counsel. The Defendants, James C. Cella, G.U.S. Development, Inc., and RCD-Hudson, LLC, were advised at that time to seek new counsel and the undersigned has transferred the file to Attorney Robert Frost, who

has filed an appearance on behalf of the Defendants. A copy of this motion has been forwarded to all counsel of record as well as each of the Defendants.

WHEREFORE, for good cause, the undersigned respectfully requests that he be permitted to withdraw as counsel to the Defendants.

THE DEFENDANTS
JAMES C. CELLA,
G.U.S. DEVELOPMENT, INC. and
RCD-HUDSON, LLC,

_____
S. Dave Vatti (ct 11957)
Assistant United States Attorney
Office of the United States Attorney
450 Main Street, Suite 328
Hartford, CT 06103
(860) 947-1101 (telephone)
(860) 240-3291 (facsimile)
email: dave.vatti@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, on this date, to the following:

Craig C. Martin, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, IL 60611

H. James Pickerstein, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Kerry M. Wisser, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Marisa Lanza, Esq.
Milber Makris Plousadis & Seiden, L.L.P.
108 Corporate Park Drive, Suite 200
White Plains, NY 10604

Robert Frost, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604

Mr. James C. Cella
G.U.S. Development, Inc.
RCD-Hudson, LLC,
c/o James C. Cella
Hudson Development
424 Madison Avenue
New York, NY 10017

Dated at Hamden, Connecticut on this 4th day of ~~September~~ *October*, 2004.

*/s/ signature/*
S. Dave Vatti (ct 11957)
Assistant United States Attorney
Office of the United States Attorney
450 Main Street, Suite 328
Hartford, CT 06103
(860) 947-1101 (telephone)
(860) 240-3291 (facsimile)
email: dave.vatti@usdoj.gov