UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -6 P 12: 24
U.S. DISTRICT COURT
HARTFORD, CT.

CROWN THEATRES, L.P.

    Plaintiff,

V.

MILTON L. DALY, TAYLOR-LEIGH, INC., JAMES C. CELLA, G.U.S. DEVELOPMENT, INC., JAMES T. MARTINO AND JAMES THOMAS MARTINO, ARCHITECT, P.C.,

    Defendants.

CIVIL ACTION NO.
3:02-CV-2272 (AVC)

OCTOBER 4, 2004

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL FOR DEFENDANTS JAMES C. CELLA, G.U.S. DEVELOPMENT, INC., AND RCD-HUDSON, LLC

    S. Dave Vatti, Esquire, the undersigned counsel Defendants, James C. Cella, G.U.S. Development, Inc., and RCD-Hudson, LLC, hereby moves to withdraw his appearance in the above-captioned matter on the grounds that effective December 31, 2003, he is no longer in the private practice of law and has closed down his sole law practice as a result of having accepted a position as an Assistant United States Attorney in the Criminal Division of the Office of the United States Attorney for the District of Connecticut. The undersigned commenced this position January 12, 2004. The Appellants were informed of this development in November 2003 and consent to the withdrawal by counsel. The Defendants, James C. Cella, G.U.S. Development, Inc., and RCD-Hudson, LLC, were advised at that time to seek new counsel and the undersigned has transferred the file to Attorney Robert Frost, who

3:02CV2272 October 13, 2004. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 OCT 12 P 031
U.S. DISTRICT COURT
HARTFORD