UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 NOV -5 P 2: 44
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CROWN THEATRES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> MILTON L. DALY, TAYLOR-LEIGH, INC., JAMES C. CELLA, G.U.S. DEVELOPMENT, INC., JAMES T. MARTINO, JAMES THOMAS MARTINO, ARCHITECT, P.C., and RCD HUDSON, LLC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:02CV2272(AVC) <br> ) Jury Trial Demanded <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) November 5, 2004 <br> ) |

## APPEARANCE

Please enter my Appearance in the above-captioned matter on behalf of the Third-Party Defendants Glenn Garfinkel and David Clifford.

Dated at Southport, Connecticut, this 5th day of November, 2004.

Respectfully submitted,

By: _____
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Their Attorneys
30 Jelliff Lane
Southport, CT 06890
203-319-4000
203-259-0251 (fax)
cwoo@pepehazard.com

/32310/2/63988v1
11/05/04-SPT/

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney with Pepe & Hazard, LLP, do hereby certify that I have served all counsel of record in this action with a copy of **Appearance** by mailing a copy of the same by United States Mail, postage prepaid, to the following on this 5th day of November, 2004:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT  06107

Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
108 Corporate Park Drive
Suite 200
White Plains, NY  10604

S. Dave Vatti
Law Office of S. Dave Vatti
375 Bridgeport Ave., Third Floor
Shelton, CT  06484

_____
Calvin K. Woo