UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., | ) 2004 NOV 15 P 12: 03 |
| Plaintiff, | ) U.S. DISTRICT COURT |
| | ) HARTFORD, CT. |
| v. | ) Case No. 3:02CV2272AVC |
| | ) Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, | ) |
| INC., ANNE E. DALY, JAMES C. | ) |
| CELLA, G.U.S. DEVELOPMENT, INC., | ) |
| JAMES T. MARTINO AND JAMES | ) |
| THOMAS MARTINO, ARCHITECT, | ) |
| P.C., and RCD HUDSON, LLC, | ) |
| Defendants. | ) |

## ORDER

The Application of Plaintiff Crown Theatres, L.P. for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction having come before this Court, and the Court having considered the pleadings and papers on file in this action, and good cause appearing therefore:

### (Temporary Restraining Order)

1. ~~IT ORDERED that, pending the hearing of the application of Crown~~ Theatres, L.P. for preliminary injunction, the Defendant Milton L. Daly is hereby:

(i) ~~restrained~~ from causing Odyssey Entertainment LLC to expend funds on any construction ~~project,~~ renovation project, retrofitting project or otherwise, involving the Starcoast Riviera 12 Cinemas in Foley, Alabama, including but not limited to any steps to transform the theater into a "cinema bistro" including any alternation of the food service ~~facilities and the construction of stadium seating;~~

~~(ii)~~   ordered to cause Odyssey Entertainment LLC to make monthly interest payments on the promissory note held by Milton L. Daly and ~~Anne E. Daly into the escrow account maintained by counsel for the Dalys as~~ trustee.

2. IT IS HEREBY ORDERED that, on the 17th day of November, 2004, at 1:30pm .m., ~~or as soon thereafter as counsel can be heard~~, DALY SHOW CAUSE before the Hon. Alfred V. Covello, in the courtroom usually occupied by him, in the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure:

   (i)   restraining Milton Daly from causing Odyssey Entertainment LLC to expend funds on any construction project, renovation project, retrofitting project or otherwise, involving the Starcoast Riviera 12 Cinemas in Foley, Alabama, including but not limited to any steps to transform the theater into a "cinema bistro" including any alternation of the food service facilities and the construction of stadium seating;

   (ii)   ordering Milton Daly to cause Odyssey Entertainment LLC to make monthly interest payments on the promissory note held by Milton L. Daly and Anne E. Daly into the escrow account maintained by counsel for the Dalys as trustee.

(Service and Notice)

3. IT IS FURTHER ORDERED that, counsel for defendant having been present at hearing of Plaintiff's application for this Order:

   (a)   that failure to attend the show cause hearing shall result in the immediate issuance of the preliminary injunction, ~~which shall be deemed to take effect immediately upon the expiration or dissolution of the Temporary Restraining Order~~, and

2

shall extend during the pendency of this suit the same injunctive relief previously granted by this Temporary Restraining Order; and

      (b)    of the issuance and terms of such preliminary injunction, and that any act or violation of any such terms may be considered and prosecuted as contempt by this Court;

(Opposition Papers)

4.   ~~IT IS FURTHER ORDERED that any briefs, affidavits, or other evidence in opposition to the Application for Order to Show Cause re: Preliminary Injunction~~, if any, shall be filed with the clerk of the Court and served upon the attorneys for Crown Theatres, L.P. by delivering copies thereof to Crown Theatres, L.P.'s attorneys on or before _____., on November ____ 2004.

DATED: November 15, 2004

                                                 _____
                                               Alfred V. Covello
                                               United States District Judge