UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV2272AVC |
| ) | Jury Trial Demanded |
| MILTON L. DALY, TAYLOR-LEIGH, ) | |
| INC., ANNE E. DALY, JAMES C. ) | |
| CELLA, G.U.S. DEVELOPMENT, INC., ) | |
| JAMES T. MARTINO, JAMES ) | |
| THOMAS MARTINO, ARCHITECT, ) | |
| P.C., and RCD HUDSON, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff Crown Theatres, L.P. and defendants James C. Cella, G.U.S. Development, Inc. and RCD Hudson, LLC, by and through their attorneys of record, Craig C. Martin and Robert M. Frost, respectively, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action be and hereby is dismissed without prejudice as to defendants James C. Cella, G.U.S. Development, Inc. and RCD Hudson, LLC.

IT IS FURTHER STIPULATED by and between the parties to this action, by and through their designated counsel, that each party shall bear their own costs and attorneys' fees associated with the litigation of this action.

Dated: 11/19/04

*(signature)*

Craig C. Martin
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Attorney for Plaintiff
Crown Theatres, L.P.

Dated: 9/3/04

*(signature)*

Robert M. Frost
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06604
Attorney for Defendants
James C. Cella,
G.U.S. Development, Inc., and
RCD Hudson, LLC

IT IS SO ORDERED.

Dated at Hartford, Connecticut this ____ day of _____, 2004.

Alfred V. Covello
Chief United States District Judge

CHICAGO996715

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid, this 29th day of November, 2004 to the following:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT 06107

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, LLP
3 Barker Avenue
6th Floor
White Plains, NY 10601

Robert M. Frost
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Calvin K. Woo