UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON L. DALY, ANNE E. DALY, )<br>TAYLOR-LEIGH, JAMES T. )<br>MARTINO AND JAMES THOMAS )<br>MARTINO, ARCHITECT, P.C. )<br>)<br>Defendants. ) | Case No. 3:02CV2272AVC<br><br>January 25, 2005 |

### PLAINTIFF'S MOTION FOR AMENDMENT TO CASE CAPTION

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves to amend the caption of this action because it has changed its name from "Crown Theatres, L.P." to "Crown Theatres LLC."[1] Accordingly, Crown Theatres respectfully requests that the case caption be amended to reflect this change. Counsel for the Daly defendants have been contacted and they have consented to this amendment. Counsel for the Martino defendants have been contacted and they have represented that they did not have adequate information to consent or object to this amendment.

WHEREFORE, Crown Theatres respectfully requests that its Motion for Amendment to Case Caption be granted.

---

[1] A copy of Illinois Secretary of State documents reflecting this change are annexed hereto as Exhibit A.

CKW/32310/2/65934v1
01/25/05-SPT/

THE PLAINTIFF
CROWN THEATRES, LLC

By: /s/ *signature*
H. James Pickerstein (Bar No. Ct 05094)
Calvin K. Woo (Bar No. Ct 24951)
PEPE & HAZARD, LLP
30 Jelliff Lane
Southport, CT 06490
(203) 319-4000
(203) 259-0251 (fax)
hpickerstein@pepehazard.com
cwoo@pepehazard.com

and

Craig C. Martin (Bar No. Ct 12198)
Lawrence S. Schaner (Bar No. Ct 24756)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com

## **ORDER**

The foregoing Motion, having been heard, it is hereby GRANTED/DENIED.

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by first class mail, postage prepaid, this 25th day of January, 2005 to the following counsel of record:

Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street
Suite 207
West Hartford, CT  06107

Mark Seiden
Marisa Lanza
Milber, Makris, Plousadis & Seiden, L.L.P.
3 Barker Ave.
6th Floor
White Plains, NY  10601

_____
Calvin K. Woo

# EXHIBIT A



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State     0137767-1

12/31/2004

DAVID M. RUBIN
222 N. LASALLE ST., 8TH FL.
CHICAGO, IL 60601-0000

RE  CROWN THEATRES LLC

DEAR SIR OR MADAM:

A STATEMENT OF CONVERSION HAS BEEN PLACED ON FILE AND THE COMPANY CREDITED WITH THE APPROPRIATE FEE.

SINCERELY YOURS,

*Jesse White*

JESSE WHITE
SECRETARY OF STATE

DEPARTMENT OF BUSINESS SERVICES
LIMITED LIABILITY COMPANY DIVISION
TELEPHONE (217)524-8008

JW:LLC

**Form LLC-5.5**
December 2003

Jesse White
Secretary of State
Department of Business Services
Limited Liability Company Division
Room 351, Howlett Building
Springfield, IL 62756
http://www.cyberdriveillinois.com

Payment must be made by certified check, cashier's check, Illinois attorney's check, Illinois C.P.A.'s check or money order, payable to "Secretary of State."

**Illinois
Limited Liability Company Act
Articles of Organization**

SUBMIT IN DUPLICATE
Must be typewritten

This space for use by Secretary of State

Date 12/22/04
Assigned File # 0137-767-1
Filing Fee $500.00
Approved:

This space for use by Secretary of State

**FILED
DEC 2 2 2004
JESSE WHITE
SECRETARY OF STATE**

1. Limited Liability Company Name: __Crown Theatres LLC__   OK

(The LLC name must contain the words limited liability company, L.L.C. or LLC and cannot contain the terms corporation, corp., Incorporated, Inc., ltd., co., limited partnership, or L.P.)

2. The address of its principal place of business: (Post office box alone and c/o are unacceptable.)

   222 N. LaSalle Street, 20th Floor, Chicago, IL 60601

3. The Articles of Organization are effective on: (Check one)

   a) _____ the filing date, or b) __X__ another date later than but not more than 60 days subsequent to the filing date: __December 31, 2004__
   (month, day, year)

4. The registered agent's name and registered office address is:

   Registered agent: David M. Rubin
   First Name / Middle Initial / Last Name

   Registered Office: 222 N. LaSalle Street, Eighth Floor
   (P.O. Box and     Number / Street / Suite #
   c/o are unacceptable)  Chicago    60601    Cook
   City / ZIP Code / County

5. Purpose or purposes for which the LLC is organized: Include the business code # (IRS Form 1065).
   (If not sufficient space to cover this point, add one or more sheets of this size.)

   "The transaction of any or all lawful business for which limited liability companies may be organized under this Act."

6. The latest date, if any, upon which the company is to dissolve ___perpetual___.
   (month, day, year)
   Any other events of dissolution enumerated on an attachment. (Optional)

LLC-4.5

0137-7677
12/22/04

**LLC-5.5**

7. Other provisions for the regulation of the internal affairs of the LLC per Section 5-5 (a) (8) included as attachment:
   If yes, state the provisions(s) from the ILLCA.    ☐ Yes    ☒ No

8. a) Management is by manager(s):    ☒ Yes    ☐ No
   If yes, list names and business addresses.

   D5641-
   /73-9

   DMC Theatres, Inc.
   222 N. LaSalle Street, Suite 2000
   Chicago, IL 60601

   b) Management is vested in the member(s):    ☐ Yes    ☒ No
   If yes, list names and addresses.

9. I affirm, under penalties of perjury, having authority to sign hereto, that these articles of organization are to the best of my knowledge and belief, true, correct and complete.

   Dated _____ December 21 _____ 2004 _____
                (Month/Day)            (Year)

   Signature(s) and Name(s) of Organizer(s)                     Address(es)

   1. [signature]
      _Signature_                                          1. 222 N. LaSalle Street, Eighth Floor
      Susan Mosteller, Organizer                              Number              Street
      (Type or print name and title)                          Chicago
      _____                         City/Town
      (Name if a corporation or other entity)                 IL                  60601
                                                              State               ZIP Code
   2. _____                     2. _____
      Signature                                               Number              Street
      _____                         _____
      (Type or print name and title)                          City/Town
      _____                         _____
      (Name if a corporation or other entity)                 State               ZIP Code
   3. _____                     3. _____
      Signature                                               Number              Street
      _____                         _____
      (Type or print name and title)                          City/Town
      _____                         _____
      (Name if a corporation or other entity)                 State               ZIP Code

(Signatures must be in ink on an original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.)

LLC-5.5

0137-767-1
12/22/04

## STATEMENT OF CONVERSION

This Statement of Conversion relates to Crown Theatres, L.P., an Illinois limited partnership (the "Converting Entity"), Illinois Secretary of State File #C006201.

The Converting Entity has been converted to Crown Theatres LLC, an Illinois limited liability company (the "Converted Entity"). The Converting Entity's certificate of limited partnership shall be cancelled as of the effective date of the conversion.

The general partner and limited partners of the Converting Entity unanimously adopted a Plan of Conversion setting forth the terms and conditions of the conversion of the partnership interests of the partners into membership interests in the Converted Entity.