#202

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:02CV2272AVC |
| | ) |
| MILTON L. DALY, ANNE E. DALY, | ) |
| TAYLOR-LEIGH, JAMES T. | ) January 25, 2005 |
| MARTINO AND JAMES THOMAS | ) |
| MARTINO, ARCHITECT, P.C. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR AMENDMENT TO CASE CAPTION

Plaintiff Crown Theatres, L.P. ("Crown Theatres") hereby moves to amend the caption of this action because it has changed its name from "Crown Theatres, L.P." to "Crown Theatres LLC."[1] Accordingly, Crown Theatres respectfully requests that the case caption be amended to reflect this change. Counsel for the Daly defendants have been contacted and they have consented to this amendment. Counsel for the Martino defendants have been contacted and they have represented that they did not have adequate information to consent or object to this amendment.

WHEREFORE, Crown Theatres respectfully requests that its Motion for Amendment to Case Caption be granted.

There being no objection, the motion is GRANTED.

Alfred V. Covello, U.S.D.J.

February 16, 2005.

3:02CV2272(AVC)
SO ORDERED.

---

[1] A copy of Illinois Secretary of State documents reflecting this change are annexed hereto as Exhibit A.

CKW/32310/2/65934v1
01/25/05-SPT/