UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, LP, | : CIVIL ACTION NO. |
| | : 3:02-CV-2272 (AVC) |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| MILTON L. DALY, ET AL., | : |
| | : June 27, 2006 |
| Defendants. | : |

**JOINT MOTION FOR ENTRY OF
FINAL JUDGMENT AND ORDER OF DISMISSAL**

Plaintiff Crown Theatres, L.P. and Defendants Milton L. Daly, Anne E. Daly and Taylor-Leigh, Inc. jointly move for entry of the attached proposed Final Judgment and Order of Dismissal.

Respectfully Submitted:

PLAINTIFF,
CROWN THEATRES, L.P.

By: _____
H. James Pickerstein
Pepe & Hazard, LLP
30 Jeliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
Federal Bar No. ct05094
hpickerstein@pepehazard.com

DEFENDANTS,
MILTON L. DALY
ANNE E. DALY
TAYLOR-LEIGH, INC.

By _____
Kerry M. Wisser of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
(860) 561 2628
(860) 521-6150 (Fax)
Federal Bar No. ct01205
kmw@dtg.net

Craig C. Martin         Federal Bar No. ct12198
Lawrence S. Schaner     Federal Bar No. ct24756
Jenner & Block, LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
(312) 840-7776 (fax)
cmartin@jenner.com
lschaner@jenner.com                              Dated:    June 27, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via Federal Express this 28th day of June, 2006 to the following:

Kerry M. Wisser
Weinstein & Wisser
29 South Main Street
Suite 207
West Hartford, CT 06107

Mark Seiden
Marisa Lanza
Milber Makris Polusadis & Seiden, LLP
3 Barkerer Avenue, 6th Floor
White Plains, NY 10601

Robert M. Frost, Jr.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601

Craig C. Martin
Lawrence S. Schaner
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

_____
Harold James Pickerstein

HJP/32310/2/78171v1
06/29/06-SPT/