UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CROWN THEATRES, LP            :
                              :
     Plaintiffs               :
                              :   CASE NO. 3:02cv2272(AVC)
v.                            :
                              :
JAMES C. CELLA, ET AL.,       :
                              :
     Defendants.              :
```

ORDER

The parties have reported on January 16th, 2007 that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before February 16th, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before February 16th, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this       day of January, 2007.

/s/
_____
Alfred V. Covello
United States District Judge