UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROWN THEATRES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON L. DALY, TAYLOR-LEIGH, )<br>INC., ANNE E. DALY, JAMES C. )<br>CELLA, G.U.S. DEVELOPMENT, INC., )<br>JAMES T. MARTINO, JAMES )<br>THOMAS MARTINO, ARCHITECT, )<br>P.C., and RCD HUDSON, LLC, )<br>)<br>Defendants. ) | Case No. 3:02CV2272AVC<br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff Crown Theatres, L.P. and defendants James T. Martino and James Thomas Martino, Architect, P.C., by and through their attorneys of record, Craig C. Martin and Mark Seiden, respectively, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be and hereby is dismissed with prejudice as to defendants James T. Martino and James Thomas Martino, Architect, P.C., counter-defendant Crown Theatres, L.P., and third-party defendants David Clifford and Glenn Garfinkel.

IT IS FURTHER STIPULATED by and between the parties to this action, by and through their designated counsel, that each party shall bear their own costs and attorneys' fees associated with the litigation of this action.

Dated: 2/5/07

_____
Craig C. Martin
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
Attorney for Plaintiff
Crown Theatres, L.P.

Dated: February 2, 2007

_____
Mark Seiden
Milber Makris Plousadis & Seiden, LLP
3 Barker Ave.
White Plains, NY 10601
Attorney for Defendants
James T. Martino and
James Thomas Martino, Architect, P.C.

IT IS SO ORDERED.

Dated at Hartford, Connecticut this ____ day of _____, 2007.

_____
Alfred V. Covello
Chief United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via Federal Express this 6th day of February, 2007 to the following:

Kerry M. Wisser
Weinstein & Wisser
29 South Main Street
Suite 207
West Hartford, CT  06107

Mark Seiden
Marisa Lanza
Milber Makris Polusadis & Seiden, LLP
3 Barkerer Avenue, 6th Floor
White Plains, NY  10601

Robert M. Frost, Jr.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT  06601

Craig C. Martin
Lawrence S. Schaner
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611

_____
Harold James Pickerstein

HJP/32310/2/82112v1
02/06/07-SPT/