UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X
CROWN THEATRES, L.P.,

           Plaintiff,

   -against-

MILTON L. DALY, TAYLOR-LEIGH,
INC., ANNE E. DALY, JAMES C. CELLA,
G.U.S. DEVELOPMENT, INC.,
JAMES T. MARTINO, JAMES THOMAS
MARTINO, ARCHITECT, P.C. and
RCD HUDSON, LLC,

           Defendants.
------------------------------------------------------------X

Case No. 3:02 CV 2272 (AVC)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Defendants Milton L. Daly, Anne E. Daly, Taylor-Leigh, Inc., James C. Cella, G.U.S. Development, Inc., RCD Hudson, LLC, James T. Martino and James Thomas Martino, Architect P.C., that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, any and all claims or cross-claims that were or could have been asserted in the above-captioned action be and hereby are dismissed with prejudice and without costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the above parties to this action by and through their designated counsel, that each party shall bear their own costs and attorneys' fees associated with the litigation of this action.

This stipulation may be signed in counterparts and a facsimile signature is deemed an original for all purposes.

Dated: January   2007

_____
Mark Seiden
Milber Makris Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
Attorneys for Defendants
James T. Martino and James
Thomas Martino, Architects, P.C.

_____
Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Attorneys for Defendants
Milton L. Daly, Anne E. Daly,
and Taylor-Leigh, Inc.,

_____
Robert M. Frost
Zeldes Needles & Cooper P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601
Attorneys for Defendants
James C. Cella, G.U.S.
Development, Inc. and RCD Hudson, LLC

IT IS SO ORDERED

Dated at Hartford, Connecticut this _____ day of _____, 2007.

_____
Alfred V. Covello
Chief United States District Judge

Dated: January   2007

_____
Mark Seiden
Milber Makris Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
Attorneys for Defendants
James T. Martino and James
Thomas Martino, Architects, P.C.

_____
Kerry M. Wisser
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Attorneys for Defendants
Milton L. Daly, Anne E. Daly,
and Taylor-Leigh, Inc.,

_____
Robert M. Frost
Zeldes Needles & Cooper P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601
Attorneys for Defendants
James C. Cella, G.U.S.
Development, Inc. and RCD Hudson, LLC

IT IS SO ORDERED

Dated at Hartford, Connecticut this _____ day of _____, 2007.

_____
Alfred V. Covello
Chief United States District Judge

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing was sent via first class mail this 8th day of February, 2007 to the following:

Kerry M. Wisser
Weinstein & Wisser
29 South Main Street
Suite 207
West Hartford, CT   06107

Harold James Pickerstein
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, Connecticut   06890-1436

Robert M. Frost, Jr.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT   06601

Craig C. Martin
Lawrence S. Schaner
Jenner & Block, LLP
One IBM Plaza
Chicago, IL   60611

Marisa Lanza